| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>VERSO LAW GROUP LLP<br>GREGORY S. GILCHRIST (Cal. Bar No. 111536)<br>RYAN BRICKER (Cal. Bar No. 269100)<br>SOPHY TABANDEH (Cal Bar No. 287583)<br>KOURTNEY SPEER (Cal. Bar No. 348243)<br>565 Commercial Street, Fourth Floor<br>San Francisco, California 94111<br>(415) 534-0495<br>ATTORNEY(S) FOR: Patagonia, Inc. | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PATAGONIA, INC.<br><br>v.<br><br>ENTREPRENEUR ENTERPRISES, INC. dba PATTIE GONIA PRODUCTIONS and WYN WILEY | Plaintiff(s),<br><br><br>Defendant(s) | CASE NUMBER: 2:26-cv-0586<br><br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Patagonia, Inc._ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Patagonia, Inc. | Patagonia, Inc. is a subsidiary of Patagonia Works |

| | |
|---|---|
| January 21, 2026<br>Date | /s/ Gregory S. Gilchrist<br>Signature |

Attorney of record for (or name of party appearing in pro per):

Patagonia, Inc.