AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Central District of California___ on the following

☑ Trademarks or  ☐ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:26-cv-0586 | DATE FILED<br>1/21/2026 | U.S. DISTRICT COURT<br>Central District of California |
|---|---|---|
| PLAINTIFF<br><br>PATAGONIA, INC. | | DEFENDANT<br><br>ENTREPRENEUR ENTERPRISES, INC. dba PATTIE GONIA PRODUCTIONS and WYN WILEY |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 1189402 | 2/9/1982 | Patagonia, Inc. |
| 2 | 1294523 | 9/11/1984 | Patagonia, Inc. |
| 3 | 1547469 | 7/11/1989 | Patagonia, Inc. |
| 4 | 2260188 | 7/13/1999 | Patagonia, Inc. |
| 5 | 75577954 | 10/10/2000 | Patagonia, Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | 6665425 | 3/8/2022 | Patagonia, Inc. |
| 2 | 2662619 | 12/17/2002 | Patagonia, Inc. |
| 3 | 5561006 | 9/11/2018 | Patagonia, Inc. |
| 4 | 4210088 | 9/18/2012 | Patagonia, Inc. |
| 5 | See attached | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director**     **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**     **Copy 4—Case file copy**

**ATTACHMENT TO REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK**

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 4416959 | 10/15/2013 | Patagonia, Inc. |
| 5915849 | 11/19/2019 | Patagonia, Inc. |
| 7308939 | 2/20/2024 | Patagonia, Inc. |