1  VERSO LAW GROUP LLP
   GREGORY S. GILCHRIST (Cal. Bar No. 111536)
2  RYAN BRICKER (Cal. Bar No. 269100)
   SOPHY TABANDEH (Cal Bar No. 287583)
3  KOURTNEY SPEER (Cal. Bar No. 348243)
   565 Commercial Street, 4th Fl.
4  San Francisco, California 94111
   Telephone:  (415) 534-0495
5  Email:      greg.gilchrist@versolaw.com
6              ryan.bricker@versolaw.com
               sophy.tabandeh@versolaw.com
7              kourtney.speer@versolaw.com

8  Attorneys for Plaintiff
   PATAGONIA, INC.
9

10                UNITED STATES DISTRICT COURT

11            FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                WESTERN DIVISION – LOS ANGELES

13

| PATAGONIA, INC., | Case No. 2:26-cv-0586 |
|---|---|
| Plaintiff, | **NOTICE TO CLERK PURSUANT TO LOCAL RULE 83-11.4** |
| v. | **ACTION SEEKING STATEWIDE OR NATIONWIDE RELIEF** |
| ENTREPRENEUR ENTERPRISES, INC. dba PATTIE GONIA PRODUCTIONS and WYN WILEY, | **JURY TRIAL DEMAND** |
| Defendants. | |

    To the Clerk of the Court, pursuant to Local Rule 83-11.4, Plaintiff Patagonia, Inc. provides notice that it seeks a nationwide injunction mandated by the Lanham Act.

NOTICE TO CLERK PURSUANT TO L.R. 83-11.4
CASE NO. 2:26-cv-0586

| | | |
|---|---|---|
| 1 | DATED:  January 21, 2026 | Respectfully submitted, |
| 2 | | VERSO LAW GROUP LLP |
| 4 | | By:  */s/ Gregory S. Gilchrist* |
| 5 | | GREGORY S. GILCHRIST |
| | | RYAN BRICKER |
| 6 | | SOPHY TABANDEH |
| | | KOURTNEY SPEER |
| 7 | | Attorneys for Plaintiff |
| 8 | | PATAGONIA, INC. |

NOTICE TO CLERK PURSUANT TO L.R. 83-11.4
CASE NO. 2:26-cv-0586

- 1 -