Gregory S. Gilchrist
VERSO LAW GROUP LLP
565 Commercial Street, 5th Fl.
San Francisco, CA  94111
Email: greg.gilchrist@versolaw.com

*Attorneys for Plaintiff*
*Patagonia, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION – LOS ANGELES**

| | |
|---|---|
| PATAGONIA, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>ENTREPRENEUR ENTERPRISES, INC. dba PATTIE GONIA PRODUCTIONS AND WYN WILEY,<br><br>    Defendants. | Case No.: 2:26-cv-00586-RGK-RAO<br><br>Stipulation to Extend Time to Respond to Initial Complaint By Not More Than 30 Days (L.R. 8-3)<br><br>Complaint Served:      January 21, 2026<br>Current Response Date:  March 30, 2026<br>New Response Date:     April 13, 2026 |

WHEREAS, the Initial Complaint to this action was filed by Plaintiff Patagonia Inc. (Plaintiff) on January 21, 2026;

WHEREAS, a waiver of service of the Complaint for Defendants Entrepreneur Enterprises, Inc. and Wyn Wiley ("Defendants") was filed on January 29, 2026;

WHEREAS, Defendants' deadline to file a responsive pleading is currently March 30, 2026;

WHEREAS, Defendants have requested a fourteen (14) day extension of time to respond to Plaintiff's Complaint;

STIPULATION TO EXTEND TIME TO RESPOND                                                                                        - 1 -
CASE NO. 2:26-cv-00586-RGK-RAO

WHEREAS, no prior requests to extend Defendants' time to answer, move, or otherwise respond to Plaintiff's Complaint have been made.

Based on the foregoing, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants, through their counsel of record, that Defendant shall have until April 13th, 2026, to answer, move, or otherwise respond to the Complaint.

Dated:  March 26, 2026

Respectfully submitted,

MCANDREWS, HELD & MALLOY, LTD.

By: */s/ Dorien Clark*
Dorien Clark

Attorneys for Defendants
Entrepreneur Enterprises, Inc. dba
Pattie Gonia Productions and Wyn Wiley

Dated:  March 26, 2026

Respectfully submitted,

VERSO LAW GROUP LLP

By: */s/ Gregory S. Gilchrist*
Gregory S. Gilchrist
Ryan Bricker
Sophy J. Tabandeh
Kourtney Speer

Attorneys for Plaintiff
Patagonia, Inc.

## SIGNATURE ATTESTATION

I attest that concurrence in the filing of this document has been obtained from each of the other signatories, which will serve in lieu of their signatures on the document.

Dated: March 26, 2026                    VERSO LAW GROUP LLP


By: */s/ Gregory S. Gilchrist*
Gregory S. Gilchrist