GREGORY S. GILCHRIST (Cal. Bar. No. 111536)
RYAN BRICKER (Cal. Bar No. 269100)
SOPHY J. TABANDEH (Cal. Bar No. 287583)
KOURTNEY SPEER (Cal. Bar No. 348243)
VERSO LAW GROUP LLP
565 Commercial Street, 4th Fl.
San Francisco, CA 94111
Telephone: (415) 534-0495
Email:        greg.gilchrist@versolaw.com
              ryan.bricker@versolaw.com
              sophy.tabandeh@versolaw.com
              kourtney.speer@versolaw.com

*Attorneys for Plaintiff
Patagonia, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATAGONIA, INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>ENTREPRENEUR ENTERPRISES, INC. dba PATTIE GONIA PRODUCTIONS AND WYN WILEY,<br><br>        Defendants. | Case No.: 2:26-cv-00586-RGK-RAO<br><br>Third Stipulation to Extend Time to Respond to Initial Complaint<br><br>Complaint Served:        January 21, 2026<br>Current Response Date:   April 29, 2026<br>New Response Date:       May 20, 2026 |

WHEREAS, the Initial Complaint to this action was filed by Plaintiff Patagonia Inc. (Plaintiff) on January 21, 2026;

WHEREAS, a waiver of service of the Complaint for Defendants Entrepreneur Enterprises, Inc. and Wyn Wiley ("Defendants") was filed on January 29, 2026;

WHEREAS, Defendants' initial deadline to file a responsive pleading was March 30, 2026;

WHEREAS, the Parties filed a stipulation to extend the deadline for Defendants to respond to Plaintiff's Complaint on March 27, 2026 (Dkt. 14), extending that deadline by fourteen days, to April 13, 2026;

WHEREAS, the Parties filed a second stipulation to extend the deadline for Defendants to respond to Plaintiff's Complaint on April 10, 2026 (Dkt. 15), extending that deadline to April 29, 2026.

WHEREAS, the parties have exhausted the extensions that are permissible without Court approval, they seek one more extension to wrap up one way or the other continuing settlement dialogue that may obviate the need for a responsive pleading.

The parties have agreed and IT IS HEREBY STIPULATED by and between Plaintiff and Defendants, through their counsel of record, that Defendant shall have until May 20, 2026, to answer, move, or otherwise respond to the Complaint.

Dated:  April 27, 2026

Respectfully submitted,

VERSO LAW GROUP LLP

By: */s/ Gregory S. Gilchrist*
Gregory S. Gilchrist
Ryan Bricker
Sophy J. Tabandeh
Kourtney Speer

Attorneys for Plaintiff
Patagonia, Inc.

STIPULATION TO EXTEND TIME TO RESPOND
CASE NO. 2:26-cv-00586-RGK-RAO

- 2 -

Dated:  April 27, 2026

Respectfully submitted,

MCANDREWS, HELD & MALLOY, LTD.

By: */s/ Rocco J. Screnci*
Rocco J. Screnci

Attorney for Defendants
Entrepreneur Enterprises, Inc. dba
Pattie Gonia Productions and Wyn Wiley

## SIGNATURE ATTESTATION

I attest that concurrence in the filing of this document has been obtained from each of the other signatories, which will serve in lieu of their signatures on the document.

Dated: April 27, 2026

*/s/ Gregory S. Gilchrist*
Gregory S. Gilchrist