

# THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

I, MICHEL JENDRETZKY, Director of the Office of Attorney Services of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Registration and Continuing Legal Education Section of the Supreme Court and that the Office of Attorney Services is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Rocco John Screnci**
Attorney Registration No. **0100333**

was admitted to the practice of law in Ohio on December 14, 2020; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 21st day of May, 2026.

MICHEL JENDRETZKY
*Director, Office of Attorney Services*

*Shannon B. Scheid*

Shannon Scheid
*Administrative Assistant, Office of Attorney Services*

No. 2026-05-21-1
Verify by email at GoodStandingRequests@sc.ohio.gov