Name and address:
Rocco J. Screnci
McAndrews, Held & Malloy, Ltd.
500 West Madison Street, 34th Floor
Chicago, Illinois 60661

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Patagonia, Inc. | CASE NUMBER |
| --- | --- |
| Plaintiff(s) | 2:26-cv-00586-RGK-RAO |
| v. | |
| Entrepreneur Enterprises, Inc., et al. | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Screnci, Rocco J.                                      of

*Applicant's Name (Last Name, First Name & Middle Initial)*

(312) 775-8000                    (312) 775-8100

*Telephone Number*          *Fax Number*

rscrenci@mcandrews-ip.com

*E-Mail Address*

McAndrews, Held & Malloy, Ltd.
500 West Madison Street, Suite 3400
Chicago, Illinois 60661

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Entrepreneur Enterprises, Inc.

Wyn Wiley

*Name(s) of Party(ies) Represented*          ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

McMorrow, Katherine                                      of

*Designee's Name (Last Name, First Name & Middle Initial)*

SBN 315723          310-820-8800          310-820-8859

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

kmcmorrow@bakerlaw.com

*E-Mail Address*

Baker Hostetler LLP
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**