KATHERINE MCMORROW (Cal. Bar No. 315723)
kmcmorrow@bakerlaw.com
BAKER & HOSTETLER LLP
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067
Telephone: (310) 820-8800

ROCCO J. SCRENCI (*admitted pro hac vice*)
rscrenci@mcandrews-ip.com
MCANDREWS, HELD & MALLOY LTD.
500 W. Madison Street, Suite 3400
Chicago, IL 60661
Telephone: (312) 775-8000

*Attorneys for Defendants*
*Entrepreneur Enterprises, Inc. dba Pattie Gonia Productions and Wyn Wiley*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION – LOS ANGELES**

PATAGONIA, INC.,

Plaintiff,

v.

ENTREPRENEUR ENTERPRISES, INC. and WYN WILEY,

Defendants.

Case No. 2:26-cv-0586-RGK-RAO

**DEFENDANTS' STATEMENT OF UNCONTROVERTED FACTS**

| SUF NO. | Moving Party's Uncontroverted Facts | Supporting Evidence |
|---|---|---|
| 1. | "Pattie Gonia" is the drag persona adopted by Defendant Wyn Wiley in 2018, inspired by the "Patagonia" region in South America. | Wiley Decl. ¶ 2; Mims Dep. 26:8-27:3. |
| 2. | Wiley posted a humorous video as Pattie Gonia on Instagram on October 3, 2018 and quickly became an overnight sensation. | Wiley Decl. ¶¶ 3-4 |
| 3. | Pattie Gonia's following grew to more than 150,000 within a year of the first post and today numbers nearly 2 million followers on Instagram. | Wiley Decl. ¶ 4; Ex. 78 (Pham Rep.) ¶¶ 22-23. |
| 4. | Pattie Gonia's sizeable following has given Wiley a platform to advocate on social-justice and climate issues; Wiley describes Pattie Gonia as an "Intersectional Environmentalist." | Wiley Decl. ¶¶ 5-7; Wiley Dep. 12:3-10, 20-25; |
| 5. | Pattie Gonia's posts combine drag performances with outdoor recreation, environmental advocacy, and LGBTQIA+ inclusion in outdoor spaces. | Ex. 78 (Pham Rep.) ¶ 24 |
| 6. | Since 2019, Pattie Gonia has hosted group hikes and community-building events, along with an annual fundraiser—promoted on her social media—that has raised over $1 million for charitable nonprofits. | Wiley Decl. ¶¶ 11, 13, 18; Ex. 101 at PGP 0127286 ("Together they have fundraised more than $1,540,000 dollars for nonprofits working to diversify the outdoors and organize group hikes, climate rallies, pride parades, beach clean ups, climbing sessions and community nights") Wiley Dep. 125:6-20; Wiley Dep. 200:22-201:1 |

| | | |
|---|---|---|
| 7. | Since 2019, Pattie Gonia has posted "sponsored content" for numerous brands. | Wiley Decl. ¶¶ 8-10, 12 & Attachment A, Table 1 (pages 2-13) |
| 8. | In 2021, Pattie Gonia partnered with HOKA (a shoe company) and Cotopaxi (an outdoor gear company, primarily packs and suitcases) to promote their collaboration for products sold at REI | Wiley Decl. ¶ 12(a) & Attachment A, Table 1 (page 4); Tadlock Dep. 153:13-154:12; 154:15-156:4-10; 158:10-17; Exhibit 36 |
| 9. | Pattie Gonia also delivered speeches about equality, environmentalism, and inclusivity at corporate-sponsored and non-profit events. | Wiley Decl. ¶ 15 & Attachment A, Table 2 (pages 14-17) |
| 10. | Pattie Gonia has performed in drag since the beginning—on group hikes and at private events since 2019, and, beginning in 2023, at drag shows open to the general public while on tour with other drag artists | Wiley Decl. ¶¶ 12(b), 27 & Attachment A, Table 3 (pages 18-20) |
| 11. | Wiley repurposed his high-school photography business—Defendant Entrepreneur Enterprises Inc.—into Pattie Gonia Productions, and in 2020 hired its first employee, Jennifer Dugan, as Pattie Gonia's manager. | Wiley Decl. ¶¶ 1, 17; Wiley Dep. 155:16-156:3 |
| 12. | Plaintiff Patagonia, Inc. is a company that makes and sells apparel and outdoor gear. | Ex. 78 (Pham Rep.) ¶¶ 18, 40 |
| 13. | Patagonia has a reputation for selling high-quality, though expensive, products. | Ex. 78 (Pham Rep.) ¶¶ 40-41. |
| 14. | To protect its brand position, Patagonia actively monitors its competitors in the outdoor apparel and gear space | Kenna Dep. 139:12-24 Tadlock Dep. 38:20-24; 147:7-9. |
| 15. | Patagonia also sends many cease-and-desist letters each year to businesses Patagonia contends to infringe its trademarks. | Ex. 75 at Interrogatory No. 16 & Responses (pages 11-12); Ex. 77 at PAT-PG_0045387-388; |

| | | |
|---|---|---|
| | | Tadlock Dep. 47:11-13; 47:16-24. |
| 16. | Patagonia, Inc. is recognized for its role in 1% for the Planet—a non-profit organization, co-founded by Patagonia's founder Yvon Chouinard, whose corporate members commit to donating at least 1% of their revenues to environmental causes. | Ex. 78 (Pham Rep.) ¶ 19; Ex. 48 (Kenna Declaration) ¶¶ 5, 7 |
| 17. | Patagonia has known about Pattie Gonia since at least December 2019. | Exhibit 11 at Request for Admission 3 and 4 & Responses (pages 5-6); Tadlock Dep. 44:12-1 |
| 18. | In December 2019, Patagonia reached out to Pattie Gonia and agreed to match 1/5 of donations toward a nonprofit supported through Pattie Gonia's annual fundraiser, a fact Defendants broadcast on the Pattie Gonia Instagram without any objection from Patagonia | Exhibit 11 at Request for Admission 3 and 4 & Responses (pages 5-6); Wiley Decl. ¶ 14. |
| 19. | In 2020, Patagonia personnel expressed enthusiasm about collaborating with and promoting Pattie Gonia's projects and were aware that Pattie Gonia had partnered with brands like REI and Backcountry on sponsored content. | Wiley Decl. ¶¶ 23-24 & Ex. 103 at PGP_0129364; Ex. 104 at PGP_0129368; and Ex. 105 at PGP_0129370. |
| 20. | By 2021, Wiley and Patagonia's Senior Global Environmental Marketing Manager, Whitney Clapper, communicated regularly, including about potential partnership opportunities between Patagonia and Pattie Gonia, and Pattie Gonia appeared at several major industry events. | Wiley Decl. ¶ 22; Clapper Dep. 15:8-11, 15:19-16:5; 18:1619:5 & Ex. C at PGP_0128271; Ex. D at PGP_0128274-275 |
| 21. | Patagonia's Chief Impact and Communications Officer acknowledged that Pattie Gonia "was a visible advocate | Kenna Dep. at 109:13-18 |

| | | |
|---|---|---|
| | for a more inclusive outdoors [and] outdoor industry" by December 2021. | |
| 22. | Patagonia also published a blog endorsing a nonprofit that Pattie Gonia co-founded and encouraged readers to sign up for a workshop on equitable access to the outdoors. | Tadlock Dep. 89:18-90:22 & Ex. 19. at page 7/12. Kenna Dep. 114:19-116:3 |
| 23. | Pattie Gonia's industry prominence led 1% for the Planet to select her as the keynote speaker for its 2022 Global Summit | Wiley Decl. ¶ 25 |
| 24. | At 1% for the Planet's 2022 Global Summit, Patagonia founder Yvon Chouinard conducted a fireside chat, and multiple senior Patagonia employees spoke and led panel sessions alongside Pattie Gonia. | Kenna Dep. 72:14-73:4; 73:14-17; 73:23-75:10; 75:25-77:1 & Ex. 49 at PAT-PG_0042326, 329 |
| 25. | In 2021, Hydro Flask, a water-bottle company, approached Defendants about a potential collaboration and consulted Patagonia to ensure the partnership would not raise trademark concerns. | Tadlock Dep. 177:12-16; 178:2-9; 178:15-21; 178:24-179:8 |
| 26. | Patagonia's internal communications confirm that its leadership and employees were well aware of Pattie Gonia's work by January 19, 2022 | E.g., Ex. 76 (Patagonia Email Thread) at PAT-PG_0043221 (top of page) |
| 27. | One Patagonia employee, upon learning about the potential collaboration between Pattie Gonia and Hydro Flask, wrote in reference to Wiley's adoption of the Pattie Gonia person, "He built his whole persona off of Patagonia yet looks to take us down whenever possible. Unfortunately I think this situation has been left unchecked far too long and any legal action will be a battle on social channels for us." | Ex. 76 (Patagonia Email Thread) at PAT-PG_0043221 (top of page) |

| | | |
|---|---|---|
| 28. | In February 2022, Patagonia in-house counsel, Rob Tadlock, emailed Defendants to set forth three restrictions governing their third-party projects: "1. Not use or otherwise display Patagonia's logos [or any substantially similar logos]; 2. Not use the 'belwe font' in the content that is created; and 3. Not use Pattie Gonia in any form on product." | Tadlock Dep. 57:13-58:20; 64:19-66:20; Ex. 12-13 |
| 29. | The intent of the three restrictions in Mr. Tadlock's emails was, at least in part, to give Defendants clarity needed so that "Pattie's broader work can move forward without any disruptions." | Tadlock Dep. 177:12-16; 178:2-9; 178:15-21; 178:24-179:8 & Ex. 44 at PAT-PG_0042919 |
| 30. | Both Wiley and Pattie Gonia's manager, Jennifer Dugan, reasonably understood that these restrictions defined the boundaries for Defendants' third-party partnerships. | Wiley Dep. 226:10-226:22; Dugan Dep. 113:22-113:25; 116:5-117:2; 117:21-118:14. |
| 31. | In reliance on these explicit criteria, Defendants continued their operations – posting parody designs, giving away Pattie Gonia stickers, and entering agreements with third parties—all while observing Patagonia's stated requirements. | Ex. 76 at Interrogatory No. 15 & Answer (pages 9-10); Wiley Decl. ¶ 30; Wiley Dep. 226:10-226:22 |
| 32. | Over the ensuing years, Patagonia raised no objection, even as Defendants partnered with Patagonia competitors such as The North Face and REI. | Tadlock Dep. 170:6-170:13; 171:13-171:24; 173:9-173:15; 191:13-192:8 |
| 33. | In late 2024, Defendants began making custom "merch" for fans of Pattie Gonia's drag performances. | Dugan Dep. 149:25-150:8 |
| 34. | Consistent with Defendant's environmental objectives, Defendants' merch included custom designs placed on "upcycled" t- | Wiley Dep. 261:20-263:1; 264:10-19 |

| | | |
|---|---|---|
| | shirts and sweatshirts diverted from landfills, making each item unique. | |
| 35. | Defendants sold these products exclusively at live performances and through Defendants' website, PattieMerch.com (formerly PattieGoniaMerch.com), and promoting them in person or on the Pattie Gonia Instagram page. | Wiley Dep. 244:9-18; 265:8-23 |
| 36. | In 2025, after three years of silence, Patagonia contacted Defendants to object to Defendants' merch line and, for the first time, Defendants' stickers | Wiley Dep. 189:9:22; 216:4-9; Tadlock Dep. 67:19-24; 73:24-74:7 |
| 37. | The stickers that Patagonia referenced in 2025 were non-commercial fan art stickers that Defendants gave away for years at live events, to fundraiser donors, and to Patagonia employees without prior complaint | Wiley Decl. ¶ 26 Wiley Dep. 87:17-88:1; 94:14-95:2; 96:18-96:23 Dugan Dep. 188:13-189:1 |
| 38. | Defendants confirmed that the merch line does not incorporate Patagonia logos, designs, or signature font, and that the stickers were never sold. | Wiley Dep. at 251:14-22 & Ex. 68 at PAT-PG-0045213-14 |
| 39. | Patagonia admits that it received no complaints from consumers confused about the source of Defendants' merchandise | Tadlock Dep. at 189:11-13; 189:18-190:22 |
| 40. | Later in 2025, after another drag performer (Lexi Love) faced legal challenges to her drag persona, Defendants sought to register "Pattie Gonia" with the USPTO | Wiley Decl. ¶ 32 |
| 41. | Patagonia seeks to stop any commercial use of "Pattie Gonia," contending that any use in connection with any goods or services in Defendants' trademark application constitutes infringement and/or dilutes Patagonia's wordmark and P-6 Logo | Ex. 75 at Interrogatory No. 2 and Responses (pages 3-8) |

| | | |
|---|---|---|
| 42. | Forcing a name change now would destroy the brand equity and goodwill, blocking Defendants' from entering partnerships that represent major revenue streams | Wiley Decl. ¶¶ 18-19, 31 & Ex. 102 (PGP_0127307-313) |
| 43. | Patagonia's requested remedy will disrupt Defendants' contracts and stop support for partner non-profits. | Wiley Decl. ¶ 31 |
| 44. | After the lawsuit was filed, Patagonia's CEO publicly stated that "unequivocally" Patagonia has "never had an interest in taking Pattie's name away, identity away, stopping them from performing in drag, or stopping them from engaging in environmental activism or equitable access to the outdoors," | Ex. 73 at Request for Admission No. 36 & Responses (Pages 3-6) |
| 45. | Patagonia's expert cites collaborations between Pattie Gonia and third parties in his confusion and dilution analysis, and states "Pattie Gonia's history of collaborations with other prominent brands in the outdoor industry" is a factor that may increase consumer confusion. | Ex. 78 (Pham Report) ¶¶ 123, 136, 142-44 & Exs. 25, 30, 33 & 34. |
| 46. | Photos and videos reflecting Defendants' allegedly infringing and/or diluting stickers, promotion of third-party goods and/or services, drag performance, and advocacy-related events appear in content posted across Pattie Gonia's social media before January 21, 2022. | Tadlock Dep. 104:2-18; Ex. 24 at pages 11-24 (labeled within Exhibit 24 as Exhibits 10-23); Wiley Decl. ¶¶ 11-14 & Attachment A, Table 1 (pages 2-13); Ex. 78 (Pham Report) ¶¶ 123, 136, 142-44 & Exs. 25, 30, 33 & 34. |
| 47. | Between January 21, 2022 through January 21, 2026, Patagonia filed trademark enforcement actions and sent cease and | Ex. 75 at Interrogatory No. 16 & Responses (pages 11-12); |

| | | |
|---|---|---|
| | desist letters to targets with far fewer Instagram followers than Pattie Gonia | Ex. 77 at PAT-PG_0045387-388. |
| 48. | The evidence Patagonia's expert cites for "actual confusion" comes from social media posts and comments that reflect less than 0.1% of the total comments across Defendants' social media posts | Ex. 78 (Pham Report) ¶¶ 142-44 & Exs. 33 & 34; Wiley Dep. 173:23-174:1 *see also* 64:22-65:5; 164:5-164:15 |
| 49. | Defendants have always adhered to the three restrictions in Patagonia's February 9, 2022 email when promoting the goods and/or services of third parties. | Wiley Dep. 233:13-233:19; Dugan Dep. 139:2-139:10 |
| 50. | Defendants' t-shirts and sweatshirts do not use the belwe font or mimic the designs of Patagonia's trademarks | Wiley Dep. at 251:14-22 & Ex. 68 at PAT-PG-0045213-14; *see also* Wiley Dep. at 249:4-15 |
| 51. | When deposed, Corley Kenna (Patagonia's Chief Impact and Communications Officer) could not recall when she first became familiar with Pattie Gonia or her interactions with Pattie Gonia's Instagram, nor could she remember who exactly from Patagonia attended the 1% for the Planet events that Pattie Gonia also attended. | Kenna Dep. 49:1-50:7; 77:2-77:12; |
| 52. | Kenna could not recall writing her internal emails discussing the potential of advising Hydro Flask about Hydro Flask's proposed collaboration with Pattie Gonia | Kenna Dep. 133:10-133:16 |
| 53. | Robert Tadlock could only remember the "general tenor" of the Parties' 2022 discussions surrounding the Hydro Flask inquiry, despite leading those conversations. | Tadlock Dep. 166:9-15 |
| 54. | Several Patagonia employees with relevant knowledge—Richard Thornton, Mary Martin, and Hans Cole—are no longer with the company. | Kenna Dep. 37:8-37:21; 96:7-98:17; 119:3-119:10 |

| | | |
|---|---|---|
| 55. | After February 15, 2022 and until February 10, 2025, Patagonia did not warn Defendants to cease distribution of stickers bearing a design Patagonia is accusing of infringement. | Wiley Dep. 189:9:22; 216:4-9; Tadlock Dep. 67:19-24; 73:24-74:7 |
| 56. | Posts displaying stickers now accused of infringement were posted on Pattie Gonia's Instagram between February 15, 2022 and until February 10, 2025. | Tadlock Dep. 104:2-18; Ex. 24 at pages 32-28 (labeled within Exhibit 24 as Exhibits 31-37); Wiley Decl. ¶¶ 11-14 & Attachment A, Table 1 (pages 2-13); Ex. 78 (Pham Report) ¶¶ 123, 136, 142-44 & Exs. 25, 30, 33 & 34. |
| 57. | Defendants do not sell their merchandise in any of the same places as Patagonia. | Wiley Dep. 265:8-23; Ex. 78 (Pham Rep.) ¶ 20; Kenna Dep. 16:16-17:15 |
| 58. | Defendants' target audience for the merchandise is not the general public, but fans of Pattie Gonia's drag performance | Wiley Dep. 244:9-18; 249:16-23 |
| 59. | Defendant do not market their merchandise as high-quality outdoor gear | Wiley Dep. 244:9-18; 249:16-23; 261:20-263:1; 264:10-19 |
| 60. | As of February 8, 2022, Patagonia's in-house counsel recognized a "relationship" between Patagonia and Pattie Gonia. | Tadlock Dep. 177:12-16; 178:2-9; 178:15-21; 178:24-179:8 & Ex. 44 at PAT-PG_0042919 |
| 61. | Defendants support over 200 independent contractors to produce their live shows and community-building events and employ an internal staff of four. | Wiley Decl. ¶¶ 17 & 18, Ex. 102 at PGP 0127307 (addressing "Our Business Model" and "Our creative partners"); Wiley Dep. 105:16-19 |

Respectfully submitted,

Dated: November 11, 2026

By: /s/ *Rocco J. Screnci*

Rocco J. Screnci (*admitted pro hac vice*)
rscrenci@mcandrews-ip.com
MCANDREWS, HELD & MALLOY LTD.
500 W. Madison Street, Suite 3400
Chicago, IL 60661
Telephone: (312) 775-8000

Katherine McMorrow (SBN 315723)
kmcmorrow@bakerlaw.com
BAKER & HOSTETLER LLP
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067
Telephone: (310) 820-8800

*Attorneys for Defendants Entrepreneur Enterprises, Inc. and Wyn Wiley*