KATHERINE MCMORROW (Cal. Bar No. 315723)
kmcmorrow@bakerlaw.com
BAKER & HOSTETLER LLP
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067
Telephone: (310) 820-8800

ROCCO J. SCRENCI (*admitted pro hac vice*)
rscrenci@mcandrews-ip.com
MCANDREWS, HELD & MALLOY LTD.
500 W. Madison Street, Suite 3400
Chicago, IL 60661
Telephone: (312) 775-8000

*Attorneys for Defendants*
*Entrepreneur Enterprises, Inc. dba Pattie Gonia Productions and Wyn Wiley*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION – LOS ANGELES**

PATAGONIA, INC.,

Plaintiff,

v.

ENTREPRENEUR ENTERPRISES, INC. and WYN WILEY,

Defendants.

Case No. 2:26-cv-0586-RGK-RAO

**DECLARATION OF ROCCO J. SCRENCI**

**DECLARATION OF ROCCO J. SCRENCI**

I, Rocco J. Screnci, hereby declare as follows.

1. I am an attorney with the law firm of McAndrews, Held & Malloy Ltd., attorneys for Defendants Entrepreneur Enterprises, Inc. and Wyn Wiley in the above matter. I am licensed to practice law in the states of Illinois and Ohio and am admitted to appear *pro hac vice* on behalf of Defendants in the above matter. I have personal knowledge of the facts set forth in this declaration, except such facts that are made upon information and belief, and, if called upon to do so, could and would competently testify thereto
2. I personally took or defendant the depositions of all witnesses in this matter. True and correct copy of the relevant portions of the certified transcripts of the following depositions, with the corresponding exhibits as identified in those depositions, are included as exhibits in support of Defendants' Motion for Summary Judgment as follows:
    a. Exhibit 1 - Excerpts of Deposition of Wyn Wiley (Deposition Exhibit 68)
    b. Exhibit 2 - Excerpts of Deposition of Jennifer Dugan
    c. Exhibit 3 - Excerpts of Deposition of Robert Tadlock (Deposition Exhibits 11-14, 19, 24, 36 & 44)
    d. Exhibit 4 - Excerpts of Deposition of K. Corley Kenna (Deposition Exhibits 48-49)
    e. Exhibit 5 Excerpts of Deposition of Whitney Clapper (Deposition Exhibits C & D)
    f. Exhibit 6 - Excerpts of Deposition of Griffin Mims
3. Also attached hereto are true and accurate copies of the following:
    a. Exhibit 73 – Patagonia's Amended Responses to Defendants' Requests for Admission 36-40.

b. Exhibit 74 – Defendant Entrepreneur Enterprises, Inc.'s Verified Responses to Patagonia's Second Set of Interrogatories

c. Exhibit 75 – Plaintiff Patagonia's Supplemental Objects and Responses to Defendant Entrepreneur Enterprises, Inc.'s Interrogatory Nos. 2, 7, 8, 16

d. Exhibit 76 – Document bearing Bates No. PAT-PG_0043221, produced by Patagonia, Inc. in this matter.

e. Exhibit 77 – Document bearing Bates No. PAT-PG_0045387, produced by Patagonia, Inc. in this matter.

f. Exhibit 78 – Excerpts of Expert Report of Michel Pham, PHD, with corresponding Exhibits 25, 30, 33 & 34 thereto.

4. On November 4, 2026, pursuant to the requirements of Local Rule 7-3, I spoke with Greg Gilchrist and Sophy Tabandeh, counsel Plaintiff, to discuss this motion. I advised counsel that I was planning on bringing this motion and briefly explained the basis for the same. Counsel for Plaintiff indicated that they intended to move for summary judgment as to the absence of laches, indicating a fundamental disagreement about the merits of the defenses at issue in Defendants' Motion for Summary Judgment.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 11, 2026 at Chicago, Illinois.

*/s/ Rocco J. Screnci*

Rocco J. Screnci