# EXHIBIT 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PATAGONIA, INC., Case No.: 2:26-cv-00586-RGK-RAO

Plaintiff,

v.

ENTREPRENEUR ENTERPRISES, INC. DBA PATTIE GONIA PRODUCTIONS and WYN WILEY,

Defendants.

---

VIDEO-RECORDED VIDEOCONFERENCE DEPOSITION OF

GRIFFIN MIMS

Tahoe City, California

Wednesday, October 21, 2026

Volume 1

Reported by:
LESLIE JOHNSON
RPR, CCRR, CSR No. 11451
Job No.: 8519885
PAGES 1 - 46



Veritext Legal Solutions
866-299-5127 calendar-ca@veritext.com www.veritext.com

A I don't recall all the names or ideas that were suggested at this meeting, but I do recall the Pattie Gonia name being suggested or talked about. 10:27:39 10:27:42 10:27:47
Q Do you know if any other names were suggested or discussed? 10:27:52 10:27:54
A I believe so, but I couldn't recall what those names would be. 10:27:58 10:28:01
Q Do you recall who first raised or suggested the Pattie Gonia name? 10:28:03 10:28:07
A I don't recall who first raised or suggested the Pattie Gonia name. 10:28:13 10:28:15
Q What was discussed about the Pattie Gonia name? 10:28:18 10:28:22
A I don't recall exactly what was discussed around the Pattie Gonia name. I do recall us discussing a trip that I was about to go on to the region of Patagonia and that being a potential name for their drag persona, stemming from the region of Patagonia. 10:28:25 10:28:29 10:28:35 10:28:38 10:28:44 10:28:48
Q So you recall you saying that you were going on a trip to the region of Patagonia? 10:28:52 10:28:55
A Yes. 10:29:00
Q But you don't -- and that that was -- and what did your trip have to do with the Pattie Gonia name? 10:29:00 10:29:06 10:29:11

Page 26

A From my memory, the Pattie Gonia name stemmed from our discussion around my trip, leaving to go to the region of Patagonia. 10:29:12 10:29:17 10:29:22
Q You don't recall who proposed the name, correct? 10:29:26 10:29:29
A I do not. 10:29:30
Q Do you recall whether the name was discussed before your trip was discussed? 10:29:30 10:29:32
A I do not. 10:29:38
Q You don't recall the sequence? 10:29:40
A I do not recall the sequence. 10:29:41
Q Do you know whether Mr. Wiley had visited the Patagonia region? 10:29:45 10:29:47
A I didn't believe so. 10:29:49
Q Do you know if Mr. -- or do you recall Mr. Wiley expressing any interest in visiting the Patagonia region? 10:29:52 10:29:55 10:30:01
A I don't remember. I don't recall. 10:30:02
Q Was Mr. Wiley intending to join you on this trip to the Patagonia region? 10:30:06 10:30:08
A No. 10:30:10
Q Did Mr. Wiley ask you any questions about your planned trip to the Patagonia region? 10:30:10 10:30:13
A I don't recall. 10:30:17
Q Did you share any -- anything about your trip to the Patagonia region during this discussion? 10:30:19

Page 27

10:30:25
A I'm sure I did, yeah. 10:30:28
Q What did you share? 10:30:29
A I don't recall exactly what was shared, but I'm imagining that I shared about the trip that I was taking through a company called the National Outdoor Leadership School, or NOLS, that I was leaving on in September of 2018 to the region of Patagonia. 10:30:32 10:30:35 10:30:39 10:30:41 10:30:47 10:30:50
Q But you don't recall what you specifically said, if anything? 10:30:53 10:30:55
A I do not. 10:30:56
Q Did any -- you said you don't recall whether any other names for Mr. Wiley's darg persona were mentioned; is that correct? 10:31:00 10:31:02 10:31:07
A I don't recall what other names would have been mentioned. 10:31:08 10:31:12
Q Did Mr. Wiley say he had already considered the Pattie Gonia name before this meeting? 10:31:17 10:31:21 10:31:24
A I don't recall. 10:31:25
Q Did Mr. Wiley say why the name appealed to him at that time? 10:31:30 10:31:33
A I don't recall. 10:31:37
Q During the meeting, did anyone mention Patagonia the company? 10:31:45

Page 28

10:31:49
A I don't recall. 10:31:51
Q How about Patagonia the brand? 10:31:52
A I don't recall. 10:31:54
Q Patagonia's products? 10:31:56
A I don't recall. 10:31:59
Q When did you first hear about Patagonia the brand? 10:32:02 10:32:05
A I don't recall when I first heard of Patagonia the brand, but I've been aware of the brand for many, many years. 10:32:07 10:32:11 10:32:18
Q So it would have been before this summer 2018 meeting, you would have been familiar with the Patagonia brand? 10:32:20 10:32:25 10:32:27
A I would have been familiar with the Patagonia brand. 10:32:28 10:32:29
Q And were you familiar with Patagonia's products? 10:32:30 10:32:32
A I would have been familiar with Patagonia's products. 10:32:33 10:32:35
Q And are you familiar with Patagonia's trademarks and logos? 10:32:36 10:32:39
A I am relatively familiar with Patagonia's trademarks and logos. 10:32:42 10:32:45
Q And you would have been at this time, the 10:32:47

Page 29