KATHERINE MCMORROW (Cal. Bar No. 315723)
kmcmorrow@bakerlaw.com
BAKER & HOSTETLER LLP
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067
Telephone: (310) 820-8800

ROCCO J. SCRENCI (*admitted pro hac vice*)
rscrenci@mcandrews-ip.com
MCANDREWS, HELD & MALLOY LTD.
500 W. Madison Street, Suite 3400
Chicago, IL 60661
Telephone: (312) 775-8000

*Attorneys for Defendants*
*Entrepreneur Enterprises, Inc. dba Pattie Gonia Productions and Wyn Wiley*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION – LOS ANGELES**

| | |
|---|---|
| PATAGONIA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ENTREPRENEUR ENTERPRISES, INC. et al.,<br><br>Defendants. | Case No. 2:26-cv-0586-RGK-RAO<br><br>**DECLARATION OF WYN WILEY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

1. I, Wyn Wiley, am the Director of Defendant Entrepreneur Enterprises, INC. d/b/a Pattie Gonia Productions. I make the following statements from my personal knowledge, except where indicated.

2. In 2018, I adopted the drag persona “Pattie Gonia” after a discussion with friends at a coffee shop, during which one of my friends mentioned that he was going to the region in South America for a hiking/climbing trip.

3. My first experience as “Pattie Gonia” came when I was on a hiking trip in or around September 2018. During that trip, I put on a pair of high-heel boots and recorded a humorous video of myself, which I posted on a newly created Pattie Gonia (@pattiegonia) Instagram account on or around October 3, 2018. A true an accurate version of that post can be found at the following URL: https://www.instagram.com/p/BofiJNYBV9J/?utm_source=ig_embed&ig_rid=Ai_8eYdRjYbKTKQRSazjm_z

4. That first post immediately gained considerable attention, attracting thousands of “likes” and comments to the post and bringing thousands of followers to the Pattie Gonia Instagram account within the first week.

5. This attention to the Pattie Gonia Instagram gave me a large platform and audience. Because social media typically prioritizes posts from accounts that one subscribes to, Pattie Gonia’s large follower count enables me to use the Pattie Gonia Instagram to deliver messages to a large number of people.

6. Following the first post on the Pattie Gonia Instagram, I continued to make humorous posts, and Pattie Gonia's following continued to grow.

7. I also used the platform to discuss causes that I cared about, such as environmentalism, climate change, inclusion and equality, particularly for members of marginalized (e.g., LGBTQIA+ & BIPOC) groups, in the outdoor (e.g., hiking, climbing, camping) community.

8. As Pattie Gonia's follower count continued to grow, companies soon began reaching out to me to inquire about "sponsored content," which is a practice of using a third parties to promote goods or services. In my experience, people with large followings on social media (sometimes called "influencers") engage in sponsored content to monetize their audience. This is an attractive relationship for businesses (the "sponsors" in the relationship) because sponsored content allows the sponsors to tap into a particular influencer's audience or fan base and reach a different demographic than typical forms of advertising.

9. At first, I was hesitant to engage in sponsored content using the Pattie Gonia identity. However, I eventually realized that I could use Pattie Gonia's platform to engage with sponsored content differently. For example, I worked with outdoor companies to donate gear to people who needed it more than me.

10. In June 2019, I posted my first official "sponsored content" post for Accor Hotels, who had hosted me, as Pattie Gonia, to attend the Tony Awards. A

true and accurate copy of that post can be found at the following URL: https://www.instagram.com/p/BynV4qYJsdk/?img_index=2

11. I ultimately realized that I could use Pattie Gonia's following and platform for a broader purpose. In 2019, I began organizing community-building events, like group hikes, where I would perform in drag. When I started earning money from sponsored content, I would use some of that money that I earned to fund the community-building activities. A list of my partners for "sponsored content" and related promotional activities is found in Attachment A, Table 1, of this Declaration. To the extent I was able to locate related media from those partnerships, I included the URL to the relevant post(s).

12. Representative examples of some partnerships for which I've done sponsored content as Pattie Gonia include:

    a. In March/April 2021, I promoted a collaboration between HOKA (a shoe company) and Cotopaxi (outdoor gear, primarily packs and suitcases) sold through REI. As part of this promotion, I also raised awareness for Big City Mountaineers, nonprofit that helps diverse youth get outdoors, which Pattie Gonia, Hoka, and Cotopaxi donated to. As part of this promotion, I ran a product giveaway for two winners to win a free Hoka shoe and Cotopaxi bag from the collaboration I was promoting.

b. In June 2021, myself and other drag queens promoted "Airbnb's "Celebrate Pride From Around the World" campaign, a community-building event involving a group hike and drag performances. (URL: https://www.instagram.com/p/CPtTD0MpsG5/?utm_source=ig_web_c)

c. Also in June 2021, I promoted Pela Case's "Pride Collection" of biodegradable phone cases. I also brought attention to the fact that Pela Case donated $25,000 to Bravetrails, a summer camp for a summer camp for LGBTQ2IA+, BIPOC and AAPI youth (URL: https://www.instagram.com/reel/CPoHIrGpEnJ/?utm_source=ig_web_)

13. In 2019, I also started using Pattie Gonia as a platform to fundraise for nonprofits through an annual fundraiser. During this fundraiser, I post on the Pattie Gonia Instagram, asking people to donate to a GoFundMe for various nonprofits. The nonprofits I support through my annual fundraiser are typically climate-, environment-, outdoor-, or equality-focused nonprofits. Many of my fundraisers draw attention from companies and brands. Often times, brands I have worked with on sponsored content will agree to match a certain amount or proportion of donations made by normal viewers of my fundraiser posts. In return, I often make a post thanking the business for their commitment. It is my understanding that for-profit business often make these

contributions because the recognition for their donations brings them goodwill from viewers of my posts.

14. During my first fundraiser in 2019, someone from Patagonia, Inc. reached out to me and agreed to match 1/5 of donations to Sustainable Shorelines Hawai'i, a nonprofit focused on cleaning beaches on the Hawaiian islands. On or about December 5, 2019, I made a post thanking Patagonia for their agreement. A true and accurate copy of that post is found at the following URL: https://www.instagram.com/p/B5tAdJHJtsx/?igsh=MnVmMmJ5NnlycTY3. As of my signing this declaration, the post has over 30,000 likes and approximately 1,500 comments. To my knowledge, Patagonia has never demanded that I remove that post.

15. Over the years, as Pattie Gonia's following grew, so did Pattie Gonia's commitments. For example, I worked with REI (the outdoor gear and apparel retailer) on a documentary called "Dear Mother Nature," released in November 2019, which focuses on how human consumption impacts the environment. I also began speaking and performing drag shows at conferences and events hosted by companies, nonprofit organizations, and universities. A list of the speaking engagements I have done under the Pattie Gonia Productions business is found in Attachment A, Table 2, with the relevant dates and partners identified to the extent I was able to recall/locate them. These speaking engagements typically focused on environmentalism and

equality in the outdoors, or often times the intersection of social- and climate-justice issues.

16. My work as Pattie Gonia, particularly my activism and advocacy, have been publicly recognized by numerous major outlets. In 2022, Outside Magazine named Pattie Gonia as one of the "Outsiders of the Year" in connection with my work and advocacy, including my founding of the Outdoorist Oath. In 2023, Time Magazine named Pattie Gonia one of its "Next Generation Leaders" for my work fostering an inclusive outdoor community. In 2025, Pattie Gonia was identified as one of the "National Geographic 33," a list that recognized leaders in environmental activism. Other members of the National Geographic 33 include world-famous athletes, actors (like Edward Norton), and Yvon Chouinard, Patagonia's founder.

17. In or around 2020 during the pandemic, I hired my first employee under the Pattie Gonia Productions business, Jennifer Dugan.[1] Ms. Dugan started as a part-time employee but soon became a full-time employee and is my/Pattie Gonia's manager. More recently, Pattie Gonia Productions has hired two more people, Grace Kaiser and Michaela Coleman, as production assistants, in 2024 and early January 2026, respectively.

---

[1] Entrepreneur Enterprises previously had an employee when I was using it as my photograph business.

18. As the Pattie Gonia business grew, I formalized (with the assistance of Ms. Dugan) some of the business documents used in connection with the various partnerships and pitches I have done. For example, we created a "Pattie Gonia Partnerships" document that included a summary and highlights of Pattie Gonia's past projects, the rates for hiring Pattie Gonia in connection with various types of projects. Such a document based on the 2021-2022 year is attached hereto as Exhibit 101. The same document for 2025 is attached hereto as Exhibit 102. Certain sensitive information, like our rates, have been redacted. Other than these redaction, Exhibits 101 and 102 are true and accurate copies of Pattie Gonia Productions' business records and accurately reflect the information within them at the time of creation.

19. As shown in Exhibits 101 and 102, Pattie Gonia Productions uses its partnership revenue to pay employees, pay independent contractors for production-related work, fund community programming, and invest in non-profits and individuals working to diversify the outdoors.

20. Separate from the work I do supporting nonprofits through the Pattie Gonia Productions business, I helped co-found a nonprofit called the Outdoorist Oath, committed to advocating taking action against climate change, promoting inclusivity in the outdoor community, and supporting outdoor adventure. Although the Outdoorist Oath is a separate entity from Pattie Gonia

Productions, "Pattie Gonia" is listed as a co-founder and director of The Outdoorist Oath.

21. Over the years, due to my involvement in the outdoor community and industry as Pattie Gonia, I have frequently attended industry events where I have interacted with people employed by Patagonia, Inc. Employees of Patagonia, Inc. have also reached out to me on social media.

22. One Patagonia employee (now a former Patagonia employee) who reached out to me was Whitney Clapper. Ms. Clapper, to my recollection, held a role at Patagonia relating to environmental activism and justice. Ms. Clapper and I became friends, and she put me in contact with other Patagonia employees who expressed interest in working with Pattie Gonia. On one occasion, Ms. Clapper wrote a blog post for Patagonia's website about The Outdoorist Oath nonprofit that I, as Pattie Gonia, co-founded.

23. Another Patagonia employee I was put in contact with was Sasha Teninty. To my recollection, Ms. Teninty's role related to social media and marketing at Patagonia. Attached hereto as Exhibit 103 is an email exchange between a contractor from Pattie Gonia's production team (Wondercamp) and Ms. Teninty regarding a short film my team ("Dear Humanity") created for the 50-year anniversary of Earth Day. Attached hereto as Exhibit 104 is a true and accurate copy of the press release for the "Dear Humanity" video. To the best of my recollection, the first page of Exhibit 104 a true and accurate summary

of the project. To the best of my recollection, the "About Pattie Gonia" section on page 2 of Exhibit 104 is a true and accurate representation of Pattie Gonia's work as of April 2020, when that document was shared.

24. Part of the "Dear Humanity" project involved reaching out to people to get them to record a short video of themselves reading various lines or phrases that would then be stitched together in a final video of the many contributors to the project. One person I reached out to was Clare Gallagher, who is a Patagonia sponsored athlete. A true and accurate copy of the email exchange regarding that request is shown in Exhibit 105 attached hereto.

25. In late 2021 or early 2022, I was invited to deliver a keynote speech at 1% for the Planet's 2022 Global Summit in Los Angeles. The 2022 Global Summit was the 20-year anniversary of 1% for the Planet, so its co-founders, who include Patagonia's founder, Yvon Chouinard, were in attendance, as were several other Patagonia employees. I also attended the 1% for the Planet Global Summit in 2023, where I performed and gave a speech. At one of these events, I recall distributing "Pattie Gonia" stickers to Patagonia employees who asked for them. It is my understanding that these stickers (or similar designs of these stickers) are accused of trademark infringement in the present lawsuit.

26. I have given away stickers (design shown below) that Patagonia accuses of infringing its logo since late 2018 or early 2019. I typically give away these

stickers at in-person events (such as group hikes and live drag performances) and in connection with the annual fundraiser that Pattie Gonia promotes. To the best of my knowledge, I have never sold those stickers or tried to profit off of them, and it would be against my business's practices to try to profit off of them.




27. While I have performed in drag as Pattie Gonia at in-person events since 2019, those events were typically smaller and private (like 1% for the Planet's Global Summit in 2023 or various group hikes). In 2023, I started performing standalone drag shows (i.e., shows open to the general public) and touring with other drag artists to perform such shows throughout the United States. A list of shows, dates, and locations for my tours are included in Table 3 in Attachment A.

28. As part of my drag performances as Pattie Gonia, I often incorporate song and dance as is typical for drag performances. These performances, and drag performance generally, often involve elaborate costumes with irreverent pop-culture references. For instance, at a recent performance, a put on a costume

resembling Patrick Star (a character from SponeBob Squarepants), and jokingly referred to myself as "patrick gonia." A video depicting part of this performance can be found on the Pattie Gonia Instagram at the following URL: https://www.instagram.com/reel/DepzC7RP-Rk/?vrfl=d2x3aWR5Yjd4cDk%3D

29. Because of my focus on advocacy, particularly environmental advocacy, with Pattie Gonia, my performances also reference current events and issues that I criticize or comment on through my show. For example, in the above "patrick gonia" performance, I lip sync to a Nicki Minaj song, before abruptly cutting the music. When the music cuts, I criticize Nick Minaj for political endorsements she has made. In other performances, I have criticized companies that have harmed the environment (like Artificial Intelligence companies).

30. Throughout the years, I may have made jokes about Patagonia's brand in connection with my drag performances or simply for humorous effect on social media. In my experience, this is a common practice among drag performers and artists. Some performers have, to my knowledge, acknowledged that their names are puns about or references to particular brands, like Trixie Mattel, Brita Filter, and Jan Sport. To my knowledge, using playful puns is a common practice among drag performers and is understood by fans as a common form of humor within the drag community.

31. Today, the Pattie Gonia identity is my full-time job, which I use to support myself, the three employees of Pattie Gonia Productions, and the numerous subcontractors we hire for the various activities done under the Pattie Gonia identity. If prevented from using “Pattie Gonia” to identify myself and my business, particularly as it relates to sponsored content and related partnerships, my livelihood and my employees’ livelihoods would be seriously jeopardized. In my experience, Pattie Gonia’s fans and following have come to associate the Pattie Gonia identity with my work. If forced to rebrand and use a new identity, I would lose the ability to associate that new identity with my past work as Pattie Gonia. I also expect that current sponsors and partners of Pattie Gonia would be unhappy and potentially seek to cancel existing or planned agreements if I were forced to rebrand and therefore lose Pattie Gonia’s recognition built over the last 8 years.

32. In 2025, I had similar concerns after learning about a drag queen/artist named “Lexi Love,” who was sued for trademark infringement by another performer who had used “Lexi Love” as a stage name and secured a trademark on the name. My sole intention in pursuing a trademark was to protect the Pattie Gonia identity I created and the business that identity has supported for over eight years.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Docusign Envelope ID: 1900EA15-0A63-8BA6-833C-8BDC59023549

Executed on: November 10, 2026

DocuSigned by:

WYN WILEY

C84450D74CC1401...

Wyn Wiley

# Attachment A

**Table 1**

| Name of Third-Party Partner | Scope of Partnership/Deliverables | Date(s) of Partnership | Associated Media/Other |
|---|---|---|---|
| Hydroflask | Funding of advocacy-related work + Instagram post(s) promoting reusable products | March 28, 2022 | https://www.instagram.com/p/Cbp882zJW3-/?img_index=4 |
| American Express | Appearance and social media marketing | October-November 2019 | https://www.instagram.com/p/B4DSTa1prA_/<br>https://www.instagram.com/p/B43c1FaJrmx/<br>https://www.instagram.com/p/B5dGtazJht_/ |
| Backcountry | Social media marketing | 11/19/2019 | https://www.instagram.com/p/B74x43OJGsx/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Nebia | Social media marketing | 1/21/2020 | |
| HOKA | Event production and social media marketing | 2/21/2020 | https://www.instagram.com/p/B9F2RIJpdB5/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA==<br>https://www.instagram.com/p/CDjWPdmJaK5/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| LifeStraw | Event production and social media marketing | 5/1/2020 | Eco tourism trip |
| Nebia | Social media marketing | 3/23/2020 | https://www.instagram.com/p/B-DgZkppMbv/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |

| Name of Third-Party Partner | Scope of Partnership/Deliverables | Date(s) of Partnership | Associated Media/Other |
|---|---|---|---|
| Larq | Social media marketing | 3/23/2020 | |
| EA | Social media marketing | 6/1/2020 | https://www.instagram.com/p/CBgRvY7lrN6/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Dell | Social media marketing | 2020 | https://www.instagram.com/p/CDCCjCtFSb3/?utm_source=ig_web_copy_link&igsh=NTc4MTIwNjQ2YQ== |
| Visible / Verizon | Social media marketing | 2020 | https://www.instagram.com/p/CH0fzPnp4gd/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| LifeStraw | Event production and social media marketing | 2022 | https://www.instagram.com/p/Cbc08zWLXLr/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| HOKA | Social media marketing | 8/5/2020 | Instagram Live Post Only |
| Aspiration | Social media marketing | 10/13/2020 | https://www.instagram.com/p/CG5ZrrRpemv/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA==<br>https://www.instagram.com/p/CICGVIppOEt/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |

| Name of Third-Party Partner | Scope of Partnership/Deliverables | Date(s) of Partnership | Associated Media/Other |
|---|---|---|---|
| Visible / Verizon | Social media marketing | 11/20/2020 | |
| HOKA | Social media marketing | 11/17/2020 | https://www.instagram.com/p/CHtSAq3naTU/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Aspiration | Social media marketing | 12/22/2020 | On Aspiration's website, since taken down by Aspiration. |
| Tentree | Social media marketing | 11/14/20 & 11/15/20 | |
| Dometic | Social media marketing | 12/1/2020 | Instagram Story Post Only |
| Nuun | Social media marketing, virtual event, article for their blog | 12/1/20-5/31/21 | https://www.instagram.com/p/CLCiVCopupH/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== https://www.instagram.com/p/CPWX-ojpmfV/?utm_source=ig_web_copy_link&igsh=NTc4MTIwNjQ2YQ== |
| HOKA / Cotopaxi / REI | Social media marketing | 4/1/2021 | https://www.instagram.com/p/CNDMDV4J9Tl/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |

| **Name of Third-Party Partner** | **Scope of Partnership/Deliverables** | **Date(s) of Partnership** | **Associated Media/Other** |
|---|---|---|---|
| HOKA | Sponsorship, + Corporate Give Back to Outdoorist Oath +Event production and social media marketing | 2021 | https://www.instagram.com/p/CQ9e5j6Jmux/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== https://www.instagram.com/p/CVW50bOLEHJ/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Aspiration | Social media marketing | 2021 | https://www.instagram.com/p/CNK1JRqpneG/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== https://www.instagram.com/reel/CVOgOWxjByE/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Backcountry | Social media marketing | 4/1/2021 | https://www.instagram.com/p/CNbENmqphEE/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Backcountry | Social media marketing | 2022 | https://www.instagram.com/p/Cdn2sT4O9rU/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Pela | Social media marketing | June 2021 | https://www.instagram.com/reel/CPoHIrGpEnJ/?utm_source=ig_web_copy_link&igsh=NTc4MTIwNjQ2YQ== |
| Google / Newfangled | Commercial Shoot | November 2021 | Talent in a Google Ad Spot |
| TAZO | Sponsorship, Social Media Marketing | 2021 | https://www.instagram.com/p/CP6iYocJzz-/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |

| Name of Third-Party Partner | Scope of Partnership/Deliverables | Date(s) of Partnership | Associated Media/Other |
|---|---|---|---|
| Beautiful Destinations | license | 2/11/2021 | Instagram post by Beautiful Destinations, since deleted for TOU violation. |
| AirBNB | Event production and social media marketing | 2021 | https://www.instagram.com/p/CPtTD0MpsG5/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Logtiech | Social Media Marketing | 6/16/2021 | https://www.instagram.com/p/CRFRq6rJWrW/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Visible / Verizon | Social Media Marketing | 2021 | |
| Dropps | Social Media Marketing | 8/24/2021 | https://www.instagram.com/p/CS-GAfsPes9/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== https://www.instagram.com/p/CW6yn4evFor/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Everlane | Social Media Marketing | 10/1/2021 | |
| Hydro Flask | Corporate education + Corporate Give Back | November 30, 2021 | https://www.instagram.com/p/CW6XHcBvUWV/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== https://www.instagram.com/p/Cbp882zJW3-/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Aspiration | Social media marketing + corporate give back | 1/3/2022 | https://www.instagram.com/reel/CcnwTRCpBJK/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| HOKA | Social media marketing + event production | 11/19/2022 | https://www.instagram.com/p/CUITm6PFuhX/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== https://www.instagram.com/reel/ClML9WzJGhm/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| HOKA | Social Media Marketing | 6/15/22 | https://www.instagram.com/reel/Ce1Qt8UJ9Jh/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| TAZO | Social Media Marketing + Corporate Give Back | 4/30/2022 - 12/31/022 | https://www.instagram.com/p/CXCIQlRvpKy/?utm_source=ig_web_copy_link&igsh=NTc4MTIwNjQ2YQ== https://www.instagram.com/reel/ChUvlwfjHee/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== https://www.instagram.com/reel/Ci-MMRtjlYi/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFl |

| **Name of Third-Party Partner** | **Scope of Partnership/Deliverables** | **Date(s) of Partnership** | **Associated Media/Other** |
|---|---|---|---|
| | | | ZA==<br>https://www.instagram.com/reel/ClkL2vEjFZw/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA==<br>https://www.instagram.com/reel/CmJ24uTJSQ9/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| TAZO | Social Media Marketing | 11/14/2022 | https://www.instagram.com/reel/Ck8lq1NDGkq/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA==<br>https://www.instagram.com/reel/Ck8lq1NDGkq/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Clif | Social Media Marketing + corporate give back to Brave Trails | 6/5/2022-9/5/22 | |
| PitViper | Pride month partnership, post+story set | 6/30/2022 | https://www.instagram.com/reel/Cfb416pJw8C/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Aspiration | Social Media Marketing | 7/14/2022 | https://www.instagram.com/reel/Cjatz_pDC5o/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA==<br>https://www.instagram.com/p/Cll4cx1pSPk/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Dropps | Social Media Marketing + corporate give back | Feb - Nov 2022 | https://www.instagram.com/reel/Cjatz_pDC5o/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| The North Face | Social Media Marketing | 2022 | https://www.instagram.com/reel/Cd6DZ6CpWXR/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA==<br>https://www.instagram.com/p/Cd6OvGUuKNl/?<br>https://www.instagram.com/reel/Cf1iZSPDvD4/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA==<br>https://www.instagram.com/reel/CeRdaS9L6U-/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA==utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| VF / SmartWool | Social Media Marketing | 2022 | https://www.instagram.com/reel/Ci5KIQhjptQ/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |

| **Name of Third-Party Partner** | **Scope of Partnership/Deliverables** | **Date(s) of Partnership** | **Associated Media/Other** |
|---|---|---|---|
| Crux Academy / REI | Corporate Education | 8/18/2022 | Corporate Training Videos for Internal Use |
| Verizon/ Visible | Social Media Marketing | 12/3/2022 | https://www.instagram.com/reel/Cmy5xmXpoB1/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Smartwool | Social Media Marketing | 4/22/2023 | https://www.instagram.com/reel/CrWCLy3rR4G/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Smartwool | Social Media Marketing + Corporate Give Back | 8/1/2023 | https://www.instagram.com/reel/Cvh5Os1rbw-/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| IKON Pass | Social Media Marketing | 3/9/2023 | https://www.instagram.com/reel/Cpkh6oyDQAK/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Strava | Social Media Marketing | 1/1/2023 | https://www.instagram.com/reel/Cs6nIAJJXYC/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Imagine 5 Media | Social Media Marketing | 10/11/2023 | https://www.instagram.com/reel/CyQ57l7rF43/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== https://www.instagram.com/reel/CyeC8dHpo8-/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Lifestraw | Social Media Marketing | 6/1/2023 | Instagram Stories Only |
| The North Face | Social Media Marketing | 12/12/2023 | https://www.instagram.com/reel/C0wqm63Jrfg/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Dash Pictures | Social Media Marketing + Appearance Fee | 2023 | https://www.amazon.com/Go-Gently/dp/B0FQ6GFYHQ |
| Public Lands | Social media marketing | 8/9/23 | Contracted but never went live |
| The North Face | Social Media Marketing + Event Production | 2023 | https://www.instagram.com/reel/Csl3BZINw7v/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== https://www.instagram.com/p/CsmAOZDJ3Iv/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== https://www.instagram.com/reel/CuhRAuVNgro/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Kodiak | Social Media Marketing | 3/1/2023 | Instagram Story Only |
| IKON Pass | Social Media Marketing | 3/28/2024 | https://www.instagram.com/reel/C5D7sGHLZz1/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |

| Name of Third-Party Partner | Scope of Partnership/Deliverables | Date(s) of Partnership | Associated Media/Other |
|---|---|---|---|
| HULU / The Influential | Social Media Marketing | 12/6/2023 | https://www.instagram.com/reel/C0hHzQjxWch/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| REI x The North Face | Social Media Marketing | 8/2/2023 | https://www.instagram.com/reel/CvcwZi2Myc9/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Tazo | Social Media Marketing | 11/3/2023 | https://www.instagram.com/p/CzMDsLTOIGn/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| NRDC | Social Media Marketing | 9/6/23 | Instagram Story Only |
| Visit CA | Social Media Marketing + Appearance Fee + Event Production | 3/20/2023 | https://www.instagram.com/reel/C4vebvdR7Pc/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| NRDC / Vocal Media | Social Media Marketing | 2/12/24, 3/7/2024 | https://www.instagram.com/reel/C3QW6XQx8GK/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== https://www.instagram.com/reel/C4OFT2wr4Si/?utm_source=ig_web_copy_link&igsh=NTc4MTIwNjQ2YQ== https://www.instagram.com/p/C6zs8kkpcKz/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Lomi | Social Media Marketing | 2024 | Instagram Story Only |
| Pit Viper | Social Media Marketing | 2/11/2024 | Instagram Story Only |
| Badger | Social Media Marketing | June / July 2024 | Instagram Story Only |
| Earth Day Initiative | Social Media Marketing | March 31, 2024 | Sponsored Content: Reel |
| Climate Power | Social Media Marketing | 3/7/2024 | Climate Power LNG Campaign - IG + TikTok add on |
| Greenpeace | Social Media Marketing | 4/4/2024 | https://www.instagram.com/reel/C5ybRjoLIeq/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA==. https://www.instagram.com/reel/C6JSVBUuNdt/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Stio | Social Media Marketing | 2024 | Instagram Stories |
| Away Luggage | Social Media Marketing | 5/14/2024 | https://www.instagram.com/reel/C69eM9Epsne/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |

| Name of Third-Party Partner | Scope of Partnership/Deliverables | Date(s) of Partnership | Associated Media/Other |
|---|---|---|---|
| Blueland | Social Media Marketing | 7/1/2024 | https://www.instagram.com/reel/C840koBvJ95/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Mindbody | Corporate Education | 6/5/2024 | Virtual Event |
| Youtube / GOLicense LLC | Social Media Marketing - Licensing | March 2024 | YouTube Pride Campaign |
| Keilhs | Social Media Marketing | 4/6/2024 | https://www.instagram.com/reel/C5bJDMArWuD/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Climate Power | Social Media Marketing | 10/1/2024 | https://www.instagram.com/reel/C4OFT2wr4Si/?utm_source=ig_web_copy_link&igsh=NTc4MTIwNjQ2YQ==<br>https://www.instagram.com/reel/DAtiu-Fycul/?utm_source=ig_web_copy_link&igsh=NTc4MTIwNjQ2YQ== |
| Seventh Gen | Social Media Marketing | Oct - Dec 2024 | https://www.instagram.com/reel/DAmJt0ONoL5/?utm_source=ig_web_copy_link&igsh=NTc4MTIwNjQ2YQ==<br>https://www.instagram.com/reel/DByvIdtJlBd/?utm_source=ig_web_copy_link&igsh=NTc4MTIwNjQ2YQ== |
| Nature Conservancy / TNC | Social Media Marketing | 5/30/2024 | https://www.instagram.com/reel/C7maiuSJoRq/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Stio | Social Media Marketing | 3/12/2025 | https://www.instagram.com/reel/DHHoGslSLDU/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA==<br>https://www.instagram.com/reel/DHHoGslSLDU/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Seventh Generation | Social Media Marketing + event sponsorship | Feb - April 2025 | https://www.instagram.com/reel/DByvIdtJlBd/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA==<br>https://www.instagram.com/reel/DGDgpaqR5nB/?utm_source=ig_web_copy_link&igsh=NTc4MTIwNjQ2YQ== |
| Seventh Generation | Social Media Marketing | 6/18/2025 | https://www.instagram.com/reel/DGDgpaqR5nB/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA==<br>https://www.instagram.com/reel/DLC8jNfRHfy/?utm_source=ig_web_copy_link&igsh=NTc4MTIwNjQ2YQ== |

| Name of Third-Party Partner | Scope of Partnership/Deliverables | Date(s) of Partnership | Associated Media/Other |
| --- | --- | --- | --- |
| | | | https://www.instagram.com/reel/DIyuyRdJybT/?igsh=MWVnM2dvYmFpOWxmcw== |
| Battle Axe for If/When/How | Social Media Marketing | 2025 | Instagram Story Set Only |
| National Parks Conservation Association | Social Media Marketing | 2025 | |
| Ground News | Social Media Marketing | 2025 | https://www.instagram.com/reel/DKZyhMmxWxb/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== https://www.instagram.com/reel/DNBIEg0xKkk/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== https://www.instagram.com/reel/DQZfSvYD1uN/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| EA | Social Media Marketing | 7/14/2025 | https://www.instagram.com/reel/DMF3-nARKgW/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Visit CA | Social Media Marketing | 7/15/2025 | https://www.instagram.com/reel/DMIn8ExRG0h/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== https://www.instagram.com/p/DMJVTLDyJ1u/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Greenpeace | Social Media Marketing | 10/1/2025 | https://www.instagram.com/p/DPR33yqksdS/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Visit Asheville | Social Media Marketing | 9/3/2025 | https://www.instagram.com/reel/DOJy3y_Emm0/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== https://www.instagram.com/reel/DPKjeUeDjte/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== https://www.instagram.com/reel/DPgxPuXkYnR/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| IKON Pass | Social Media Marketing | 12/14/2025 | https://www.instagram.com/reel/DSQGCDPD5JY/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| META | Use of app/Threads | 1/11/2024 | Created 30 Threads posts |

| Name of Third-Party Partner | Scope of Partnership/Deliverables | Date(s) of Partnership | Associated Media/Other |
|---|---|---|---|
| Economic Security Project | Social Media Marketing | November 2025 | https://www.instagram.com/reel/DK8aPWKJAB8/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Intrepid | Social Media Marketing + Appearance + Corporate Consulting | 2026 | https://www.instagram.com/reel/DTk9dZYAFlT/?utm_source=ig_web_copy_link&igsh=NTc4MTIwNjQ2YQ== |
| Ecosia | Social Media Marketing | 4/22/2026 | https://www.instagram.com/reel/DXb84XTDk-2/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Ground News | Social Media Marketing | March 2026 - Feb. 2027 | Instagram Story Only |
| Humankind Investments | Social Media Marketing | 2/4/2025 | Not Posted |
| Earth Justice / Vocal Media | Social Media Marketing | 4/3/2026 | Instagram Story Only |
| Autocamp | Social Media Marketing + corporate giveback | 6/1/2026 | https://www.instagram.com/reel/DZFusrnuXXr/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Trust for Public Lands | Event production & social media marketing | 5/18/2024 | https://www.instagram.com/reel/C7J3zzprkeL/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== https://www.instagram.com/reel/C7J3zzprkeL/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Doris Duke (Glow) | Social Media Marketing | 7/1/2025 | |
| Rainforest Alliance | Social Media Marketing | Sep-Nov 2023 | https://www.instagram.com/reel/Cz4ENMupgiM/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Oregon Wild | Social Media Marketing + lobbying | 4/19/2024 | https://www.instagram.com/reel/C59Ot3jpMxi/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Oregon Wild | Social Media Marketing | March / April 2024 | https://www.instagram.com/reel/C5RXGikPjaD/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Chaco | Event spondsorship | 6/1/2026 | Story Not Posted by Chaco |
| Avocado | Corporate education + social media marketing | Jan - May 2021 | |

| **Name of Third-Party Partner** | **Scope of Partnership/Deliverables** | **Date(s) of Partnership** | **Associated Media/Other** |
|---|---|---|---|
| Sun Day | Social Media Marketing | 8/1/2025 | https://www.instagram.com/reel/DI_pSYqI_Ez/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Accor Hotels | Social Media Marketing | 6/12/2019 | https://www.instagram.com/p/BynV4qYJsdk/?img_index=1 |

**Table 2**

| Name of Third-Party Partner | Event Title | Nature of Event/Engagement | Date(s) of Event/Engagement |
|---|---|---|---|
| 1% For the Planet | Global Summit LA | Keynote Speaker | 2022 |
| 1% for the Planet | Global Summit NYC | Keynote Speaker + Host | October 2023 |
| Backcountry | Pop up shop at NYC Store | Host + Performer | 1/28/2020 |
| Out Central Oregon | Winter Pridefest | Host + Performer | 1/30-2/2/20 |
| Backpacker Mag | Pride Employee Event | Virtual Keynote Speaker | |
| Teva | Pride Month Panel | Virtual Keynote Speaker | 6/24/20 |
| Amazon | Internal Speaking | Virtual Keynote Speaker | |
| Natural Products Expo | Natural Products Expo - Virtual | Virtual Keynote Speaker | 9/24/20-9/26/20 |
| Appalachia State | App State Virtual Keynote | Virtual Keynote Speaker | 8/11/2020 |
| U of Wyoming | U of Wyoming Virtual Keynote | Virtual Keynote Speaker | 4/7/2021 |
| Logtiech | Virtial Pride Event "Logitalk" | Virtual Keynote Speaker | 6/9/2021 |
| Affirm | Virtual Earth Day event | Virtual Keynote Speaker | 12/9/2020 |
| Miir | Pledge DEI series | Host + Educator | 3/10/2021 |
| Brooks | Pledge DEI series | Host + Educator | Feb & Mar 2021 |
| Merrell | Pledge DEI series | Host + Educator | Feb & Mar 2021 |
| PNW | Pledge DEI series | Host + Educator | Feb & Mar 2021 |
| KOA | Pledge DEI series | Host + Educator | Feb & Mar 2021 |
| OIA | Pledge DEI series | Host + Educator | Feb & Mar 2021 |
| Outside Mag | Pledge DEI series | Host + Educator | Feb & Mar 2021 |
| Teva | Pledge DEI series | Host + Educator | Feb & Mar 2021 |
| Outdoor Aliance | Pledge DEI series | Host + Educator | Feb & Mar 2021 |
| Outwild | Pledge DEI series | Host + Educator | Feb & Mar 2021 |
| NOLS | Pledge DEI series | Host + Educator | Feb & Mar 2021 |
| Chacos | Pledge DEI series | Host + Educator | Feb & Mar 2021 |
| Dropps | Pledge DEI series | Host + Educator | Feb & Mar 2021 |
| Backcountry | Pledge DEI series | Host + Educator | Feb & Mar 2021 |

| Name of Third-Party Partner | Event Title | Nature of Event/Engagement | Date(s) of Event/Engagement |
|---|---|---|---|
| Nat Geo | Pledge DEI series | Host + Educator | Feb & Mar 2021 |
| National Parks | Pledge DEI series | Host + Educator | Feb & Mar 2021 |
| Hoka | Pledge DEI series | Host + Educator | Feb & Mar 2021 |
| Backpacker | Pledge DEI series | Host + Educator | Feb & Mar 2021 |
| The North Face | Denver Corporate Offices | Keynote Speaker + Host | |
| Nat Geo | Pride Event | Virtual Keynote Speaker | 10/27/2021 |
| Teach America | Teach America Earth Month Event | Virtual Keynote Speaker | |
| Smithsonian | Futures Event Series | Panelist | |
| Outside Industry Association | Virtual Diversity Event | Virtual Keynote Speaker | |
| Microsoft Canada | Internal ERG Event | Virtual Keynote Speaker | |
| Humbolt State speaking | Outdoor / Enviro Speaker Series | Keynote Speaker | |
| Crux (TNF employee video) | Corporate Education Video - Pre-recorded | Virtual Educator | 2/13/2023 |
| Basalt speak event | Basalt Pride | Keynote Speaker + Host | 6/1/2023 |
| Starbucks | Virtual Pride Event | Virtual Keynote | 6/14/2023 |
| Natl Aquarium | National Aquarium Pride Night | Keynote Speaker + Host | November 16, 2023. |
| Eastern Sierra Pride | Eastern Sierra Pride | Host + Performer | |
| Crux (TNF employee video) | Internal HR video | Virtual Keynote Speaker | 2/13/2023 |
| Accelerating Sustainability | GLOBE Forum 2024 | Keynote Speaker + Host + Performer | 2/13/24 - 2/14/24 |
| META / Imaginary Forces | Meta IAB NewFront - talent fee for pre-record video | Virtual Keynote | 3/19/2023 |
| Harvard | Harvard Arts | Keynote Speaker + Drag Performer | 4/24/24-4/25/24 |
| Amer. Public Health Assoc | National Public Health Week | Virtual Keynote Speaker | 4/1/2024 |
| MountainFilm | MountainFilm Festival | Keynote Speaker + Host + Performer | |
| Earth Day Initiative | Earth Day Virtual event | Virtual Keynote Speaker | |

| Name of Third-Party Partner | Event Title | Nature of Event/Engagement | Date(s) of Event/Engagement |
|---|---|---|---|
| OKTA - Adventure By The Book | Virtual Earth Day Event | Virtual Keynote Speaker | |
| Arc'teryx | Queer Ascent - Truckee Pride | Keynote Speaker / Host / Performer | 5/31/24-6/1/24 |
| 5 Point | Event appearance | Keynote Speaker / Host / Performer | 4/26/2024 |
| NRDC / Netflix event | Event appearance | Keynote Speaker / Host / Performer | 5/9/2024 |
| Stio | ERG event | Virtual Keynote Speaker | |
| Center on Colfax | Denver Pride | Host / Performer | |
| Brooks Running | Internal ERG Event | Virtual Keynote Speaker | |
| Target 10 | Internal ERG Event | Virtual Keynote Speaker | 5/23/2024 |
| Indeed | Internal ERG Event | Virtual Keynote Speaker | virtual event 6/11/24 |
| Gobain | Internal ERG Event | Virtual Keynote Speaker | virtual event 6/11/24 |
| Slalom | Internal ERG Event | Virtual Keynote Speaker | Virtual event pre-record, 5/29/24 |
| Bloomberg | Bloomberg Green | Host + Performer | |
| UCSD | Student Speaker Series | Keynote Speaker | October 23, 2024 |
| Time for Better | Earth Disco | Host + performer | |
| University of Nebraska - Lincoln | Student Speaker Series | Keynote Speaker | 4/24/25 |
| Rochester Inst Tech (RIT) | Student Speaker Series | Keynote Speaker | March 27, 2025 |
| Oregon Wild | Rabble Rouser | Keynote Speaker | July 2025 |
| Penn State | Student Speaker Series | Keynote Speaker | |
| Denver Pride | Denver Pride | Host / Performer | June 2026 |
| Arcteryx | Queer Ascent | Keynote Speaker + Host + Performer | |
| Princess show SF | Princess Show - Appearance | Host | |

| Name of Third-Party Partner | Event Title | Nature of Event/Engagement | Date(s) of Event/Engagement |
|---|---|---|---|
| Stanford | Student Speaker Series | Keynote Speaker | May 8, 2025 |
| ICMM | ICCM Conference | Keynote Speaker | |
| National Grid | Pre-record video | Virtual Keynote Speaker | |
| American Natural History Museum | Pride Night at the Museum | Host + Keynote Speaker + Performer | |
| U of VT | Student Speaker Series - Earth Day | Keynote Speaker | |
| Climate Museum | Climate Game Show Night | Host + Performer | |
| Hasbro | Pride ERG event | Keynote Speaker | |
| Breck Create | Breck Create - Create Series | Keynote Speaker + Performer | |
| Conspirators | Conspirators Conference Miani | Host + Performer | 02/01/2026 |
| Conspirators | Conspirators Conference NYC | Host + Performer | 04/14/2026 |
| Conspirators | Conspirators Conference NYC | Host + Performer | 2025 |
| Conspirators | Conspirators Conference LA | Host +Performer | 2025 |
| Oregon Wild | Rabble Rouser | Host + performer | Aug 2026 |
| ICMM | International Convention on Mining and Minerals | Host + Performer | |
| Cal State Northridge | Western Regional Outdoor Leadership Conf | Keynote Speaker + Host + Performer | Jan 2024 |
| USC | Campus speaker series | Keynote Speaker | 4/11/22 |
| Bend Tourism | Save Her! Bend, OR | Event sponsorship | 10/1/2026 |
| Earth Justice | DC Lobbying + anti-logging March | Sponsorship of DC lobby effort + march production | April 2024 |
| Aspen Skiing Co. | Aspen U Speaker Series | Keynote Speaker | Jan 2019 |

**Table 3**

| CITY | YEAR | DATES | SHOW/ASSOCIATED |
|---|---|---|---|
| SF, CA | 2023 | 4/17-18 | SAVE HER! |
| BISHOP, CA | 2023 | 6/2-3 | EASTERN SIERRA PRIDE |
| YOSEMITE VALLEY | 2023 | 6/6-7 | EQUITY SPEAKER SERIES |
| ASPEN,CO | 2023 | 6/22 | TACAW |
| ASPEN,CO | 2023 | 6/23 | TACAW |
| SLC, UT | 2023 | 7/8 | TNF |
| ATLANTA, GA | 2023 | 9/16 | TNF |
| NYC, NY | 2023 | 9/19-9/20 | SAVE HER! |
| BEND, OR | 2023 | 10/31 | HALLOQUEEN |
| SF | 2023 | 12/2 | SAVE HER! DISCO |
| ASPEN,CO | 2024 | JANUARY | ASPEN GAY SKI |
| SLC, UT | 2024 | 4/21-4/22 | SAVE HER! |
| LA | 2024 | 5/9 | NETFLIX IS A JOKE |
| DENVER | 2024 | | SAVE HER! |
| SEATTLE, WA | 2024 | | SAVE HER! |
| VANCOUVER, BC | 2024 | 10/10 | SAMMY RAE |
| SEATTLE, WA | 2024 | 10/11-10/12 | SAMMY RAE |
| FOREST GROVE, OR | 2024 | 10/13 | SAMMY RAE |
| OAKLAND | 2024 | 10/15 | SAMMY RAE |
| LA | 2024 | 10/17 | SAMMY RAE |
| SAN DIEGO | 2024 | 10/18 | SAMMY RAE |
| NYC | 2024 | 11/9 | SAMMY RAE |
| KINGSTON, NY | 2024 | 11/11 | SAMMY RAE |
| NORTHAMPTON, MA | 2024 | 11/12-11/13 | SAMMY RAE |
| BOSTON, MA | 2024 | 11/15 | SAMMY RAE |
| NY - Climate week | 2024 | 9/24-9/25 | SAVE HER! |
| SF - Dec dance party | 2024 | 12/7/14 | SAVE HER! DISCO |

| CITY | YEAR | DATES | SHOW/ASSOCIATED |
|---|---|---|---|
| CHICAGO, IL | 2025 | 4/19 | SAVE HER |
| MILWAUKEE, WI | 2025 | 4/20 | SAVE HER |
| MINNEAPOLIS, MN | 2025 | 4/22 | SAVE HER |
| OMAHA, NE | 2025 | 4/23 | SAVE HER |
| WASHINGTON, DC | 2025 | 6/4 | SAVE HER |
| TRUCKEE, CA | 2025 | 6/7 | SAVE HER |
| LA | 2025 | 6/13 | SAVE HER |
| DENVER | 2025 | 6/27 | SAVE HER |
| PORTLAND, OR | 2025 | 7/17 | SAVE HER |
| PTOWN, MA | 2025 | 8/20 | SAVE HER |
| SEATTLE, WA | 2025 | 8/30 | BUMBERSHOOT |
| NYC | 2025 | 9/25 | SAVE HER |
| ASHEVILLE, NC | 2025 | 9/26 | SAVE HER |
| SLC, UT | 2025 | 10/30 | SAVE HER |
| BEND, OR | 2025 | 10/31 | SAVE HER |
| SF | 2025 | 12/06 | SAVE HER |
| CHICAGO, IL | 2026 | 3/17 | SAVE HER |
| NYC | 2026 | 4/21 | SAVE HER |
| BOSTON, MA | 2026 | 4/22 | SAVE HER |
| BURLINGTON, VT | 2026 | 4/23-4/24 | SAVE HER |
| PORTLAND, ME | 2026 | 4/26 | SAVE HER |
| SLC, UT | 2026 | 5/15-5/16 | KILBY/QUEERBY |
| PHILADELPHIA, PA | 2026 | 5/28 | SAVE HER |
| WASHINGTON, DC | 2026 | 5/31 | SAVE HER |
| PHOENIX, AZ | 2026 | 6/4 | SAVE HER |
| SAN DEIGO, CA | 2026 | 6/6 | SAVE HER |
| COLUMBUS, OH | 2026 | 6/10 | SAVE HER |
| NYC, NY | 2026 | 6/12 | ANHM PRIDE |
| GRAND RAPIDS, MI | 2026 | 6/13 | SAVE HER |

| CITY | YEAR | DATES | SHOW/ASSOCIATED |
|---|---|---|---|
| DENVER, CO | 2026 | 6/25 | SAVE HER |
| BUENA VISTA, CO | 2026 | 8/14-8/16 | FIELD OF VISION II |
| BOISE, ID | 2026 | 9/17 | SAVE HER |
| NYC, NY | 2026 | 9/24 | SAVE HER |
| ATLANTA, GA | 2026 | 10/9 | SAVE HER |
| SEATTLE, WA | 2026 | 10/16 | SAVE HER |
| PORTLAND, OR | 2026 | 10/17 | SAVE HER |
| BEND, OR | 2026 | 10/30 | SAVE HER |
| SF, CA | 2026 | 12/3 | SAVE HER |
| LA – Group hike | 2019 | 2/18 | and various other locations over the years |