# EXHIBIT 102



[ TOC \h \u \z \t "Heading 1,1,Heading 2,2,Heading 3,3,Heading 4,4,Heading 5,5,Heading 6,6,"]





# About Us

**Pattie Gonia (she/they)** is an intersectional environmentalist, drag queen and community organizer working to diversify the outdoors and climate movements. She is a founding member for [HYPERLINK "https://www.intersectionalenvironmentalist.com/the-council" \h], co-founder of the [HYPERLINK "https://www.outdooristoath.org/" \h] [HYPERLINK "https://www.instagram.com/reel/CrrFrAlpmnS/?utm_source=ig_web_copy_link&igshid=MzRlODBiNWFlZA==" \h], and is the founder of the Pattie Gonia community over 1 million people strong between Instagram and TikTok.

**Wyn Wiley (he/they)** is a [HYPERLINK "http://www.wynwileyphotoblog.com/" \h] with over 10 years of experience working with brands like Disney, Adidas and Red Bull and as a strategy consultant for non-profits in the social impact sector. Wyn now uses this decade of experience to focus on making an impact specifically in the outdoor/climate spaces in and out of drag as Pattie Gonia.




**Our Community-** The Pattie Gonia Community comes together to create Queer community in the outdoors and take action for climate. Together they have fundraised more than $1,540,000 dollars for nonprofits working to diversify the outdoors and organize group hikes, climate rallies, pride parades, beach clean ups, climbing sessions and community nights.

**The team** - The Pattie Team is made up of three full time employees. Pattie/Wyn (she/he/they) themself, Jenny Dugan (she/her) head of partnerships/production and Grace Kaiser (she/her) costume designer/photographer/videographer as well as our events lead Courtney Sanford (she/her).



# Partnerships

**Our front end work -** Our team, along with our diverse partners, operate as a production house to create anything from films that garner millions of views to sold out events for diverse outdoor communities to impact driven product collaborations that hire other the Queer/BIPOC/AAPI creatives.

**Our media channels-** Pattie has a collective social media following of 851,000 followers however, what makes her channels unique is that her following is incredibly engaged leading to eyes on collaborations and ROI for you as a brand. On our channels we aim to storytell the impact of our collaborations through entertaining and educational content.

**Our back end work -** Equally if not greater than our front end work, Pattie/Wyn We also work with our brand partners on the back end to educate and inspire employees to take action as allies for people and planet.

**No matter what -** our work with our partners is deeply rooted in relationship, impact, diversity and ROI for our brand partners.

**Our business model - We use partnership dollars to**

1. pay our employees & contractors
2. pay our diverse partners their full rates
3. fund our community programing
4. invest in non-profits and individuals working to diversify the outdoors

**Our creative partners -** Every project we do is a collaboration between our team and our Queer/BIPOC/AAPI partners. We are constantly hiring diverse creatives to create photography, videography, dresses, graphic designs, and speak/co-host at our community offerings.





# Product collaborations

**We create collaborations that sell out and create impact along the way**

**Product launches / collaborations -**

- **Rate -** depending on production budget/consulting/design needs/partners
- **Examples -**
  - HOKA ONE ONE x Cotopaxi shoe + bag
    - [HYPERLINK "https://www.instagram.com/p/CNDMDV4J9TI/" \h] garnered 31,000 likes and 2100 comments
    - Shoe and bag collection of 10,000+ items sold out in less than a month
    - The Pattie team was tapped for consulting collaboration between brands, campaign photography where we hired BIPOC + Queer photographers, marketing and social media release strategy for other influencers tapped for the campaign.
  - [HYPERLINK "https://get.pelacase.com/pride-month" \h]
    - Created a pride collection that focused on making impact for the queer community by subcontracting 4 queer artists to make pride designs, consulting on social strategy for release, consulting to assist Pela in creating a relationship with Brave Trails resulting in a donation.
    - Collaboration sold 4000+ cases in the month of June alone.


Have A
Queer Day!
SOUNDS
GAY,
I'M IN






# Social media

**We create highly engaging social media content to storytell the impact made with our partners**

**IG Static posts / IG Reels / TikToks / YouTube Shorts -**

- Rate - (includes all production time and production costs: hiring professional photographer, all time concepting, working with a designer, other creatives etc)

**IG Story sets (of 3 tagged story slides) -**

- Rate- (includes 3 tagged stories with 1 swipe up link)
- Average views 50k-100k and up

**Blog posts / Articles / Press Interviews / Podcasts -**

- Rate - depending on audience
- Example - [HYPERLINK "https://nuunlife.com/blogs/news/how-to-be-a-better-ally-to-people-planet-by-pattie-gonia" \h]

**Instagram story takeovers/ IG Lives for client account -**

- Rate - depending on account size
- Example - [HYPERLINK "https://www.instagram.com/stories/highlights/17937411049379932/" \h]

**Content creation for brands own social media channels -**

- Content created solely for a brand's social media channels ranges from depending on production value and media channel follower count
- Example -[HYPERLINK "https://www.instagram.com/p/CNXws9yB2pJ/" \h]







# Films

**We create films that engage audience members to take action as allies for social justice issues and our planet**

**Rate-** that is used as production budget to cover all subcontracting start to finish

**Example-** [HYPERLINK "https://www.youtube.com/watch?v=1_A2bweGHTY" \h] -

1.4 million views on Youtube
350,000 views on Instagram
Nationwide conversation on queerness/homophobia in the outdoors and the plastic crisis

**Example-** [HYPERLINK "https://www.youtube.com/watch?v=j5eSArBlfYk" \h] - Time to Take Action -

Budget used to produce 4 stop hiking tour, hire all creative, hire diverse guest speakers
150,000 views across Instagram, Youtube and Facebook

# Talent appearances/day rate

Pattie is available at custom rates starting at for appearances in brand advertisements like TV spots, Social based ads/ brand features/shorts etc. This includes all time and rates for custom drag look to be created, Pattie's rehearsal time and all time on set.





# Events / Speaking Engagements

**We create purpose filled, entertaining and high demand events for the outdoor / climate spaces for affinity communities + allies**

**Internal corporate speaking/workshop events-**

- **In person rate-** covers - Pattie's full day- Pattie getting in full drag, in person talk, time post talk for photos/hang out etc (includes travel for Pattie + one producer).
- **Online rate** - covers Pattie getting into full drag, online 1.5 hour event time, planning and prep time
- Every paid corporate speaking event enables Pattie to donate time to speak with non-profits as well as classrooms and student-led clubs of all ages across the world.
- **Examples** -
  -REI employee speaking event for 400+ Seattle employees (in person)
  -Amazon Pride event for 7000+ employees (online)
  -NASA employee event 200+ employees (in person)

**Community facing online workshops for brand's communities-**

**Rate-** **includes all prep time and consulting around the event**
**Examples-**
[HYPERLINK "https://www.instagram.com/p/CB6wQM4JkPR/" \h]
[HYPERLINK "https://www.facebook.com/watch/?extid=SEO----&v=767851677231465" \h]

**In person production + hosting event/event series-**

- **Rates -** depending on production budget needed
  **inclusive price that covers all production costs start to end- Pattie Gonia team's time, all guest speaker/other performer payments, travel costs, onsite permitting, rentals, production, etc.
- Example- [HYPERLINK "https://www.instagram.com/p/B74x43OJGsx/" \h]
  Produced a sold out 200 person event for Queer, BIPOC and AAPI participants. Event included mixer, diversity panel and drag show
- More info on our event production: [HYPERLINK "https://docs.google.com/presentation/d/1zBP8Jea_q3jnpQ1rctO5OLbi84-3HsyC/edit" \l "slide=id.g25ea2d539c8_1_177" \h]

**Online event producing + hosting-**

- **Rate-** **includes production of events beginning to end, including Pattie as host, hiring of additional diverse presenters, technical coordinators, interpreters, etc.**
- **Example-** [HYPERLINK "https://www.instagram.com/p/CBlRXJqpm7k/" \h]
  Production + hosting of virtual panel discussion "Diversity in the Outdoors"




# Consulting

**Our brand partners tap us just as much for consulting as for our forward facing work**

**Corporate giving consulting-**

- **Rate-** We will always offer free consulting to connect for profit businesses with nonprofit partners working to diversify the outdoors. We have a wide network of impactful orgs and specialize in helping brands make impactful choices on where their corporate giving is going.
- **Amplification -** We also offer our IG channel as an affective and extremely visible amplification platform to highlight donations / corporate give back of our partners in the form of static posts / stories
- **Example -** [HYPERLINK "https://www.thenorthface.com/shop-by/pride.html" \h]
  - Consulted TNF on how to make their Pride campaign impactful + facilitated an authentic connection to Brave Trails resulting in a donation

**Marketing consulting-**

- **Rates-** Available on a per quote basis (billable by project or hourly)
- **Examples-**
  REI- ongoing partnership - social media / marketing strategy on how to better diversify channels and better moderate channels
  Backcountry - creation and production of the Backcountry [HYPERLINK "https://www.backcountry.com/sc/backcountry-advocate-program?tabNav=0" \h] to support advocates working to diversify the outdoors

**Employee DEI trainings-**

- **Rates-** depending on # of participating employees and co-educators hired
- **Examples-** National Geographic, Patagonia, Brooks, Merrell, Chaco, Dropps - [HYPERLINK "https://www.instagram.com/p/CK2iiyGJ5Ui/" \h]



# How our current partners pull budget

Because our partnership work is beyond a typical influencer partner, our current partners are able to tap funding from their overall marketing budgets, consulting budgets, influencer/partner budgets and corporate giving budgets.

We target a dollar for dollar corporate giving match of our contracted fee with for-profit partners. Most of our seasonal/one push wave collaborations/partnerships are in the range with an equal amount donated directly to non-profits. Most of our year long contracts are in the range with an equal amount donated to nonprofits.