# EXHIBIT 103

**From**: Sasha Teninty [Sasha.Teninty@patagonia.com]
**Sent**: 4/17/2020 1:18:30 PM
**To**: Greg Balkin [greg@wondercamp.co]; Clare Gallagher [Clare.Gallagher@patagonia.com]; Pattie Gonia [pattiegonia@gmail.com]
**Subject**: Re: DEAR HUMANITY w/Pattie Gonia

Thanks for sending this our way Greg!

I'm so thankful that you all have put together this project and piece - I think that finding a shared purpose in these bizarre times is such an important way to connect (and make sure that Earth Day is not forgotten in the chaos).

I'm going to float the idea of supporting this in some capacity to the global content team today. If it's too quick of a turnaround or conflicts with content that they already have locked in, maybe I can get the green light to support on the channels that I manage (climb + trail).

Either way, I would love to find a future project to pitch together. If that interests you, let's scheme.

Cheers,
S

---

**From:** Greg Balkin <greg@wondercamp.co>
**Sent:** Thursday, April 16, 2020 3:43 PM
**To:** Sasha Teninty <Sasha.Teninty@patagonia.com>; Clare Gallagher <Clare.Gallagher@patagonia.com>; Pattie Gonia <pattiegonia@gmail.com>
**Subject:** DEAR HUMANITY w/Pattie Gonia

Hey friends!

Here's the pseudo press release that we're sharing with folks later this afternoon and tomorrow. I'm also including an image that took way too long to create, but it's a compilation of most faces we'll have in the video. We have a very rough cut (calling it beta) that I can share with y'all, but there's a lot of work being done at the moment.

Let us know if you think there's a chance of pushing something out on Patagonia's channels - even the week of Earth Day.

Also CC'in Pattie/Wyn here so we're all in the convo together.

Thanks!
G

--
**Greg Balkin**
wondercamp.co
greg@wondercamp.co
(480) 231-5530