# EXHIBIT 104

*Pattie Gonia & Wondercamp Present*

# "DEAR HUMANITY"

*Over 100 people collectively form a love letter from Planet Earth to Humanity to reflect on this year's Earth Day*

On April 22nd, 2020, Pattie Gonia and Wondercamp are proud to present *Dear Humanity,* a 5-minute short film that features a unified letter from more than 100 people addressed to humanity from the perspective of Planet Earth. In a time where much of what we consider to be the outdoors are off limits and people feel more isolated than ever, we are coming together to show a glimmer of hope and a moment of advocacy from the space that always brings us comfort.

People from across the US, all members of the outdoor/environmental community, volunteered to write a letter from the perspective of Planet Earth. Sharing messages of grief and loss, to resilience and hope, and lessons we can learn through observing how Planet Earth has thrived through disaster. For after a forest is burned comes a beautiful regrowth of unimaginable power.

This April, we will be celebrating 50 years of Earth Day - a day that has come to represent our global commitment to fighting climate change and preserving our planet for generations to come. But in 2020, we run a high risk of losing that. While we can't gather in public and occupy spaces to share our voice, it's important to remember that we can still make a difference. We can still come together through social media or digital platforms to show that we're on the same team and we're fighting climate change as one.

In this film, Planet Earth comforts us in our grief and loss, reminding us of the peace and patience of nature. Earth reminds us of resilience of the trees and mountains and how we can rely and learn from the seasons. And finally, Earth calls us to act, to make a change now, and to fight for the health of our planet in the same way that we have been fighting for the health of humanity. Because ultimately, we are all connected.

We have an incredible piece of content and we want to share it with the world. We think it needs to get heard. We want you to share it to get the message out there. We hope this film brings our community together in a time of need and gives us space to appreciate all Planet Earth has done for us, individually and as humanity.

If you are interested in sharing this film and story, please follow up directly with Greg from Wondercamp and we will send you the necessary assets (to be expected by Monday, April 20th).

*Greg Balkin | greg@wondercamp.co | www.wondercamp.co*

--

**About Pattie Gonia**

Pattie Gonia (she/her) is an environmental advocate, outdoor community voice, and backpacking drag queen (and yes, Pattie really hikes in heels.) She has been featured in Vogue, Elle, Outside Magazine, BBC News, has amassed an audience of more than 250,000 people and this past fall, filmed a documentary on the ocean plastic crisis. Between filming projects, Pattie works to lead her community of thousands of LGBTQ+ and ally environmental advocates that strive to fight for the planet off and on the trails. She also frequently fundraises for non profit organizations ($125,000 raised in 2019 for LGBTQ+ and outdoor organizations) and works with brands like REI, Backcountry, Hoka One One, American Express and more to fund ethical sponsored content, group hikes and events to further the mission of showing people that we can all be allies to each other and to mother nature, too.

**About Wondercamp**

Wondercamp is a Seattle-based production company with an emphasis on character-based storytelling for both non-profits and the outdoor industry. They have filmed in over thirty countries together, created feature-length docs, and narrative branded shorts for national brands. Their films have toured on international festivals such as MountainFilm and Banff Mountain Film Festival, gained over 5-million views on YouTube, and have collectively raised hundreds of thousands of dollars for non-profit organizations. Wondercamp has worked with brands such as REI, Patagonia, KEEN, The Wilderness Society, Preemptive Love, and World Vision. Today, they continue diving deep into relationships and asking hard questions, and sharing stories of world changers.

*Greg Balkin | greg@wondercamp.co | www.wondercamp.co*