GREGORY S. GILCHRIST (Cal. Bar. No. 111536)
RYAN BRICKER (Cal. Bar No. 269100)
SOPHY J. TABANDEH (Cal. Bar No. 287583)
KOURTNEY SPEER (Cal. Bar No. 348243)
VERSO LAW GROUP LLP
565 Commercial St., 4th Floor
San Francisco, CA 94111
Telephone: (415) 534-0495
Email: greg.gilchrist@versolaw.com
ryan.bricker@versolaw.com
sophy.tabandeh@versolaw.com
kourtney.speer@versolaw.com

Attorneys for Plaintiff
Patagonia, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATAGONIA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ENTREPRENEUR ENTERPRISES, INC. DBA PATTIE GONIA PRODUCTIONS and WYN WILEY,<br><br>Defendants. | Case No.: 2:26-cv-00586-RGK-RAO<br><br>**PLAINTIFF PATAGONIA, INC.'S STATEMENT OF UNCONTROVERTED FACTS**<br><br>Date: December 14, 2026<br>Time: 9:00 a.m.<br>Crtrm.: 850, 8th Floor<br>Judge: Hon. R. Gary Klausner<br><br>**JURY TRIAL DEMANDED** |

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Patagonia's Statement of Undisputed Facts is provided below. It refers to Defendants Wyn Wiley and Entrepreneur Enterprises, Inc. as "PattieGonia." The documentary evidence is included in the Exhibit Appendix attached to the Speer Declaration, and is authenticated by the accompanying declarations of Kourtney Speer, Corley Kenna, and Robert Tadlock.

| No. | Uncontroverted Fact | Citation |
|---|---|---|
| | **Facts Regarding Patagonia and Its Marks** | |
| 1 | Patagonia started business in 1973 and for nearly all of the time since then has used the trademarks PATAGONIA, PATAGONIA (stylized in belwe font), and a logo, called the P6 logo, in which the Patagonia brand has appeared on a multi-colored label inspired by a silhouette of the jagged peaks of the Mt. Fitz Roy skyline. These trademarks are registered for a large number of goods, several are incontestable, and cover the goods shown in the summary attached in Exhibit 38. The marks included in Ex. 38 are referred to as the "Patagonia Marks." | Declaration of Robert Tadlock ("Tadlock Dec."), ¶¶ 2-3, Ex 38. |
| 2 | Patagonia has established a substantial commercial presence and developed significant goodwill associated with its Patagonia brand and trademarks. | Tadlock Dec., ¶ 3.<br><br>Kenna Dec., ¶¶ 8-17. |
| 3 | Between 2017-2026, Patagonia generated approximately [redacted] in sales of products bearing the Patagonia Marks, in the United States. The bulk of these sales are for apparel, gear, and equipment bearing the Patagonia brand. | Tadlock Dec., ¶ 3. |
| 4 | Between 2017-2026 Patagonia has spent more than [redacted] on advertising, marketing and promoting the Patagonia brand and products in the United States, generating extensive exposure of the Patagonia Marks to consumers throughout the nation. | Kenna Dec., ¶ 21. |
| 5 | Between 2020-2026, Patagonia spent an average of more than [redacted] annually on paid search advertising. | Kenna Dec., ¶ 21. |
| 6 | Between 2022-2025 the Patagonia Marks and brand have garnered substantial independent publicity from notable and widely-read publications and earned media coverage, including being discussed or referred to in approximately 56,800 third party media articles. | Kenna Dec., ¶¶ 13-16, Ex. 34. |
| 7 | Between 2021-2025 Patagonia's advertising value equivalency ("AVE") of its earned media exceeded [redacted]. | Kenna Dec., ¶ 17. |
| 8 | Since 2020, Patagonia's website www.patagonia.com has been the number | Kenna Dec., ¶ 18. |

| No. | Uncontroverted Fact | Citation |
|---|---|---|
| | one hit for the Google keyword "Patagonia." | |
| 9 | Patagonia has approximately 8 million followers across Instagram, Facebook and Tik Tok. | Kenna Dec., ¶ 19. |
| 10 | Since 1973, Patagonia has donated nearly [redacted] to environmental causes and organizations. Since 1985, Patagonia has contributed to and continues to contribute at least 1% of its sales to the preservation and restoration of the environment. Over the past three years Patagonia's majority shareholder, the Holdfast Collective, has received more than [redacted] in dividends from Patagonia to be put towards environmental initiatives. | Tadlock Dec., ¶¶ 4-5.<br><br>Kenna Dec., ¶ 7. |
| 11 | In September 2022, Patagonia founder, Yvon Chouinard, transferred ownership of Patagonia to the Patagonia Purpose Trust and the Holdfast Collective to fight climate change and protect the environment. Patagonia's profits are dedicated to initiatives in aid of the environment and environmental policy. | Tadlock Dec., ¶ 6, Ex. 43.<br><br>Kenna Dec., ¶ 11. |
| 12 | Since its founding, Patagonia has earned many awards for its corporate responsibility, environmental advocacy, and high-quality products. | Kenna Dec., ¶ 22. |
| 13 | In July 2019, Yvon Chouinard and Patagonia received the Environmental Law Institute's 2019 Environmental Achievement Award in recognition of their "visionary leadership and outstanding environmental stewardship." ELI stated, "Patagonia has become a manifestation of the vision of a business as a vehicle for not just making excellent products and achieving financial success, but also for doing good in terms of protecting nature, avoiding harm, and advancing sustainability" and "Patagonia has used its voice to raise awareness of urgent issues facing our environment and has availed itself of the tools of law to preserve and protect our environment." | Kenna Dec., ¶ 23, Ex. 50. |
| 14 | In September 2019 Patagonia was awarded the UN Champion of the Earth award, the United Nations Environment Program's top environmental honor. The UN stated | Kenna Dec., ¶ 24, Ex. 51. |

| No. | Uncontroverted Fact | Citation |
|---|---|---|
| | "Patagonia has become a global leader in sustainability. Its drive to preserve the planet's ecosystems runs through the entire business from the products made and the materials used to the donation of money to environmental causes." | |
| 15 | Patagonia and its products and services have been featured in well-known media outlets and publications, such as *USA Today*, *TIME*, and *The Financial Times*. Certain of these publications have described Patagonia as "iconic," "influential" and "famous." | Kenna Dec., ¶ 14, Ex. 33. |
| 16 | Patagonia carefully selects brand partners involving social and environmental initiatives. Those partners include Regenerative Organic Alliance and The Conservation Alliance. Those organizations have corporate allies and members that overlap with Patagonia's collaborators. | Kenna Dec., ¶ 27. |
| 17 | Patagonia promotes environmental organizations; supports Pride; organizes recreational activities; connects interested followers with environmental projects; and promotes its products on social media, its website, and through brand ambassadors. Our brand ambassadors also participate at events that we organize to provide education or discussion forums about particular sports, education about environmental issues or initiatives, and fundraising opportunities for non-profit organizations (nearly always environmental non-profits). | Kenna Dec., ¶¶ 7, 13, 21.<br><br>Tadlock ¶¶ 4-5. |
| 18 | Patagonia produces films and documentaries related to its environmental advocacy. For example, in 2014, Patagonia produced *DamNation*, an award-winning advocacy documentary about the large system of dams in the United States and the environmental strategy of dam removal as a way to restore river ecosystems. In 2016, Patagonia produced *Unbroken Ground*, a film about the ways in which agricultural practices can impact the environment and change our relationship to the land and oceans. In 2020, Patagonia produced *A Net Plus*, a film detailing the threat of discarded, plastic fishing nets, including those that we recycle in Chile and | Kenna Dec., ¶ 5. |

| No. | Uncontroverted Fact | Citation |
|---|---|---|
| | Argentina, that Patagonia upcycles to produce Patagonia® hat brims. | |
| 19 | Patagonia publishes books about environmental advocacy and sustainability practices. Examples of those books include: *The Future of the Responsible Company, Tools to Save Our Home Planet, Regenerating Earth,* and *let my people go surfing*. | Kenna Dec., ¶¶ 6, 9. |
| 20 | Patagonia has launched food and beer products that are climate responsible, and it acts as a lender/investor to environmental startups. | Tadlock Dec., ¶ 7. |
| 21 | In 2025, David Gelles, published the book, *Dirtbag Billionaire*, which was named one of Financial Time's Best Books of 2025. | Kenna Dec., ¶ 12. |
| 22 | In May 2026, Patagonia received the Corporate Citizenship Award from the Washington Lawyers' Committee. The Committee stated, "In both Congress and in corporate America, Patagonia has demonstrated what corporate citizen leadership should be." | Kenna Dec., ¶ 25, Ex. 52. |
| **Facts Regarding PattieGonia and Their References to Patagonia** | | |
| 23 | Wyn Wiley conceived the PattieGonia name and character in September 2018 and made their first Instagram post on approximately October 3, 2018. Wyn Wiley does not recall having any specific plans for the character at that time. | Declaration of Kourtney Speer ("Speer Dec."), ¶ 3, Ex. 1 (Deposition of Wyn Wiley ("Wiley Dep.") 29:5-8), and ¶ 7, Ex. 5. |
| 24 | Prior to September 2018, Wyn Wiley was aware of Plaintiff, Patagonia. | Speer Dec., ¶ 3, Ex. 1 (Wiley Dep. 34:18-21). |
| 25 | On October 18, 2018, PattieGonia stated on Instagram that they were visiting the "motherland," posting photographs in front of the Patagonia store and store sign. | Speer Dec., ¶ 3, Ex. 1 (Wiley Dep. 53:15-55:4), and ¶ 8, Ex. 6. |
| 26 | On November 11, 2018, PattieGonia posted two sticker designs designed by Will Mattox asking followers to vote on the stickers. Several followers mentioned "Patagonia" in their comments. | Speer Dec., ¶ 3, Ex. 1 (Wiley Dep. 57:1-59:4), and ¶ 9, Ex. 7. |

| No. | Uncontroverted Fact | Citation |
|---|---|---|
| 27 | The sticker design, used on the sticker PattieGonia most widely distributed, is derivative of Patagonia's P-6 logo (shown in cited Ex. 38), used on Patagonia's goods and services since the mid-1970's. | *Compare* Speer Dec. ¶ 20 Ex. 18 at p. 3; Tadlock Dec. ¶ 2, Ex. 38 at pp. 6-7 and Kenna Dec. ¶ 19.<br><br>*See also* Speer Dec., ¶ 19, Ex. 17 and ¶ 5, Ex. 3 (Deposition of Will Mattox/Seriously Stickers ("Mattox Dep.") 29:17-30:16). |
| 28 | On November 11, 2018, PattieGonia stated they expected the "real Patagonia" would "come after" them if they sold the stickers or "anything." | Speer Dec., ¶ 5, Ex. 3 (Mattox Dep. 36:23-37:24), and ¶ 18, Ex. 16 at p. 7. |
| 29 | In January 2019, articles were published about PattieGonia's initial following and commitment to the outdoors and inclusivity. PattieGonia reportedly described their name as "a play off the popular outdoors clothing company, Patagonia" in an interview with Elle.com. Multiple other articles were published in which PattieGonia acknowledged their identity was a pun on the Patagonia brand. | Speer Dec., ¶ 30, Ex. 28 at pp. 2, 13 20, 46. |
| 30 | PattieGonia's logo, which is derivative of Patagonia's P-6 logo, is used by PattieGonia in a wide range of contexts, including stickers, costumes bearing the logo as an emblem, dozens of social media posts, and to advertise PattieGonia, including through stickers distributed to contributors and event attendees. | Speer Dec., ¶ 3, Ex. 1 (Wiley Dep. 80:23-81:21) ¶ 34, Ex. 41 at RFA Nos. 16-148 and exhibits to those RFAs at pp. 62-132. |
| 31 | PattieGonia posted images of themselves creating logos that are derivative of Patagonia's P-6 logo for use by PattieGonia as emblems in a variety of contexts, including as a label dresses, vests and gloves. | Speer Dec., ¶ 6, Ex. 4. |
| 32 | PattieGonia prominently wore dress and gloves bearing the logo derivative of Patagonia's P-6 logo in advertisements for PattieGonia and at PattieGonia events. | Speer Dec., ¶ 3, Ex. 1 (Wiley Dep. 118:18-121:3). |
| 33(A) | In 2019, PattieGonia appeared at an industry event called Outdoor Retailer that Patagonia also attended. Members of Patagonia's leadership team became aware | Tadlock Dec., ¶ 8.<br><br>Kenna Dec., ¶ 30. |

| No. | Uncontroverted Fact | Citation |
|---|---|---|
| | of PattieGonia around this time and understood that PattieGonia was engaged in activism in support of the environment and inclusivity in the outdoor industry. | |
| 33(B) | In 2019, Patagonia matched a $10,000 donation to Sustainable Coastlines Hawaii at PattieGonia's request. | Kenna Dec., ¶ 32. |
| 34 | In January 2022, PattieGonia and two other activists founded an organization called "Outdoorist Oath." Patagonia published a blog on its website about the Outdoorist Oath. | Kenna Dec., ¶ 30, Ex. 53. |
| 35 | In March 2022, PattieGonia was a speaker at 1% For the Planet's Global Summit event in Los Angeles. PattieGonia met Patagonia founder, Yvon Chouinard, and other Patagonia employees at this event. | Kenna Dec. ¶ 31. |
| 36 | In February 2025 PattieGonia performed a Ted Talk in which PattieGonia referred to Patagonia products as "my merch." | Speer Dec., ¶ 12, Ex. 10 at p. 1. |
| 37 | PattieGonia owns and/or operates the following social media accounts:<br>• Instagram - Pattiegonia - October 3, 2018;<br>• TikTok – Pattiegonia - December 11, 2020 (first post);<br>• Twitter/X - Pattiegonia - June 2019;<br>• Facebook - Pattiegonia - October 3, 2018;<br>• BlueSky - Pattiegonia - Inactive/Unknown;<br>• YouTube - thepattiegonia - Dec 9, 2018; and<br>• Threads - Pattiegonia - July 5, 2023. | Speer Dec. ¶ 42, Ex. 54 at p. 30 (Interrogatory Response No. 9). |
| **Facts Regarding PattieGonia's Stickers, Costumes and Product Sales** | | |
| 38(A) | On multiple occasions, PattieGonia or their vendors stated that PattieGonia's derivative logo, used on stickers and in other contexts to promote PattieGonia, was deliberately similar to Patagonia's logo. | Speer Dec., ¶ 3, Ex. 1 (Wiley Dep. 100:21-104:18), ¶ 5, Ex. 3 (Mattox Dep. 29:17-30:16; 81:10-82:6, 85:22-88:7). |
| 38(B) | PattieGonia referred to their design as the "Patagonia knock off logo." | Speer Dec., ¶ 22, Ex. 20 at p. 7. |
| 38(C) | PattieGonia referred to their design as the "Patagonia Rip Off" design. | Speer Dec., ¶ 11, Ex. 9. |
| 38(D) | PattieGonia referred to their design as the "Patagonia logo animation." | Speer Dec., ¶ 10, Ex. 8. |

| No. | Uncontroverted Fact | Citation |
|---|---|---|
| 38(E) | PattieGonia referred to the font used on the sticker as the "Patagonia brand font." | Speer Dec., ¶ 22, Ex. 20 at p. 3. |
| 39 | From January 2019 to mid-2021 PattieGonia ordered approximately 11,000 stickers. From late 2021 to December 2025 PattieGonia ordered more than 64,000 stickers. | Speer Dec., ¶ 27, Ex. 25. |
| 40 | PattieGonia started delivering large quantities of stickers to contributors and participants in s in late 2021 and early 2022. | Speer Dec., ¶ 3, Ex. 1 (Wiley Dep. 240:4-242:4) |
| 41 | PattieGonia wore the first dress made displaying emblems derivative of Patagonia's P-6 logo only in social media posts. | Speer Dec., ¶ 3, Ex. 1 (Wiley Dep. 109:7-17), and ¶ 6, Ex. 4 at p. 1. |
| 42 | PattieGonia began selling merchandise (secondhand T shirts and sweatshirts) bearing "PattieGonia Hiking Club" in September 2024. PattieGonia intermittently sold out of their apparel before restocking. PattieGonia currently has products remaining in inventory. | Speer Dec., ¶ 3, Ex. 1 (Wiley Dep. 242:23-243:1; 261:17-263:1), ¶ 4, Ex. 2 (Deposition of Jenny Dugan ("Dugan Dep.") 82:24-83:1), ¶ 39, Ex. 47 and ¶ 39, Ex. 47, ¶ 34, Ex. 41, RFAs 130-131 and exhibits at p. 122. |
| 43 | PattieGonia promoted the "PattieGonia Hiking Club" apparel on PattieGonia social media sites, websites at Pattiegoniamerch.com and pattiegonia.net, and at performances. | Speer Dec., ¶ 3, Ex. 1 (Wiley Dep. 243:18-244:5), and ¶ 34, Ex. 41, RFAs 84-87 and exhibits at pp. 99-100. |
| 44 | PattieGonia developed a logo that it used on its websites for PATTIE GONIA MERCH. | Speer Dec., ¶ 28, Ex. 26. |
| 45 | PattieGonia began distributing stickers in envelopes bearing the PATTIE GONIA MERCH logo sometime after December 2024. | Speer Dec., ¶ 25, Ex. 23 at p. 7. |
| 46 | At some date prior to September 21, 2025, PattieGonia sold sticker packs with a skiing theme displaying the term "PATTIE GONIA." | Speer Dec., ¶ 4, Ex. 2 (Dugan Dep. 75:16-76:6), ¶ 17, Ex. 15, and ¶ 32, Ex. 30. |
| 47 | PattieGonia applied for a trademark registration on September 21, 2025 seeking registration of PATTIE GONIA exclusively on a variety of goods and services, | Speer Dec., ¶ 15, Ex. 13. |

| No. | Uncontroverted Fact | Citation |
|---|---|---|
| | including apparel, stickers, promoting the goods of others, climate education, among other goods and services. | |
| 48 | Prior to applying for a trademark registration, PattieGonia had never asserted or enforced any rights in a PattieGonia trademark. | Speer Dec., ¶ 31, Ex. 29. |
| 49 | On November 22, 2025, PattieGonia posted images showing a costume representing the transgender flag that incorporated emblems derived from Patagonia's P-6 logo. | Speer Dec., ¶ 29, Ex. 27. |
| 50 | PattieGonia claims their derivations of or references to Patagonia's brand and logo are jokes or parody protected by fair use and the First Amendment. | Dkt. 19 (Defendants' Answer) at p. 11 (Affirmative Defenses 7 & 9).<br><br>Speer Dec., ¶ 3, Ex. 1 (Wiley Dep. 108:7-16; 131:2-8; 159:10-22). |
| 51 | PattieGonia collaborates with and promotes others' brands and products. Dr. Michel Tuan Pham has concluded these collaborations are likely to cause confusion among consumers. | Speer Dec., ¶ 37, Ex. 45, and ¶ 43, Ex. 55, at ¶¶ 125-129, 132-138. |
| 52 | In 2023, Pattie Gonia began performing at events titled "Save Her," and developed a costume featured in social media posts that included emblems on gloves and the costume itself derived from the Patagonia P-6 logo. | Speer Dec., ¶ 3, Ex. 1 (Wiley Dep. 119:22-121:3), and ¶ 34, Ex. 41, RFAs 98-99, 108-11 and RFA exhibits at pp. 106, 111-112. |
| **Facts Related To Communications Between The Parties** | | |
| 53 | In January 2022, Hydroflask approached Patagonia regarding an initiative on which it was contemplating a collaboration with PattieGonia and wanted to discuss any concerns Patagonia had about its intellectual property. | Tadlock Dec., ¶ 9, Ex. 35. |
| 54 | Hydroflask explained the initiative as a "project with the intention of increasing access to the outdoors via Parks for All or Refill For Good to reduce the need for single-use products." PattieGonia describes the work as "funding of advocacy-related work + Instagram post(s) promoting reusable products." | Tadlock Dec., ¶ 9, Ex. 35.<br><br>Speer Dec., ¶ 37, Ex. 45 at p. 2. |

| No. | Uncontroverted Fact | Citation |
|---|---|---|
| 55 | Patagonia said it wanted its in-house trademark counsel, to discuss with PattieGonia before providing feedback to Hydroflask. | Tadlock Dec., Ex. 35 at p. 1. |
| 56 | At the February 9, 2022 video conference meeting between Patagonia and PattieGonia, Patagonia communicated that it wanted to outline broad principles of intellectual property and trademark concerns, to open a line of communication with PattieGonia about those concerns, and avoid having a legal dispute. Mr. Tadlock also raised concerns about a post showing a design or logo that had been derived from the P-6 logo. | Tadlock Dec., ¶ 10. |
| 57 | After the meeting, Patagonia's counsel wrote to confirm the conversation, including Hydroflask and PattieGonia on the email. The email stated that Patagonia would not object to the Hydroflask collaboration and confirmed that the parties should not (1) use or otherwise display Patagonia's logos; (2) use the "belwe font"; or (3) use PattieGonia in any form on product. Mr. Tadlock also invited any questions and follow up. | Tadlock Dec., ¶ 11, Ex. 32 |
| 58 | On February 15, 2022, Patagonia wrote to PattieGonia stating the understanding that PattieGonia will not "use Patagonia's logos or any substantially similar designs like the mask meme logo we discussed Pattie that used the mountain silhouette and belwe font." Hydrofacial and PattieGonia responded with thanks. | Tadlock Dec., ¶ 13, Ex. 40. |
| 59 | The "mask meme logo" referred to in the correspondence of February 15, 2022, and discussed in the meeting of February 9, 2022 meeting, includes a derivative of Patagonia's P-6 logo. | Tadlock Dec., ¶ 13, Ex. 39. |
| 60 | PattieGonia responded "Thank you for the clarification Robert! Really appreciate it and keep note of it." | Tadlock Dec., ¶ 14, Ex. 40. |
| 61 | Based on the meeting and correspondence between Patagonia and PattieGonia, Patagonia believed that PattieGonia would not use the logos that were substantially similar to Patagonia's P-6 logo, would not | Tadlock Dec., ¶ 15. |

| No. | Uncontroverted Fact | Citation |
|---|---|---|
| | use the belwe font that is used in Patagonia's P-6 logo and would not use PattieGonia in any form on product. | |
| 62 | Intentionally Omitted | |
| 63 | Intentionally Omitted | |
| | **Facts Relating To Events After The Parties' 2022 Discussions** | |
| 64 | PattieGonia did not adhere to the guidance given by Mr. Tadlock during the parties' communications, and continued using the designs derivative of the P-6 logo and the belwe font. | Speer Dec., ¶ 6, Ex. 4 at pp. 14-28, ¶ 26, Ex. 24 at p. 5, and ¶ 27, Ex. 25. |
| 65 | In June 2023, Patagonia learned about a collaboration between The North Face and PattieGonia to celebrate "Summer of Pride." | Kenna Dec., ¶ 33. |
| 66 | In September 2024, PattieGonia posted on social media that they were now selling merchandise and in December 2024, Patagonia learned PattieGonia had started selling merchandise with "Pattie Gonia" displayed on it. | Speer Dec., ¶ 3, Ex. 1 (Wiley Dep. 242:13-243:1) and ¶ 13, Ex. 11.<br><br>Tadlock Dec., ¶ 16. |
| 67 | During Patagonia's investigation of sales of products bearing PATTIE GONIA and its investigation in connection with the lawsuit, Patagonia also found examples where PattieGonia was distributing stickers and displaying emblems on costumes substantially similar to the P-6 logo. | Tadlock Dec., ¶ 17, Ex. 40.<br><br>Speer Dec., ¶ 34, Ex. 41 at RFA Nos. 16-148 and exhibits to those RFAs at pp. 62-132. |
| 68 | On February 10, 2025, Mr. Tadlock wrote to PattieGonia regarding their failure to abide by the three guidelines identified in 2022. The email points to the sale of apparel and to posts showing stickers and costumes. His email asks for compliance. | Tadlock Dec., ¶ 17, Ex. 40. |
| 69(A) | On February 14, 2025, PattieGonia responded to Mr. Tadlock's February 10, 2025 correspondence. The email refers to a critical public campaign PattieGonia claims to have been planning about Patagonia's military sales and claims a different understanding of the 2022 discussions but does not explain. The email does not deny PattieGonia was (1) promoting or selling products bearing "PattieGonia"; (2) using PattieGonia in belwe font; or (3) using designs | Tadlock Dec., ¶ 18, Ex. 40. |

| No. | Uncontroverted Fact | Citation |
|---|---|---|
| | substantially similar to Patagonia's P-6 logo. | |
| 69(B) | There is no evidence that PattieGonia actually was planning the critical public campaign against Patagonia. PattieGonia does not "recall" if it was a ruse used in response to Patagonia's email. | Speer Dec., ¶ 3, Ex. 1 (Wiley Dep. 252:13-253:5). |
| 70 | On, March 12, 2025 Patagonia responded, requesting a meeting to discuss the apparent disagreement between the parties. | Tadlock Dec., ¶ 19, Ex. 40. |
| 71 | PattieGonia did not respond. | Speer Dec., ¶ 3, Ex. 1 (Wiley Dep. 236:20-24);<br><br>Tadlock Dec., ¶ 19. |
| 72 | On January 21, 2026, Patagonia filed this lawsuit, after learning PattieGonia had applied for a trademark registration. | Dkt. 1 (Complaint).<br><br>Tadlock Dec., ¶¶ 20-21. |
| 73 | PattieGonia asserts laches, acquiescence, waiver, and estoppel as affirmative defenses. | Dkt. 19 (Answer). |
| 74 | PattieGonia has made minimal investment in the PattieGonia brand. | Speer Dec., ¶ 4, Ex. 2 (Dugan Dep. 224:6-227:21), and ¶ 16, Ex. 14. |
| 75 | PattieGonia has offered, in their trademark application applicaito with the USPTO and in three separate responses to Interrogatory No. 2, varying dates of when they claim they began using PATTIE GONIA as a trademark in commerce for various goods and services. | Speer Dec., ¶ 36, Ex. 44. |
| | **Facts Regarding Consumer Confusion** | |
| 76 | On May 24, 2023, Patagonia's customer service department received a message regarding PattieGonia's collaboration with The North Face which stated, "Patagonia should insist that NorthFace stop using "PattieGonia" in its ads for Pride month. This is disgusting. Make sure there is no confusion between your brand and theirs, which is about to be "Bud-Lighted". | Tadlock Dec., ¶ 22, Ex. 36 at p. 1. |
| 77 | On May 25, 2023, Patagonia's customer service department received a message PattieGonia's collaboration with The North Face which stated, "I was forced to watch this ad in which north face uses a gay drag queen named Patagonia to market apparel. I am all for people of different beliefs,lifestyles and religious beliefs to | Tadlock Dec., ¶ 22, Ex. 36 at p. 2. |

| No. | Uncontroverted Fact | Citation |
|---|---|---|
| | live their lives in peace but when I saw this ad it angered me. I buy your brand and theirs because I live an outdoor lifestyle period my sexuality has nothing to do with this. Now they have chosen to market this way calling it inclusive but less then .5% of the population is being marketed to which is the opposite of inclusion and on top of this they are slam you their competitor and bringing you into this as well. It also offends me in a time where women are finally getting there does in sport and financially starting to see compensation that men identifying as women are taking this away. This ad makes me want to stop buying not only north face but Patagonia as well. This needs to stop!!! You are a garment manufacturer you employ all different types of people to manufacture clothes for the outdoors for people period. You are a company that see the value in giving back to the planet for everyone and north face in one ad has taken this away and also destroyed their brand and base. Please take legal action do something about this!!! I have written them and will be suing them for $1000's in losses for all the gear I will no longer be able to wear because it no longer represents me an outdoor enthusiast." | |
| 78 | On June 7, 2023, Patagonia's customer service department received a message regarding PattieGonia's collaboration with The North Face which stated "I was really offended by your commercial using the outrageous drag queen to promote Pride for Patagonia. Not only did it not have anything to do with campling, I just found it over the top offensive. I have gay friends that also found it insulting. It targeted the most outrageous stereotypes of the LGBTQ when the vast majority want to live their lives like everyone else. If you want to keep me and others as customers, stop infusing your advertising with social and political commentary and please don't be so offensive in the future." | Tadlock Dec., ¶ 22, Ex. 36 at p. 3. |
| 79 | On June 7, 2023, Patagonia's customer service department received a call | Tadlock Dec., ¶ 22, Ex. 36 at p. 4. |

| No. | Uncontroverted Fact | Citation |
|---|---|---|
| | regarding PattieGonia's collaboration with The North Face which stated:<br>( 1s ) Jennifer: Hello Jim! My name is Jennifer. How may I help you today?<br>( 44s ) Jim: I would like to complain about your commercial with the drag queen.<br>( 1m 45s ) Jennifer: I believe the company that did the partnership with PattieGonia is the North Face. The drag artist is independent, and not affiliated with our company.<br>( 2m 21s ) Jim: I believe the commercial mentioned Patagonia too.<br>( 2m 57s ) Jennifer: I'm not familiar with the commercial, but you're more than welcome to leave your thoughts in the chat.<br>( 5m 29s ) Jim: I'm straight and was very offended, but I also have gay friends that were very offended too. It was so over the top and hit all the worst stereotypes of the LGBTQ. Please stop pushing any political or social agendas.<br>( 7m 21s ) Jennifer: Thanks for your comments, I'll pass that along to the marketing team.<br>( 10m 41s ) Jim: Thank you.<br>( 10m 51s ) Jennifer: Anything else I can help with? | |
| 80 | On August 1, 2024, Patagonia received an email from a consumer that included an image of the PATTIE GONIA sticker and stated "Looks like a nonprofit has named themselves PattieGonia and reused your logo." | Tadlock Dec., ¶ 22, Ex. 37. |
| 81 | On approximately December 1, 2022, a comment was made to a PattieGonia TikTok post with Mr. Wiley and PattieGonia dancing in nature stating "I genuinely thought this was a Patagonia ad for too long... or is it?" | Speer Dec., ¶ 23, Ex. 21 at p. 3. |
| 82 | On approximately February 15, 2023, a comment was made to a PattieGonia Instagram post with PattieGonia skiing stating "PattieGonia? As in Patagonia? Haha..Loooove the name , the glam mÃ¡s the attitude.  Go Queen". | Speer Dec., ¶ 23, Ex. 21 at p. 4. |
| 83 | On approximately April 28, 2023, a comment was made to a PattieGonia Instagram post of a PattieGonia-branded | Speer Dec., ¶ 23, Ex. 21 at p. 5. |

| No. | Uncontroverted Fact | Citation |
|---|---|---|
| | sticker that resembles the Patagonia P-6 logo stating "You ruined a good brand". | |
| 84 | On approximately May 23, 2023, a comment was made to a PattieGonia TikTok post promoting nature and an upcoming show stating "not Patagonia 😭?" | Speer Dec., ¶ 23, Ex. 21 at p. 8. |
| 85 | On approximately May 23, 2023, a comment was made to a PattieGonia TikTok post promoting nature and an upcoming show stating "Whiplash was this being a North Face add instead of a Patagonia one". | Speer Dec., ¶ 23, Ex. 21 at p. 11. |
| 86 | On approximately May 26, 2023, a comment was made to a PattieGonia Instagram post about allyship and homophobia in society stating "Patty Gonia, holy shit this is real i thought it was a parody. I mean youve ruined The North Face but please dont drag Patagonia into it. Ya'll not learned anything from the Bud Light situation?" | Speer Dec., ¶ 23, Ex. 21 at p. 12. |
| 87 | On approximately June 8, 2023, a comment was made to a PattieGonia Instagram post of PattieGonia in Yosemite for a Pride event stating "I need my Patagonia merch signed asap". | Speer Dec., ¶ 23, Ex. 21 at p. 13. |
| 88 | On approximately March 4, 2024, a comment was made to a PattieGonia TikTok post of PattieGonia skiing stating "Gosh i love Patagonia so much for this". | Speer Dec., ¶ 23, Ex. 21 at p. 14. |
| 89 | On approximately March 28, 2024, a comment was made to a PattieGonia Instagram post partnered with Ikon Pass with PattieGonia skiing stating "All my Patagonia stuff is going in the trash." | Speer Dec., ¶ 23, Ex. 21 at p. 15. |
| 90 | On approximately May 23, 2024, a comment was made to a PattieGonia Instagram post about National Parks banning Pride events stating "… I am so tired of some basic AF gym Queen who probably cares more about her Grindr profile than actually advocating for the environment and never mind queer people who might care about the outdoors and don't take as flattering selfies as you.. ugh. Is this really the best we can do people?? Know this post will probably get me | Speer Dec., ¶ 23, Ex. 21 at p. 16. |

| No. | Uncontroverted Fact | Citation |
|---|---|---|
| | banned so might as well be honest lol. Anyways keep milking that guilt factor that pseudo-"progressive" companies like Patagonia have (and don't forget about the generic outdoorsy/bluegrass and hippy music loving cis het trustafarians) to get your coin girl… I'm out. Bye Felicia." | |
| 91 | On approximately September 16, 2024, a comment was made to a PattieGonia Instagram post with PattieGonia bicycling in nature stating "There was a split second I thought this was the official Patagonia account and I was about to give them so much business 😂". | Speer Dec., ¶ 23, Ex. 21 at p. 17. |
| 92 | On approximately February 5, 2025, a comment was made to a PattieGonia TikTok post with PattieGonia exiting a tent stating "I thought this was a Patagonia ad lmao". | Speer Dec., ¶ 23, Ex. 21 at p. 18. |
| 93 | On approximately February 13, 2025, a comment was made to a PattieGonia Instagram post about PattieGonia's REI boycott stating "There's virtually no morality in big businesses. Is Patagonia okay? Given they inspired your namesake?" | Speer Dec., ¶ 23, Ex. 21 at p. 19. |
| 94 | On approximately March 12, 2025, a comment was made to a PattieGonia Instagram post with PattieGonia skiing and promoting a ski jacket stating "Shouldn't Patty Gonia wear a Patagonia ski outfit?" | Speer Dec., ¶ 23, Ex. 21 at p. 20. |
| 95 | On approximately June 27, 2025, a comment was made to a PattieGonia Instagram post of Mr. Wiley on a podcast discussing social politics stating "I just think it's interesting that it's a cis white drag queen that's partnered with Patagonia that's advocating for this and not like, Black Women. I tend to listen to Black Women before I listen to corporate partnered white men…" | Speer Dec., ¶ 23, Ex. 21 at p. 21. |
| 96 | On approximately June 10, 2025, a comment was made to a PattieGonia Instagram post about PattieGonia becoming the first drag queen to make the Time100 List stating "You had me at your name ! PattieGonia ! I'm a fan of you and Patagonia [emojis omitted]". | Speer Dec., ¶ 23, Ex. 21 at p. 22. |

| No. | Uncontroverted Fact | Citation |
|---|---|---|
| 97 | On approximately October 5, 2025, a comment was made to a PattieGonia Instagram post about reaching one million Instagram followers stating "My partner is an avid MTB, you came up in his feed and we were like- we love Patagonia and we love drag. Boom!" | Speer Dec., ¶ 23, Ex. 21 at p. 23. |
| 98 | On approximately November 30, 2025, a comment was made to a PattieGonia Instagram post about a fundraising hike stating "I'm new here, but does @patagonia sponsor/support you? I love the brand, so I'm really hoping so [emojis omitted]". | Speer Dec., ¶ 23, Ex. 21 at p. 24. |
| 99 | On approximately November 30, 2025, a comment was made to a PattieGonia Instagram post about a fundraising hike stating "If you're not already sponsored by Patagonia, you should be. Not only because of the name, but because everything they stand for is saving the planet and equality. It'd be perfect partnership." | Speer Dec., ¶ 23, Ex. 21 at p. 25. |
| 100 | On approximately December 3, 2025, a comment was made to a PattieGonia TikTok post with PattieGonia hiking stating "my husband just heard this and asked me if this was a real Patagonia ad 🤣🤣💀". | Speer Dec., ¶ 23, Ex. 21 at p. 26. |
| 101 | On approximately December 17, 2025, a comment was made to a PattieGonia Instagram post about PattieGonia's 2026 "Save Her!" Drag tour stating "Omg PattieGonia sounds JUST like Patagonia and ALSO like a name a drag queen would use DID U KNOW 🤯👀😵‍💫🧐🤔🤨🫤👯". | Speer Dec., ¶ 23, Ex. 21 at p. 27. |
| 102 | On approximately May 31, 2026, a comment was made to a PattieGonia Threads post about the lawsuit stating "Omg I've been so confused about this Patagonia stuff and then I realized the name is different 🫣 bro this whole time I thought that design was just an lgbt version of the Patagonia logo 😭". | Speer Dec., ¶ 24, Ex. 22 at p. 3. |
| 103 | On approximately May 31, 2026, a comment was made to a PattieGonia Threads post about the lawsuit stating "Legit thought someone took the Patagonia logo, added the pride flag, and people were | Speer Dec., ¶ 24, Ex. 22 at p. 3. |

| No. | Uncontroverted Fact | Citation |
|---|---|---|
| | upset … I didn't understand the lawsuit and then BAM I see it's a different name 😵‍💫 yeah, ofc they have a solid case lmfao". | |
| 104 | On approximately January 26, 2026, a comment was made to a PattieGonia Instagram post about the Pattie being political stating "Pattie are you gonna address the lawsuit from Patagonia?? I thought they were an endorser for years? Are they bad now?" | Speer Dec., ¶ 24, Ex. 22 at p. 1. |
| 105 | A consumer survey testing the PattieGonia sweatshirt design showed that 24.1% of consumers were confused when exposed to the sweatshirt as worn by a person. | Speer Dec., ¶ 38, Ex. 46 at p. 21. |
| 106 | A consumer survey testing the PattieGonia sticker design showed that 34.7% of consumers were confused when exposed to the sticker shown on a water bottle. | Speer Dec., ¶ 38, Ex. 46 at p. 21. |
| 107 | The PATAGONIA and PATTIE GONIA marks are nearly identical, including both visually and phonetically. | Speer Dec., ¶ 3, Ex. 1 (Wiley Dep. 63:16-64:11).<br><br>Speer Dec., ¶ 43, Ex. 55 at ¶¶ 118-124. |
| 108 | The North Face, Patagonia's competitor, stated it would like to "play on the Patagonia irony" in their collaboration with PattieGonia. | Speer Dec., ¶ 3, Ex. 1 (Wiley Dep. 213:5-214:14), and ¶ 14, Ex. 12. |
| 109 | Intentionally Omitted | |
| | **FACTS REGARDING PROXIMITY OF GOODS AND SERVICES** | |
| 110 | The goods and services in PattieGonia's trademark application are identical or highly similar to those described by Patagonia's trademark registrations. | Speer Dec., ¶ 33, Ex. 31. |
| 111 | Both parties sell T-shirts and sweatshirts. | Speer Dec., ¶ 33, Ex. 31.<br><br>Tadlock Dec., ¶ 3, Ex. 38. |
| 112 | Both parties sell online. | Speer Dec., ¶ 28, Ex. 26, ¶ 33, Ex. 31 and ¶ 39, Ex., 47.<br><br>Kenna Dec., ¶ 20. |
| 113 | Both parties promote the resale of used apparel and products bearing both parties' marks are offered through the same third-party resale platforms, including eBay, | Speer Dec., ¶ 41, Ex. 49.<br><br>Kenna Dec., ¶ 29. |

| No. | Uncontroverted Fact | Citation |
|---|---|---|
| | Depop, Poshmark, and Facebook Marketplace. | |
| 114 | Both parties promote and provide educational services regarding climate issues. | Speer Dec., ¶ 33, Ex. 31. |
| 115 | Both parties promote and provide educational services regarding diversity in the outdoors. | Speer Dec., ¶ 33, Ex. 31. |
| 116 | Both parties collaborate with others in joint activities supporting climate initiatives. | *Compare* Kenna Dec., ¶ 27; Speer Dec., ¶ 37, Ex. 45. |
| 117 | In September 2026, PattieGonia engaged in the promotion called "Mine My Phone". The campaign shows PattieGonia dragging a giant phone through the streets of New York to emphasize the true burden a new phone imposes on the environment. Back Market's marketing director publicly thanked PattieGonia and Patagonia. The post stated "[PattieGonia] thank you for helping us bring this campaign to life, being bold and so aligned with our values. Thank you also to our shared inspiration, Patagonia, whose pioneering work on the Footprint Chronicles achieved in the apparel industry exactly what we hope to achieve in tech: making the invisible visible." | Speer Dec., ¶ 40, Ex. 48. |
| 118 | Both parties promote their products and services through websites, search engines, social media accounts, YouTube, and earned media channels. | *Compare* Kenna Dec., ¶¶ 15-21; Speer Dec., ¶ 28, Ex. 26, ¶ 34, Ex. 41 RFAs 84-87, 100-101, 120-123, 130-131, 146 and exhibits at pp. 99-100, 107, 117-118, 122, 130 and ¶ 39, Ex. 47. |
| 119 | PattieGonia admits that their many posts of Patagonia derivative logos or emblems may be served to consumers by social media algorithms for years. | Speer Dec., ¶ 3, Ex. 1 (Wiley Dep. 169:3-170:12). |
| 120 | PattieGonia has not identified any post, costume, sweatshirt, or sticker that references the Patagonia region. | Speer Dec., ¶ 37, Ex. 44 at p. 9-12 (Response to Interrogatory No. 14) |

Dated: November 11, 2026

Respectfully submitted,

VERSO LAW GROUP LLP

By: */s/ Gregory S. Gilchrist*
Gregory S. Gilchrist
Ryan Bricker
Sophy J. Tabandeh
Kourtney Speer

Attorneys for Plaintiff
Patagonia, Inc.