GREGORY S. GILCHRIST (Cal. Bar. No. 111536)
RYAN BRICKER (Cal. Bar No. 269100)
SOPHY J. TABANDEH (Cal. Bar No. 287583)
KOURTNEY SPEER (Cal. Bar No. 348243)
VERSO LAW GROUP LLP
565 Commercial St., 4th Floor
San Francisco, CA 94111
Telephone: (415) 534-0495
Email: greg.gilchrist@versolaw.com
ryan.bricker@versolaw.com
sophy.tabandeh@versolaw.com
kourtney.speer@versolaw.com

Attorneys for Plaintiff
Patagonia, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

PATAGONIA, INC.,

Plaintiff,

v.

ENTREPRENEUR ENTERPRISES, INC. DBA PATTIE GONIA PRODUCTIONS and WYN WILEY,

Defendants.

Case No.: 2:26-cv-00586-RGK-RAO

**DECLARATION OF KOURTNEY SPEER IN SUPPORT OF PLAINTIFF PATAGONIA, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**JURY TRIAL DEMANDED**

I, Kourtney Speer, declare:

1. I am an attorney admitted to practice in the State of California. I am an associate with the law firm of Verso Law Group LLP ("Verso"), attorneys of record for Plaintiff Patagonia, Inc. ("Patagonia") in this proceeding. Except where other sources of information are noted, I make this declaration based on my personal knowledge and, if called as a witness, I could and would competently testify to these facts.

2. **Exhibit A** is an index of all exhibits (Exhibits 1 to 55) on which Patagonia relies on in support of its Motion for Partial Summary Judgment. These exhibits are

identified and described in this declaration and the Declarations of Corley Kenna and Robert Tadlock.

3. **Exhibit 1** is a true and correct copy of excerpts from Defendant Wyn Wiley's October 13, 2026 deposition.

4. **Exhibit 2** is a true and correct copy of excerpts from Jenny Dugan's October 14, 2026 deposition.

5. **Exhibit 3** is a true and correct copy of excerpts from Will Mattox's October 28, 2026 deposition. Mr. Mattox is the owner of Seriously Stickers.

6. **Exhibit 4** contains true and correct copies of posts from Pattie Gonia's Instagram account, produced by Patagonia during discovery, bearing Bates Nos. PAT-PG_0035382, PAT-PG_0039528, PAT-PG_0039626, PAT-PG_0036190, PAT-PG_0036081, PAT-PG_0040036, PAT-PG_0040225, PAT-PG_0040373, PAT-PG_0040658, PAT-PG_0033488, PAT-PG_0033546, and PAT-PG_0033655.

7. **Exhibit 5** is a true and correct copy of an October 3, 2018 Instagram post from Pattie Gonia that was used as an Exhibit to the deposition of Wyn Wiley.

8. **Exhibit 6** is a true and correct copy of an October 18, 2018 Instagram post from Pattie Gonia produced by Patagonia during discovery bearing Bates No. PAT-PG_0034798.

9. **Exhibit 7** is a true and correct copy of November 11, 2018 Instagram post from Pattie Gonia produced by Patagonia during discovery bearing Bates No. PAT-PG_0034814 and captures of comments referring to Patagonia, made on the post, that were used as an Exhibit to the deposition of Wyn Wiley.

10. **Exhibit 8** is a true and correct copy of a February 2025 email thread, produced by Defendants during discovery bearing Bates No. PGP_0013194.

11. **Exhibit 9** is a true and correct copy of a document produced by Defendants during discovery bearing Bates No. PGP_0046107.

12. **Exhibit 10** is a true and correct copy of a document produced by Defendants during discovery bearing Bates No. PGP_0046861.

13. **Exhibit 11** is a true and correct copy of a September 18, 2024 Instagram post from Pattie Gonia produced by Patagonia during discovery bearing Bates No. PAT-PG_0039720.

14. **Exhibit 12** is a true and correct copy of a document produced by Defendants during discovery bearing Bates No. PGP_0041345.

15. **Exhibit 13** is a true and correct copy of the trademark application and specimen filed in relation to Defendants' trademark application for the PATTIE GONIA mark (Ser. No. 99404728), published on and made publicly available at the URL https://tsdr.uspto.gov/documentviewer?caseId=sn99404728&docId=APP20250921215945&linkId=15#docIndex=14&page=1. I caused this URL to be visited and this documented downloaded on October 11, 2026.

16. **Exhibit 14** contains true and correct copies of financial documents produced by Defendants during discovery bearing Bates Nos. PGP_0000929-0000940.

17. **Exhibit 15** is a true and correct copy of a financial document produced by Defendants during discovery bearing Bates No. PGP_0000926.

18. **Exhibit 16** is a true and correct copy of a document produced by third-party Seriously Stickers during discovery bearing Bates No. SS_0000001.

19. **Exhibit 17** contains true and correct copies of documents produced by third-party Seriously Stickers during discovery bearing Bates Nos. SS_0000080, 0000083-85, 0000091 and 0000113.

20. **Exhibit 18** is a true and correct copy of an August 19, 2024 email produced by Defendants during discovery bearing Bates No. PGP_0017410.

21. **Exhibit 19** contains true and correct copies of sticker invoices produced by Defendants during discovery bearing Bates Nos. PGP_0003687, PGP_0002421, PGP_0009675, PGP_0011752, PGP_0013872, PGP_0014338, PGP_0017351, PGP_0036109, PGP_0035553, PGP_0036478, and PGP_0037296.

22. **Exhibit 20** contains true and correct copies of June 9, 2026 and November 20, 2024 email threads produced by third-party Seriously Stickers during discovery bearing Bates Nos. SS_0000150 and SS_0000165.

23. **Exhibit 21** contains true and correct copies of public comments to posts on Pattie Gonia's Instagram account, captured and produced by Patagonia during discovery bearing Bates Nos. PAT-PG_0032916, PAT-PG_0077832, PAT-PG_0038754, PAT-PG_0032919, PAT-PG_0032925, PAT-PG_0077833, PAT-PG_0077835, PAT-PG_0077861, PAT-PG_0077822, PAT-PG_0077823, PAT-PG_0077828, PAT-PG_0077863, PAT-PG_0077840, PAT-PG_0077842, PAT-PG_0077852, PAT-PG_0077851, PAT-PG_0077855, PAT-PG_0077858, PAT-PG_0077866, PAT-PG_0077870, and PAT-PG_0077859.

24. **Exhibit 22** contains true and correct copies of public comments to posts on Pattie Gonia's Instagram account, captured and produced by Patagonia during discovery bearing Bates Nos.  PAT-PG_0032987, PAT-PG_0032993 and PAT-PG_0032985.

25. **Exhibit 23** is a true and correct copy of a December 21, 2024 email thread produced by Defendants during discovery bearing Bates Nos. PGP_0003204 and PGP_0003253.

26. **Exhibit 24** is a true and correct copy of a March 28, 2022 Instagram post from Pattie Gonia produced by Patagonia during discovery bearing Bates No. PAT-PG_0036833.

27. **Exhibit 25** is a table summarizing Defendants' sticker purchases from Seriously Stickers from January 2019-December 2025. This table was created by my colleague, at my direction, by reviewing and summarizing documents produced by Defendants during discovery bearing Bates Nos. PGP_0003687-688, PGP_0002421-422, PGP_0009675-676, PGP_0011752-753, PGP_0013872-873, PGP_0014338-339, PGP_0017351, PGP_0026109, PGP_0035553, PGP_0036478, PGP_0037296, SS_0000046-047, SS_0000046, SS_0000044, SS_0000043, SS_0000035, SS_0000026,

SS_0000024-025, SS_0000022 and SS_0000015—which are cited in the table—are included in Speer Dec. Exhibits 16 and 19.

28. **Exhibit 26** is a true and correct copy of a capture of the pattiegoniamerch.com website produced by Patagonia during discovery bearing Bates No. PAT-PG0041575.

29. **Exhibit 27** contains true and correct copies of Pattie Gonia Instagram posts from November 22, 2025 produced by Patagonia during discovery bearing Bates Nos. PAT-PG_0034173 and PAT-PG_0034204.

30. **Exhibit 28** contains true and correct copies of media articles produced by Patagonia during discovery bearing Bates Nos. PAT-PG_0041158, PAT-PG_0083038, PAT-PG_0082984, PAT-PG_0041318.

31. **Exhibit 29** is a true and correct copy of Entrepreneur Enterprises' October 8, 2026 responses and objections to Patagonia's 30(b)(6) Deposition Topics. Topic No. 25 sought testimony related to "[a]ttempts by [Defendants] to enforce any alleged rights in the PATTIE GONIA NAME, PATTIE GONIA MARK, and BANDED SKY DESIGN." In response, Entrepreneur Enterprises objected and stated, "Entrepreneur Enterprise is aware of no non-privilege information responsive to this topic…."

32. **Exhibit 30** is a true and correct document produced by third-party Seriously Stickers during discovery bearing Bates No. SS_0000216.

33. **Exhibit 31** is a table summarizing and comparing the parties' respective goods and services as described in Defendants' pending trademark application for the PATTIE GONIA mark (Exhibit 13; Ser No. 99404728) and Patagonia's trademark registrations, attached as **Exhibit 38**.

34. **Exhibit 41** is a true and correct copy of Wyn Wiley's July 15, 2026 responses to Patagonia's First Set of Requests for Admission and Exhibits 1-78 to Patagonia's first set of Requests for Admission.[1]

---

[1] Patagonia has attached only Defendant Wyn Wiley's discovery responses. Patagonia served identical discovery requests on Defendants Wyn Wiley and Entrepreneur

35. **Exhibit 42** is a true and correct copy of Wyn Wiley's October 21, 2026 responses to Patagonia's Second Set of Requests for Admission.

36. **Exhibit 44** is a true and correct copy of Wyn Wiley's October 27, 2026 Verified Second Supplemental Responses to Patagonia's First Set of Interrogatories Nos. 2 and 14. I have prepared a table summarizing Defendants' various discovery responses and trademark application regarding their first use date for the PATTIE GONIA trademark.

37. **Exhibit 45** is a true and correct copy of Attachment A to Wyn Wiley's October 27, 2026 Verified Second Supplemental Responses to Patagonia's First Set of Interrogatories Nos. 2 and 14.

38. **Exhibit 46** is a true and correct copy of the Expert Report of David Neal, dated October 28, 2026.

39. **Exhibit 47** is a true and correct copy of a capture of the pattiegoniamerch.com website showing that products were sold out, produced by Patagonia during discovery bearing Bates No. PAT-PG_0041573.

40. **Exhibit 48** is a true and correct copy of an October 2026 LinkedIn post made by Joy Howard, the Chief Marketing Officer at Back Market regarding Back Market's collaboration with Pattie Gonia.

41. **Exhibit 49** contains true and correct copies of screen captures of third-party resale platforms, eBay, Depop, Poshmark and Facebook Marketplace that sell Patagonia and PattieGonia products. I caused these captures to be downloaded by visiting the identified URLs on November 10, 2026.

42. **Exhibit 54** is a true and correct copy of Wyn Wiley's July 15, 2026 Verified Response to Patagonia's First Set of Interrogatories No. 9.

43. **Exhibit 55** is a true and correct copy of the Expert Report of Michel Pham, dated October 28, 2026.

---

Enterprises, and Entrepreneur Enterprises' responses were identical to those provided by Wyn Wiley.

44. Personal identifying information contained in these exhibits has been redacted.

I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Executed on November 11, 2026, at San Francisco, California.

*/s/ Kourtney Speer*
KOURTNEY SPEER