# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION LOS ANGELES

PATAGONIA, INC., )
)
Plaintiff, ) Case No.
) 2:26-cv-0586-RGK-RAO
v. )
)
ENTREPRENEUR ENTERPRISES, )
INC. et al., )
)
Defendants. )
------------------------------)

- - -
Tuesday, October 13, 2026
- - -

Remote Videotaped Deposition of WYN WILEY, beginning at 9:06 A.M., before Nancy J. Martin, a Registered Merit Reporter, Certified Shorthand Reporter. All parties appeared remotely.

REPORTED BY NANCY J. MARTIN
CSR. NO. 9504, RMR, RPR
PAGES 1 - 288

Q. Okay. So were you a photographer then in 2018 and thinking about what you might do in the future? 09:37:54 09:37:56 09:38:01
A. I was a photographer then. And yes. 09:38:04
Q. Okay. Did you have any specific plans to adopt a drag queen persona when you met with Mr. Mimms and Ms. Hayes? 09:38:13 09:38:17 09:38:27
A. I do not recall. 09:38:29
Q. Okay. Do you recall how the idea of a name for a drag queen came up in the conversation? 09:38:33 09:38:35
A. I do not recall. 09:38:42
Q. Okay. Was adopting a drag queen persona one of several potential plans for the future that you discussed with Mr. Mimms and Ms. Hayes, or was it the only thing that you discussed? 09:38:47 09:38:52 09:38:54 09:38:59
A. I don't recall at the time. 09:39:03
Q. Okay. Who first suggested that if you decided to adopt a drag queen persona, that you use Pattie Gonia as the name? 09:39:04 09:39:09 09:39:14
MR. SCRENCI: I'm going to object to the foundation. 09:39:17 09:39:20
You can go ahead and answer. 09:39:21
THE WITNESS: I don't recall. 09:39:23
BY MR. GILCHRIST: 09:39:24
Q. Was there brainstorming during the 09:39:24

Q. Did you discuss the idea of advocacy under a drag queen persona with Mr. Mimms and Ms. Hayes? 09:46:37 09:46:49
A. To the best of my knowledge, no. 09:46:55
Q. Did you discuss the idea of being a backpacking drag queen with Mr. Mimms and Ms. Hayes? 09:46:59 09:47:02
A. I do not recall. 09:47:10
Q. Do you recall when you came up with the idea of becoming an outdoorist or backpacking drag persona? 09:47:14 09:47:17
A. Sorry. It broke up a little bit on my end. 09:47:24
Could you repeat the question? 09:47:26
Q. Yeah. 09:47:28
Do you recall when you came up with the concept of becoming a -- an outdoorist or a backpacking drag queen? 09:47:30 09:47:33 09:47:39
A. I -- to me, it's been an evolution. There was not an exact plan. It's been me living my life and discovering things I care about along the way. 09:47:53 09:47:56 09:48:02
Q. When you had your coffee with Mr. Mimms and Ms. Hayes, you knew about the Patagonia brand; correct? 09:48:15 09:48:17 09:48:22
A. I knew it was a brand. 09:48:23
Q. Did you have any Patagonia products by then? 09:48:26
A. I do not recall. 09:48:28
Q. Did you know of Patagonia, Inc.'s reputation for climate advocacy, for example? 09:48:29 09:48:34

THE WITNESS: Okay. 10:30:54
BY MR. GILCHRIST: 10:30:58
Q. Do you recognize Exhibit 10? 10:30:58
A. I do. 10:31:01
Q. What is it? 10:31:03
A. It is a video of me backpacking in heels. 10:31:05
Q. And is this the part of the first post that you made as Pattie Gonia? 10:31:14 10:31:16
A. Yes. 10:31:19
Q. It's dated October 3, 2018, like you said before? 10:31:23 10:31:25
A. Yes. 10:31:26
MR. GILCHRIST: If you could look at Exhibit 11. 10:31:39 10:31:40
(Deposition Exhibit 11 was marked for identification.) 10:31:52 10:31:52
THE WITNESS: Yes. 10:31:53
BY MR. GILCHRIST: 10:31:58
Q. Is this a post that you made on October 18, 2018? 10:31:58 10:32:02
A. Which post? There are a few screenshots. 10:32:06
Q. Sorry? 10:32:12
A. It looks like there are four posts in this exhibit. 10:32:14 10:32:15
Q. I can represent to you that -- and it may 10:32:16

vary as we go through some of the posts, but obviously, we didn't capture this on October 18, 2018, and if you take a screenshot of your Instagram page -- I don't know when this was taken, but at some point later, there are often other posts that surround the one that you're looking at. 10:32:21 10:32:26 10:32:32 10:32:40 10:32:44 10:32:46

Is that something you understand from using Instagram? 10:32:49 10:32:51

A. No. That's not how I use Instagram. 10:32:53

Q. Okay. 10:32:55

A. I just want to make sure we're clear and we're talking about the correct post. 10:32:56 10:32:59

Q. And I should have been clearer. 10:33:01

The three images that are below the shot of you in the denim trucker jacket are not part of the 2018 post; correct? 10:33:02 10:33:09 10:33:15

A. Correct. 10:33:23

Q. Okay. And I'm not referring to those. I'm only referring to the one up above. 10:33:23 10:33:25

Was that post made on October 18, 2018? 10:33:26

A. Yes. 10:33:37

Q. So roughly two weeks after your first hike as Pattie Gonia? 10:33:39 10:33:43

A. Yes. 10:33:48

Q. And your post, which included you standing in 10:33:49

front of a Patagonia store, stated, "the queen visited the motherland today"; correct? 10:33:52 10:33:55

A. Yes. That was captioned as a joke. A post as a joke. 10:34:00 10:34:05

Q. Is that part of the parody that you were referring to? 10:34:15 10:34:16

A. This post was a joke, and -- that's my answer. 10:34:17 10:34:19

Q. Down below, there's another image of you in front of a store; correct? 10:34:36 10:34:37

A. On Page 2, yes. 10:34:42

Q. Yes. 10:34:44

And that photograph was also part of the October 18, 2018 post? 10:34:46 10:34:48

A. Yes. 10:34:54

Q. Okay. What city are you in? 10:34:57

A. To the best of my knowledge, New York City. 10:35:02

Q. How long after your October 3, 2018 hike did you go to New York? 10:35:05 10:35:09

A. I do not recall. 10:35:14

Q. Did you talk to anybody about developing the Pattie Gonia persona between October 3 and your October 18, 2018 post? 10:35:17 10:35:21 10:35:28

A. I do not recall. 10:35:51

Q. Did you talk to a lawyer -- don't tell me 10:35:53

MR. GILCHRIST: And I'll also represent to you that when these screen captures are done, sometimes the top of an image gets repeated on the next page. So you get little half circles and things like that on this particular one. 10:37:49 10:37:50 10:37:52 10:37:57 10:38:00

Q. But putting that to the side, is this a post that you made on November 11, 2018? 10:38:04 10:38:08

A. I cannot see the date. It says 393 weeks ago, but if 393 weeks ago is the date you just mentioned, then yes, correct. 10:38:19 10:38:23 10:38:29

Q. What was -- what was this post? 10:38:35

A. This post is a fan art design that a fan designed of their own volition. 10:38:41 10:38:46

Q. Who designed it? 10:38:52

A. Will Maddox. 10:38:53

Q. You had not spoken to Mr. Maddox before you received this design? 10:38:58 10:39:00

A. No. The first interaction I had with Will was when he posted this design as fan art. 10:39:02 10:39:08

Q. Where did he post it? 10:39:12

A. I saw it on Instagram. 10:39:15

Q. On your Instagram or on his Instagram? 10:39:17

A. On his Instagram. 10:39:22

Q. Do you have a record of his Instagram? 10:39:26

A. No. That's his Instagram. 10:39:30

Q. So you saw it on his Instagram, and then you posted it on your own?

A. I saw it on his Instagram, and to the best of my knowledge, I had a conversation with him and asked if I could post it, and he was enthusiastic and said, "yes."

Q. So what is the caption you made of this post?

A. It says, "EXSQUEEZE me. this fan art has me gagging at 14,000 feet. WHAT!!! @thetacoslayers y'all made my life. vote for your favorite 1 or 2."

Q. So when you say, "vote for your favorite 1 or 2," you were referring to your followers voting for either the first image or the second image; correct?

A. Yes.

Q. What was the purpose of them voting?

A. A fun, interactive post on the Internet.

Q. Were you planning on adopting one or No. 2 -- excuse me --

Were you planning on adopting No. 1 or No. 2 as a logo for yourself?

A. This is not a logo for myself.

Q. Were you planning on using the voters' choice for any purpose?

A. At the time, I don't believe so.

Q. Given that you asked people to vote, did you

review the comments that you received? 10:41:08
A. I receive hundreds of comments a day. On this post, I cannot remember if I reviewed them or not. 10:41:15 10:41:17 10:41:24
Q. Do you have any general practice about reviewing or summarizing the comments that you get in response to your posts? 10:41:24 10:41:26 10:41:34
A. No particular practice. 10:41:35
Q. When you first started, did you read them more frequently than you do now? 10:41:36 10:41:38
A. I do not recall. 10:41:43
Q. Do you have any kind of service that summarizes them for you or watch them for you? 10:41:49 10:41:51
A. No. I want to make sure I'm giving you a most truthful answer. 10:41:56 10:42:08
An ongoing practice, no. As a part of some posts that are -- as a part of some posts, potentially more, but it's a case-by-case basis. 10:42:10 10:42:17 10:42:28
Q. When you're in one of the partnerships that you listed in Attachment A to your interrogatory answers, is any part of your service to the partner to analyze the social media engagement that you obtained with your post? 10:42:39 10:42:41 10:42:43 10:42:49 10:42:54
A. I'm confused. Can we make sure we're on the same page as to which exhibit you are talking about? 10:42:59 10:43:02

I think biobearnie understands that this post is a joke, as he calls me a funny guy. And, again, that this image is fan art that I do not create or commission, but was created by a fan. 10:48:14 10:48:19 10:48:24 10:48:26

Q. You recognized, when you received or saw the Instagram post, that Mr. Maddox made of these images, you understood that this was a reference to Patagonia, the brand's logo, did you not? 10:48:32 10:48:36 10:48:42 10:48:44

A. I understood it to be a joke and a parody. 10:48:48

Q. And that's how you interpret biobearnie's comment as well; correct? 10:49:01 10:49:04

A. I don't know if I've ever seen biobearnie's comment before today. 10:49:05 10:49:07

Q. Okay. 10:49:09

A. So I cannot speak to that. 10:49:11

MR. GILCHRIST: Let's look at Exhibit 16. 10:49:13

(Deposition Exhibit 16 was marked for identification.) 10:49:28 10:49:28

BY MR. GILCHRIST: 10:49:28

Q. Do you see Lindsay M.D.'s comment in the middle of the page? 10:49:28 10:49:30

A. Uh-huh. 10:49:32

Q. I don't know what the at is. 10:49:39

Do you recognize what that means? 10:49:39

A. It appears to be a -- your name handle of 10:49:41

someone that they know. 10:49:44
Q. Okay. "this Patagonia thing has really taken off for you. Nice work"? 10:49:46 10:49:51
A. Yeah. That's a classic example of autocorrect. Oftentimes, my name, or even with voice-to-comment can often correct to that. Again, she has the name Patagonia here. Could be the region of the country. Could be the brand. Who knows? 10:49:52 10:49:56 10:50:00 10:50:08 10:50:13
But we see that a lot with autocorrect and with voice-to-text writing out the region in the country Patagonia when my name is spoken or typed. 10:50:16 10:50:19 10:50:25
MR. GILCHRIST: Let's look at Exhibit 17. 10:50:44
(Deposition Exhibit 17 was marked for identification.) 10:50:52 10:50:52
BY MR. GILCHRIST: 10:50:52
Q. Do you see sathiyably's comment in response to your post, asking for votes? 10:50:52 10:50:56
A. I do see her comment. 10:51:02
Q. And the comment is just "@patagoniavta"? 10:51:03
A. Yes, I don't know what that is. I don't know what patagoniavta is. 10:51:08 10:51:10
Q. Okay. And you don't remember whether you saw these comments in response to your request for votes? 10:51:13 10:51:19
A. Again, I can't recall seeing specific comments six, seven years ago on a post, but I do 10:51:21 10:51:23

one more time, Greg, please? 11:15:32
BY MR. GILCHRIST: 11:15:34
Q. I can tell you what I'm trying to find out, and then maybe that will help understand the question. 11:15:34 11:15:35
I'm trying to figure out whether or not Mr. Maddox took the images that he had created and created stickers for them, or whether you sent images to Seriously Stickers so that they could make the stickers? 11:15:35 11:15:37 11:15:39 11:15:43 11:15:46
A. There were no images sent to Will. Will's design that he made as fan art was the design printed, and when it was printed, only used for my artistic expression and my fundraising efforts as Pattie Gonia. 11:15:47 11:15:55 11:16:01 11:16:04
Q. So the stickers that were created were of the first image that you had posted, not the second image; correct? 11:16:11 11:16:17 11:16:24
A. I believe we printed -- let me be clear with my words. 11:16:25 11:16:29
I believe he printed some of each design, or that we ordered some of each design early on. 11:16:29 11:16:31
Q. Okay. 11:16:36
A. But I do not recall details or specifics. 11:16:36
Q. Okay. Were one or the other of the images that Mr. Maddox created part of all the sticker packs that you've distributed in connection with your work? 11:16:40 11:16:49 11:16:55

MR. SCRENCI: Objection. Form. 11:17:01
THE WITNESS: Did you say a "part of all"? 11:17:03
BY MR. GILCHRIST: 11:17:06
Q. Was one or the other of the images part of every sticker pack that you distributed in connection with your work? 11:17:06 11:17:08 11:17:10
A. No. 11:17:14
Q. Okay. So there were some sticker packs that went out without either of those stickers? 11:17:14 11:17:16
A. Yeah. Well, what do you mean by "out"? We knew -- 11:17:19 11:17:23
Q. That you distributed or gave away or whatever. 11:17:23 11:17:25
A. We have distributed and gave away many different sticker packs, some that have had Will's design and some that have not and have never sold any of the stickers with Will's design. Those are given away as a part of fundraisers. 11:17:27 11:17:30 11:17:36 11:17:41 11:17:48
In fact, actually, the stickers with Will's design were given away in a fundraiser that Patagonia donated to and supported. 11:17:52 11:17:56 11:18:00
Q. That was a sustainable (inaudible) Hawaii fundraiser that you did? 11:18:08 11:18:10
A. I believe it was for that organization nestled under a larger fundraisers that we were doing 11:18:13 11:18:16

A. I do see that on the E-mail, yes. 12:03:01

Q. What is Mr. Trimpe referring to, and what had you discussed with him about that? 12:03:03 12:03:06

A. To the best of my knowledge, he was referring to a design referencing Patagonia, the country, and to the best of my knowledge, we actually scrapped that design completely and have never used that design there in any live show. 12:03:08 12:03:11 12:03:21 12:03:23 12:03:29

Q. Uh-huh. 12:03:38

What "rainbow colors" is he talking about looping and moving to go with the region of Patagonia? 12:03:44 12:03:47

A. Yeah, I don't recall because this was a design that was scrapped, like after this initial conversation and was never used. 12:03:56 12:03:57 12:04:00

Q. Okay. 12:04:03

A. And it's never been featured in any of our shows. 12:04:05 12:04:07

MR. GILCHRIST: Let me ask you to look at Exhibit 24. 12:04:07 12:04:09

A. Okay. 12:04:11

(Deposition Exhibit 24 was marked for identification.) 12:04:24 12:04:24

BY MR. GILCHRIST: 12:04:24

Q. Mr. Trimpe sends the updated Patagonia logo animation? 12:04:24 12:04:27

A. Uh-huh. Yeah. He sends this link back, yes. 12:04:33
Q. Does the country of Patagonia, or the region of Patagonia have a logo? 12:04:43 12:04:46
A. I don't know. You'd have to ask him and what he's referring to. To the best of my knowledge, no. But, again, I will note that whatever he might have delivered here, we've never implemented this in any of our shows. 12:04:48 12:04:50 12:04:56 12:04:58 12:05:01
Q. Your reaction to the uploaded Patagonia animation is that it was "perfect"; correct? 12:05:04 12:05:07
A. What I say here is, "Hi Alex, 12:05:11
"This animation is perfect. No changes needed." 12:05:15 12:05:18
Q. And it says, "We will use this video as a footer after the video animations you make of my performance that will play as people applaud." 12:05:19 12:05:21 12:05:24
Do you see that? 12:05:26
A. I do see that. 12:05:27
Q. Did you scrap your plan to use it as a footer? 12:05:28 12:05:32
A. To the best of my knowledge, yes, because we've never used this in any shows. 12:05:33 12:05:35
MR. GILCHRIST: Rocco, I can reference that this Google drive file is one of the things that we were talking about that we don't have from your 12:05:42 12:05:43 12:05:46

document production. 12:05:47

MR. SCRENCI: Okay. Understood. If you'd like me to look into that, we can. 12:05:49 12:05:52

MR. GILCHRIST: I mean there's a lot of Google file drives that we probably don't care about. This is one we'd like to see, and we'd generally like to have all the attachments to documents that are produced. 12:05:57 12:05:59 12:06:01 12:06:05 12:06:08

MR. SCRENCI: Yeah. I can look into that and confirm whatever the reason it was not produced is. 12:06:11 12:06:13

MR. GILCHRIST: Thanks. 12:06:18

Let me ask you to look at Exhibit 25. 12:06:20

(Deposition Exhibit 25 was marked for identification.) 12:06:35 12:06:35

BY MR. GILCHRIST: 12:06:35

Q. This is referring to the 2026 sticker sheet. 12:06:35

A. Uh-huh. 12:06:41

Q. I should have said at the beginning that because the reporter has to take down answers, if you could say, "yes" or "no" rather than "uh-huh" and "uh-uh" because that's harder to decipher. 12:06:41 12:06:43 12:06:46 12:06:48

So is that a "yes," that you were saying this relates to the 2026 sticker sheet? 12:06:53 12:06:55

A. Yes. This document does appear to relate to the 2026 sticker sheet. 12:06:58 12:07:02

Q. Okay. And there are two categories of designs that are referred to; "OLD DESIGNS" with "NO CHANGES" and "NEW DESIGNS." 12:07:04 12:07:07 12:07:14
Do you see that? 12:07:15
A. Yes. 12:07:16
Q. And one of the designs that's described as an old design is "PATTIE GONIA PATAGONIA RIP OFF." 12:07:16 12:07:20
Do you see that? 12:07:25
A. Yes, I see that. I do not recall writing that myself. 12:07:25 12:07:28
Q. Do you know who wrote it? 12:07:30
A. I do not recall. 12:07:32
Q. Okay. Have you seen this document before? 12:07:37
A. Perhaps. It's over a year old. So I can't necessarily say per se. 12:07:41 12:07:46
Q. Okay. Does this refresh your recollection that occasionally the stickers were referred to as "the Patagonia design"? 12:07:50 12:07:52 12:07:57
A. Not necessarily. I see what's written here on the page. 12:08:04 12:08:07
Q. Did you ever call it "the Patagonia rip-off design"? 12:08:12 12:08:15
A. To the best of my knowledge, no. 12:08:16
Q. Okay. So you think this is someone else's document? 12:08:21 12:08:24

A. I'm not saying it's someone else's document. I'm saying that I do not recall writing that myself. 12:08:25 12:08:27

Q. Okay. I'll represent to you that -- I can show it to you if you want, but the metadata that we got from your counsel says that this was from -- that you're the author and that this came from your computer. That's all I can tell you. 12:08:31 12:08:34 12:08:36 12:08:38 12:08:41

You don't remember? 12:08:44

A. I share an E-mail and a Google drive with my whole team. So... 12:08:46 12:08:50

Q. Okay. Is it fair to say that somebody on your team wrote this? 12:08:54 12:08:56

A. I cannot speak to that. 12:08:58

Q. Who is the team -- 12:09:01

A. The team -- 12:09:05

Q. -- that has access to your computer and your E-mail? 12:09:05 12:09:07

A. Jenny Dugan and myself. 12:09:08

Q. Okay. And who is the entire team? Who else is on the team that's employed by Entrepreneur Enterprises, Inc. or Pattie Gonia Productions? 12:09:10 12:09:14 12:09:20

A. We have more than 300 subcontractors a year. 12:09:21

Q. That's why I was trying to limit it to people that were actually employed by the company. 12:09:25 12:09:26

MR. SCRENCI: I'm going to just object to the 12:09:29

that he had no problem with. 12:13:46
Q. You said you never did anything with Mr. Maddox's design; correct? That was all him with the stickers? 12:13:56 12:13:58 12:14:03
A. You'll need to provide additional context like with like -- with the design. 12:14:07 12:14:09
Q. Well, did you ever readopt or derive any designs from Mr. Maddox's design for any other purpose -- 12:14:13 12:14:20 12:14:22
A. Not for -- 12:14:23
Q. -- other than stickers? 12:14:25
A. Not for Mr. Maddox's design directly, but we have, as a form of parody and satire put the Pattie Gonia name in a parody format on dresses and gloves that we have never sold and that we -- that I use as a form of parody and satire. 12:14:25 12:14:29 12:14:36 12:14:41 12:14:48
Q. Did you use Mr. Maddox's design, or did you use the Patagonia logo when you were making designs for dresses and clothes? 12:14:51 12:14:53 12:14:58
A. I do not recall. It wasn't that like hard to do, and it was just oftentimes like stitching. I don't think there was any like direct design source that was just some stitching. And in fact, it was so insignificant to us that we just moved the same little knit, like Pattie Gonia scenario entire name from the 12:15:01 12:15:07 12:15:14 12:15:16 12:15:21 12:15:26

gloves to the outfit back to the gloves. 12:15:32
We didn't even care to produce a lot of them. 12:15:34
We just shifted the ones around, especially from a 12:15:36
sustainability standpoint. 12:15:40
MR. GILCHRIST: Can you look at Exhibit 26. 12:15:42
THE WITNESS: Yes. 12:15:44
(Deposition Exhibit 26 was marked for 12:16:17
identification.) 12:16:17
BY MR. GILCHRIST: 12:16:17
Q. Do you have Exhibit 26? 12:16:17
A. I do. 12:16:19
Q. And are these shots from a post that you 12:16:22
made? 12:16:27
A. Yes. This, for context, was a dress I made 12:16:30
in the pandemic that actually has never even seen the 12:16:35
light of day with the show. Literally, this is a 12:16:41
photo taken in my backyard. 12:16:44
Q. And what was the purposes of creating the 12:16:52
dress to use in the post? 12:16:54
A. Satire and parody. You know, it's satire of 12:16:58
the photo pictured on the right of another drag queen 12:17:03
who wore a gloved dress to a red carpet, and it was 12:17:06
satire and parody of me doing my own version of that. 12:17:13
Q. Okay. And in connection with doing your own 12:17:17
version of it, you created -- if you scroll down, 12:17:22

A. I would not agree with that statement at all. 12:30:14
Q. You don't think they're similar? 12:30:16
A. I -- I would not agree with what you're saying. 12:30:22
Q. Who did the -- who created the design of this patch? 12:30:23
A. I do not recall. 12:30:29
Q. It wasn't Mr. Maddox; correct? 12:30:32
A. I don't recall. I don't recall. 12:30:43
Q. Who was creating -- you don't know who created that patch or designed it; correct? 12:30:54
A. No, I do not recall. 12:31:02
MR. GILCHRIST: Let's look at Exhibit 28. 12:31:09
(Deposition Exhibit 28 was marked for identification.) 12:31:22
THE WITNESS: Okay. I am on Exhibit 28. 12:31:22
BY MR. GILCHRIST: 12:31:25
Q. There's a -- on the photograph on the left on this post, you're displaying a glove; is that right? 12:31:25
A. Yes. 12:31:34
Q. And that glove has the patch on it that we just looked at on the other label -- or in the other exhibit; correct? 12:31:35
A. To the best of my knowledge, I believe it was the same one. 12:31:43

Q. Okay. And was this glove created in connection with developing a costume for some of your shows? 12:31:46 12:31:52 12:31:56

A. It's hard to say. Like the costume was created for me as an entertainer and a performer and my drag persona as Pattie Gonia. 12:32:04 12:32:08 12:32:15

Q. Okay. Did you use the gloves that are shown in this exhibit in a costume that you wore during shows? 12:32:20 12:32:22 12:32:27

A. I do not recall. There is a potential that I wore it at a few shows. There's like the potential. But it was not anything that was created with an intent and purpose, like exactly being in the show. 12:32:32 12:32:35 12:32:42 12:32:46

(Deposition Exhibit 29 was marked for identification.) 12:33:03 12:33:03

MR. GILCHRIST: Let me ask you to look at Exhibit 29. 12:33:03 12:33:04

THE WITNESS: It is loading on my end. 12:33:19

(Pause.) 12:33:21

THE WITNESS: Okay. I am on Exhibit 29. 12:33:21

BY MR. GILCHRIST: 12:33:34

Q. Okay. This is a post that's promoting your Save Her for show, or a Save Her show in several cities; is that right? 12:33:34 12:33:37 12:33:40

A. This is a post I made on Instagram, yes: 12:33:43

Q. And if you scroll to the second page, there's a poster their designer made showing promotion of several Save Her shows; correct? 12:33:47 12:33:49 12:33:57
A. Yes, I see that. 12:34:00
Q. And you're wearing a costume that includes the gloves; correct? 12:34:02 12:34:05
A. Yes. For my performance purposes and as a part of my drag persona, I am wearing gloves with the design. 12:34:08 12:34:11 12:34:18
Q. Okay. And the gloves that you're wearing are the gloves that include the label that we've been looking at that has a mountain design with the multi-colored sky and "Pattie Gonia" written in the mountain design; correct? 12:34:20 12:34:25 12:34:33 12:34:38 12:34:44
A. I don't quite know your question. You're asking if there is the design on the gloves? 12:34:55 12:34:59
Q. If you scroll down in the post, there are other photographs of you where gloves are more prominently displayed. The labels that are on those gloves -- 12:35:03 12:35:07 12:35:10 12:35:16
A. Uh-huh. 12:35:16
Q. -- are the gloves that you're wearing in the poster, promoting the Save Her shows; correct? 12:35:16 12:35:18
A. Yes, in one post for tour of maybe 100 different posts for tour. I don't -- I shouldn't say 12:35:22 12:35:26

an exact number. Countless posts promoting tour, and in this post promoting tour, I am seeing a design on my glove, yes. 12:35:31 12:35:36 12:35:39

Q. Do you know who created the posters? 12:35:42

A. Alex Trimpe. 12:35:48

Q. And do you know how the posters were distributed? 12:35:50 12:35:55

A. The posters are distributed by my team, mostly to my social accounts and then to the promoters at various venues for them to do things with. 12:35:58 12:36:04 12:36:09

Q. So the posters -- 12:36:16

A. And to my knowledge, this was like one design of many designs we had this year for tour. And in fact, was like a late edition design, to the best of my knowledge. 12:36:16 12:36:19 12:36:23 12:36:29

Q. Did you wear this costume during the performances listed in the poster? 12:36:30 12:36:34

A. To my knowledge, potentially some. I think it's important to also like share that our shows are a part of our community give back. We are rarely -- actually, I'll discount my answer. This was a -- these were late edition designs to the tour. 12:36:39 12:36:49 12:36:57 12:37:07 12:37:14

Q. Was the designs on the gloves and on the dress intended as parody of the Patagonia brand? 12:37:18 12:37:20

MR. SCRENCI: I'm going to object to the 12:37:24

speakers as their primarily language. 13:05:54
Q. Okay. Did you have any concerns referring to Patagonia vests as your merch may lead people to believe that Patagonia was sponsoring Pattie Gonia? 13:05:58 13:06:04 13:06:08
A. No, not at all. Especially because I think the major comment I've gotten over the years is that Patagonia is incredibly dumb for not partnering with me. So that's why I made it a joke. 13:06:12 13:06:20 13:06:23 13:06:26
Q. Had you consulted a lawyer about your Pattie Gonia persona by this time, 2024? 13:06:33 13:06:38
MR. SCRENCI: Don't tell him what you said. 13:06:43
THE WITNESS: To the best of any knowledge, potentially. I can't exactly recall. Also, there's just like blurry lines of like, you know, is a -- I mean a trademark attorney is technically an attorney. So yes. When we filed for our trademark with (inaudible). 13:06:48 13:06:50 13:06:57 13:07:02 13:07:05 13:07:10
BY MR. GILCHRIST: 13:07:11
Q. That's a joke I can get behind, a trademark lawyer is kind of like a lawyer. I like that. 13:07:11 13:07:15
A. You guys are in business of it. 13:07:20
Q. I know. 13:07:22
MR. SCRENCI: Glad he said it and not me, Greg. 13:07:28 13:07:30
MR. GILCHRIST: I'm happiest when people 13:07:33

it's an exhibit, but let me find it for you. 14:20:38
THE WITNESS: Okay. 14:20:41
MR. GILCHRIST: I think I can find it. 14:20:48
(Pause.) 14:21:21
MR. GILCHRIST: I can't find it right now. I mean I have it somewhere, obviously, but I don't have it in a way that's easy to give to you. 14:21:21
So I will move on and ask a different question, and then I'll find it later. 14:21:21
Q. Did you do anything, in response to Interrogatory No. 7, to try to find examples of people who had indicated that they thought there was a relationship between Patagonia and Pattie Gonia? 14:21:21 14:21:27 14:21:37 14:21:45
A. No. The only instances of people thinking that there's any relation where like, you know, every one out of hundreds of Instagram comments, and you'll find people on the Internet that will tell you the sky is green every 100 comments. 14:21:49 14:21:51 14:21:57 14:22:00 14:22:02
So those people have, obviously, no knowledge as to our relationship, or half the time making jokes and then half the time I think they're auto correcting my name to Patagonia, region in the country. 14:22:06 14:22:08 14:22:14 14:22:18
Q. So is it your response that there are comments, in response to your Instagram posts that indicate there's a possibility of a relationship 14:22:25 14:22:27 14:22:30

A. No. It's oftentimes the same content that's cross-posted on two different app. 14:36:34 14:36:39
Q. Is the Instagram collection the most comprehensive? 14:36:41 14:36:44
A. Yes. 14:36:50
Q. Okay. So most, if not all of the posts that are on the other social media platforms, can be found on Instagram; is that right? 14:36:52 14:36:57 14:36:59
A. Yes. 14:37:01
Q. And the Instagram posts that you've made stayed there. People can look at them whenever they want; is that right? 14:37:04 14:37:10 14:37:15
MR. SCRENCI: Objection to form. 14:37:18
You can answer. 14:37:19
THE WITNESS: I mean I can't speak to other people, but the posts are there. 14:37:22 14:37:24
BY MR. GILCHRIST: 14:37:26
Q. In fact, we looked at a post that you pointed out somebody had commented on almost two years later; right? 14:37:26 14:37:28 14:37:35
A. Uh-huh. Yes. 14:37:35
Q. Okay. So if a post was made and somebody finds one of your posts in their Instagram feed and they go to your Instagram page, they might look around and see all the other posts that you've made in the 14:37:36 14:37:40 14:37:43 14:37:47

past; is that right? 14:37:52

A. Potentially. 14:37:52

Q. Okay. And at least in the case of the post that we saw that was two years later, we can assume that that was not something that popped up contemporaneously in their Instagram feed. So they must have looked at it after coming to your page from another post. 14:37:53 14:38:00 14:38:04 14:38:09 14:38:11 14:38:14

Is that fair? 14:38:14

A. That's not necessarily the case. The algorithm will pull things from years ago to put into people's algorithms. 14:38:15 14:38:17 14:38:20

Q. Okay. So -- and maybe you could and describe -- I know something about it, but for the Court, when you say the algorithm they pull. 14:38:33 14:38:33 14:38:36

How do your posts get delivered to potential viewers? 14:38:38 14:38:40

A. I cannot speak to that as I'm not Meta and they change the algorithm all the time. 14:38:41 14:38:43

Q. I assume that none of us know exactly how it happens, but I'm asking for your general understanding about how somebody might come across one of your posts that you're making on behalf, for example, one of your paid partners? 14:38:50 14:38:52 14:38:54 14:38:58 14:39:03

A. If anything, oftentimes posts with my paid 14:39:04

Q. Okay. 15:59:06
A. I don't see Patagonia, the brand, located on 15:59:09
any of the top keyword -- keyword sentiments or any of 15:59:15
this data, though. 15:59:21
MR. GILCHRIST: Let me show you Exhibit 53. 15:59:25
(Deposition Exhibit 53 was marked for 15:59:41
identification.) 15:59:41
BY MR. GILCHRIST: 15:59:41
Q. Have you seen this document before? 15:59:41
A. Let me open it up. Okay. I don't recall 15:59:42
this exact conversation in the document, which looks 16:00:15
like that's what this was. My comments back and forth 16:00:21
in the Google doc, I don't recall this in detail. 16:00:26
Q. Okay. It's indicated that it's Pattie's 16:00:30
notes on Maren's E-mail. 16:00:35
Do you see that? 16:00:38
A. I do see my Google profile as Pattie Gonia 16:00:39
saying that. That doesn't necessarily mean that it's 16:00:41
me because me and Jenny both work out of that E-mail. 16:00:43
Q. So Jenny may have been providing Pattie's 16:00:49
input; is that correct? 16:00:52
A. I don't recall. What would you like to go 16:00:58
over in this document? 16:01:02
Q. Who is Maren Hamilton. 16:01:03
A. Maren Hamilton worked in the marketing 16:01:10

department at Northface at the time. 16:01:13
Q. And Maren says, on May 17 at 9:34, that's the entry I'm looking at, "My copy team just asked if we could play on the patagonia irony a bit....they suggested something like 'Nothing is impossible: @patagonia has teamed up with... @thenorthface. Join us for Pride." 16:01:14 16:01:20 16:01:22 16:01:26 16:01:29 16:01:34
Do you see that? 16:01:36
A. I do see that. 16:01:37
Q. Okay. And then there's a reference that says, "Wyn is great by this!" 16:01:38 16:01:42
Do you see that? 16:01:44
A. I do see that an outside contractor did say that. 16:01:46 16:01:51
Q. And the leaning into the irony of Patagonia would be that nothing is impossible being that somebody associated with Patagonia had teamed up with Northface; right? 16:01:56 16:02:02 16:02:09 16:02:11
A. I do not agree with that assumption in the least bit. 16:02:14 16:02:16
Q. What do you think the addition of nothing is impossible at Patagonia as teamed up without the Northface was leaning into the Patagonia irony? 16:02:17 16:02:23 16:02:27
A. First of all, I believe that Maren might have auto corrected or spell corrected to that. 16:02:34 16:02:37

BY MR. GILCHRIST: 16:41:34
Q. And Mr. Tadlock responds to your E-mail with a clarification. 16:41:34 16:41:43
Do you see that? 16:41:44
A. I do see that. 16:41:51
Q. And he says that "Patagonia would ask that the parties not use Patagonia's logos or any substantially similar designs like the mask meme logo we discussed Pattie that used the mountain silhouette and belwe font." 16:41:53 16:41:54 16:41:58 16:42:01 16:42:04
Do you know what he's talking about there? 16:42:06
A. I do not. 16:42:08
Q. Do you remember discussing one of the logos that you were using that had a mountain silhouette and a belwe font? 16:42:10 16:42:16 16:42:20
A. I wouldn't classify those as logos, and I don't know what he's referring to by "mask meme." There were lots of things that were discussed on that call. 16:42:22 16:42:26 16:42:30 16:42:33
Q. Okay. Did you have any objection to agreeing not to use substantially similar designs to Patagonia's logos? 16:42:34 16:42:36 16:42:38
A. I don't recall. I also don't see a response from me in this document. 16:42:45 16:42:47
MR. GILCHRIST: Let me show you Exhibit 63. 16:42:53

(Deposition Exhibit 66 was marked for identification.) 16:48:07
BY MR. GILCHRIST: 16:48:08
Q. Okay. Did you make this post? 16:48:08
A. Did I make this post. 16:48:28
I -- this post is from my account, yes. 16:48:28
Q. And this is roughly eight months after you had your correspondence with Mr. Tadlock; correct? 16:48:31 16:48:34
A. It appears to be, yes. 16:48:41
Q. Okay. What is depicted in the photograph? 16:48:43
A. There is a table of what looks to be giveaway materials from a nonprofit that was tabling at one of our events. 16:48:48 16:48:58 16:49:03
Q. Which nonprofit? 16:49:07
A. I do not know. I would say that the one nonprofit that's here, listed, is queer climbing Columbus -- 16:49:11 16:49:14 16:49:19
Q. Okay. 16:49:21
A. -- as listed in the caption. 16:49:21
Q. All right. And they got the stickers to distribute from you? 16:49:23 16:49:25
A. I do not recall how those stickers got there, but this was a free group hike for participants, and those stickers would not have been sold at this event. 16:49:28 16:49:34 16:49:39
Q. You agree that somebody looking at this would 16:49:44

get the idea that the Northface sticker, the Patagonia sticker, and the bottles were being given away at the event. 16:49:48 16:49:51 16:49:54

Is that fair? 16:49:54

A. I do not agree with that. 16:49:56

Q. Okay. What perception do you believe would be fair looking at this image? 16:49:57 16:50:01

A. I can't say. I can't speak for people's perception. 16:50:04 16:50:08

Q. Fair enough. 16:50:09

A. But also, I do want to note that there are no versions of that Will Maddox on any of the other products, including any Hydroflask products there. 16:50:18 16:50:21 16:50:27

Q. You have a Hydroflask bottle there; correct? 16:50:31

A. I did at some point, yes. 16:50:33

Q. And You have other water bottles; right? And you put Pattie stickers with Mr. Maddox's designs on those water bottles and show them in a lot of different posts; correct? 16:50:34 16:50:38 16:50:42 16:50:45

A. I do not recall. 16:50:47

Q. Let me -- do you know if you ever have put a will Maddox design sticker on a Hydroflask water bottle and displayed it in a post? 16:50:54 16:50:58 16:51:02

A. I do not specifically remember, but it would not have been a part of the contract or sponsored 16:51:04 16:51:06

content that was a part of the partnership at all. If anything, that would have been a personal choice for me outside of my business, to place fan art that I liked on my personal water bottle. 16:51:09 16:51:11 16:51:13 16:51:20

Q. If you ever actually -- you know, how you can tag a person in a photograph with their name? Have you ever tagged a Hydroflask bottle with Hydroflask in one of your posts? 16:51:23 16:51:31 16:51:35 16:51:40

A. I do not recall. 16:51:42

MR. GILCHRIST: Okay. Let me ask you to look at Exhibit 67, which does not appear to have a stamp for some reason. 16:51:43 16:51:45 16:51:54

(Deposition Exhibit 67 was marked for identification.) 16:52:01 16:52:01

MR. SCRENCI: It looks like it's on the second page, Greg. 16:52:01 16:52:02

MR. GILCHRIST: Okay. Can you look at this exhibit, Mr. Wiley, and I'm really just trying to orient you timewise. 16:52:04 16:52:11 16:52:18

Q. Is this the first time that you offered merchandise -- 16:52:19 16:52:22

A. Are you asking about Exhibit 67? 16:52:25

Q. Yes. So approximately September 2024 was when you had your first drop of merchandise; is that right? 16:52:27 16:52:35 16:52:39

A. Yes. 16:52:42
Q. And this was after your conversation with Mr. Tadlock; correct? 16:52:46 16:52:47
A. Yes. 16:52:50
Q. And you would agree that Pattie Gonia appears in any form at least on some of the merchandise; correct? 16:52:51 16:52:53 16:52:57
A. Yeah. My merchandise is not a part of third-party partnerships. My merchandise is marketed to my fans specifically. 16:52:57 16:53:00 16:53:05
Q. All right. 16:53:10
A. And also -- 16:53:11
Q. You don't disagree that some of your merchandise has Pattie Gonia on it; right? 16:53:12 16:53:15
A. Some of my merchandise has Pattie Gonia on it, not using the belwe font, using custom Kilimanjaro font. 16:53:17 16:53:19 16:53:26
Q. The merchandise is sold -- at least it was sold at PATTIEGONIAMERCH.COM; correct? 16:53:31 16:53:36
A. I can check if that's the web address. I don't want to verify until I check that. 16:53:44 16:53:47
Do you want me to do that? 16:53:49
Q. No. I'll represent to you that at first, that was the website, and my question really is that other than on the website, was the first drop 16:53:50 16:53:53 16:53:57

distributed anywhere else? 16:54:01
A. No. 16:54:05
Q. And you've had subsequent drops of merchandise; is that right? 16:54:07 16:54:13
A. Yes. We sell merchandise at our shows. 16:54:14
Q. Was that true of the first drop, or did that sell through on the website? 16:54:17 16:54:20
A. I do not recall. 16:54:22
Q. Okay. And how is the product displayed and distributed at the shows? 16:54:23 16:54:27
A. It is displayed and distributed in artist merch booth at shows that are very standard for any touring musical artist in which you sell T-shirts to your fans specifically. 16:54:30 16:54:33 16:54:36 16:54:42
Of note, I'm not trying to compete with the brand Patagonia. I'm not selling it on racks next to Patagonia branded things. Merch is for my fans. It's fan engagement. 16:54:46 16:54:49 16:54:55 16:55:00
Q. Are they sold at booths where stickers might be given out? 16:55:01 16:55:05
A. I do not recall. 16:55:07
MR. GILCHRIST: Okay. Let me ask you to look at Exhibit 68. 16:55:09 16:55:27
(Deposition Exhibit 68 was marked for identification.) 16:55:28 16:55:29

Q. All right. And you're saying you're here with Jenny, who you met on Zoom. 17:07:20 17:07:21

Did she participate in preparing this response? 17:07:23 17:07:24

A. I do not recall. 17:07:25

Q. Did anybody else participate in helping you, and if it was a lawyer don't tell me anything that your lawyer told you. 17:07:27 17:07:29 17:07:32

A. I do not recall. 17:07:34

Q. Do you remember anybody else helping you with this letter? 17:07:45 17:07:47

A. I do not recall. 17:07:49

Q. Okay. All right. You say you were just about to reach out to Patagonia about Lost Arrow. 17:07:51 17:07:55

Do you see that? 17:08:03

A. I do see that part of that E-mail. 17:08:04

Q. What research had you done about Lost Arrow that you were about to reach out about when you received this E-mail from Mr. Tadlock? 17:08:07 17:08:10 17:08:12

A. I don't recall. 17:08:14

Q. Had you done any research about Lost Arrow and Patagonia's relationship with it? 17:08:22 17:08:27

A. I don't recall. 17:08:29

Q. Lost Arrow had been sold by Patagonia three years before Mr. Tadlock's letter; correct? 17:08:30 17:08:33

A. I don't recall. 17:08:38
Q. Okay. Were you actually about to reach out to Patagonia about Lost Arrow, or were you just saying that in connection with responding to this letter? 17:08:39 17:08:43 17:08:47
A. I don't recall. 17:08:50
Q. Okay. Further down, you say, "In summary: There's plenty of room for us both to play in this play box. We trust that the brand Patagonia will stay on their side." 17:08:55 17:09:11 17:09:15 17:09:21
Do you see that? 17:09:22
A. I do see that. 17:09:22
Q. Where did you expect -- what part of the play box did you expect Patagonia to stay out of? 17:09:24 17:09:26
A. I don't recall. 17:09:31
Q. Okay. 17:09:33
A. This is of note, though. Rob did tell us on Zoom calls with him that him and his daughter were big fans of Pattie. So we did, you know, out of the kindness of my heart offer him tickets to a show, as I can see the bottom of this E-mail. 17:09:43 17:09:48 17:09:52 17:09:55 17:09:59
Q. You remember Mr. Tadlock saying that he and his daughter were fans; is that correct? 17:10:01 17:10:04
A. Yeah. I remember that from one of our first calls. 17:10:07 17:10:09
Q. Okay. Do you think that he could be a fan 17:10:11

Q. Okay. And then you've got a -- there's a page of a website. "PATTIE GONIA MERCH." 17:20:34 17:20:47
Are those exemplary products that were being offered? 17:20:56 17:21:00
MR. SCRENCI: Objection. Calls for a legal conclusion. Outside the scope. 17:21:03 17:21:04
You can answer to the extent you know in your personal capacity. 17:21:07 17:21:09
MR. GILCHRIST: I'm not sure what the objection was. Given the objection, I'm going to try again. 17:21:12 17:21:13 17:21:15
Q. I'm just asking if this image displays examples of merchandise that you were selling? 17:21:17 17:21:21
MR. SCRENCI: That solves my objections. Thank you, Greg. 17:21:28 17:21:30
MR. GILCHRIST: Okay. 17:21:30
THE WITNESS: Yes. This is a photo of our merch store. 17:21:42 17:21:44
BY MR. GILCHRIST: 17:21:45
Q. If I understand the merch store correctly, somebody will place an order for a size and a color, and then they get what they get; is that correct? They're not all the same; right? 17:21:45 17:21:49 17:21:52 17:21:55
A. Yeah. So for further clarification, we take T-shirts and sweatshirt that are heading for 17:21:59 17:22:02

incineration in landfills, and we upcycle them by screen printing a new design over them. And to the best of my knowledge, people can pick a color and a size, and they are given some sort of an item that fits that color and size. 17:22:05 17:22:09 17:22:13 17:22:15 17:22:23

Q. Okay. So, for example, the yellow one doesn't have another print that's superseded by your print; correct? 17:22:25 17:22:33 17:22:39

A. In that photo, another underlying design does not look present but it doesn't mean that it's not present. It could be on the back. It could just be a basic shirt that had no logo on it that was heading for incineration. Like they don't all have other print underneath. 17:22:42 17:22:47 17:22:50 17:22:55 17:23:00 17:23:02

Q. At some point did you make an arrangement with Carhartt or any other brand to supply raw materials for your upcycled merchandise? 17:23:06 17:23:07 17:23:18

A. We have used what's called "factory seconds" in which we clarify that on the site as a different product, where factory seconds that are oftentimes sitting in warehouses, unused, because of incorrect stitching or another quote/unquote "defect" that we don't see as a defect. 17:23:22 17:23:28 17:23:32 17:23:36 17:23:43 17:23:45

We will take and utilize those already existing products to upcycle them into my merch as 17:23:47 17:23:49

well. 17:23:53

Q. Okay. 17:23:54

A. We've never had a specific like arrangement with a brand like Carhartt, to the best of my knowledge. We have bought factory second Carhartt T-shirts from other like wholesalers. 17:23:55 17:23:58 17:24:05 17:24:10

Q. Okay. Who's responsible for sourcing the product? 17:24:13 17:24:22

A. Me, Jenny, and occasionally Macayla. 17:24:23

Q. And what outside resources do you use to find opportunities to buy worn apparel? 17:24:33 17:24:37

A. Our personal relationships with thrift shops here in Bend, Oregon, where we live, so that there's the least amount of carbon footprint involved, or via like simple Internet searches to like factory seconds, factory misprints, whatever. 17:24:40 17:24:42 17:24:46 17:24:51 17:24:57

Q. Okay. If it's a second quality product, you do something to denote that on your website? 17:25:01 17:25:05

A. "It's a second quality product"? What do you mean? 17:25:09 17:25:13

Q. Well, a product that was rejected by -- for example, when you were describing Carhartt, you said you were getting factory seconds. I assumed that that meant that it had been rejected as a first quality product by Carhartt. 17:25:13 17:25:15 17:25:18 17:25:20 17:25:24

MR. GILCHRIST: Yes. 18:24:39

MR. SCRENCI: Yes. 18:24:40

THE VIDEOGRAPHER: Mr. Screnci, did you need video or transcript? 18:24:41 18:24:43

MR. SCRENCI: We'll take the transcript. It doesn't need to be express or anything. 18:24:44 18:24:47

THE VIDEOGRAPHER: Mr. Gilchrist, did you need synced? You want to let us know later? 18:24:49 18:24:54

MR. GILCHRIST: Yeah. I'll let you know later, but we want the video and the transcript. 18:24:59 18:25:00

THE VIDEOGRAPHER: Okay. 18:25:04

This concludes today's testimony. The number of media used was 10, and we're off the record at 6:25 p.m. 18:25:04 18:25:05 18:25:09

(Witness excused.) 07:54:36

(Deposition concluded at 6:25 p.m.)