# EXHIBIT 2

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

PATAGONIA, INC., )
)
Plaintiff(s), ) Case No.:
) 2:26-cv-00586-RGK-RAO
vs. )
)
ENTREPRENEUR ENTERPRISES,)
INC., DBA PATTIE GONIA )
PRODUCTIONS, AND WYN )
WILEY, )
)
Defendants. )
_________________________)

CONTAINS HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY INFORMATION
VIDEOTAPED VIDEOCONFERENCE
DEPOSITION OF JENNY DUGAN
WEDNESDAY, OCTOBER 14, 2026

Reported by:
Monice K. Campbell, CA CCR No. 14171, RMR, CRR
Job No.: 8499551

setting the prices of the products? 11:04:39
A No.
Q Who decided the prices?
A Wyn.
Q Did you discuss setting prices with 11:04:47
Wyn?
A No.
Q Did you prepare any information about what it was going to likely cost to prepare to produce the products? 11:05:01
A We spoke about that, yes.
Q Is it correct that T-shirts were $48 and sweatshirts were $75?
A I don't know. I'd have to see a reference document to confirm that. 11:05:22
Q What merchandise other than T-shirts and sweatshirts and hoodies have been sold that goes into this "Merchandise Sold" line, if anything?
A I think one time we sold some 11:05:47 stickers, some like ski -- winter ski stickers.
Q When was that?
A I'd have to look back on Instagram when we posted about that. I'm sure you guys 11:06:01

have that somewhere. 11:06:03

Q Was that a one-time thing?

A Yes.

Q Do you know how many stickers you sold? 11:06:15

A No.

Q And I take it that the Merch & Fulfillment line, like it was on the P&L for the company, is the cost of the raw material products as well as the cost of the vendor 11:06:43 who is fulfilling the orders?

A Yes.

Q Okay. And do I gather correctly that apart from operating a merch website, that there's no advertising of the 11:07:04 merchandise other than through social media channels?

A Correct.

Q Do you keep track of how much merchandise you're selling via the website 11:07:18 versus how much you're selling at shows?

A No, not personally.

Q How much merchandise -- can you explain, just in general terms, how a merchandise booth gets set up and how the 11:07:44

Q And what was discussed about discontinuing sales? 11:14:49
MR. SCRENCI: I'm just going to caution the witness not to reveal any discussions to the extent that counsel was also part of those discussions with Mr. Wiley. 11:14:56
THE WITNESS: I think it was -- you know, we thought there was going to be some attempt by the company that's called Patagonia to, you know, come to a resolution. And so in good faith, we paused. 11:15:19
BY MR. GILCHRIST:
Q In making the decision to stop selling merchandise after the lawsuit was filed, did you look back at any of the correspondence that you had with Patagonia? 11:15:30
A No. I don't remember specifically.
Q Has merchandise continued to be sold at shows -- 11:16:07
A Yes.
Q -- after it was filed?
A Yes.
Q Is there still inventory of product that has "Pattie Gonia" on it? 11:16:16

A Yes. 11:16:19
Q How much?
A I don't know.
Q Has the company been sourcing or producing any additional inventory since the 11:16:36 lawsuit was filed?
A Not to my knowledge.
Q Has the company had any discussions about expanding the line of merchandise that's available either online or at shows 11:16:47 beyond apparel?
A Not to my knowledge.
Q Has there been any effort to sell socks or plan to sell socks?
MR. SCRENCI: Object to the scope on 11:17:10 this.
You can answer.
THE WITNESS: I mean, I think we have talked about all kinds of stuff, but nothing's been done about it. 11:17:16
BY MR. SCRENCI:
Q What other kinds of stuff have you talked about? ^^
A I mean, just things that you typically see artists sell at shows. Like we 11:17:23

responsibility. 03:21:49
Q Other than videos and costumes, is there any other visual material that's used in the show?
A No. 03:22:01
Q And does Pattie Gonia Productions produce any posters?
A No.
Q Does Pattie Gonia Productions do anything to enhance traffic to its website? 03:22:34
A I don't know.
Q Okay. Do you know if Pattie Gonia Productions does any keyword advertising?
A I don't know.
Q What advertising or marketing does 03:22:52 Entrepreneur Enterprises do of which you are aware?
A Pattie's Instagram channel and Threads and TikTok exist. I mean, those are, I guess, always a form of marketing depending 03:23:19 on what you consider marketing to be.
And like I said earlier, sometimes our, like, booking agent or the venue promoters will -- I guess that's not the question. Yeah, I mean, they do stuff that I 03:23:39

don't know about. 03:23:41
But, yeah, I mean, we're basically just on social media platforms.
Oh, then our emails, like I said earlier. We'll send out emails sometimes. 03:23:48
Q What's the cadence of any emails that you send out?
A I don't think -- there's not like a regular calendar for those.
Q What kinds of subjects are covered 03:24:03 in the emails?
A Typically making people aware of shows. That's the primary use case.
Q Do you ever send emails in connection with any particular policy 03:24:15 initiative or fundraising effort?
A Policy initiatives, no. Fundraising efforts, I believe when people get emailed about the GoFundMe, like the new GoFundMe, I think it comes from GoFundMe from the year 03:24:39 before. Like it comes from GoFundMe.
Q I see. So if somebody can make a contribution to the fundraiser, GoFundMe will have a record of that and they'll send an email the next year? 03:24:56

A Yeah. Like there's just basically a function where if we send an update to -- like on the last year's, like an update will go out to everyone that donated last year. 03:24:57
So typically we'll say -- we'll make -- it's like an update to last year's that alerts people that the new one is live. But it's kind of just like we put a little comment into our GoFundMe and then it emails them. GoFundMe emails them. 03:25:05 03:25:22
Q And what's your understanding about how the things that Pattie Gonia Productions puts on its social media channels are fed to consumers?
A I don't really understand that question. 03:25:52
Q It probably reflects my lack of social media expertise. But my understanding is that Instagram users, for example, may have something pop up in their Instagram feed for them to look at. 03:26:08
A Yes.
Q And my question is what your understanding is of how Pattie Gonia Productions' posts end up in consumers' 03:26:22

feeds? 03:26:29
A Well, you could start a billion-dollar ad agency if you knew the answer to that. That's a -- that's a closely kept Meta secret that's called "the 03:26:36 algorithm." That's a mystery to all.
Q Has Pattie Gonia Enterprises [sic] done anything to try to guess about what will be the most successful way to penetrate the algorithm? 03:26:55
A That is all creators do all day, every day. So yes.
Q Okay. And what kinds of things does Pattie Gonia Productions do to try to maximize its exposure on Instagram? 03:27:03
MR. SCRENCI: Object to the scope of all this.
But you can answer if you know.
THE WITNESS: I don't know. Again, it's just the algorithm is such a mystery. 03:27:09 It changes every day.
BY MR. GILCHRIST:
Q Does Pattie Gonia Productions engage in any paid or sponsored ads for its posts?
A Occasionally for a tour, just for 03:27:29

We are going off the record. The 03:49:19
time is 3:49 p.m.

This concludes today's testimony
given by Jenny Dugan.

The total number of media used was
six and will be retained by Veritext.

(Whereupon, the proceedings concluded
at 3:49 p.m.)