# EXHIBIT 3

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

PATAGONIA, INC., )
)
Plaintiff, )
)
VS. ) CASE NO.
) 2:26-cv-00586-RGK-
ENTREPRENEUR ENTERPRISES, INC., ) RAO
DBA PATTIE GONIA PRODUCTIONS )
and WYN WILEY, )
)
Defendants. )
____________________________________)

VIDEOTAPED REMOTE DEPOSITION OF WILLIAM MATTOX
OCTOBER 28, 2028

--ooOoo--

JOB NO.: SF 8532999
REPORTED BY: MICHELLE MEDEL SABADO, RPR, CRR, CSR #7423

understand what elements are being referred to, you can answer that way, Mr. Mattox. 09:43

THE WITNESS: I don't remember specifically. Can you ask me that one more time?

BY MS. SPEER: 09:44

Q Yeah.

Would it help if I pulled up an image of this design and then we can talk about it while looking at it?

A Sure.

Q Okay. Give me one second. 09:44

(A pause in the proceedings.)

MS. SPEER: Okay let me know when you see Exhibit 3. It might take a second. It's a larger document.

(Whereupon Plaintiff's Exhibit 3 was marked for identification.) 09:45

THE WITNESS: I see Exhibit 3.

BY MS. SPEER:

Q Okay. Let's go to page 3 of this PDF and you should see on page 3, I believe, the design we've been discussing. 09:46

A I see it.

Q So Mr. Mattox, looking at this design, which elements in this design did you draw inspiration from the Patagonia logos and marks? 09:46

MR. SCRENCI: Same objections as before. 09:46
You can answer.
THE WITNESS: The -- the stylized mountains in the background and the -- and the color waves in the further background. 09:47
BY MS. SPEER:
Q So like rainbows colors in the background, is that what you mean by color waves?
A That is, yes.
Q What about the -- the font at the bottom of this design? 09:47
A Correct.
Q That you also based that off of the font style Patagonia uses in its branding?
A I -- I -- I don't recall what font that is but I did look for a similar font, yes. 09:47
Q Okay. Mr. Mattox, did you license this design to Mr. Wiley and/or the Pattie Gonia business?
MR. SCRENCI: Objection to the extent it calls for legal knowledge about a license. 09:48
You can answer if you know.
THE WITNESS: I -- I don't -- I don't know. I've never exchanged any legal licensing anything.
BY MS. SPEER:
Q Okay. Have you ever applied for a copyright 09:48

from the Pattie -- Pattie Gonia business outside of Instagram? 09:56

A I'm sorry. Could you repeat that one more time?

Q Yeah. 09:57

Would there be text messages or e-mails that predate this November 8th, 2018 period where you would have been discussing sending stickers to Mr. Wiley or Pattie Gonia the business?

A No, I don't think so. 09:57

Q So this likely represents the first time you sent stickers to Mr. Wiley and -- and Pattie Gonia?

A Yes, I believe so.

Q Okay. Let's go to page 7 of the PDF. And we're looking at -- the date is November 11th, 2018 -- or 2018. And we can -- you say, "The art is yours. Do with it as you want." 09:57

Do you see that?

A I -- what date is it?

Q November 11th. It's towards the bottom of the messages on page seven of the PDF. 09:58

A I see that.

Q And then below that, there's a message from the Pattie Gonia Instagram that says, "Just so thankful y'all. I'm so hesitant to sell anything as the real 09:58

Patagonia might come after me but I would love to" -- I believe that's supposed to be to -- "hand them out on group hikes." 09:58
Do you see that?
A I do. 09:58
MR. SCRENCI: Objection. Form. Foundation.
You can answer.
THE WITNESS: I do see that.
BY MS. SPEER:
Q Do you know what is meant in this context, what the "real Patagonia" means? 09:58
MR. SCRENCI: Objection. Calls for speculation.
THE WITNESS: I -- specifically, I -- I don't know what -- what Wyn may have meant by that.
BY MS. SPEER: 09:59
Q What it -- what do you think that means? I'm not asking what you think Mr. Wiley thinks it means. What do you think it meant?
A I'd have to assume that it meant that the real Patagonia is the -- this -- the real Patagonia, the -- the outdoor brand coming after him. 09:59
Q The -- the plaintiff in this case, Patagonia company?
A Yes, yes.
Q Okay. Did you ever refer to the plaintiff in 09:59

(Whereupon Plaintiff's Exhibit 13 was marked for identification.)

THE WITNESS: I have it.

MS. SPEER: Okay. This is an e-mail thread between the Pattie Gonia Gmail and Seriously Stickers running in June 2026. So take a second and review it, please.

(Document reviewed by the witness.)

THE WITNESS: Okay.

BY MS. SPEER:

Q Let's go to page -- the bottom of the page 3 of the PDF. It's -- the e-mail is a February 3rd, 2026 e-mail from the Pattie Gonia at Gmail address. Let me know when you see that. It starts with, "Hi loves, Pattie here personally."

A I see it.

Q Okay. And number 2, it says, "Let's please remove the Pattie Gonia sticker stylized in Patagonia brand font from any future prints."

Do you see that?

A I do.

Q And what sticker is this referring to?

A I believe this is referencing the -- the OG Pattie design.

Q And what is your understanding of what the Patagonia brand font is referring to?

A A similar font to whatever the Patagonia brand uses. 11:33

Q And that would have been the font that the Pattie Gonia name appeared in in that -- that sticker design, the OG Pattie sticker design? 11:33

A Yes.

Q Do you have any understanding as to why you were being asked to remove those stickers from any future prints?

MR. SCRENCI: I'll just instruct the witness if you have an understanding based on something you discussed with Pattie, you can -- you can speak to that. I would just instruct that you don't reveal anything that was communicated from counsel in this matter. 11:34

THE WITNESS: In this moment, I -- I don't -- in this moment I didn't know anything about why that was requested. 11:34

BY MS. SPEER:

Q When you say "in this moment," are you referring to at the time you received this e-mail in February 2026? 11:34

A I believe so, yes.

Q So just so I'm clear, your testimony is that in February of 2026 when you received this e-mail, you did not know why they were asking, the Pattie team was 11:35

Reaching out because we're doing our annual fundraiser for Giving Tuesday and we need -- number 1, we need new stickers printed. Number 2, we would like to keep some legacy designs but also throw in new designs to make this year's sticker pack new." 11:38 11:38

Do you know what the legacy designs is referring to in this context?

A I don't specifically know.

Q Okay. And if we go down a little bit, you see that there's a heading that says "keep" and then there's three bullet points under it? 11:39

A I see that.

Q Would it be that these three bullet points -- these three designs described under the keep heading are what is being referenced as legacy designs? 11:39

A I -- I don't want to assume that that's what they meant. Just you know, taking the directions as is this is the keep and this is the take out.

Q And if we go back to number 2, it says, "We would like to keep some legacy designs," correct? 11:39

A Correct.

Q Okay. And so then let's stay under this keep heading and so the first bullet point, do you see that it says, "Pattie Gonia (Patagonia knock off logo)?"

A Yes, I see that. 11:40

Q So earlier I had asked whether you recalled -- whether you ever recalled to this design as the Patagonia knock off logo or whether anybody from the Pattie team had referred to it as the Patagonia knock off logo and you didn't recall. But does this refresh your recollection? 11:40 11:40

A It -- it is there, yes. It is there.

Q And do you know why this was -- this design was described as the Patagonia knock off logo?

MR. SCRENCI: Objection. Calls for speculation. 11:40

You can answer if you know.

THE WITNESS: I don't know. I can't speak for them.

BY MS. SPEER:

Q Was it your understanding that this Patagonia -- Patagonia knock off logo was referring to the original sticker design that we've been discussing throughout your testimony today? 11:41

A I'm not sure how I in this moment responded to that. 11:41

Q What do you mean? Can you explain?

A I'm -- I'm not sure how -- in 2024, I'm not sure how I understood this e-mail.

Q What it -- what do you understand it to be today by sitting here and looking at it? 11:41

A I -- I don't recall what I -- what I was reading in that moment. 11:41
Q Do you know what sticker or design this was referring to?
A I'm -- yeah, I -- I'm only assuming, yes. 11:42
Q And what is your best guess?
A My best assumption is that we are referring to the -- the parody design of the -- that we're calling the OG Pattie sticker.
Q Okay. So the Patagonia knock off logo here is referencing the -- the Pattie OG sticker design? 11:42
MR. SCRENCI: Objection. Asked and answered.
You can answer.
THE WITNESS: I don't want to assume that's what they meant. 11:42
BY MS. SPEER:
Q What is your understanding?
MR. SCRENCI: Same objection.
You can answer.
THE WITNESS: I don't want to assume what somebody else meant. If I had to guess, that they are referring to the design that -- the original OG design. 11:43
BY MS. SPEER:
Q And I'm asking a little slightly different question and I'm not asking you to speculate about what 11:43

they could have meant. I'm asking what you understood this to refer to. 11:43

MR. SCRENCI: Asked and answered.

You can answer again.

THE WITNESS: In the moment, I don't recall. Right this second, I would assume that we were discussing the OG Pattie parody design. 11:43

MS. SPEER: Okay. All right. Let's look at Exhibit 15.

(Whereupon Plaintiff's Exhibit 15 was marked for identification.) 11:44

MR. SCRENCI: Kourtney, before we get going here just --

MS. SPEER: Rocco, this is my -- my last exhibit.

MR. SCRENCI: Thank you. That was my question. 11:44

MS. SPEER: Sorry. I'm anticipating your question.

MR. SCRENCI: Yeah. Go ahead.

BY MS. SPEER:

Q Okay. All right. Mr. Mattox, let me know when you have this one pulled up. 11:44

A I have it pulled up.

Q Okay. And this is an e-mail from July 1, 2026, from the Pattie Gonia team to you -- to the Seriously Stickers e-mail and it says, "Hi babes! Pattie here with Jenny! Any way you can give us a quick casual 11:44

(Whereupon the deposition proceedings were concluded at 12:07 p.m.)

-o0o-