# EXHIBIT 8

**From**: Pattie Gonia [pattiegonia@gmail.com]
**Sent**: 2/5/2025 2:21:28 AM
**To**: Alex Trimpe [alextrimpe@gmail.com]
**Subject**: Re: Patagonia Logo Visual - v02

Hi Alex,

This animation is perfect! No changes needed. We will use this video as a footer after the video animations you make of my performances that will play as people applaud etc. Thanks so much!

Pattie

On Tue, Feb 4, 2025 at 8:36 AM Alex Trimpe <alextrimpe@gmail.com> wrote:

> Hello! Here's the updated Patagonia logo animation.
>
> https://drive.google.com/file/d/1PvHtGX--zY0l6X9Hm-v687BzBREpiEEv/view?usp=sharing
>
> I made it a lot more vintage, added a rainbow arc with sparkles at the end. It also loops with a VHS-style glitch.
>
> Let me know if you want anything else with this one!
>
> I should have Paramount ready to show by Thursday afternoon.
>
> Alex
>
> **Alex Trimpe**
> 330.283.1577
> alextrimpe.com

Exhibit
24
10/13/2026