# EXHIBIT 9

2026 STICKER SHEET

ALL ON BLACK BACKGROUND
ALL FITTING ON OUR STANDARD MAILER SIZE SHEET

**OLD DESIGNS NO CHANGES**

- PATTIE GONIA PATAGONIA RIP OFF

- HYDRATE OR DIE STRAIGHT

**NEW DESIGNS**

- FERAL BISEXUAL
    - Jordy to send over design and I will insert link here once we have it

- PROMOTE LESBIANISM
    - IN THIS FONT / COLOR SCRME / VIBE Look at this product I found on google.com[HYPERLINK "https://share.google/oy37WoGz2wRVzxwlB" \h]

- ONLY YOU CAN PREVENT FACISM
    - STYLE LIKE SMOKEY THE BEAR
    - COOL FUN FONT PATTIE IN TOP FACE MIDDLE GONIA BOTTOM DESIGN W THIS IMAGE [HYPERLINK "https://drive.google.com/file/d/1-ipmWR6CtPWeF9jFiGnhF_VDtrDp_DfJ/view?usp=drivesdk" \h]

- FREAK FOR THE CREEK
    - fun whimsy font can put words in hole of tent like slut for nature [HYPERLINK "https://drive.google.com/file/d/1gEPyirmxzFde7nQiEJCBbrKRDDJhtAA0/view?usp=drivesdk" \h]

**Exhibit 25**
10/13/2026