# EXHIBIT 10

**TED x PATTIE GONIA**

**NAME -**

Pattie Gonia

**TALK TITLE -**

*Climate change is a drag!*

**INTRO**

**SLIDE 1 (BLACK)**

Walk on stage

**SLIDE 2 (PHOTOS OF WYN AND PATTIE)**

Hi everyone! My name is Pattie Gonia!

And I am a drag queen!!

Yes! Thank you so much to the TED team, it is an absolute honor to be here today in full freaking glam at 8am on a Tuesday morning.

You and mother nature are the only people I would get in drag for at this hour.

But I came here today because I have a secret to tell you….

I'm not the only person here in drag….

You're in drag, too!

Yes, You're in TED conference drag!

I see you with your spunky business casual!

With your tote bags and hand dyed scarfs that say, I absolutely donate to public radio.

Ah! I even see some of you wearing my merch! Yes, Patagonia vests are indeed very TED drag, my bro.

**SLIDE 3 (BLACK)**

So, even though I'm in drag, and you're in drag….

You still might be wondering why a drag queen is standing in front of you on a TED stage talking about climate.

Don't worry, same, girl.

Exhibit
32
10/13/2026

The combination of these things, drag and climate…they seem ridiculous right?

Well that's exactly why they work.

Because 6 years ago, in the middle of my quarter life crisis, sad and hurt and lost in the forest on a backpacking trip,

I put on a pair of high heels and strutted the trails for the first time as Pattie Gonia.

**SLIDE 4 (PATTIE BORN)**

**SLIDE 5 (COMMUNITY)**

If you would have told me then that six years later I would be getting thousands of queer people outdoors and have a community of more than a million people

I would have told you that you are bat shit crazy.

But here we are.

If you would have told me I would have gotten to work alongside Bill Nye and Yo-Yo Ma And Bonnie Wright from Harry Potter.

And that she even dubbed me an honorary redhead Weasley family member. EEK!

I would have also told you that you are crazy.

But here we are.

But most of all If you would have told me that a queer kid, born and raised in rural america, whose first safe space was nature, a person who when they came out as queer was told that they were 'unnatural' so they learned to be completely disconnected to nature…

If you would have told that kid that they could have fallen in love again with nature and themselves

I would have told you there was never a way…..

But here we are.

**FLOP ERA**

Drag took me, in the middle of my flop era, when I was sad and hurt and taught me how I could see a different future and then live into it

And this is where the climate part comes in…

Guess who else is sad, and hurt and is going through a flop era and needs to see the potential of a different future and then live into it?

THE EARTH! Yes! Earth, girl, you're in your flop era!!!!

And the very thing that I believe might help us get out of the flop era?

What we as a climate movement can learn from the art form of drag

So have I piqued your curiosity?!

Would you like to learn what the climate movement could learn a little something from drag!?

(audience - yes!)

I can't hear you ;)

(audience YES!)

**POINT #1 - DRAG REVEALS (WELCOMES) WHO WE ARE**

That's the spirit!

Ok class, let's start here - with a lesson learned from my dear friend Jose Gonzales taught me

Who here has heard the phrase…

This team is operating like a well oiled machine?

What if instead I said….

Wow this group is thriving like a well nurtured meadow?

You can say it "ooo" "ahh"

Yeah, it hits right?!

How different does that feel?

I don't know about you but I don't relate to being a cog in a machine.

I far more relate to being a part of a thriving meadow.

Dont you?!

What the meadow knows is that diversity, every single piece, isn't a hindrance - it's the very key to its survival.

What piece are you!?

Are you the wildflowers?

Are you the mycelium that carries nutrients hundreds of feet away to other plants that need it?

Are you the little bunny rabbit hiding in the bush from the rain?!

Speaking of hiding….

People often think that as drag performers, we're hiding who we are

But babe, the one time I can't hide is when I look like this. (laughs)

Drag doesn't hide,

Drag reveals who we are

And more than that, doing drag has brought me a community of people I feel safe enough to be ALL of me and THAT is wher ethe magic happens.

Now look, am I suggesting that all of you put on as much make up as me, no

But I am telling you that safe spaces change lives and they can change the climate movement.

I'm not suggesting a 10 step DEI program either.

I'm suggesting curiosity instead of judgement.

I'm suggesting that we have a lot we can learn from one another.

I'm suggesting that there are a lot of people with a lot of solutions that right now we're not inviting in. And what world could exist if those people did feel safe, did feel like their unique contribution would matter.

I'm suggesting that we learn from what that meadow knows, that its diversity is its key to its survival and thrival.

I will never forget the time, right after Pattie was born when I met a very famous environmentalist who told me that Pattie was a joke and I quote "should just leave all the high heels and gay stuff at the door and get to work" Well sir, last year that gay stuff just surpassed raising 2.5 million dollars for climate.

(Hair toss)

And oh, this year, that joke is giving a TED Talk on the main stage.

(Double hair toss)

All hair tosses aside, when we're safe enough to be ALL of who we are, we can bring our best solutions to the table, or should I say meadow. Simple as that.

Ok, are we ready for our next lesson class?

If so, say yes mom!

TED you're being silly today. I like it.

**POINT #2 - DRAG SHOWS US HOW TO CELEBRATE**

Ok for this next part I'm going to say the quiet part out loud

Climate change is a DRAG!

But it doesn't have to be!

Little history lesson here

The artform of drag was founded in the social justice movement and the fight for queer rights

Drag queens and kings have always been on the front lines of organizing, protesting and community building

and they do it through LOVE and JOY

The problem in the climate movement isn't just the abundance of carbon

It's the lack of joy

Drag performers KNOW joy. and more than just knowing it we know how important it is.

Joy helps bring people in to a movement

And the climate movement needs to learn how to party

We need to learn that JOY is a serious way to take action

It's about that irresistibility

As Toni Cade Bambara says - we have to make the revolution irresistable

Drag can teach us how to make the climate movement irresistible

We as drag performers, were born out of a movement that faced dire situations

Through joy we welcomed people to that fight in a way that felt abundant and engaging

And we used the artform of drag to build community and culture

Through culture people feel less isolated and feel more of the power of collective action

And celebration doesn't just honor the work that has been done, it inspires more action

Culture is the way to help us feel a part of something

Art is essential and underrated in every movement

All of us can harness the power of drag here by creating spaces that look the climate crisis in the face, acknowledge its reality and also celebrate.

I'm not saying the worlds on fire, let's have a party!!!!

But I am saying that the artform of drag has taught me that you can take fighting for justice seriously without taking ourselves seriously

And I know we can take climate change seriously without taking ourselves seriously. In fact, we're going to have to, because babes we're in this for the long haul.

Celebrating our wins is just as important as the work we do and it doesn't mean we're ignoring the problems

**POINT #3 - DRAG SHOWS US THE POWER OF RECONNECTION**

We all know Darwin for saying…

"Survival of the fittest" right?

Turns out, he never said that.

What he actually said was

"Survival of the fit."

And that changes <u>everything</u>

When we hear what darwin actually said "survival of the fit" we finally hear that

Survival isn't about being the most masculine, strongest

Nor is it focused on the individual

Instead, it's about the ways something can give their gifts

And support the collective whole

When I saw my face in drag staring back at me in the mirror for the first time

I saw that survival of the fittest mentality

I saw so much toxic masculinity staring back at me in the face

power, extraction, control, domination, individual over the community

Someone who was disconnected from themselves and from this planet, who grew up learning that in order to get anywhere in this world it was me against everyone else, a power struggle, a fight for control

And make no mistake, our behavior and our disconnection to nature is by design- when the forces killing the planet (capitalism) can disconnect us not only from nature but from each other, they can make more profit

And now when I paint my face, drag invites me to heal those severed connections

Embracing my femininity

And the way mother nature leads

Through empathy, healing, curiosity, supporting the collective whole

And shocker! turns out this is the way mother nature leads too! maybe we should listen to her!

Oh wait tho!! i'm sorry, maybe if it was named father nature people would pay attention! (zingerrrr)

Right now we're asking a lot of people to fight for things they have no connection to

So I believe it's quite the radical act to heal those severed connections

To heal ourselves

To show ourselves self love

To go out and connect to nature

And to get other people to go out and connect to nature, too

Because let's remember that we fight for what we love

This is some of the most important environmental work on this planet

We heal ourselves and then we're able help heal the world

**CLOSING**

Let's not forget: We are literally living inside the culture created by people who didn't have good intentions for this planet.

Imagine the future we will live in when we do have a culture created by positive intentions for our planet and for each other.

Let's not forget: Even when the dilemma of climate change seems hopeless.

Culture can shift our future radically and quickly.

Just like a landslide, when there's a build up of mass in one place it just takes one stone falling and the whole mountain can shift.

In the Queer rights movement, when people were beaten in their homes, put in jail just for existing, when we had the statistics on the millions of people dying of AIDS, yet no one was joining our fight,

Why was drag a solution?

Because when you are so hopeless, joy is the only thing that brings you out of it and makes the different future we need

Because something that drag has always done is turn pain into joy

Because drag creates culture

Because drag welcomes all of who people are in to join the fight

A scientific approach to climate change has only gotten us so far.

And the climate movement's future will be held at the intersection of science and culture

We can't leave culture out that's not going to move us forward!

And if we want a climate revolution

Let's not forget that

Joy is not frivolous

That we can take climate change seriously without taking ourselves seriously

That culture invites people in

That feeling safe enough to be ourselves is the key to our best solutions

We have the chance to make the climate movement magnetic

We have to want to run (or strut) towards a better future

We need more than a vision of doom

We need a culture of hope

We can do this, we can create a better climate culture together.

Climate change doesn't have to be a drag!!!

And, to end this, what if I did a drag performance to walk the walk of the talk I just gave?!

Would you like that?!

Ok this is our chance to practice creating that healthy climate community

That chance for us all to be that thriving meadow

And turn this planet's frown upside down

OK AV team, you can hit it!

(Visual on screen of planet with frown face on it)

(Perform - A Thousand Miles - Vaness Carlton)

Thank you so much!

NOTES

- lean into the joy of the talk itself
- we're throwing a party that no one wants to come to
- joy is a missing ingredient in the meadow
- the flower is so happy to see the sun
- mail realestate save is in conclusion
    - don't summarize
        - just have one strong point
- lesson 1 and lesson 3 - shave some of that off too
    - survival of the fittest
        - hold peoples hand through logic i see so clearly
        - "here's what im saying is this"
            - this is what i see this is what i manifest
- lesson 2 is perfect
    - do this for lessons 1 and 3
- we've done hard things before
- we dont get to choose when we have t odo them
- we don't always get to choose
    - but we get to choose how we deal with it

**TALK AS OF OCT 4**

**TED x PATTIE GONIA**

**NAME -**

Pattie Gonia

**TALK TITLE -**

*Climate change is a drag!*

**INTRO**

**SLIDE 1 (BLACK)**

Walk on stage

**SLIDE 2 (PHOTOS OF WYN AND PATTIE)**

Hi everyone! My name is Pattie Gonia!

And I am a drag queen!!

Yes! Thank you so much to the TED team, it is an absolute honor to be here today in full freaking glam at 8am on a Tuesday morning.

You and mother nature are the only people I would get in drag for at this hour.

But I came here today because I have a secret to tell you….

I'm not the only person here in drag….

You're in drag, too!

Yes, You're in TED conference drag!

I see you with your spunky business casual!

With your tote bags and hand dyed scarfs that say, I absolutely donate to public radio.

Ah! I even see some of you wearing my merch! Yes, Patagonia vests are indeed very TED drag, my bro.

But drag isn't just about what we wear to fit in or stand out

Drag holds something more universal and more powerful for all of us:

Drag is an invitation to create new worlds

And then to live into them

So, even though I'm in drag, and you're in drag….

You still might be wondering why a drag queen is standing in front of you on a TED stage talking about climate.

Don't worry, same, girl.

The combination of these things, drag and climate…they seem ridiculous right?

Well that's exactly why they work.

Because 6 years ago, in the middle of my quarter life crisis, sad and hurt and lost in the forest on a backpacking trip,

I put on a pair of high heels and strutted the trails for the first time as Pattie Gonia

If you would have told me then that six years later I would be getting thousands of queer people outdoors and have a community of more than a million people

I would have told you that you are bat shit crazy.

But here we are.

If you would have told me I would have gotten to work alongside Bill Nye and Yo-Yo Ma And Bonnie Wright from Harry Potter.

And that she even dubbed me an honorary redhead Weasley family member. EEK!

I would have also told you that you are crazy.

But here we are.

But most of all If you would have told me that a queer kid, born and raised in rural america, whose first safe space was nature, a person who when they came out as queer was told that they were 'unnatural' so they learned to be completely disconnected to nature…

If you would have told that kid that they could have fallen in love again with nature and themselves

I would have told you there was never a way…..

But here we are.

**FLOP ERA**

Drag took me, in the middle of my flop era, when I was sad and hurt and taught me how I could see a different future and then live into it

And this is where the climate part comes in…

Guess who else is sad, and hurt and is going through a flop era and needs to see the potential of a different future and then live into it?

THE EARTH! Yes! Earth, girl, you're in your flop era!!!!

And the very thing that I believe might help us get out of the flop era?

What we as a climate movement can learn from the art form of drag

So have I piqued your curiosity?!

Would you like to learn what the climate movement could learn a little something from drag!?

(audience - yes!)

I can't hear you ;)

(audience YES!)

**POINT #1 - DRAG REVEALS (WELCOMES) WHO WE ARE**

That's the spirit!

Ok class, let's start here - with a lesson learned from my dear friend Jose Gonzales taught me

Who here has heard the phrase…

This team is operating like a well oiled machine?

What if instead I said….

Wow this group is thriving like a well nurtured meadow?

You can say it "ooo" "ahh"

Yeah, it hits right?!

How different does that feel?

I don't know about you but I don't relate to being a cog in a machine.

I far more relate to being a part of a thriving meadow.

Dont you?!

What the meadow knows is that diversity, every single piece, isn't a hindrance - it's the very key to its survival.

What piece are you!?

Are you the wildflowers?

Are you the mycelium that carries nutrients hundreds of feet away to other plants that need it?

Are you the little bunny rabbit hiding in the bush from the rain?!

Speaking of hiding….

People often think that as drag performers, we're hiding who we are

But babe, the one time I can't hide is when I look like this. (laughs)

Drag doesn't hide,

Drag reveals who we are

And more than that, doing drag has brought me a community of people I feel safe enough to be ALL of me and THAT is wher ethe magic happens.

Now look, am I suggesting that all of you put on as much make up as me, no

But I am telling you that safe spaces change lives and they can change the climate movement.

I'm not suggesting a 10 step DEI program either.

I'm suggesting curiosity instead of judgement.

I'm suggesting that we have a lot we can learn from one another.

I'm suggesting that there are a lot of people with a lot of solutions that right now we're not inviting in. And what world could exist if those people did feel safe, did feel like their unique contribution would matter.

I'm suggesting that we learn from what that meadow knows, that its diversity is its key to its survival and thrival.

I will never forget the time, right after Pattie was born when I met a very famous environmentalist who told me that Pattie was a joke and I quote "should just leave all the high heels and gay stuff at the door and get to work" Well sir, last year that gay stuff just surpassed raising 2.5 million dollars for climate.

(Hair toss)

And oh, this year, that joke is giving a TED Talk on the main stage.

(Double hair toss)

All hair tosses aside, when we're safe enough to be ALL of who we are, we can bring our best solutions to the table, or should I say meadow. Simple as that.

Ok, are we ready for our next lesson class?

If so, say yes mom!

TED you're being silly today. I like it.

**POINT #2 - DRAG SHOWS US HOW TO CELEBRATE**

Ok for this next part I'm going to say the quiet part out loud

Climate change is a DRAG!

But it doesn't have to be!

Little history lesson here

The artform of drag was founded in the social justice movement and the fight for queer rights

Drag queens and kings have always been on the front lines of organizing, protesting and community building

and they do it through LOVE and JOY

The problem in the climate movement isn't just the abundance of carbon

It's the lack of joy

Drag performers KNOW joy. and more than just knowing it we know how important it is.

Joy helps bring people in to a movement

And the climate movement needs to learn how to party

We need to learn that JOY is a serious way to take action

It's about that irresistibility

As Toni Cade Bambara says - we have to make the revolution irresistable

Drag can teach us how to make the climate movement irresistible

We as drag performers, were born out of a movement that faced dire situations

Through joy we welcomed people to that fight in a way that felt abundant and engaging

And we used the artform of drag to build community and culture

Through culture people feel less isolated and feel more of the power of collective action

And celebration doesn't just honor the work that has been done, it inspires more action

Culture is the way to help us feel a part of something

Art is essential and underrated in every movement

All of us can harness the power of drag here by creating spaces that look the climate crisis in the face, acknowledge its reality and also celebrate.

I'm not saying the worlds on fire, let's have a party!!!!

But I am saying that the artform of drag has taught me that you can take fighting for justice seriously without taking ourselves seriously

And I know we can take climate change seriously without taking ourselves seriously. In fact, we're going to have to, because babes we're in this for the long haul.

Celebrating our wins is just as important as the work we do and it doesn't mean we're ignoring the problems

**POINT #3 - DRAG SHOWS US THE POWER OF RECONNECTION**

We all know Darwin for saying…

"Survival of the fittest" right?

Turns out, he never said that.

What he actually said was

"Survival of the fit."

And that changes <u>everything</u>

When we hear what darwin actually said "survival of the fit" we finally hear that

Survival isn't about being the most masculine, strongest

Nor is it focused on the individual

Instead, it's about the ways something can give their gifts

And support the collective whole

When I saw my face in drag staring back at me in the mirror for the first time

I saw that survival of the fittest mentality

I saw so much toxic masculinity staring back at me in the face

power, extraction, control, domination, individual over the community

Someone who was disconnected from themselves and from this planet, who grew up learning that in order to get anywhere in this world it was me against everyone else, a power struggle, a fight for control

And make no mistake, our behavior and our disconnection to nature is by design- when the forces killing the planet (capitalism) can disconnect us not only from nature but from each other, they can make more profit

And now when I paint my face, drag invites me to heal those severed connections

Embracing my femininity

And the way mother nature leads

Through empathy, healing, curiosity, supporting the collective whole

And shocker! turns out this is the way mother nature leads too! maybe we should listen to her!

Oh wait tho!! i'm sorry, maybe if it was named father nature people would pay attention! (zingerrrr)

Right now we're asking a lot of people to fight for things they have no connection to

So I believe it's quite the radical act to heal those severed connections

To heal ourselves

To show ourselves self love

To go out and connect to nature

And to get other people to go out and connect to nature, too

Because let's remember that we fight for what we love

This is some of the most important environmental work on this planet

We heal ourselves and then we're able help heal the world

**CLOSING**

Let's not forget: We are literally living inside the culture created by people who didn't have good intentions for this planet.

Imagine the future we will live in when we do have a culture created by positive intentions for our planet and for each other.

Let's not forget: Even when the dilemma of climate change seems hopeless.

Culture can shift our future radically and quickly.

Just like a landslide, when there's a build up of mass in one place it just takes one stone falling and the whole mountain can shift.

In the Queer rights movement, when people were beaten in their homes, put in jail just for existing, when we had the statistics on the millions of people dying of AIDS, yet no one was joining our fight,

Why was drag a solution?

Because when you are so hopeless, joy is the only thing that brings you out of it and makes the different future we need

Because something that drag has always done is turn pain into joy

Because drag creates culture

Because drag welcomes all of who people are in to join the fight

A scientific approach to climate change has only gotten us so far.

And the climate movement's future will be held at the intersection of science and culture

We can't leave culture out that's not going to move us forward!

And if we want a climate revolution

Let's not forget that

Joy is not frivolous

That we can take climate change seriously without taking ourselves seriously

That culture invites people in

That feeling safe enough to be ourselves is the key to our best solutions

We have the chance to make the climate movement magnetic

We have to want to run (or strut) towards a better future

We need more than a vision of doom

We need a culture of hope

We can do this, we can create a better climate culture together.

Climate change doesn't have to be a drag!!!

And, to end this, what if I did a drag performance to walk the walk of the talk I just gave?!

Would you like that?!

Ok this is our chance to practice creating that healthy climate community

That chance for us all to be that thriving meadow

And turn this planet's frown upside down

OK AV team, you can hit it!

(Visual on screen of planet with frown face on it)

(Perform - A Thousand Miles - Vaness Carlton)

Thank you so much!

**(TALK FROM SEPT 27TH)**

**TALK TITLE - Climate change is a DRAG! / Climate change needs a makeover!**

- The climate dilemma needs a makeover
  - And a makeover is reinventing yourself
    - And reinvention is at the root drag
      - Reinvention is humanity at its best and the climate dilemma desperately needs a makeover
        - In other words, climate movement, you don't suck, but your outfit does
        - *NOTE* is the word here reinvention or is it transformation
        - nature shows us we are nothing but change

**YOU'RE IN DRAG**

Hi everyone! My name is Pattie Gonia!

and I. AM. A. DRAG QUEEEEN!

- But I'm not the only person here in drag today….
  - You're in drag, too!
    - Yes, You're in TED drag.
    - I see you with your spunky business casual!
    - With your tote bags and glasses that say, I absolutely donate to NPR.
    - Ah! I even see some of you wearing my merch! Yes, Patagonia vests are indeed very TED drag.
  - But I would like to posit that drag holds something more universal and more powerful for all of us: drag shows us the the power of (a make over) reinvention.
    - Drag is permission to think outside the box
    - Drag is an invitation to think bigger and to think different
    - To TRANSFORM
    - Drag is a playground where anything is possible
      - Where I can dream new worlds that don't exist (yet)
      - Where I can give my gifts to support that new world
      - and see that dream become a reality

**I'M IN DRAG**

So, even though I'm in drag, and you're in drag….

You still might be wondering why a drag queen is standing in front of you on a TED stage talking about climate.

- Don't worry, same, girl.
- The combination of these things, drag and climate…they seem ridiculous right?
- Well that's exactly why they work.

Because 6 years ago, in the middle of my quarter life crisis, sad and hurt and lost in the forest on a backpacking trip, I put on a pair of high heels and strutted the trails for the first time as Pattie Gonia. (photo from day 1 of Pattie)

- If you would have told me then that six years later (photo collage of community outdoors) I would be getting thousands of queer people outdoors, have an online community of more than a million people and that community has raised 2.5 million dollars for climate
  - I would have told you that you are bat shit crazy.
  - But here we are.
- If you would have told me I would have gotten to work alongside Bill Nye and Yo-Yo Ma And Bonnie Wright from Harry Potter (She even dubbed me an honorary redhead Weasley family member) (pattie to photoshop weasley family illustration (not photo because rights) with pattie's face in it)
  - I would have also told you that you are crazy.
  - But here we are.
- But most of all If you would have told me that (a photo of me in my backyard as a kid blowing bubbles) A queer kid who was born and raised in Nebraska, whose first safe space was nature & who when they came out was told that they were 'unnatural' so they learned to hate being in nature…If you would have told that kid that they could have fallen in love again with not just nature but with themselves
  - I would have told you there was never a way…..
  - But here we are.

**DEFINING REINVENTION**

And I can trace all of this change back to drag and its power of reinvention.

- Drag took me, in the middle of my flop era, when I was sad and hurt and taught me how I could see a different future and then live into it

And this is where the climate part comes in…

Guess who else is sad, and hurt and is going through a flop era and needs to see the potential of a different future and then live into it?

THE EARTH! Yes! Earth, girl, you're in your flop era!!!!

And what's worse, the movement to support the earth, the climate movement is also going through a flop era!

I mean c'mon. Are we seriously expecting anyone to join the movement to help the planet when our main resounding message is "well, we're fucked!!"??

Climate change, you're a drag!

I know the climate movement wants to do good, it's just not necessarily finding the best way to get people to join the club. In other words, climate movement, you don't suck but girl what's going on with your outfit? (funny photoshopped photo of the earth with bad matching clothes on)

We can take earth from her flop era to her flourish era full of new versions of ourselves and of the world. Visions that actually inspire, that create culture, that will create our future.

You know that fancy word I've been using? Reinvention?

Well I have another word for it: **a makeover.**

I believe if we want to course correct and avoid a future climate crisis, we need to transport ourselves back to middle school, run upstairs, open the closet and try on some new clothes and give the climate movement a make over. Are we down?!

(Yes!!!) - Audience

(4 min right here)

EXTERNAL MAKEOVER

Great! Well let's start here

- **EXTERNAL**
  - THE WORDS WE USE MATTER
  - THE STORIES WE TELL OURSELVES MATTER
  - RIGHT NOW WE'RE TELLING OURSELVES A LOT OF STORIES THAT DON'T SERVE US
  - AND THE WORDS OF A MOVEMENT ARE KIND OF LIKE ITS CLOTHES
  - AND RIGHT NOW, CLIMATE MOVEMENT, OUR OUTFIT SUCKS
    - QUICK CHANGE
    - FROM SOMETHING BEIGE TO SOMETHING BEAUTIFUL - QUICK CHANGE OUTFIT
  - WORDS ARE THE CLOTHES OF A MOVEMENT
  - AND LANGUAGE MATTERS
  - WE'RE USING SCIENCE
    - VERY GATEKEEPY
    - REALLY IMPERSONAL
    - KEEPS PEOPLE OUT
    - SCIENCE ONLY GETS SO FAR
  - WE'RE GOING TO HAVE TO TELL OURSELVES BETTER AND MORE TRUTHFUL STORIES ABOUT WHO WE ARE
    - MACHINE MEADOW METAPHOR
    - Here's another branding issue that my dear friend Jose Gonzales always points out

- Who here has heard the phrase
  - “Wow this team is operating like a well oiled machine?”
- What if instead I said
  - “Wow this group is thriving like a well nurtured meadow?” How different does that feel?
  - I dont know about you but I don’t relate to being a cog in a machine. I far more relate to being a part of a meadow.
- WHO ARE WE? ARE WE A MACHINE OR ARE WE A MEADOW??
- Again, climate movement, I see you wanting to do better but your shoes have to match your top!

- **ATTITUDE PROBLEM**
  - Climate dilemma:
    - The climate movement has an attitude problem
      - Some might even say “climate change, you’re a little fake”
        - We love to think of ourselves as the liberal nice kind people
        - bullshit!
        - We can be the meanest girls around
          - “Come join us, we are accepting” LGBTQ rights BIPOC rights “we lead by indigenous circular leadership knowledge”
        - but we’re not ready to put our money where our mouth is?
        - where does the money go?
        - why would we not just be funding indigenous orgs over _______?
        - We are living at such a powerful time where we can change so much history?
        - that is the power of drag and of transformation?
        - let me ask you a question, when our ancestors in 100 years look back at us
        - are they going to say “wow they had such a beautiful opportunity and they wasted it” we have less climate change but the same oppressive structures
        - “we are have the same future but just a few more windmills”
        - then when it comes time to “get to work” we’re told to leave who we are, our diversity, our cultures and our individuality at the door for the sake of productivity.
  - Drag solution:
    - Quick question, who’s going to want to join our club if at the door the outfit you spent hours putting together you had to exchange you had to turn in to instead wear a trash bag over yourself? (maybe need a better example here but you get the point)
    - No one!
    - Babe, bring ALL of yourself to the party

- Our identities, our diversity are're a hindrance, they're the very key to our best solutions
- I know I mentioned that drag is a reinvention but I also think drag reveals who we are
  - People often think that as drag performers we're hiding who we are
    - Babe the one time I cant hide is when I look like this
- When we reveal who we are, when we stop hiding, when we feel safe enough to be ourselves, we can bring all of ourselves to the table. And our uniqueness, us being who we are can a lighthouse- for others to do the same

- **YOU FIGHT FOR WHAT YOU LOVE - WE LOVE THIS BUT WE DON'T KNOW IF IT FITS UNDER EXTERNAL OR INTERNAL OR EVEN FITS IN THIS TALK**
  - Climate dilemma:
    - Ok here's another thing I think needs a major makeover
    - Right now, we're asking people to fight for something that they don't even know/have a connection to
  - Drag solution:
    - Kids can name over 100 brands but not even 10 plant species?
    - Average kid spends less than 1 hour a day outside
    - Average adult even less: 30 min (have actual stats to back these numbers up we use in the Oath all the time just making quick notes here)
    - **Make no mistake our disconnection to nature is by design- when capitalism, the forces killing the planet, can disconnect us not only from nature but from each other, they can make more profit**
      - So, going outside, connecting to nature, connecting to each other are all radical acts
      - And the very first step of any climate action, before any protest, before any action, before anything, should be to go outside and to connect to the very thing we are fighting for
- **AUTHENTICITY**
  - Climate dilemma:
    - The climate movement has an authenticity problem
      - Some might even say "climate change, you're a little fake"
        - not in the science way- no that's happening, that's very real
        - but in the way of where the messaging is
          - "Come join us, we are accepting"
        - but then when it comes time to "get to work" we're told to leave who we are, our diversity, our cultures and our individuality at the door for the sake of productivity.
  - Drag solution:
    - Quick question, who's going to want to join our club if at the door the outfit you spent hours putting together you had to exchange

you had to turn in to instead wear a trash bag over yourself? (maybe need a better example here but you get the point)
- No one!
- Babe, bring ALL of yourself to the party
- Our identities, our diversity are're a hindrance, they're the very key to our best solutions
- I know I mentioned that drag is a reinvention but I also think drag reveals who we are
  - People often think that as drag performers we're hiding who we are
    - Babe the one time I cant hide is when I look like this
- When we reveal who we are, when we stop hiding, when we feel safe enough to be ourselves, we can bring all of ourselves to the table. And our uniqueness, us being who we are can a lighthouse- for others to do the same

- **IMPORTANCE OF JOY / CELEBRATION / CULTURE**
  - Climate dilemma
    - The climate movement is boring as hell sometimes!! I mean....Where's the joy? Where's the love? Where are the celebrations of the solutions and the people that got us there!?
    - Climate movement, you need to learn how party girl!!!
  - Drag solutions
    - In all seriousness though, a scientific approach to climate change has only gotten us so far. The reality of our future in the climate movement will be held at the intersection of science <u>and culture</u> - we can't leave culture out that's not going to move us forward!
    - Drag performers create culture. We know the problems are real, but so are the solutions and so are the celebrations and community building that motivates and unites people to take more action!
    - Drag was founded in the social justice movement to fight for queer rights
      - Drag queens have always been at the forefront of social justice movements
        - Drag queens know that we celebrate not to ignore taking action, we celebrate TO inspire more action!
        - We know the power of joy
        - We know that celebration causes visibility and that visibility inspires
      - What would happen if the climate movement did the same?
        - What if instead of just focusing on the problems we focused just as much on the solutions?
        - What if instead we pondered : what if we got it right??

- **TRANSITION TO FINAL POINT**
  - Ok, we've talked about some things on the outside
    - But everyone knows that a make over isn't about what's just on the outside
    - It's about what's on the inside too!
  - So babes, let's end this makeover with a real one

- **TOXIC MASCULINITY IS NOT A SLAY**
  - Climate dilemma:
    - I firmly believe that toxic masculinity is our ongoing pandemic
    - But it's also the most exciting thing
    - We are aware of this if we wake up we're in a place where we can create so much history and so much change
    - All of climate change's biggest causes can be linked back to toxic masculinity.
      - (power, extraction, control, domination, individual over the community).
  - Drag solution
    - Drag invites us to embrace
      - (empathy, healing, nurturing the collective, community, curiosity)
      - And shocker! Turns out this is the way mother nature leads too! Maybe we should listen to her!
      - Oh wait tho!! I'm sorry, Maybe if it was named father nature people would pay attention!! (zingerrrr)
      - What i mean is- let's get to the root of the problem. Angela Davis says when she talks about being "radical" is to go to the root. The latin definition of "radical is root"
      - What i also mean it- well I might have joked Above about the make up or outfit that this movement wears what I think is most important is to go to the core our human being and look at what it would look like to make a change if change is needed
      - we have a crisis of environmental catastrophe we have dilemmas and we're trying to solve them with the same tools because we're not looking deep enough. We're not looking at the toxic masculinity inside of all of us myself included.
      - We keep on building these solutions of Band-Aids and putting them on a gushing wound and we all know it's not working. it's not stopping the problem.
      - Actually that's not working.

    - If we go to the root system, what's causing people to enact violence against each other and this planet? - our scarcity mindset, our pursuit of the individual
    - But really, it's within all of our nature, especially men to nurture
        - So many male species nurture their young help them survive
            - Seahorses others etc
    - And speaking of species and survival
- Survival of the fittest vs. Survival of the fit
    - We all know Darwin for saying "Survival of the fittest"
    - Turns out, he never said that. What he actually said was "Survival of the fit." And that changes everything.
    - When we hear what Darwin actually said "Survival of the fit" We finally hear that
        - Survival isn't about being the most macho, strongest nor is it focused on the individual
        - it's about the ways something can give their gifts to support the collective whole.
            - Moss is a great example of survival of the fit
                - it finds a way to make food out of things we could never
                - it makes life for itself in the nooks and crannies
                - it flourishes - covering rock faces on every continent
                - and it does all of this at not 1/4 of an inch tall
            - PS
                - Im fascinated in my own life by how when I'm indoors or in cities - I can make decisions lead by my own toxic masculinity, by fear instead of abundance
                - when I'm outside, I make better decisions that see beyond my narrowsighted focus on myself to think about my whole team, my whole community
                    - so next time you are facing a hard decision
                    - go for a walk, guarantee you you'll make better decision because of it

**CLOSING**

**A Few ideas here on how to close:**

- Drag performance:

  - I really think it would be incredible to end with a drag performance that would summate reinvention. I think this would KILL! It's just a matter of time of course. But what a powerful way to walk the walk I've talked
  - I have a number all about rain
    - It is so powerful and also so fun and could perfectly mesh with this first example here:

- A good makeover reveals ourselves
  - In closing, I hope we can always remember that a good makeover doesn't change who we are, it reveals ourselves
  - There's a big misconception in drag that when you're doing drag you're hiding
    - No, you're not hiding you're revealing who you are
    - Reinvention isn't a running away from - it's a running towards

- Nature is waiting to heal:
  - In closing, I hope we can always remember that nature is always waiting to heal. After climate impacts have torn through a landscape, nature is unbelievably quick to forgive to spring back into balance. Seeds that have held refuge underground for years are ready to spout anytime we give them the chance to bring their beauty for the world.

- Heels/setting our sights example
  - You know the first thing you learn when you're wearing high heels?
    - Where you point your eyes is where you go
      - You don't look back or you'll fall
      - You keep your eyes on the destination
      - Because where you are headed is where you will go
  - If we keep our eyes on the way that things have been, we will never get anywhere new
    - But if we allow ourselves  the gift of reinvention, the ability to stay curious, the opportunity for possibility, well then we can can design a different future
      - A future that doesn't just sustain but heals and nurtures and thrives and acts in reciprocity
        - We can't force healing, but we can create ecosystems where the byproduct of living is healing.
        - It's not going to take one of us doing everything it's going to take all of us giving our unique gifts

- Let's not forget format:
    - Toni Cade Bambara says, we have to make the revolution irresistible. I think we have to make it magnetic. we have to want to run towards it.
    - Grace Lee Bogs says: We must transform ourselves to transform the world
    - Let's not forget: We are literally living inside the imaginations of the people who didn't have good intentions for this planet.
        - Imagine the future we will live in when we do have good intentions for our mother.
    - Let's not forget: Even when everything with the dilemma of climate change seems hopeless
        - Culture can shift our future radically and quickly
        - Just like a landslide, when there's a build up of mass in one place it just takes one stone falling and the whole mountain can shift
        - It happened with abolishing slavery
        - It happened with the queer rights movement
        - So, where will you place your stone?
            - I'm placing mine on the mountain that believes that radical change can happen if we reinvent the movement to be one of celebration, of community of diversity and of problem solving, a movement that INSPIRES people to bring who they are and the gifts they have to do work only they can do
            - We need more than a vision of doom
            - We need a vision of a world that inspires us. Thinking of ourselves and this world in a new way, Reinvention - that's how we get out of this dilemma.
            - We can do this, we can imagine a better future together

- Leave no trace → Leave a trace format
    - When we go outdoors, we're often told to "leave no trace"
    - I actually think it's time to leave a massive trace.
    - What could the climate movement look like if we left a
        - Trace of reinvention
        - Trace of curiosity, of play, of thinking outside the box or binaries
        - Trace of collaboration and community and culture

Thank you!

**(BODY OF TALK DRAFT FROM SEPT 11TH CALL)**

**Climate has a community problem**

Bring it back to day Pattie was born (photo of Pattie on the summit)

Six years ago, back on that mountain top where Pattie was born ,on that fateful day where the long term health of my ankles with a lifetime of heels ahead of them took a turn south but a lifetime of climate community blossomed- yes a video did go viral.

I posted a video and thought that 30 of my friends would get a smile on their faces watching me strut and fall like a horse struggling to walk for the first time

And woke up to 3 million views on this video

But what people don't know is that Queer people reached out from around the world (screenshots of messages)

- Women who told me they wanted to work at remote research facilities studying climate but didn't know if there was space for them because it was a man's world
- People of color who told me they always wanted to work in the outdoors but they weren't raised with the same knowledge on the outdoors I was raised with
- Queer park rangers who told me "they've never had Pride. would I consider coming and helping them celebrate?"

Cut to now and we just helped host Pride in Yosemite for the 4th year in a row for a couple hundred Yosemite National Park employees. (photos from Yosemite Pride)

- And while the present might look different now, I'm still meeting diverse people every day and the thought is unanimous: "why would someone want to join the climate movement if they didn't see a future for themselves there?"
- I know I didn't
- So, my work is both
    - Creating the community spaces we need in the climate movement to not tell, but show people they belong
        - Our invitation to be a part of the climate community, especially to people different than ourselves, is a lighthouse for the climate future we need that invites everyone to make their unique impact

**Climate has an authenticity issue**

**Everyone is performing all the time**

I have some news for you, I'm not the only person here in drag today. No, there's not another drag queen in the building, there are hundreds. You all are in drag, too.

You're in TED drag. Yes I see you with your snappy business casual, with your tote bags and glasses that say, I absolutely donate to NPR. Ah! I even see some of you wearing my merch, yes, Patagonia vests are indeed very TED drag.

I say all this to say, while we might see one another for the way we dress or the work we do, or the titles we have, we are all humans underneath it all. I believe the more we can embrace our uniqueness, the more it can be a lighthouse for others to be themselves an do the same.

**Survival of the fittest —-> Survival of the fit**

We all know Darwin for saying "Survival of the fittest"

Turns out, he never said that. What he actually said was "Survival of the fit." And that changes everything.

When we hear what Darwin actually said "Survival of the fit" We finally hear that

> Survival isn't about being the strongest and the individual, it's about the ways something can give to support the collective whole.
>
> We are not separate from the whole. We are a part of it. Humans are not apart from nature, we are a part of nature.

**Machine ——> meadow**

Take for example, a meadow. My great mentor and fellow co-founder of Outdoorist Oath, Jose Gonzales often says this…

> Who here has heard the phrase "Wow team is operating as a well oiled machine"?
>
> What if instead I said, "Wow, this group is thriving like a well nurtured meadow"?
>
> I don't know about you, but I don't relate to being a cog in a machine.
>
> And while the climate movement has adopted a lot of the same thinking of late stage capitalism, I think we have the quite radical opportunity to see ourselves as unique pieces of a meadow instead.
>
> Nature's leadership teaches us that every diverse special in the meadow makes their own unique impact
>
> The flower's roots hold the soil together
>
> The mycelium in the soil carry nutrients hundreds of feet to trees
>
> The trees shade the shrubs and the shrubs provide food for the elk.
>
> The meadow knows its diversity is its greatest strength.
>
> Why does nature know this so well yet humans work so hard against this truth? Working to strip ourselves of our diversity in order to "fit in", to "get to work" Well I think it might have a little to do with my final point

**Climate has an binary problem**

Drag has taught me more than anything, that I have permission.

We are raised in a world that before we exit the womb assigns gender and the prescribed expectation along with it.

This binary thinking leads us a world of right and wrongs, of categories and of systems of power that are in fact killing our planet.

Of which the biggest system of power that is killing our planet, toxic masculinity.

**Coming out - (Show photo from college)**

When I came out, I was told by family and friends "We love you but don't paint your nails, don't have a high voice, don't do drag, don't be trans, don't make friends with gay people, we're your people" So, I did just that. I put back in the closet every piece of femininity and queerness and I became a masculine shell filled with toxicity. I'll never forget going to college and training my voice to be lower so I could better fit in. I still carry this scar with the voice I have today.

**Drag / Femininity / Mirror (Show photo of first time doing drag looking in the mirror)**

When I did drag for the first time, I saw all the femininity I had left out in my life staring back at me in the mirror. Embracing all that I am, my femininity, my multitudes, my yes ands, leaving behind binaries has changed my life in every way, giving myself permission (expand more)

No characteristics are gendered it's just the permission to express certain characteristics are gendered

This is permission
This is the art of drag
This is taking something personal and making it something universal
This is the heart of my artform

It's not the people that are the problem. It's the cages that we built that are the problem.

And in a way, we are all nature in drag.

Climate solutions built on binaries and toxic masculinity will never get us to a thriving future. That's taking thinking that's gotten us here to get us out. Because then we're going to create the same future, but just with renewable windmills.

In the words of Audre Lorde- the master's tools cant dismantle the master's house

But yes, we can use the master's tools to temporarily kick the master out

Drag challenges me and invites you to approach the world in a way that breaks out of the traditional mindset for how you might solve dilemmas.

If anything let drag give you permission, too.

**IN CLOSING**

If we want a climate movement we're going to have to

welcome everyone to see their gifts and diversity as a strength not a hindrance to our work

not just focus on the "science" and hard facts but build the *culture* and community around climate

reconnect to our planet and help other people do the same so we can fight for what we love

When we go outdoors, we're often told to "leave no trace"

I actually think it's time to leave a massive trace.

What could the climate movement look like if we left a

Trace of permission

Trace of collaboration and community

If we realized we're not apart from nature, we're apart of nature

If we invited others to join us in growing a thriving meadow, heels optional, of a positive climate future.

Thank you!

-----------------

i.