# EXHIBIT 12

**From**: Courtney Sanford (Google Docs) [comments-noreply@docs.google.com]
**Sent**: 5/18/2022 6:47:18 PM
**To**: pattiegonia@gmail.com
**Subject**: Pattie's Notes on... - Replace: “Let your out and celebrate ...

Courtney Sanford replied to a suggestion in the following document

Pattie's Notes on Maren's Email

1 suggestion

Pattie Gonia
• 7:19 PM, May 16 (PDT)

**Replace:** *“Let your out and celebrate exploration on our Summer of Pride hiking tour with our friend, @PattieGo...”* with *“Oh yes. The rumors are true. Join @pattiegonia and @thenorthface for the Summer of Pride hiking tour...”*

Pattie Gonia
• 8:30 PM, May 16 (PDT)

We want to say something engaging and exciting here

Maren Hamilton
• 8:44 AM, May 17 (PDT)

I love this. Let me route back through our copy team for alignment.

Maren Hamilton
• 8:51 AM, May 17 (PDT)

Aligned! Just asked that we say "Summer of Pride" vs. "Summer of Pride Hiking Tour" b/c we're trying to be clear it's more than just a hike.

Maren Hamilton
• 9:34 AM, May 17 (PDT)

My copy team just asked if we could play on the patagonia irony a bit.... they suggested something like "Nothing is impossible: @pattiegonia has teamed up with... @thenorthface. Join us for the Summer of Pride and get in on this party. 🌈"

Exhibit
53
10/13/2026



Courtney Sanford
• 11:42 AM, May 18 (PDT)

**New**

Wyn is great by this!

Open

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because you are a participant in this thread. Change what Google Docs sends you. You can reply to this email to reply to the discussion.

Google™