# Exhibit 14

# SLIPSHEET

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL