# Exhibit 16

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# Redacted

**CAUTION: External Email**

11/7/18, 9:59 PM

All hail the queen!

We made some fan art. Hope you don't mind.



Exhibit
Mattox 3
10/28/2026



thetacoslayers

Hail the queen!




@pattiegonia



thetacoslayers




11/8/18, 6:23 AM

ummmmmm

are y'all even kidding me

this is unreal incredivle

omg omg omg

i am blown awy



away-*

That sounds like you approve.

19273%



in love

Would love to send you some stickers of these guys so your fans can represent. Just let is know where you would like them sent. No charge, stickers are on us, if you'd like.

I can change or add anything you'd like.

like y'all are too nice

this is incredible

thank you

so much



they're just perfect

Very very kind of you. Thank you.

who are y'all irl?!



and where do y'all live?

Will and shannon mattox from wildomar here in southern california.

omg hi y'all!!

we are so close but so far currently!!!



i'm in burbank right now!

11/8/18, 9:08 AM

You are pretty close by. We make our way to burbank every once in a while. We'd love to catch up with you on the trail sometime.

11/8/18, 6:42 PM

absolutely y'all! i would LOVE to meet y'all and squeeze y'all irl!!

my trip to la is sadly far too short this week but i'll be back sooner than later. and if y'all wanted to, i would be overjoyed to get some of your incredible artwork on the stickers AND pay y'all for the shipping



i am just so thankful

11/8/18, 9:41 PM

Your positive feedback was worth everything. No payment necessary, just let us know where to ship. We'll print these at 3in x3in if that will work. Love all your photography as well!

11/9/18, 8:09 AM

you are incredivle

wyn wiley [REDACTED - PII]



thank y'all so much

11/9/18, 2:43 PM

Unsupported message
View this message on the Instagram app

Keep kicking ass!

11/9/18, 5:20 PM

i am blown away round two



wowowowowow

We just aim to please. They shipped off. If you ever want to use the art for anything I can email over the high res files.

just so happ

happy*

thank y'all so so so much

i would love the high res files!



wynwiley@gmail.com

11/11/18, 11:03 AM

Wyn!!!! You're the freaking best!

Thank you for the love.

Thank you thank you.

I sent over the art.



ummmmm more than deserved!

Use Latest App
Use the latest version of the Instagram app to see this type of message.

The art is yours. Do with it as you want.



just so thankful y'all! i'm so hesitant to sell anything as the real patagonia might come after me but, i would love t hand them out on group hikes!!!!

Do it!!! People would love that.

11/12/18, 10:25 AM


TACO SLAYERS

thetacoslayers




11/12/18, 11:49 AM



LOVE U PALS

11/22/18, 10:18 PM



thetacoslayers




11/23/18, 6:38 AM



I JUST LOVE YALL

12/12/18, 8:11 PM

Hey wyn! How are you doing on stickers?

FRIENDS HELLO

i have barely handed them out because i want to offer them to first time hikers when i start to do group hikes starting on january 1!!!

i'll only be handing them out in person to keep it special





Hell yeah! Let me know when you need more.

omg u r just the nest

can i pay you



please!!

We got your next batch. Maybe after that or if we do a new design.

PERFECT

anything you wanna design ever i am so down



you are my PEOPLE

A couple of your recent photos gave me some ideas.

omg



i love ideas

I'll whip them up and send over.

12/13/18, 9:59 PM


TACO SLAYERS

thetacoslayers






❤️❤️😭😭😭😭

12/18/18, 7:04 AM

❤️ 1

i actually cannot with y'all



😭😭❤️❤️⚡😭❤️💃❤️😭👏👏👏🌈🌈✨👏😭❤️⚡

It looks cool with the sticker cut lone too.

12/18/18, 8:27 AM

y'all are just the best



so thankful for y'all

12/18/18, 9:30 AM

This what the cut line would look like.

12/21/18, 3:46 PM

magic



literally so damn good

1/15/19, 5:31 AM

my sticker gods hello!!!!

how would you feel about making another batch of the pride original sticker?!

i'd love to place another order if you could tell me how much it would be! i'm heading to OR and would love to have some to hand out!



and by some i maybe mean quite a few lol

1/15/19, 6:53 AM

Good morning wyn! Not a problem. I can definitely handle that.



you are unbelievable! would you be able to print 500? i will definitely pay you as that's far more than just "the next round" and is there a way you could attach a business card or print taco slayers in the back label of them so that when i hand them out people know they're from you!!

1/16/19, 6:41 AM

Wyn you're a cool dude, thank you. We can definitely make this happen. When do you need them by?

AND SO ARE YALL!!!! seriously cannot thank u enough. how is by the 21st?!



28th*

1/16/19, 8:37 AM

W'ell make it happen.

Same mailing address is ok?

[REDACTED - PII]



this address please 🙂

1/16/19, 2:12 PM

You got it.

1/16/19, 6:00 PM

thank you



so much

1/17/19, 9:40 PM

The staff at patagonia pasadina, caare all big fans of pattie

1/18/19, 5:53 AM



omg! are you on staff there?!

1/18/19, 8:03 AM

Lol. No, we went there last night. The woman helping me out brought you up in conversation when we were talking about hiker social media.

1/21/19, 8:52 PM

incredivle!!!!

also i am just now seeing this

not incredible hahaha



how are y'all?! and how are the stickers coming along?!

1/21/19, 10:32 PM

WYN!!!! Hey buddy. Stickers are completed. Shipping these guys off tomorrow. Most definitely will be there tomorrow.

No that's wrong. They most definitely will be there before the weekend.

you are unbelievable

that is so perfect

you are so mafic



magic*

1/21/19, 11:45 PM


TACO SLAYERS

thetacoslayers




1/22/19, 2:52 AM



holy shit i am dying

1/27/19, 9:11 PM

i just opened the package

holy shit i am

so damn



thankful

Brothahhh....not a problem. My wife and I love what you're doing.

We'd love to link up when you're back in california.

4/8/19, 5:44 PM



thetacoslayers






ugh i just love u guys

Thank you very much. We love you too.

4/10/19, 1:10 PM

That was a very cool post!! Thank you for including us. You're worldclass!

5/27/19, 10:14 PM

friends!!!



may i place an order for more rainbow stickers?!

Hey wyn!!!! Not a problem we can definitely make that happen. Where would you like them shipped too?

y'all are incredible! thank you so much!



i'll get you the address tomorrow!

Sounds good. Hope things are going well in your world sir.

5/28/19, 3:51 AM

right back at y'all!!!

and id like to order 500 stickers 🙂

[REDACTED - PII]



may i possibly pay you via venmo for ease?!

5/30/19, 2:43 PM



hi friends! i just wanted to circle back around!! ❤️

Oh snap. I didnt respond. Im sorry. Were completely good. Weve already started the print on these guys. Should have them out tomorrow.

Beem in jury duty all week but my rockstar wife is handling the bizznass.



6/4/19, 4:11 PM

Dude!! Thank you for everything. You're social media push definitely effects our small little stickershop.

We couldnt be more greatful. Our main business is @seriouslystickers

If you really want to pay ill send an invoice. But i feel extremely grateful.

6/13/19, 9:06 AM

WYN!!!! I'm sorry if the stickers didnt make it before the last hike. I saw they were out for delivery about the same time you guys were out and about.

they made it!!!!!!!

i handed SO many out yesteday!!!!



you're s gem!

Hellz yes.

That's excellent.

I was worried.

also invoice me plz



😉

7/18/19, 7:18 PM


TACO SLAYERS

thetacoslayers




7/20/19, 3:15 PM

Unsupported message
View this message on the Instagram app

8/6/19, 8:35 AM

What the fuck is wrong with people? Sorry you have to go through this stuff, brother.

9/11/19, 11:22 AM

Fuck yeah pattie! Get them tacos!!

9/30/19, 11:24 PM

friends hi!!!!!

could i please place another order of stickers??

i finally ran out of this load

and please tell me how much it would be for 500!



and if we could get them by this saturday or sunday rush shipped that would be a dream but i also realize likely completely unrealistic. lol so just let me know what is doable and just know I APPRECIATE YALL SO MUCH

10/1/19, 7:02 AM



OMG MAGIC

Good morning wyn!! I can definitely get them shot off to you so you get them this weekend. I would have to charge this time around but I can give you 35% off and free shipping.

[redacted]

That's shipped and I can have them finished up and sent off today.

No I appreciate you so much!! That alex honnold moment blew my mind. I'm a huge fan lol. I take sticker alex honnold with me everywhere.

Where do you want them shipped too?

10/1/19, 2:07 PM

Hey wyn. Where should we send too?

omg hi pals!!!!

140 is golden

i am so damn thankful

[REDACTED - PII]

dayna turn boom is the name!

that's my assistants named!

and thank you SO damn much again for this! and i gave alex a pattie sticker!

so he has one now on his can!



van*

Stuffs getting really real wyn!. It so awesome watching pattie grow and all the activism you're doing is so freaking cool. Great job Wyn.

Where can we email the invoice too?

thank you seriously so damn much

that means the world

it's been a damn year

also

pattiegonia@gmail.com

also

i cannot wait to meet y'all some day in person

also also

thank you again

so much

lastly, thank you again



lol

Next time you come down to southern California we'd definitely like to get together. We know you're busy, so when it happens it happens.

Well get these sent off. Thanks again. My wife and i couldn't be more stoked to be printing these for you.

10/2/19, 8:52 AM

Thanks again for everything. We sent that invoice over. Will be from our paypal: mattoxdesigns

Not tacoslayers, lol

OMG AMAZING



fuck yes

10/4/19, 7:01 PM

hi y'all! did you send over the invoice yet?!



and do you have a tracking number on the stickers?! just wanna tell my assistant when to expect them! thank you SO much again

Hey Wyn. We sent the invoice over a couple days ago. The tracking info earlier said they were out for delivery.

I'll email it over to you.b

Says delivered.

Use Latest App
Use the latest version of the Instagram app to see this type of message.

10/4/19, 9:55 PM

most beautiful!!!!



thank you! just found it and paid it!!!

10/5/19, 6:41 AM

Excellent!! Have a blast this weekend and thanks for all you do brother.

10/7/19, 10:51 AM



got the stickers! thank you so much!!!!

Killlllerrrrrr!!

11/6/19, 6:13 AM

Str8 Male allies reporting for duty ma'am.

11/21/19, 8:49 PM

Wyn!!! We're so proud of you. Great job with the rei project.

1/16/20, 5:17 PM



Hey friends! Dayna from team pattie here. We would love to snag a few stickers from y'all! Would you be able to send over 300 pattie stickers by Thursday this next week??

Address will be:
[REDACTED - PII]

Let us know the total and Wyn will Venmo y'all! What is your Venmo name?

Yoooooooooo Dayna! Team Pattie! We can definitely make that happen.

I'll send over that information as soon as I get back.



You are incredible!!! Thank you seriously so much.



One last thing, address is:
[REDACTED - PII]

Definitely forgot apartment number 🙃 THANK YOU!! ❤️

1/21/20, 7:45 AM

Hey guys stickers are shipping off. This first 2020 order is on us. Thank you all for all you do.

1/22/20, 7:06 PM



You are incredible!!! Thank you so much! Do you know what the estimated arrival date is?

1/31/20, 4:21 PM


TACO SLAYERS

thetacoslayers




2/1/20, 12:38 AM



FUCKING LOVE YALL


TACO SLAYERS

thetacoslayers




2/1/20, 12:21 PM

We're scheduling you in for a taco session when you make it to southern california again.

2/5/20, 2:20 PM

We get asked ALLLLL the time for these. "Gotta hike with pattie!"


TACO SLAYERS

thetacoslayers




2/11/20, 4:06 PM

Hey wyn!! We would love to join you for 1 of your southern california hikes. Maybe we can giveaway a small "pattie" sticker pack for everyone attending? If you're interested

2/16/20, 12:26 PM


TACO SLAYERS

thetacoslayers




2/16/20, 2:33 PM



❤️❤️❤️❤️❤️❤️

2/28/20, 6:16 AM

my friends HELLO!

i would love to order 400 new stickers!!

could we ship them to

Dayna Turnblom
[REDACTED - PII]
United States



thank you so so much! and i can venmo you for them? is that best?!

Good morning team pattie. No problem.

3/2/20, 11:39 AM

Good morning Team Pattie!!!. These stickers are shipping off today to the UT 84010 address.

After the discount and free shipping your total is $112 for 400 patties.

Our venmo info is:

Use Latest App

Use the latest version of the Instagram app to see this type of message.

Or [REDACTED - PII]

Or 9092421556

All the Same account.

3/17/20, 5:29 PM



thetacoslayers



So much hate for this one Wyn. Lmao. Jimothy isn't even real. Lol.

I need to work on my humor meets outdoors more.

3/17/20, 6:44 PM

Omg I love u so damn much

Hahahahahaha



YES

Lmao hellz yeah. Stay safe out there.

3/19/20, 8:34 PM


TACO SLAYERS

thetacoslayers




3/22/20, 2:30 PM

Next time you're in california and after this thing blows over.....tacos in the wild with pattie?



thetacoslayers




3/26/20, 7:20 AM

3/26/20, 9:36 AM


TACOSLAYERS

thetacoslayers




4/4/20, 9:42 PM

Unsupported message
View this message on the Instagram app

Unsupported message
View this message on the Instagram app

Unsupported message
View this message on the Instagram app

7/23/20, 8:41 PM

🔥
👏

💯

8/27/20, 4:24 AM

I think its cool to have your own sticker on your own hydration vessel. I think you're a cool dude pattie.

8/27/20, 6:05 AM

ILYSM TACO!!!!!!

mean it



and thank you for the sticker!!!!!!

Hey! I love you too man. Makes me smile everytime I see that sticker.

11/9/20, 9:30 PM

hello my friend

may i place a new order for stickers plz 🙂

500



❤️

Whats shaking Wyn!!

You surely can. We'll get to printing.

i am so so thankful

will you plz ship to pattie gonia[REDACTED - PII]



and tell me the total cost and i will venmo you

Oh man. I'm grateful. Not a problem at all.

and as always

so thankful for u



❤️❤️❤️🌈

Hey now, I'm thankful for you & Pattie.

Hey Wyn, Are you sure you want me to charge you?

11/10/20, 1:13 PM



100% it's your work!!!!!

11/16/20, 10:48 AM

Yooooooo Wyn!!! Stickers are on their way out. Thank you again. If I give you a 25% discount and free shipping your total would be $162

They are on their way out. Should be there no later than Wednesday

12/1/20, 4:44 PM

will what up?! any chance we can order 2000-3000 more stickers?!! YOLO

giving them out as a thank you to people who donated to the giving tuesday fundraiser!



also what venmo can i get you paid on?!!

mattoxdesigns@gmail.com - u/n: shannon-domingo

1

yoooo man. I can definitely make that happen. when do you need them by?

1

as soon as we can get em!



when is the soonest but yet not rushed?

Dizzzzamn. Thank you again.

That was quick. I appreciate that.

No problem. End of the week? Thursday would that work.

We offer a larger discount at that rate.

2000 would be $360

most perfect

and ong

anytime next week works

i'll get you a total number needed by friday!

and we can aim to have them mailed by next friday?!



that work?!

You got it. Should I start printing at least 1000 just to have ready or should I just hold off till I get the word?

12/9/20, 10:16 AM

hi will!!!!!

i would love to place an order for 5000 stickers total!

when you get them could you rush ship them to pattie gonia [REDACTED - PII]



let me know how much to venmo you for and thank you so much again!

Hooooly smokes! Yeah queen, i can make that happen.

1



you are literally incredible

I appreciate that thank you.

For 5000 3in x 3in you'd be looking at $900 after the discount free shipping.

12/9/20, 1:58 PM

most beautiful



same venmo as always?

Use Latest App

Use the latest version of the Instagram app to see this type of message.

shannon-domingo

Hey Wyn. This is a pretty big order, i'm beyond grateful for it. Thank you brother.

❤️ 1

Some day, some where, some time I owe you tacos if you're in to that sort of thing 😉

❤️ 1

❤️ 1



should i send to the gmail or the shannon?

The gmail please



amazing

Taco cook off in the wild is on.

and ok so apparently i have hit my max weekly spending limit on venmo

so can you ping me next monday



and i will get you paid?!

I can. Not a problem. we're going to start printing anyways.

12/15/20, 9:27 AM

Hey pattie. Sorry I meant to message you yesterday. This is a little ping 🏓 5000 stickers coming up.

❤️ 1

12/15/20, 12:24 PM

OMG YESSSS

THANK U FOR CHECKING IN!

sent!!!!



let me know you got it!

Pattie!!!

Thanks queen!

We recieved.

Well get these shipped off too san francisco.

1/7/21, 9:48 AM

hello love!

1. you are all paid for the last sticker order yes?!

2. i have a follower who designed a new sticker and i would love if i could send it to you and pay you to print it



are you open to that?!

WYN!!! Good morning. I have no problem with that at all. Send it on over and we can definitely print them out.

❤️ 1

Oh yeah you're definitely paid up on everything.

❤️ 1

Itsrealserious@gmail.com

❤️ 1



I love this so much! I will do this later today!

2/24/21, 11:01 AM

I love this photo soo much!

4/26/21, 12:34 PM

hi love!!!!

can we order 1000 OG pattie stickers pretty please

to be shipped to

Jenny Dugan
[REDACTED - PII]



we had soooo many people pick up litter for earth week/day so we are sending out stickers to everyone who helped and we need 1000 more!

Pattie!!! Not a problem we can definitely make that happen.

I loved the video. Congrats on getting so many people motivated. 👏

5/5/21, 11:53 AM

Hey queen!!! Stickers are on the way to Jenny.

12/5/21, 4:51 PM

HELLO MY LOVE!

you guessed it

we need more patricia stickers



15,000 more



we had 15,000 people donate to our giving tuesday fundraiser!!! 😭😭😭

for an order of that size i'm wondering if you could possibly access a price cut from your printer?

not at all expecting you to lose profit- just wondering if there might be a less expensive printer?! much love - pattie

Hey wyn, give me a call if you can. 9092421556.

We've been following the progress of your fundraising. Totally floored.

We are the printers. My wife and I run our little sticker shop from home. That would be hands down the biggest single order we've ever taken.

I would be extremely grateful for the business.

For 15,000 3in x 3in stickers you'd be looking.[redacted]

You could reduce the size a little to 2.5in x2.5in and it would be about 1,900.

12/5/21, 7:45 PM

0:04

0:25

0:43

0:54

0:57



0:34

12/6/21, 11:35 AM

Hey Wyn! All good. I totally understand. I'd definitely be down to handle spitfire stickers as well. Would love to make that happen. I'll work with you all as much as i possible can.

❤️ 1

12/13/21, 11:28 AM

hi friend!!!!

i just got back from some much needed time off! thank you so much for replying

i am so excited you'd be open to printing spitfire july's design!

i will connect you all via email with my partnerships manager jenny via our pattie email and we can work out everything in email

again i just want to say thank you for being willing to print the stickers and offering such a discount.



right now we have 7000 people requesting stickers so it would be a total of 21k stickers - 2 pattie stickers and 1 boot sticker each



we will do one more push to get peoples addresses and I'm wondering if it would be best to wait to print until we have everyone all rounded up together or if we can go ahead and print stickers for the 7001st people and place an order for 1500 stickers or whatever else it might be later. What is best for you all!?

Wyn!!! Welcome back.. alright,, so I can hold the price point for you at the higher amount and you can order them as you need them if that will work.

❤️ 1



that is wonderful. For real whatever values you are the most I really appreciate and the last thing I wanna do is you as you are I still want you to make a profit off of this

1000 or 5000 or 7000. Doesn't matter.

❤️ 1

We're super grateful for the supporting our small business. When I made that logo for you years ago we would never have been able to take on an order like this.

❤️ 1




1

Definitely don't mind the discount.

literally love u both so fucking much

underdogs 4 life



u will always print my stickers

1

I appreciate that. Also, Alison's sticker will be significantly cheaper. Because of the size.

1



love love love love

1/3/22, 8:16 AM

Good morning wyn! We're finishing up the last of the stickers today and should have them in the mail tomorrow.

1/5/22, 2:55 PM

Goooood afternoon Wyn. The 21000 pattie stickers went out in 2 boxes yesterday. Shipping info was emailed off. The Smaller decals are taking a little bit longer to cut out than i expected but I hope to get them out tomorrow at the latest.

1/5/22, 5:45 PM

THANK U SO SO SO SO SO MUCH LOVE



YOU ALL ARE THE DAMN BEST

3/3/22, 8:05 AM



thetacoslayers




10/4/22, 9:19 AM

You replied to their story

That is great advice!

3/3/23, 11:01 AM

You replied to their story

Squad goals!

6/6/23, 4:18 PM

You mentioned @pattiegonia in your story

❤️ 1

6/6/23, 7:09 PM



Reacted to your story

😍

6/11/23, 9:02 AM

You mentioned @pattiegonia in your story

This is so fucking cool Wyn!! So fucking stoked for you.

6/23/23, 9:44 AM

You replied to their story

SLAY queen slay!

You mentioned @pattiegonia in your story

6/27/23, 10:24 AM

You replied to their story

NATURE IS TRANS!

7/21/23, 9:21 AM

You mentioned @pattiegonia in your story

9/19/23, 5:23 PM

Reacted to @Pattie Gonia's story

Yeah!!! Thats the photo. That's where it started!! Hell yeah queen!! 🙇‍♀️

9/25/23, 10:42 AM

Reacted to @Pattie Gonia's story

High Heels Baby 👠

❤️ 1

9/25/23, 3:02 PM



i love u!!

❤️ 1

10/23/23, 6:16 PM

Replied to @Pattie Gonia's story

Yeah!!!!

12/19/23, 10:08 AM

https://www.tiktok.com/t/ZT8HAPrwg/

**TikTok · Tommy Siegel Comics**
www.tiktok.com

Totally thought of you here WYN!

❤️ 1



hhahahaah yessss

❤️ 1

Thought you'd like that

2/11/24, 1:52 PM

Replied to @Pattie Gonia's story

Sooo badass!!!!

2/11/24, 3:31 PM



thank you bb!! ❤️❤️❤️

2/21/24, 9:23 AM

Replied to @Pattie Gonia's story

SLAY!!!!!!!!!!

8/4/24, 3:34 PM

Replied to @Pattie Gonia's story

Yes you should.



bb!!! we gotta order more stickers sheets! please email the pattie gmail and say i told you to reach out!

❤️ 1

You got it. Let's do it!!

8/5/24, 4:21 PM

Email sent.

8/12/24, 7:06 PM

Replied to @Pattie Gonia's story

Lmao!!!!!!!!!!

9/13/24, 12:35 PM

Replied to @Pattie Gonia's story

Fucking Slay!

Jul 1, 2026, 4:45 PM

Hey pattie