# Exhibit 18

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**From:** Seriously Stickers [itsrealserious@gmail.com]
**Sent:** 8/19/2024 6:16:11 PM
**To:** Pattie Gonia [pattiegonia@gmail.com]
**Subject:** Re: New stickers
**Attachments:** PattieGonia Resize samp.jpg

Gooood Morning Team Pattie!
If We drop the overall size of the sheet to 3.75in x 8.4in it will fit in a standard envelope(4x9) perfectly without losing any stickers. Theres also room to add a QR code in without losing anything. The Main pattie sticker reduced to 2.5in which is still a great size.

[redacted]



Will and Shannon
Seriously Stickers

909- 242-1556 | 714-300-5377
Wildomar, CA | hello@seriouslystickers.com

On Mon, Aug 19, 2024 at 9:39 AM Pattie Gonia <pattiegonia@gmail.com> wrote:
Hi! Just checking back :)

On Tue, Aug 13, 2024 at 11:25 AM Pattie Gonia <pattiegonia@gmail.com> wrote:
Great! Let me know how many stickers we might need to drop to make room for QR code etc on the front and to be overall smaller and I can tap Pattie about dropping a couple if needed.

Thank you!

Jenny

On Tue, Aug 13, 2024 at 10:37 AM Seriously Stickers <itsrealserious@gmail.com> wrote:
Gooood Morning JEnnY! Absolutely we can make these changes. I agree, I felt the other was a bit too big and I can give you some options. Unfortunately I don't have the capabilities of printing on the back…(yet) we can make a little bit of space on the front. Let me work up some size options with price breakdowns.

Thanks for trusting us with your sticker needs!

Exhibit
Mattox 10
10/28/2026



**Will and Shannon**
Seriously Stickers

909- 242-1556 | 714-300-5377
Wildomar, CA | hello@seriouslystickers.com

On Mon, Aug 12, 2024 at 7:48 PM Pattie Gonia <pattiegonia@gmail.com> wrote:

Hi! Yes we need stickers!
We'd like to get sticker sheets printed to hand out at events like our drag shows and concert tour this fall.
Couple changes from the last printing:
1) is it possible to print a QR code and some text on the back? We are thinking the QR code will link to our venmo and the text will say scan here to venmo tips to Pattie & cast & make a donation to a local org or something like that.
2) sizing. That last sheet was so big. It doesnt fit in a standard envelope and just seems unwieldy to put in a pocket at a show . . . .wondering if we can shrink it a little or keep it the same but cut it in half with QR code and text on the back of each half? Or maybe just remove a few stickers so we can truly downsize it?
3) Would love some pricing estimates around these various options along with volume based discount break points. I really am not sure what we need to order yet. In total there will be . . . .~10,000 people at the shows but I kind of want to test it out at some shows coming up in late Sep. before we greenlight a full order for the tour that starts Oct. 10. Sep. shows we'd need about 1,000.

Thank you!

Jenny

On Mon, Aug 5, 2024 at 10:37 AM Seriously Stickers <itsrealserious@gmail.com> wrote:

Good morning!!

Wyn asked us to email about ordering new stickers. Let us know how we can help and what you're looking for.

Talk soon!
Shannon
Sent from my iPhone

**3.75in Wide**

**8.4in Tall**

**QR Code is .625in Tall and Scans Perfectly**




seriously stickers.com

**sample**

**Order# :**