# EXHIBIT 19

**From:** Seriously Stickers [hello@seriouslystickers.com]
**Sent:** 12/23/2025 7:01:25 PM
**To:** pattiegonia@gmail.com
**Subject:** Invoice From: Seriously Stickers

INVOICE #D330

# Complete your purchase

Complete your purchase

or Visit our store

Download PDF Draft Invoice

## Order summary

**2200- Pattie Gonia Sticker sheets- 8.25x3.65-NEW UPDATED 2025DESIGN × 1** **$1,716.00**

**Exhibit Mattox 12**
10/28/2026

| | |
|---|---|
| Subtotal | **$1,716.00** |
| Shipping | **$0.00** |
| Estimated taxes | **$0.00** |
| Total | **$1,716.00 USD** |

## Customer information

Billing address
Waring Wiley
1137 Northwest Federal Street
Bend OR 97701
United States

Shipping method
DROP OFF REDLANDS PRESORT
$0.00

If you have any questions, reply to this email or contact us at hello@seriouslystickers.com

**From**: Seriously Stickers [hello@seriouslystickers.com]
**Sent**: 12/10/2025 9:58:30 PM
**To**: pattiegonia@gmail.com
**Subject**: Invoice From: Seriously Stickers

INVOICE #D326

# Complete your purchase

Complete your purchase

or Visit our store

Download PDF Draft Invoice

## Order summary

| | |
|---|---|
| **15,500 Pattie Gonia Sticker sheets- 8.25x3.65-NEW UPDATED 2025DESIGN × 1** | **$12,169.00** |

| | |
|---|---|
| Subtotal | **$12,169.00** |
| Shipping | **$0.00** |
| Estimated taxes | **$0.00** |
| Total | **$12,169.00 USD** |

## Customer information

| Shipping address | Billing address |
|---|---|
| Carmela Hammond | Carmela Hammond |
| Direct Mail Center | Direct Mail Center |
| 1099 Mariposa Street | 1099 Mariposa Street |
| San Francisco CA 94107 | San Francisco CA 94107 |
| United States | United States |

If you have any questions, reply to this email or contact us at hello@seriouslystickers.com

**From**: Seriously Stickers [hello@seriouslystickers.com]
**Sent**: 6/10/2025 1:11:32 AM
**To**: pattiegonia@gmail.com
**Subject**: Invoice From: Seriously Stickers

seriously stickers.com

INVOICE #D257

# Complete your purchase

Complete your purchase

or Visit our store

Download PDF Draft Invoice

## Order summary

| | |
|---|---|
| **2000-3x3- Round Original Pattie Logo-Gloss Lamination × 1** | **$410.00** |
| Subtotal | **$410.00** |

| | |
|---|---|
| Shipping | $0.00 |
| Estimated taxes | $0.00 |
| Total | **$410.00 USD** |

## Customer information

| Shipping address | Billing address |
|---|---|
| jennifer dugan | jennifer dugan |
| 1458 10th Ave | 1458 10th Ave |
| San Francisco CA 94122 | San Francisco CA 94122 |
| United States | United States |

If you have any questions, reply to this email or contact us at hello@seriouslystickers.com

**From**: Pattie Gonia [pattiegonia@gmail.com]
**Sent**: 3/28/2025 11:56:07 PM
**To**: wyn wiley [pattiegoniapayables@gmail.com]
**Subject**: Fwd: Invoice From: Seriously Stickers

merch design and production

---------- Forwarded message ---------
From: **Seriously Stickers** <hello@seriouslystickers.com>
Date: Thu, Mar 20, 2025 at 1:32 PM
Subject: Invoice From: Seriously Stickers
To: <pattiegonia@gmail.com>

INVOICE #D219

Complete your purchase

Complete your purchase

or Visit our store

Download PDF Draft Invoice

## Order summary

| | |
|---|---|
| **100-Custom sticker sheets 8.25"x 3.6"** × 1 | **$205.00** |
| **6 Hours Design Time** × 6 | **$300.00** |
| Subtotal | **$505.00** |
| Shipping | **$0.00** |
| Estimated taxes | **$0.00** |
| Total | **$505.00 USD** |

## Customer information

| Shipping address | Billing address |
|---|---|
| AttnL Paresh Vadnagara | waring wiley |
| INLAND PRESORT & MAILING | 1137 Northwest Federal Street |
| SERVICES | Bend OR 97703 |
| 2025 W Park Ave ste 7 | United States |

Redlands CA 92373

United States

---

If you have any questions, reply to this email or contact us at hello@seriouslystickers.com

**From**: Seriously Stickers [hello@seriouslystickers.com]
**Sent**: 1/13/2025 3:55:27 PM
**To**: pattiegonia@gmail.com
**Subject**: Invoice From: Seriously Stickers

INVOICE #D203

# Complete your purchase

Complete your purchase

or Visit our store

Download PDF Draft Invoice

## Order summary

| | |
|---|---|
| **4500- 8.25"x3.6"- 8 Kiss Cut stickers-Gloss Lamination × 125** | **$101.25** |
| Subtotal | **$101.25** |

| | |
|---|---|
| Shipping | **$0.00** |
| Estimated taxes | **$0.00** |
| Total | **$101.25 USD** |

## Customer information

| Shipping address | Billing address |
|---|---|
| jennifer dugan | waring wiley |
| 1458 10th Ave | 1137 Northwest Federal Street |
| San Francisco CA 94122 | Bend OR 97703 |
| United States | United States |

If you have any questions, reply to this email or contact us at hello@seriouslystickers.com

**From**: Pattie Gonia [pattiegonia@gmail.com]
**Sent**: 12/17/2024 2:22:35 PM
**To**: wyn wiley [pattiegoniapayables@gmail.com]
**Subject**: Fwd: Invoice From: Seriously Stickers

project: giving tuesday

---------- Forwarded message ---------
From: **Seriously Stickers** <hello@seriouslystickers.com>
Date: Mon, Dec 16, 2024 at 6:00 PM
Subject: Invoice From: Seriously Stickers
To: <pattiegonia@gmail.com>

seriously stickers.com

INVOICE #D198

Complete your purchase

Complete your purchase

or Visit our store

Download PDF Draft Invoice

## Order summary

| | |
|---|---|
| **4500- 8.25"x3.6"- 8 Kiss Cut stickers-Gloss Lamination × 4500** | $3,645.00 |

| | |
|---|---|
| Subtotal | $3,645.00 |
| Shipping | $0.00 |
| Estimated taxes | $0.00 |
| Total | **$3,645.00 USD** |

## Customer information

| Shipping address | Billing address |
|---|---|
| Wyn Wiley | Wyn Wiley |
| 1137 Northwest Federal Street | 1137 Northwest Federal Street |
| Bend OR 97703 | Bend OR 97701 |
| United States | United States |

If you have any questions, reply to this email or contact us at hello@seriouslystickers.com

**From**: Seriously Stickers [hello@seriouslystickers.com]
**Sent**: 9/4/2024 2:22:14 AM
**To**: pattiegonia@gmail.com
**Subject**: Invoice From: Seriously Stickers

# Seriously Stickers

INVOICE #D181

## Complete your purchase

Complete your purchase

or Visit our store

Download PDF Draft Invoice

## Order summary

| | |
|---|---|
| **5000- Custom Sticker sheets- New layout with added QR code × 5000** | **$4,050.00** |
| Subtotal | **$4,050.00** |
| Shipping | **$0.00** |
| Estimated taxes | **$0.00** |
| Total | **$4,050.00 USD** |

## Customer information

| Shipping address | Billing address |
| --- | --- |
| Wyn Wiley | Wyn Wiley |
| 1137 Northwest Federal Street | 1137 NW Federal St |
| Bend OR 97701 | Bend OR 97703 |
| United States | United States |

If you have any questions, reply to this email or contact us at hello@seriouslystickers.com

**From:** Seriously Stickers [hello@seriouslystickers.com]
**Sent:** 12/15/2023 10:33:23 PM
**To:** pattiegonia@gmail.com
**Subject:** Invoice From: Seriously Stickers

# Seriously Stickers

INVOICE #D146

## Complete your purchase

Complete your purchase

or Visit our store

Download PDF Draft Invoice

## Order summary

| | |
|---|---|
| **Pattie Gonia Sticker Sheet- 4.125inx9.5in- 9 kiss cut stickers × 8400** | **$9,408.00** |
| Subtotal | **$9,408.00** |
| Shipping | **$0.00** |
| Estimated taxes | **$0.00** |
| Total | **$9,408.00 USD** |

## Customer information

| Shipping address | Billing address |
| --- | --- |
| Carmela Hammond | Carmela Hammond |
| Direct Mail Center | Direct Mail Center |
| 1099 Mariposa Street | 1099 Mariposa Street |
| San Francisco CA 94107 | San Francisco CA 94107 |
| United States | United States |

Shipping method

Free Shipping

$0.00

If you have any questions, reply to this email or contact us at hello@seriouslystickers.com

**From**: Seriously Stickers [hello@seriouslystickers.com]
**Sent**: 1/6/2023 9:50:47 PM
**To**: pattiegonia@gmail.com
**Subject**: Invoice From: Seriously Stickers

# Seriously Stickers

INVOICE #D103

## Complete your purchase

Complete your purchase

or Visit our store

Download PDF Draft Invoice

## Order summary

| | |
|---|---|
| **350- Custom Sticker Sheets- 3.1"x7.66"- 6 stickers on sheet- Kiss Cut- Gloss Lamination × 1** | **$229.00** |

| | |
|---|---|
| Subtotal | **$229.00** |
| Shipping | **$0.00** |
| Estimated taxes | **$0.00** |
| Total | **$229.00 USD** |

## Customer information

| Shipping address | Billing address |
|---|---|
| Waring Wiley | Waring Wiley |
| 1137 NW Federal St | 1137 Northwest Federal Street |
| Bend OR 97703 | Bend OR 97701 |
| United States | United States |

If you have any questions, reply to this email or contact us at hello@seriouslystickers.com

**From:** Seriously Stickers [hello@seriouslystickers.com]
**Sent:** 12/17/2022 12:16:03 AM
**To:** pattiegonia@gmail.com
**Subject:** Invoice From: Seriously Stickers

# Seriously Stickers

INVOICE #D97

## Complete your purchase

Complete your purchase

or Visit our store

Download PDF Draft Invoice

## Order summary

| | |
|---|---|
| **1600- Custom Sticker Sheets- 3.1"x7.66"- 6 stickers on sheet- Kiss Cut- Gloss Lamination × 1** | **$1,043.20** |
| Subtotal | **$1,043.20** |
| Shipping | **$0.00** |
| Estimated taxes | **$0.00** |
| Total | **$1,043.20 USD** |

## Customer information

| Shipping address | Billing address |
| --- | --- |
| jennifer dugan | Waring Wiley |
| 1458 10th Avenue | 1137 Northwest Federal Street |
| San Francisco CA 94122 | Bend OR 97701 |
| United States | United States |

If you have any questions, reply to this email or contact us at hello@seriouslystickers.com

**From:** Seriously Stickers [itsrealserious@gmail.com]
**Sent:** 11/21/2022 10:06:27 PM
**To:** pattiegonia@gmail.com
**Subject:** Invoice From: Seriously Stickers

# Seriously Stickers

INVOICE #D89

## Complete your purchase

Complete your purchase

or Visit our store

Download PDF Draft Invoice

## Order summary

| | |
|---|---|
| **5,000 Custom Sticker Sheets- 3.1"x7.66"- 6 stickers on sheet- Kiss Cut- Gloss Lamination × 1** | **$3,260.00** |
| **Design TIme × 1** | **$120.00** |
| Subtotal | **$3,380.00** |
| Shipping | **$0.00** |
| Estimated taxes | **$0.00** |
| Total | **$3,380.00 USD** |

## Customer information

Shipping address
jennifer dugan
1458 10th Avenue
San Francisco CA 94122
United States

Billing address
jennifer dugan
1458 10th Avenue
San Francisco CA 94122
United States

Shipping method
Free shipping
$0.00

If you have any questions, reply to this email or contact us at itsrealserious@gmail.com