# Exhibit 20

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**From:** Pattie Gonia [pattiegonia@gmail.com]
**Sent:** 6/19/2026 6:38:16 PM
**To:** Seriously Stickers [hello@seriouslystickers.com]
**Subject:** Re: FUCK YEAHHHHHHH

amazing thank you so much Shannon. We will work together. Invoice paid ASAP and thank you for shipping them off for guaranteed delivery for a couple hundred by the 22nd. That would be super helpful for us.

On Fri, Jun 19, 2026 at 10:51 AM Seriously Stickers <hello@seriouslystickers.com> wrote:
Hi guys!!

Finishing up a few hundred to ship off tomorrow. I'll have them there by the 22nd

Invoice has been sent over.

Please let me know if you have any questions

Thank you,
Shannon

Sent from my iPhone

On Jun 11, 2026, at 11:59 AM, Pattie Gonia <pattiegonia@gmail.com> wrote:

Hi Jenny chiming in. I do not think we need to overnight ship them all when they are done, just a few hundred, the rest can come after. Would be great to have a few hundred by June 22nd but then we dont have another event for quite a while.

Thank you,

Jenny

On Thu, Jun 11, 2026 at 2:48 PM Pattie Gonia <pattiegonia@gmail.com> wrote:
Approved! Let's get em started! Excited! Let us know an estimated date for delivery. We'd love to pay for overnight shipping and a rush fee on these to get em made asap!

Thank you!

On Thu, Jun 11, 2026 at 2:18 PM Seriously Stickers <hello@seriouslystickers.com> wrote:
How does this one look?

On Wed, Jun 10, 2026 at 2:42 PM Pattie Gonia <pattiegonia@gmail.com> wrote:
To clarify further, would like the OG boot, not the newer dark sprarkly one.

On Wed, Jun 10, 2026 at 2:06 PM Pattie Gonia <pattiegonia@gmail.com> wrote:
Hi! Jenny here. Question:

Exhibit
Mattox 13
10/28/2026

If you moved Feral to the left and turned Freak a quarter turn to the left and moved it down, would there be room to put in a boot sticker horizontally above it our would that require shrinking the Feral and Freak stickers?

On Wed, Jun 10, 2026 at 1:24 PM Seriously Stickers <hello@seriouslystickers.com> wrote:
How does this sample look?

On Fri, Jun 5, 2026 at 12:05 PM Pattie Gonia <pattiegonia@gmail.com> wrote:
Perfect lets please do 2000 please.

Let's print as soon as your schedule allows changing to remove the mountain range sticker and update "facism" to "fascism" on the other sticker. Please et us know when you have a proof to review with a black background and what the next steps are.

Shipping address will be:

Pattie Gonia
[REDACTED - PII]

Thank you
Jenny

On Fri, Jun 5, 2026 at 11:58 AM Seriously Stickers <hello@seriouslystickers.com> wrote:
If we dropped the size to 3in x 7in you'd be looking at..

[redacted]

On Wed, Jun 3, 2026 at 12:45 PM Pattie Gonia <pattiegonia@gmail.com> wrote:
Lets go for 3/4 as large and not replace the old Pattie Gonia sticker with anything. Please do send us updated pricing for the different quantities!

Thank you!

On Wed, Jun 3, 2026 at 3:28 PM Seriously Stickers <hello@seriouslystickers.com> wrote:
Absolutely we could make a smaller sheet and the smaller we go the cheaper they will get. I think the sheet it pretty big right now, how small would you like it to be?

Will & Shannon
Seriously Stickers

On Tue, Jun 2, 2026, 5:42 PM Pattie Gonia <pattiegonia@gmail.com> wrote:

Could just make the sheet smaller, bring the cost down a bit? Pattie might want to add something but just curious.

Jenny

On Tue, Jun 2, 2026 at 1:05 PM Seriously Stickers <hello@seriouslystickers.com> wrote:
What should we do as a replacement for that one sticker?

On Tue, Jun 2, 2026 at 1:04 PM Seriously Stickers <hello@seriouslystickers.com> wrote:
Gooooood Afternoon team. Hope you guys are doing well!

Here are some prices for a few different quantities.

[redacted]

On Tue, Jun 2, 2026 at 8:43 AM Pattie Gonia <pattiegonia@gmail.com> wrote:
Double emailing to ask for pricing at different levels as we might want to order more than 2000 actually! Thank you!

On Tue, Jun 2, 2026 at 11:37 AM Pattie Gonia <pattiegonia@gmail.com> wrote:
Hi team,

Can we please place an order for 2000 new sticker sheets with 1. no mountain range sticker 2. fascism spelled correctly 3. have a black background and all other stickers we had on the last release? We would love these to hand out at meet and greets for upcoming shows. Let us know when would be the earliest you could get this into production and we could expect to receive them to Pattie in Bend.

Thank you!
Jenny

On Tue, Feb 3, 2026 at 5:43 PM Pattie Gonia <pattiegonia@gmail.com> wrote:
it did!!!!!! we did that!

On Tue, Feb 3, 2026 at 2:18 PM Seriously Stickers <itsrealserious@gmail.com> wrote:
You got it. We'll have to come up with a new design for next time. It had a good 8 year run!

Will & Shannon
Seriously Stickers

On Tue, Feb 3, 2026, 7:27 AM Pattie Gonia <pattiegonia@gmail.com> wrote:
hi loves! pattie here personally!

1. thank you SO much for all the love and all the printing! STOKED!

2. let's please remove the pattie gonia sticker stylized in patagonia brand font from any future prints

3. let's keep running the other stickers for future drops but let's make sure fascism is spelled correctly! we spelled it "facism"! no one caught it! no worries just a note for next time!

xx
Pattie

On Wed, Dec 10, 2025 at 1:37 PM Pattie Gonia <pattiegonia@gmail.com> wrote:

That sounds great, I am sure Monday would also be fine but I can tell them Friday if that is your preference. Good to start printing regardless.

Thank you!

Jenny

On Wed, Dec 10, 2025 at 12:27 PM Seriously Stickers <itsrealserious@gmail.com> wrote:

Goooood Morning Team! Super massive congratulations on hitting your goal and then some!

For 15,500 sticker sheets you'd be looking at $12,169 and we could have them dropped off at Inland Presort on January 14th. Would that work?

Will & Shannon
Seriously Stickers

On Tue, Dec 9, 2025 at 7:36 PM Pattie Gonia <pattiegonia@gmail.com> wrote:

Hi! Ok - as of now we have addresses for 15,179 but people seem to be actively signing up so I would like to place an order for 15,500.
I have not checked in with your mail fulfillment friends but will do that next - assuming they are available we'd love to have them delivered there (Inland, right?)
Can you let me know what the price per item is at this volume and what the turnaround time is?

Thank you,

Jenny

On Thu, Dec 4, 2025 at 9:38 AM Pattie Gonia <pattiegonia@gmail.com> wrote:

I know - excited and afraid to check the sticker sign up list! 12K people have donated! If you dont mind, I could use the reminder Monday to submit an order to you! -Jenny

On Wed, Dec 3, 2025 at 7:45 PM Seriously Stickers <itsrealserious@gmail.com> wrote:

Just want to say FUCK YEAH, WYN! We're following the journey and so pumped for you, the team, the organisations. Hope that IT band feels better and enjoy the night!

xoxo, Shannon & Will!



**Will and Shannon**
Seriously Stickers

909- 242-1556 | 714-300-5377

Wildomar, CA | hello@seriouslystickers.com

**From:** Seriously Stickers [itsrealserious@gmail.com]
**Sent:** 11/20/2024 6:10:48 PM
**To:** Pattie Gonia [pattiegonia@gmail.com]
**Subject:** Re: New sticker designs for this year's fundraiser!

Ill be working on designs today, and once you guys think they're good to go I can have them in the mail by tomorrow.



Will and Shannon
Seriously Stickers

909- 242-1556 | 714-300-5377
Wildomar, CA | hello@seriouslystickers.com

On Tue, Nov 19, 2024 at 3:16 PM Pattie Gonia <pattiegonia@gmail.com> wrote:

Thank you so much! Do you know when we could see sample designs by and earliest we might be able to get a small batch of these?

thank you!

On Tue, Nov 19, 2024 at 5:45 PM Seriously Stickers <itsrealserious@gmail.com> wrote:

I'll come with some samples for you.

On Tue, Nov 19, 2024, 11:01 AM Pattie Gonia <pattiegonia@gmail.com> wrote:

Here are the two shirt designs, I think they are in B&W right now but we'd like each to be a different earth tone color, any suggestions?

https://drive.google.com/file/d/1FVaSc1ehAagD0gwCLWji77ZxTMBPy-Xl/view
https://drive.google.com/file/d/1sy_tsVVEWe25W4At98AlIHo2BK652yKQ/view

Thank you,

Jenny

On Mon, Nov 18, 2024 at 2:09 PM Seriously Stickers <itsrealserious@gmail.com> wrote:

Gooooood Afternoon Team Pattie!!! Absolutely, would love to roll the design sleeves up and bust these design out! Is the Patti Gonia Hiking Club design the one you did for the shirts, because I really like that one. Ill work up some samples.



Will and Shannon
Seriously Stickers

909- 242-1556 | 714-300-5377
Wildomar, CA | hello@seriouslystickers.com

**Exhibit**
**Mattox 14**
10/28/2026

On Mon, Nov 18, 2024 at 11:38 AM Pattie Gonia <pattiegonia@gmail.com> wrote:

Hi team!

Pattie here! Reaching out because we're doing our annual fundraiser for Giving Tuesday and

1. We need new stickers printed
2. We would like to keep some legacy designs but also throw in new designs to make this year's sticker pack new!

Do you have capacity for some graphic design work?

Here is what we are thinking if so

Keep:

- Patie Gonia (Patagonia knock off logo)
- Hydrate or Die Straight
- If you feel dead inside get the fuck outside

Take out:

- Even baddies get saddies
- I poop on racists
- Boot
- No planet no pride

Add (designed already): (will get you by end of week)

- Pattie Gonia Hiking Club (abelow)
- Nature is gay (attached below)

Add (to be designed hopefully by you)

- Queer people existing does nothing negative to your life you crybaby bitch

○ in a few different font options so i can pick my fav but thinking a simple font in white on a dark maroon or green color background.

- Shit sucks touch rocks (climbing rope dress photo attached below)

○ the text saying above laid around the edge of the cut out of me in the image below

Let me know what might be possible and so stoked to do this with you all again!

Thank you for everything!!
Pattie