# Exhibit 23

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**From:** Devendra Chudasama [dchudasama@inlandpresort.com]
**Sent:** 12/21/2024 1:42:01 AM
**To:** Pattie Gonia [pattiegonia@gmail.com]
**Subject:** Re: new order inquiry - referral from seriously stickers

Hi Jenny,

Here is the quote for the mailing we discussed earlier today.

Envelopes w/ logo
Print Addresses
Print Notes / Cut
Insert (Label / Note)
Sort / Mail
Postage

[redacted] approx. cost

There will be an additional postage for international letters, as it may vary by country.

The envelopes will be plain white with the logo and return address in green color.

If you've any questions, please let me know.

Thank you and have safe and happy holidays.

Deven

On Friday, December 20, 2024 at 10:48:49 AM PST, Pattie Gonia <pattiegonia@gmail.com> wrote:

Thank you for the call today. Here is a link to the return logo image in google slides.
Sizing: For Envelope size #10: 4 1/8 x 9 1/2: The logo is pretty square, I think I'd like it to be about 2 inches tall x wide so no one misses it.

I am also linking to the address file as I understand that may take some formatting on your end and/or questions.

Thank you!

Jenny
415-710-3537

On Fri, Dec 20, 2024 at 8:36 AM Devendra Chudasama <dchudasama@inlandpresort.com> wrote:

Good morning Jenny,

Please call me when you're available, if I don't answer, please leave a voicemail and I'll call you back.

Thank you.

Deven

Sent from Yahoo Mail for iPhone

On Friday, December 20, 2024, 8:31 AM, Pattie Gonia <pattiegonia@gmail.com> wrote:

Hi, Jenny here. Is there a time this morning that is good for you?

On Thu, Dec 19, 2024 at 6:46 PM Devendra Chudasama <dchudasama@inlandpresort.com> wrote:

Hi Jenny,

I apologize for the late reply, as I was out almost all day today.

If you have time, please call me on my cell (909) 389-8453, so we can discuss this, and I can email you an approx. cost.

Thank you.

Deven

On Thursday, December 19, 2024 at 02:25:50 PM PST, Pattie Gonia <pattiegonia@gmail.com> wrote:

Hi again, I think the stickers will be finished printing early next week so wanted to check back on this as I need to give them a mailing address so need to make a decision on fulfillment for this year & I know you are out next week as well. Is it possible send a quote over to me today or tomorrow morning?

Thank you,

Jenny

On Tue, Dec 17, 2024 at 5:04 AM Pattie Gonia <pattiegonia@gmail.com> wrote:

The stickers are all on one sheet, no folding needed. I am attaching an image below.
Then for the little note on 1/6 of a page that just needs to be printed 6 to a page, cut, and inserted with the sticker sheets.
I am traveling again so I cannot send you a copy of the prior year envelopes but it basically just looked like the return and mailing addresses had been typed onto the envelope, super basic, so it could have easily been mistaken for junk mail. I think having that logo in the return will really catch people's attention since they should be looking for these.




On Mon, Dec 16, 2024 at 6:17 PM Devendra Chudasama <dchudasama@inlandpresort.com> wrote:

Hi Jenny,

I'm going to print your logo and return address on a #10 plain white envelope, and print the recipients' addresses and mail them. The part I'm trying to understand is that do we need to fold the label sheet for it to be inserted into the envelope? Would you be able to email me a copy of the label sheet and the envelope?

Thank you.

Deven

On Monday, December 16, 2024 at 02:29:41 PM PST, Pattie Gonia <pattiegonia@gmail.com> wrote:

Hi! For the envelopes - are you thinking to source dark mossy green or print in dark mossy green? I was thinking pretty basic cheap white envelopes but a colored ink with a return label similar to the merch logo I sent. I am not sure we have time to send stickers before getting the quote and moving on the project but I did find one sticker last night and measured it and the measurements are correct. I am sure we could have them weigh one or I can get someone at my house to weigh one if thats what you need (I am out of town again). And then the 1/6 piece of 9x11 printed, cut and inserted along with the sticker. If it's possible to quote us for the 4300 that would be great.

Thank you!

Jenny
415-710-3537

On Mon, Dec 16, 2024 at 4:02 PM Devendra Chudasama <dchudasama@inlandpresort.com> wrote:

Hi Jenny,

Thank you for the update. Please have Seriously Stickers send me the samples and I'll provide you a quick quote. In the meantime, I'll get a quote on envelopes as well (dark / mossy green).

I'll be out of the office from next Tuesday, returning on Monday January 13. I'll update my team on this project, so they'll know what to expect. So, if possible, I'd like to see the samples before I leave.

If you've any questions, please let me know.

Thank you.

Deven

On Saturday, December 14, 2024 at 02:47:51 PM PST, Pattie Gonia <pattiegonia@gmail.com> wrote:

Hi Devendra! I do not have any of the sticker sheets yet but it is one sheet and meant to fit inside a legal envelope.

- Seriously Stickers helped design them and and is already printing them so we are all set there.
- In the past the mailing fulfillment center has provided the envelopes. Last year they used size #11 but I think we shrank the sticker sheet just a tiny but this year so it either 1) fit better in that or 2) fits down a size. Not sure, waiting on measurement. from Seriously.
- As for addresses, we collect them two weeks before we mail them and people are providing them because they want these stickers so they know they are coming and should be watching for them (when people do not get them we get flooded with emails asking where they are which is why I know that some go missing).
- I can mock up a new return address but it will basically just be the logo (see below) with the PO box, city, state, zip right underneath it. Thinking if we print it ~1-2 inches tall and in a color people will be less likely to assume its junk mail. A dark green or mossy green would be great.
- For class of service the prior provider listed it as "Marketing mail postage"

Thank you!

On Sat, Dec 14, 2024 at 11:15 AM Devendra Chudasama <dchudasama@inlandpresort.com> wrote:

Good morning Jenny,

Thank you for explaining your concerns in details.

Yes, I understand your frustration as some of the stickers go missing or don't get delivered. One of the main issues could be how good those mailing addresses are, as you know people move all the time. I'm not sure if you are mailing these to individuals or businesses. If the addresses are not updated regularly then you may see mail not being delivered. Also, are you mailing these first class or marketing mail?

I'd definitely help you with this and provide you a quote. Is it possible for me to get some samples of the stickers and the envelope, so we know what's involved and understand better?

In the mean time please email me the company logo and the return address. We can pick a one ink color for the envelope, which would be much cheaper than the multi color. So, please let me know.

We can help you with printing and mailing as well, but at same time I don't want Will & Shannon to think that I'm trying to take the business away from them. I hope you understand.

If you have any questions, please let me know.

Thank you.

Deven Chudasama
Inland Presort & Mailing Svcs
2025 W. Park Avenue, Ste 7
Redlands, CA 92373
Ph: (909) 307-1300

Sent from Yahoo Mail for iPhone

On Saturday, December 14, 2024, 10:52 AM, Pattie Gonia <pattiegonia@gmail.com> wrote:

Hi Deven, I was referred to you by Will & Shannon at Seriously Stickers. They are printing up stickers for us and we need 4300 of them individually mailed out.
The stickers sheets are about legal envelope sized (waiting on exact measurements from Seriously).

In past years we have used a mail processor here in San Francisco where I live. They are lovely. However, so many stickers seemed to go missing every year and I could never quite get to the bottom of it. Was the processor missing addresses or not mailing them all? Is the PO at fault? Are our envelopes too nondescript and getting thrown out as junk mail? Hard to tell. Our envelopes in the past were just the very thin, cheap, white envelopes with very simple return address and then mailing address. I am thinking maybe if we had our logo printed onto the envelope or made logo / return address combo people would notice it more so I would like to ask if you can do that and what the cost variance would be.

Would love to know the following cost estimates:
1. cost per piece with sticker sheet + simple type return labeling
2. cost per piece with sticker shee + logo integrated return labeling
3. ability to mail overseas and additional costs per piece (I assume this varies by country but an avg/estimate would be great)
4. TBD - We may want to have you print / cut / insert a second piece of paper - what would the cost per envelope be to have you print those 6 to an 8.5 x 11 page / cut the page into 6 pieces / stuff one of the 6 into each envelope?

Other questions:

- If we get these to you by Dec 20th when can you mail then all out by?
- can you print the address and or return in a color other than black and what would the additional cost piece be?

I am around and working this week, on a plane most of Monday but can email & text, in meetings all day Tuesday but can return email/text, available Wed / Thurs / Fri.

Thank you!

**Jenny Dugan** (she/her)
Executive Producer and Head of Partnerships
Pattie Gonia Productions
415-710-3537

**From**: Pattie Gonia [pattiegonia@gmail.com]
**Sent**: 12/14/2024 10:47:34 PM
**To**: Devendra Chudasama [dchudasama@inlandpresort.com]
**Subject**: Re: new order inquiry - referral from seriously stickers
**Attachments**: image.png; image.png

Hi Devendra! I do not have any of the sticker sheets yet but it is one sheet and meant to fit inside a legal envelope.

- Seriously Stickers helped design them and and is already printing them so we are all set there.
- In the past the mailing fulfillment center has provided the envelopes. Last year they used size #11 but I think we shrank the sticker sheet just a tiny but this year so it either 1) fit better in that or 2) fits down a size. Not sure, waiting on measurement. from Seriously.
- As for addresses, we collect them two weeks before we mail them and people are providing them because they want these stickers so they know they are coming and should be watching for them (when people do not get them we get flooded with emails asking where they are which is why I know that some go missing).
- I can mock up a new return address but it will basically just be the logo (see below) with the PO box, city, state, zip right underneath it. Thinking if we print it ~1-2 inches tall and in a color people will be less likely to assume its junk mail. A dark green or mossy green would be great.
- For class of service the prior provider listed it as "Marketing mail postage"

PATTIE GONIA MERCH

Thank you!

On Sat, Dec 14, 2024 at 11:15 AM Devendra Chudasama <dchudasama@inlandpresort.com> wrote:

> Good morning Jenny,
>
> Thank you for explaining your concerns in details.

Yes, I understand your frustration as some of the stickers go missing or don't get delivered. One of the main issues could be how good those mailing addresses are, as you know people move all the time. I'm not sure if you are mailing these to individuals or businesses. If the addresses are not updated regularly then you may see mail not being delivered. Also, are you mailing these first class or marketing mail?

I'd definitely help you with this and provide you a quote. Is it possible for me to get some samples of the stickers and the envelope, so we know what's involved and understand better?

In the mean time please email me the company logo and the return address. We can pick a one ink color for the envelope, which would be much cheaper than the multi color. So, please let me know.

We can help you with printing and mailing as well, but at same time I don't want Will & Shannon to think that I'm trying to take the business away from them. I hope you understand.

If you have any questions, please let me know.

Thank you.

Deven Chudasama
Inland Presort & Mailing Svcs
2025 W. Park Avenue, Ste 7
Redlands, CA 92373
Ph: (909) 307-1300

Sent from Yahoo Mail for iPhone

On Saturday, December 14, 2024, 10:52 AM, Pattie Gonia <pattiegonia@gmail.com> wrote:

Hi Deven, I was referred to you by Will & Shannon at Seriously Stickers. They are printing up stickers for us and we need 4300 of them individually mailed out.
The stickers sheets are about legal envelope sized (waiting on exact measurements from Seriously).

In past years we have used a mail processor here in San Francisco where I live. They are lovely. However, so many stickers seemed to go missing every year and I could never quite get to the bottom of it. Was the processor missing addresses or not mailing them all? Is the PO at fault? Are our envelopes too nondescript and getting thrown out as junk mail? Hard to tell. Our envelopes in the past were just the very thin, cheap, white envelopes with very simple return address and then mailing address. I am thinking maybe if we had our logo printed onto the envelope or made logo / return address combo people would notice it more so I would like to ask if you can do that and what the cost variance would be.

Would love to know the following cost estimates:
1. cost per piece with sticker sheet + simple type return labeling
2. cost per piece with sticker shee + logo integrated return labeling
3. ability to mail overseas and additional costs per piece (I assume this varies by country but an avg/estimate would be great)
4. TBD - We may want to have you print / cut / insert a second piece of paper - what would the cost per envelope be to have you print those 6 to an 8.5 x 11 page / cut the page into 6 pieces / stuff one of the 6 into each envelope?

Other questions:

- If we get these to you by Dec 20th when can you mail then all out by?

- can you print the address and or return in a color other than black and what would the additional cost piece be?

I am around and working this week, on a plane most of Monday but can email & text, in meetings all day Tuesday but can return email/text, available Wed / Thurs / Fri.

Thank you!

**Jenny Dugan** (she/her)
Executive Producer and Head of Partnerships
Pattie Gonia Productions
415-710-3537