# EXHIBIT 25

**Stickers Purchased via Invoices**

| Date | Stickers Ordered | Amount Paid | Bates Reference |
|---|---|---|---|
| 2025-12-23 | 2,200 sticker sheets | $1,716.00 | PGP_0003687-688 |
| 2025-12-10 | 15,500 stickers | $12,169.00 | PGP_0002421-422 |
| 2025-06-10 | 2,000 round Pattie stickers | $410.00 | PGP_0009675-676 |
| 2025-03-20 | 100 sticker sheets* | $505.00 | PGP_0011752-753 |
| 2025-01-13 | 4,500 stickers | $101.25 | PGP_0013872-873 |
| 2024-12-16 | 4,500 stickers | $3,645.00 | PGP_0014338-339 |
| 2024-09-04 | 5,000 sticker sheets | $4,050.00 | PGP_0017351 |
| 2023-12-15 | 8,400 sticker sheets | $9,408.00 | PGP_0026109 |
| 2023-01-06 | 350 sticker sheets | $229.00 | PGP_0035553 |
| 2022-12-17 | 1,600 sticker sheets | $1,043.00 | PGP_0036478 |
| 2022-11-21 | 5,000 sticker sheets | $3,380.00 | PGP_0037296 |

**Stickers Requested via Instagram**

| Date | Stickers Ordered | Amount Paid | Bates Reference |
|---|---|---|---|
| 2021-12-05 | 15,000 | $2600 | SS_0000046-047 |
| 2021-04-26 | 1,000 | N/A | SS_0000046 |
| 2020-12-09 | 5,000 | $900 | SS_0000044 |
| 2020-12-01 | 2,000–3,000 | $360 | SS_0000044 |
| 2020-11-09 | 500 | $162 | SS_0000043 |

| | | | |
|---|---|---|---|
| 2020-02-28 | 400 | $112 | SS_0000035 |
| 2020-01-16 | 300 | N/A | SS_0000026 |
| 2019-09-30 | 500 | $140 | SS_0000024-025 |
| 2019-05-28 | 500 | N/A | SS_0000022 |
| 2019-01-15 | 500 | N/A | SS_0000015 |