# EXHIBIT 30

CONFIDENTIAL




SS_0000216