# EXHIBIT 32

**From:** Robert Tadlock[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=25792C2814974C6A943DBD774BAE6F77-ROBERT TADL]
**Sent:** Wed 2/9/2022 9:05:52 PM (UTC-08:00)
**To:** Yiorgos Makris[yiorgos.makris@hydroflask.com]; Robin Vieira[rvieira@hydroflask.com]; pattiegonia@gmail.com[pattiegonia@gmail.com]
**Subject:** Hydroflask / Pattie Gonia / Patagonia

Hi All,

Pattie, thank you for the call today I really appreciate the time and thoughtful conversation. Yiorgos & Robin, thank you for reaching out to us on this and for your patience as I worked through this on my end. Also want to note that email is horrible for nuance and open conversation – so if there is anything in here that comes off differently than our conversation Pattie, that is solely a failure in my drafting. Please let me know if something in here strikes you as different than our conversation and lets discuss it.

Patagonia has no objection to the relationship between Hydroflask and Pattie Gonia, in particular the work described in your email last week Robin, but we do asks that the parties:

1. Not use or otherwise display Patagonia's logos
2. Not use the "belwe font" in the content that is created (Including an example here since Yiorgos asked about this when I called him this afternoon patagonia)
3. Not use Pattie Gonia in any form on product

I hope the three points above give you a clear sense of where we are coming from, and give you confidence to move forward with your partnership and do great work together. If there are any questions as the work progresses, please don't hesitate to reach out to me.

Gratefully,
Rob

**Exhibit**
**12**
10/23/2026