# EXHIBIT 39

Message

**From**: Robert Tadlock [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=25792C2814974C6A943DBD774BAE6F77-ROBERT TADL]
**Sent**: 2/8/2022 2:37:25 PM
**To**: Yiorgos Makris [yiorgos.makris@hydroflask.com]; Robin Vieira [rvieira@hydroflask.com]
**CC**: Eric Hollister Williams [Eric.Williams@patagonia.com]
**Subject**: RE: Pattie Gonia Follow-Ups

Hey Yiorgos, thanks for your patience here. We've had discussions internally to develop a point of view and I'm hopeful it allows Pattie (and Hydroflask!) to have some certainty so that your relationship and Pattie's broader work can move forward without any disruptions.

Given our own direct relationship with Pattie, we were hoping to speak with him/them first rather than putting you and Robin in the position of relaying our asks. That felt awkward for our team. I'm anticipating that call will happen tomorrow, and then my hope was to reach out to you both immediately after. Once I have that time set, I'll try to find a window where we can explain our thinking to you both (which isn't much different than what we discussed on our calls) and get your thoughts.

Thanks again, I know this is taking a long time on our side.

Rob

---

**From:** Yiorgos Makris <yiorgos.makris@hydroflask.com>
**Sent:** Tuesday, February 8, 2022 1:46 PM
**To:** Robert Tadlock <Robert.Tadlock@patagonia.com>; Robin Vieira <rvieira@hydroflask.com>
**Cc:** Eric Hollister Williams <Eric.Williams@patagonia.com>
**Subject:** Re: Pattie Gonia Follow-Ups

Hey Rob,
Any update on your end? We're going to need to move forward this week in order to close our fiscal budget by end of February.
Thanks,
Yiorgos

---

**From:** Robert Tadlock <Robert.Tadlock@patagonia.com>
**Date:** Tuesday, February 1, 2022 at 3:20 PM
**To:** Robin Vieira <rvieira@hydroflask.com>
**Cc:** Eric Hollister Williams <Eric.Williams@patagonia.com>, Yiorgos Makris <yiorgos.makris@hydroflask.com>
**Subject:** Re: Pattie Gonia Follow-Ups

Hi Robin, thank you for this! We will get things moving here ASAP.
Best,
Rob

> On Feb 1, 2022, at 10:59 AM, Robin Vieira <rvieira@hydroflask.com> wrote:
>
> Hi Robert and Eric,
>
> Thanks for the call today. I've outlined below the scope of work we've discussed w
> Please let me know what questions you have. Additionally, if you would like to cre

Exhibit
44
10/23/2026

guidelines for us to sign with Pattie around what *not* to do / show, we are open to reviewing what you would propose.

***1. Overview of Work. Pattie Gonia agrees to provide Hydro Flask with the following:***

a. Pattie Gonia shall promote the Collaboration by sharing Hydro Flask Content on Pattie Gonia Channels regularly, but in no event less than two times during the term.

1. Promotion on collaboration to include: IG post + IG story set or TikTok + IG story set on Pattie Gonia IG channel + all back end work

2. Target promotions preferences include 1) dented/used/worn bottle campaign and 2) parks for all and/or refill for good and/or highlighting the work Hydro Flask does with another non-profit partner

b. Pattie Gonia shall provide Hydro Flask with Pattie Gonia Content for the purpose of Hydro Flask promoting the Collaboration via its Channels, in its sole discretion.

c. Pattie Gonia shall provide Hydro Flask's Employees with one (1) "Training" to be hosted by the Pattie Gonia founder. Such event shall take place during the Term and Pattie Gonia and Hydro Flask shall mutually agree on the time and place of such event.

d. Media Interviews**.** Ambassador agrees to participate in one (1) media interviews during the Term.

f. Two (2) additional Hydro Flask projects to be scoped and

compensated outside of this agreement.

- These projects are purpose-driven project with the intention of increasing access to the outdoors via Parks for All or Refill For Good to reduce the need for single-use products.

**Thank you,**

**Robin Vieira** (she/her/hers)
Community and Digital Partnership Specialist

525 NW York Drive, Bend, OR 97703
hydroflask.com #heyletsgo

<image001.png>

---

Notice: This e-mail, and any attachments, may contain information that is, or may be, covered by electronic communications privacy laws, and is also confidential and proprietary in nature. If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and destroy all copies of the original message.

REMINDER: ***EXTERNAL EMAIL*** Please do not click links or attachments from unknown senders: Report suspicious emails by clicking on the Phish Alert button located in the upper right corner of your Microsoft Outlook Email Client.

---

Notice: This e-mail, and any attachments, may contain information that is, or may be, covered by electronic communications privacy laws, and is also confidential and proprietary in nature. If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and destroy all copies of the original message.