# EXHIBIT 40

Exhibit 68
10/13/2026

Message

**From**: Robert Tadlock [Robert.Tadlock@patagonia.com]
**Sent**: 3/12/2025 5:01:06 PM
**To**: Pattie Gonia [pattiegonia@gmail.com]
**CC**: Jonathan Carmona [Jonathan.Carmona@patagonia.com]; Corley Kenna [Corley.Kenna@patagonia.com]
**Subject**: Re: Hydroflask / Pattie Gonia / Patagonia

Hi Pattie and Jenny,

Apologies this has taken some time to respond. I agree with you that we all benefit if our relationship remains at least neutral. Recognizing that my legal lens has its limits, I'm adding Jonathan Carmona and Corley Kenna to the conversation since Whitney is no longer at the company. Jonathan is our Director of Global Justice and Belonging. Corley is our Chief Impact & Communications Officer who you quoted in your note. Hopefully, among this group we can find a productive way forward.

We are genuinely interested in at least having a neutral relationship, in particular at a moment when the threats to public lands are so acute. And we are happy to discuss Patagonia's government business that was discontinued three years ago. If you think there are valid criticisms of the company about that business, then by all means share that with your community.

We do, however, seem to have different understandings of where we left things related to Patagonia's trademarks when this last came up. Is there a time next week that you'd be available to talk with us to see if we can find a way forward?

Rob

---

**From:** Pattie Gonia <pattiegonia@gmail.com>
**Sent:** Friday, February 14, 2025 8:11 AM
**To:** Robert Tadlock <Robert.Tadlock@patagonia.com>
**Subject:** Re: Hydroflask / Pattie Gonia / Patagonia

Hi Rob,

Pattie here with my business partner Jenny who you met on zoom. Thanks for the email and the concern. What you shared in your previous email was incorrect.

What we shared on our call 2022 was the following:

- Pattie Gonia the drag queen and environmentalist is inspired by a region in South America. It's wonderful that both Patagonia the brand and Pattie Gonia the drag queen are inspired by Patagonia's beauty.
- We also shared that any and all references to the brand Patagonia font or brand logo in association to Pattie Gonia was done by a fan as fan art. We have never sold this fan art.

Bringing the conversation to today, the brand Patagonia's communication earlier this week was coincidental timing. We were actually just about to reach out to the brand Patagonia! We wanted to let the brand know that, in light of what we are learning about Lost Arrow, we intend to avoid any perceived association with the brand Patagonia.

Lost Arrow, under the brand Patagonia's ownership, developed and sold tactical and military gear to the US government and police departments across the nation for years/decades? (bit blurry there as we're still fielding information from former employees). Beyond Lost Arrow's police & military business purpose, we are concerned about the clear cultural appropriation with the name "Lost Arrow." Furthermore, the quick sale of the Lost Arrow division during the height Black Lives Matter does not absolve the brand Patagonia. We were inspired to do this research after hearing the words of Patagonia brand communications director Corley Kenna in an interview with 'Your Public Value' where she mentions - "the consumers are there to hold you responsible to think beyond profit." Consumers have yet to hold the brand Patagonia responsible for NOT thinking beyond profit with the creation of Broken Arrow which supports the very people and institutions destroying the planet - the US military is, after all, the world's largest global polluter. It is a disconcerting fact for a company that claims to be "in business to save our home planet."

From here:

- We will not utilize any references to the brand Patagonia's font and logo.
- Our upcycled t-shirts/sweatshirts and clothing merch is a moot point as we have never and will never reference the brand Patagonia's logo or brand. Fonts we use have been one of a kind custom text or purchased Kilimanjaro font. Furthermore, our merch is made out of clothing saved from landfills and screen printed with new designs. However, per the brand Patagonia's consideration, and to make sure there is absolutely no brand association between Pattie Gonia and the brand Patagonia, we won't save any of the brand Patagonia's product we frequently find heading to landfills.

In summary: there's plenty of room for us to both play in this play box. We trust the brand Patagonia will stay on their side and we will stay on ours. There are far more benefits to the brand Patagonia if our relationship remains neutral.

Lastly, we understand positionality here and know you're doing your job, likely reaching out at the request of senior leadership which you're more than welcome to share with them. You communicated with kindness and grace and that is appreciated.

Phew, are you a bit tired? We are too! So, kicking work aside, if you or your family would ever like tickets to a Pattie Gonia show or some merch, we're happy to make that happen. Just say the word!

Pattie and Jenny

On Mon, Feb 10, 2025 at 10:43 AM Robert Tadlock <Robert.Tadlock@patagonia.com> wrote:

> Dear Pattie:
>
> I hope you are well, it has been what feels like a few lifetimes since we spoke in 2022. I'm writing to you now because I saw the recent announcements about product sales of t-shirts featuring "Pattie Gonia" branding as well as more sales of the stickers including Patagonia's logo. I am writing, somewhat more formally this time, to stress again how important it is to Patagonia that Pattie Gonia maintain their identity as a persona, but not to use that persona in connection with commercial sales or advertising of products. Trademark law requires Patagonia to affirmatively protect its trademarks against all potential infringement even where the company is aligned with the purpose and goals of Pattie Gonia the persona.
>
> My takeaway from our conversation and email follow up from 2022 was that, while Patagonia admires the climate work Pattie does, Pattie would:
>
> 1. Not use or otherwise display Patagonia's logos or any substantially similar designs
> 2. Not use the "belwe font" in content supporting the sales

3. Not use Pattie Gonia in any form on product.

The examples I've seen from social media posts include products that implicate each one of these points that I thought we'd agreed upon.









Patagonia remains supportive of your work but must insist that the Pattie Gonia persona not be commercialized and continue to adhere to the commitments made in 2022. Unfortunately, these latest product sales force Patagonia's hand and so I'm asking that you discontinue sales of t-shirts and stickers (or any product) using Pattie Gonia branding or designs substantially similar to Patagonia's logos.

I hope we are able to work this out, so please call me if talking through this would be helpful.

Best,
Rob

---

**From:** Pattie Gonia <pattiegonia@gmail.com>
**Sent:** Wednesday, February 16, 2022 11:48 AM
**To:** Robert Tadlock <Robert.Tadlock@patagonia.com>
**Cc:** Robin Vieira <rvieira@hydroflask.com>; Yiorgos Makris <ymakris@hydroflask.com>; Yiorgos Makris <yiorgos.makris@hydroflask.com>
**Subject:** Re: Hydroflask / Pattie Gonia / Patagonia

Thank you for the clarification Robert! Really appreciate it and keep note of it.

**Jenny Dugan** (she/her)
Production Manager
**Pattie Gonia / Wyn Wiley** (she/he/they)
Drag Queen, Professional Homosexual & Intersectional Environmentalist

On Tue, Feb 15, 2022 at 3:54 PM Robert Tadlock <Robert.Tadlock@patagonia.com> wrote:

> Hi All,
>
> One clarification/addition I should make to this regarding use of Patagonia's logos. Patagonia would ask that the parties not use Patagonia's logos *or any substantially similar designs* like the mask meme logo we discussed Pattie that used the mountain silhouette and belwe font. I think that additional language accurately reflects our conversations, and sorry for not being more clear in the first go at this. As before, I welcome any conversations/feedback. I just didn't want to leave my potential miscommunication hanging out there.
>
> Best,
> Rob
>
> ---
>
> **From:** Pattie Gonia <pattiegonia@gmail.com>
> **Sent:** Thursday, February 10, 2022 2:35 PM
> **To:** Robin Vieira <rvieira@hydroflask.com>
> **Cc:** Yiorgos Makris <ymakris@hydroflask.com>; Robert Tadlock <Robert.Tadlock@patagonia.com>; Yiorgos Makris <yiorgos.makris@hydroflask.com>
> **Subject:** Re: Hydroflask / Pattie Gonia / Patagonia
>
> Robert, Yiorgos, Robin, thank you all so much for your handling of this issue and for including us in the discussion. We really appreciate each of you so much. Cannot wait to get things going! Super excited.

**Pattie Gonia / Wyn Wiley** (she/he/they)
Drag Queen, Professional Homosexual & Intersectional Environmentalist
**Jenny Dugan** (she/her)
Production Manager

On Thu, Feb 10, 2022 at 9:35 AM Robin Vieira <rvieira@hydroflask.com> wrote:

Hi everyone,

I'm echoing Yiorgos's appreciation for the conversation around this partnership. I'm looking forward to kicking things off with Pattie now that we are aligned and on the same page.

Pattie- thanks to you as well for hopping in and working with all of us to get things moving. Appreciate you being a part of the conversation and being open.

Thanks again,

**Robin Vieira** (she/her/hers)
Community and Digital Partnership Specialist

525 NW York Drive, Bend, OR 97703
hydroflask.com #heyletsgo

Hydro Flask
Let's Go!

---

**From:** Yiorgos Makris <ymakris@hydroflask.com>
**Date:** Thursday, February 10, 2022 at 8:26 AM
**To:** Robert Tadlock <Robert.Tadlock@patagonia.com>, Yiorgos Makris <yiorgos.makris@hydroflask.com>, Robin Vieira <rvieira@hydroflask.com>, pattiegonia@gmail.com <pattiegonia@gmail.com>
**Subject:** Re: Hydroflask / Pattie Gonia / Patagonia
Rob,
We really appreciate your partnership and open communication on the topic. We're excited to kick of our partnership with Pattie and will be sure to adhere to your requests below.
Thanks,
Yiorgos

---

**From:** Robert Tadlock <Robert.Tadlock@patagonia.com>
**Date:** Wednesday, February 9, 2022 at 9:06 PM
**To:** Yiorgos Makris <yiorgos.makris@hydroflask.com>, Robin Vieira <rvieira@hydroflask.com>, "pattiegonia@gmail.com" <pattiegonia@gmail.com>
**Subject:** Hydroflask / Pattie Gonia / Patagonia

Hi All,

Pattie, thank you for the call today I really appreciate the time and thoughtful conversation. Yiorgos & Robin, thank you for reaching out to us on this and for your patience as I worked through this on my end. Also want to note that email is horrible for nuance and open conversation – so if there is anything in here that comes off differently than our conversation Pattie, that is solely a failure in my drafting. Please let me know if something in here strikes you as different than our conversation and lets discuss it.

Patagonia has no objection to the relationship between Hydroflask and Pattie Gonia, in particular the work described in your email last week Robin, but we do asks that the parties:

1. Not use or otherwise display Patagonia's logos
2. Not use the "belwe font" in the content that is created (Including an example here since Yiorgos asked about this when I called him this afternoon )
3. Not use Pattie Gonia in any form on product

I hope the three points above give you a clear sense of where we are coming from, and give you confidence to move forward with your partnership and do great work together. If there are any questions as the work progresses, please don't hesitate to reach out to me.

Gratefully,
Rob

REMINDER: ***EXTERNAL EMAIL*** Please do not click links or attachments from unknown senders: Report suspicious emails by clicking on the Phish Alert button located in the upper right corner of your Microsoft Outlook Email Client.

---

Notice: This e-mail, and any attachments, may contain information that is, or may be, covered by electronic communications privacy laws, and is also confidential and proprietary in nature. If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and destroy all copies of the original message.