# EXHIBIT 41

KATHERINE MCMORROW (Cal. Bar No. 315723)
kmcmorrow@bakerlaw.com
BAKER & HOSTETLER LLP
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067
Telephone: (310) 820-8800

ROCCO J. SCRENCI (*admitted pro hac vice*)
rscrenci@mcandrews-ip.com
MCANDREWS, HELD & MALLOY LTD.
500 W. Madison Street, Suite 3400
Chicago, IL 60661
Telephone: (312) 775-8000

*Attorneys for Defendants*
*Entrepreneur Enterprises, Inc. dba Pattie Gonia Productions and Wyn Wiley*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION – LOS ANGELES**

| | |
|---|---|
| PATAGONIA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ENTREPRENEUR ENTERPRISES, INC. et al.,<br><br>Defendants. | Case No. 2:26-cv-0586-RGK-RAO<br><br>**DEFENDANT'S RESPONSE TO PLAINTIFF PATAGONIA, INC.'S FIRST SET OF REQUESTS FOR ADMISSION TO DEFENDANT WYN WILEY (1-149)** |

**DEFENDANT'S RESPONSE TO PLAINTIFF PATAGONIA, INC.'S**
**FIRST SET OF REQUESTS FOR ADMISSION**

Pursuant to Federal Rules of Civil Procedure 26 and 33, Defendant Wyn Wiley ("Wiley" or "Defendant") by and through its undersigned attorneys, hereby responds to Plaintiff Patagonia, Inc.'s ("Patagonia" or "Plaintiff") First Set of Requests for Admission to Defendant ("Patagonia's Requests for Admission"). These responses are based upon the best information presently available to Wiley, and to the best belief of Wiley's counsel, but are made without prejudice to or waiver of any right of Wiley to make additional or modified responses should better or further information and belief subsequently become available to Wiley. Wiley has not yet completed its investigation of the facts pertaining to this action and discovery is ongoing.

**GENERAL OBJECTIONS AND QUALIFICATIONS**

The following General Objections apply to all of Patagonia's Requests for Admission, whether or not specifically repeated in the individual response. To the extent that specific General Objections are cited in response to a specific request, those specific citations should not be construed as a waiver of any other General Objection.

1. Wiley objects to each of Patagonia's Requests for Admission, instructions, and definitions to the extent that it infers or places a duty to provide discovery or a burden to supplement beyond that provided in the Federal Rules of

Civil Procedure, the Central District of California Western Division Local Rules, or any Order of the Court.

2. Any responses made by Wiley to Patagonia's Requests for Admission are made without waiver and with preservation of:

(a) all questions as to competency, relevancy, materiality, privilege, and admissibility of the responses and the subject matter thereof of evidence for any purpose and in any further proceeding in this action (including the trial of this action) and in any other action or matter;

(b) the right to object to the use of such responses or the subject matter thereof, on any ground in any further proceeding in this action (including the trial of this action) and in any other action or matter;

(c) the right to object on any ground at any time to a demand or request for further response to these or any other discovery requests or proceedings involved or related to the subject matter of the information/documents provided or the discovery to which these responses are provided; and

(d) the right at any time to review, correct, supplement or clarify any of the responses contained herein or any of Wiley's production.

3. Wiley has not yet completed its investigation of the facts pertaining to this action and discovery is ongoing. All responses to the following Requests for Admission are based on information presently known to Wiley after a reasonable

effort to locate information called for by these requests. Accordingly, all responses are given without prejudice to Wiley's right to produce evidence based on any additional information that may develop or come to Wiley's attention at a later time. In addition, Wiley's objections as set forth herein are made without prejudice to Wiley's right to assert any additional or supplemental objections should Wiley discover additional grounds for such objections.

4. Wiley objects to each Requests for Admission, definition, and instruction to the extent it seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. Wiley also objects to each Requests for Admission, definition, and instruction to the extent that it is overly broad, unduly burdensome, indefinite, lacking in reasonable particularity, harassing, and vague or ambiguous in nature.

5. Wiley objects to each Requests for Admission, definition, and instruction to the extent it seeks information protected by any applicable privilege, including without limitation the attorney-client privilege, work product immunity doctrine, or common interest privilege. Wiley objects to the introduction into evidence or use of any privileged information that is revealed or produced inadvertently.

6. By answering Patagonia's Requests for Admission, Wiley does not waive any applicable privilege or immunity.

7. Wiley objects to each Requests for Admission, definition, and instruction to the extent that it seeks information that is proprietary to third parties and subject to a non-disclosure agreement or protective order.

8. Wiley objects to each Requests for Admission, definition, and instruction to the extent it seeks documents beyond representative examples of documents produced en masse or to the extent it seeks more than a single copy of the same document.

9. Wiley objects to each Requests for Admission, definition, and instruction to the extent it seeks documents or purports to require information beyond the possession, custody, or control of Wiley.

10. Wiley objects to each Requests for Admission which seeks the production of "all" documents on grounds that such a request is overly broad, to the extent such discovery is unreasonably cumulative or duplicative, and to the extent such a request imposes an unduly burdensome or expensive obligation on Wiley to search for, gather, and produce documents whose relevancy, if any, is far outweighed by the cost and burden on Wiley.

11. Wiley objects to each Requests for Admission, definition, and instruction to the extent that it calls for a legal conclusion. Production by Wiley of a document shall not be construed to be an admission by Wiley that such document satisfies any particular legal characterization made by these requests.

12. Wiley objects to each Requests for Admission, definition, and instruction to the extent that it requests information unbounded in time.

13. Wiley's statement that it "will produce" documents should not be construed as a statement or concession that such documents do in fact exist. The production of documents or disclosure of information should not be deemed a waiver of any objection Wiley may have with respect to whether any such documents or information is ultimately relevant or admissible. Wiley reserves the right to supplement these responses during the course of discovery. No incidental or implied admissions are intended by the responses contained herein.

14. Wiley objects to each Requests for Admission, definition, and instruction to the extent that it requires Wiley to produce documents and things that comprise the trade secrets, confidential business information, or otherwise protected information from disclosure pursuant to Federal Rules of Civil Procedure 26(c)(7) and Federal Rule of Evidence 501. Subject to Wiley's objections, such information will be provided subject to the protective order entered on Wiley and agreed upon by the parties regarding the treatment of such information, including, but not limited to, a prosecution bar for documents designated Highly Confidential and/or Attorneys Eyes Only, and any additional stipulations or protective orders that may subsequently be agreed upon or entered in this case.

15. Wiley objects to each Requests for Admission, definition, and instruction to the extent that it calls for publicly-available information, including but not limited

to information or papers already exchanged between the parties or filed in connection with this proceeding.

16. Wiley objects to Patagonia's Requests for Admission to the extent that they are framed in terms that Patagonia has not specifically defined or fail to identify with reasonable particularity the information requested. Wiley may not interpret the terms used by Patagonia in the manner that Patagonia intends. Thus, Wiley may not realize or understand what specific information Patagonia believes would fall within the scope of the request, and Wiley will not speculate as to what meaning Patagonia attributes to such terms. In responding to Patagonia's Requests for Admission, Wiley has interpreted the requests as utilizing commonplace meanings for terms included therein. To the extent the requests purport to seek information or documents and things other than as interpreted by Wiley, Wiley objects to such requests as being vague, ambiguous, and overbroad.

17. Wiley objects to Patagonia's definition of "Accused Products" insofar as it attempts to cover products that Patagonia has not specifically accused of infringing the patents-in-suit.

18. The following specific objections and responses are subject to the foregoing general objections and responses (the "General Objections"), and the General Objections are incorporated into each specific response set forth below.

Subject to the foregoing general objections and qualifications, Wiley answers or otherwise objects to Patagonia's Requests for Admission as follows. For

convenience, the language of each Requests for Admission is repeated and is followed by Wiley's response and/or objection.

**RESPONSES TO REQUESTS FOR ADMISSION**

**REQUEST NO. 1:**

Admit that Ex. 1 is an authentic copy of an email YOU received from Patagonia's in-house counsel.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 2:**

Admit that YOU received Ex. 1 on February 9, 2022.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 3:**

Admit that Ex. 2 is an authentic copy of an email YOU sent to Patagonia's inhouse counsel.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 4:**

Admit that YOU sent Ex. 2 on February 10, 2022.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 5:**

Admit that Ex. 3 is an authentic copy of an email YOU received from Patagonia's in-house counsel.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 6:**

Admit that YOU received Ex. 3 on February 10, 2022.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 7:**

Admit that Ex. 4 is an authentic copy of an email YOU sent to Patagonia's inhouse counsel.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 8:**

Admit that YOU sent Ex. 4 on February 16, 2022.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 9:**

Admit that Ex. 5 is an authentic copy of an email YOU received from Patagonia's in-house counsel.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 10:**

Admit that YOU received Ex. 5 on February 10, 2025.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 11:**

Admit that Ex. 6 is an authentic copy of an email YOU sent to Patagonia's in-house counsel.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 12:**

Admit that YOU sent Ex. 6 on February 14, 2025.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 13:**

Admit that Ex. 7 is an authentic copy of an email YOU received from Patagonia's in-house counsel.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 14:**

Admit that YOU received Ex. 7 on March 12, 2025.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 15:**

Admit that YOU made the post that appears at https://www.instagram.com/p/BpGVj0LFw3O/ on October 18, 2018.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 16:**

Admit that the image shown in Ex. 8 appears in the post YOU made at https://www.instagram.com/p/BpGVj0LFw3O/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 17:**

Admit that the image shown in Ex. 9 appears in the post YOU made at https://www.instagram.com/p/BpGVj0LFw3O/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 18:**

Admit that YOU made the post that appears at https://www.instagram.com/p/BqDKIUFBIpI/ on November 11, 2018.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 19:**

Admit that the image shown in Ex. 10 appears in the post YOU made at https://www.instagram.com/p/BqDKIUFBIpI/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 20:**

Admit that the image shown in Ex. 11 appears in the post YOU made at https://www.instagram.com/p/BqDKIUFBIpI/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 21:**

Admit that YOU made the post that appears at https://www.instagram.com/p/BvCnCRqhg0y/ on March 15, 2019.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 22:**

Admit that the image shown in Ex. 12 appears in the post YOU made at https://www.instagram.com/p/BvCnCRqhg0y.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 23:**

Admit that YOU made the post that appears at https://www.instagram.com/p/By8fqYEn_Nc on June 20, 2019.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 24:**

Admit that the image shown in Ex. 13 appears in the post YOU made at https://www.instagram.com/p/By8fqYEn_Nc/.

**RESPONSE:**

Wiley objects to this Request as vague insofar as Ex. 13 includes the following link URL, which is different from the URL in the above Request: https://www.instagram.com/p/BvCnCRqhg0y. Subject to and without waiving the

foregoing objection and Entrepreneur Enterprises' general objections, Wiley responds as follows: Wiley admits that the image shown in Ex. 13 appears in the post corresponding to the following URL: https://www.instagram.com/p/By8fqYEn_Nc/. Otherwise, denied.

**REQUEST NO. 25:**

Admit that YOU made the post that appears at https://www.instagram.com/p/By8f8tAnjKI/ on June 20, 2019.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 26:**

Admit that the image shown in Ex. 14 appears in the post YOU made at https://www.instagram.com/p/By8f8tAnjKI/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 27:**

Admit that YOU made the post that appears at https://www.instagram.com/p/B0o6bSopB_y/ on August 1, 2019.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 28:**

Admit that the image shown in Ex. 15 appears in the post YOU made at https://www.instagram.com/p/B0o6bSopB_y/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 29:**

Admit that YOU made the post that appears at https://www.instagram.com/p/B6J7Cd7JzoB/ on December 16, 2019.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 30:**

Admit that the image shown in Ex. 16 appears in the post YOU made at https://www.instagram.com/p/B6J7Cd7JzoB/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 31:**

Admit that YOU made the post that appears at https://www.instagram.com/p/B_vd7NMJpsy/ on May 3, 2020.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 32:**

Admit that the image shown in Ex. 17 appears in the post YOU made at https://www.instagram.com/p/B_vd7NMJpsy/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 33:**

Admit that the image shown in Ex. 18 appears in the post YOU made at https://www.instagram.com/p/B_vd7NMJpsy/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 34:**

Admit that YOU made the post that appears at https://www.instagram.com/p/CHqQMKUpizF/ on November 16, 2020.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 35:**

Admit that the image shown in Ex. 19 appears in the post YOU made at https://www.instagram.com/p/CHqQMKUpizF/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 36:**

Admit that YOU made the post that appears at https://www.instagram.com/p/CIQ97LRJnwI/ on December 1, 2020.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 37:**

Admit that the image shown in Ex. 20 appears in the post YOU made at https://www.instagram.com/p/CIQ97LRJnwI/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 38:**

Admit that the image shown in Ex. 21 appears in the post YOU made at https://www.instagram.com/p/CIQ97LRJnwI/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 39:**

Admit that YOU made the post that appears at https://www.instagram.com/p/CKsQEBTJHei/ on January 30, 2021.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 40:**

Admit that the image shown in Ex. 22 appears in the post YOU made at https://www.instagram.com/p/CKsQEBTJHei/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 41:**

Admit that YOU made the post that appears at https://www.instagram.com/p/CW557Yspo_L/ on November 30, 2021.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 42:**

Admit that the image shown in Ex. 23 appears in the post YOU made at https://www.instagram.com/p/CW557Yspo_L/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 43:**

Admit that YOU made the post that appears at https://www.instagram.com/p/CYUI70pFRcz/ on January 4, 2022.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 44:**

Admit that the image shown in Ex. 24 appears in the post YOU made at https://www.instagram.com/p/CYUI70pFRcz/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 45:**

Admit that YOU made the post that appears at https://www.instagram.com/p/CZKi4BcptU9/ on January 25, 2022.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 46:**

Admit that the image shown in Ex. 25 appears in the post YOU made at https://www.instagram.com/p/CZKi4BcptU9/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 47:**

Admit that YOU made the post that appears at https://www.instagram.com/p/CZKwsE3JxAX/ on January 25, 2022.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 48:**

Admit that the image shown in Ex. 26 appears in the post YOU made at https://www.instagram.com/p/CZKwsE3JxAX/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 49:**

Admit that YOU made the post that appears at https://www.instagram.com/p/CZM_DZ4JVgR/ on January 26, 2022.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted

**REQUEST NO. 50:**

Admit that the image shown in Ex. 27 appears in the post YOU made at https://www.instagram.com/p/CZM_DZ4JVgR/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 51:**

Admit that YOU made the post that appears at https://www.instagram.com/p/Cau23EwDUJs/ on March 5, 2022.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 52:**

Admit that the image shown in Ex. 28 appears in the post YOU made at https://www.instagram.com/p/Cau23EwDUJs/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 53:**

Admit that YOU made the post that appears at https://www.instagram.com/p/Cb8Jg-fvxwB/ on April 4, 2022.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 54:**

Admit that the image shown in Ex. 29 appears in the post YOU made at https://www.instagram.com/p/Cb8Jg-fvxwB/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 55:**

Admit that YOU made the post that appears at https://www.instagram.com/p/CjLimM2JqW5/ on October 1, 2022.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 56:**

Admit that the image shown in Ex. 30 appears in the post YOU made at https://www.instagram.com/p/CjLimM2JqW5/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 57:**

Admit that YOU made the post that appears at https://www.instagram.com/p/CljHMxOjwuw/ on November 29, 2022.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 58:**

Admit that the image shown in Ex. 31 appears in the post YOU made at https://www.instagram.com/p/CljHMxOjwuw/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 59:**

Admit that YOU made the post that appears at https://www.instagram.com/p/Cll4cx1pSPk/ on November 30, 2022.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 60:**

Admit that the image shown in Ex. 32 appears in the post YOU made at https://www.instagram.com/p/Cll4cx1pSPk/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 61:**

Admit that YOU made the post that appears at https://www.instagram.com/p/CrlglO9uZZQ/ on April 28, 2023.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 62:**

Admit that the image shown in Ex. 33 appears in the post YOU made at https://www.instagram.com/p/CrlglO9uZZQ/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 63:**

Admit that YOU made the post that appears at https://www.instagram.com/p/CtOyRGHOLKu/ on June 8, 2023.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 64:**

Admit that the image shown in Ex. 34 appears in the post YOU made at https://www.instagram.com/p/CtOyRGHOLKu/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 65:**

Admit that YOU made the post that appears at https://www.instagram.com/p/C0Msgudp8Hx/ on November 28, 2023.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 66:**

Admit that the image shown in Ex. 35 appears in the post YOU made at https://www.instagram.com/p/C0Msgudp8Hx/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 67:**

Admit that YOU made the post that appears at https://www.instagram.com/p/C4QzUqdP9Za/ on March 8, 2024.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 68:**

Admit that the image shown in Ex. 36 appears in the post YOU made at https://www.instagram.com/p/C4QzUqdP9Za/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 69:**

Admit that YOU made the post that appears at https://www.instagram.com/p/C7DSGnJudoK/ on May 16, 2024.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 70:**

Admit that the image shown in Ex. 37 appears in the post YOU made at https://www.instagram.com/p/C7DSGnJudoK/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 71:**

Admit that YOU made the post that appears at https://www.instagram.com/p/C8AqldISLce/ on June 9, 2024.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 72:**

Admit that the image shown in Ex. 38 appears in the post YOU made at https://www.instagram.com/p/C8AqldISLce/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 73:**

Admit that YOU made the post that appears at https://www.instagram.com/p/C8fuc_yJiDI/ on June 21, 2024.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 74:**

Admit that the image shown in Ex. 39 appears in the post YOU made at https://www.instagram.com/p/C8fuc_yJiDI/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 75:**

Admit that YOU made the post that appears at https://www.instagram.com/p/C8sIw0USWIh/ on June 26, 2024.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 76:**

Admit that the image shown in Ex. 40 appears in the post YOU made at https://www.instagram.com/p/C8sIw0USWIh/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 77:**

Admit that YOU made the post that appears at https://www.instagram.com/p/C8zlZyLJMjt/ on June 29, 2024.

**RESPONSE:**

Subject to and without waving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 78:**

Admit that the image shown in Ex. 41 appears in the post YOU made at https://www.instagram.com/p/C8zlZyLJMjt/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 79:**

Admit that the image shown in Ex. 42 appears in the post YOU made at https://www.instagram.com/p/C8zlZyLJMjt/.

**RESPONSE:**

Subject to and without waving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 80:**

Admit that YOU made the post that appears at https://www.instagram.com/reel/C840koBvJ95/ on July 1, 2024.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 81:**

Admit that the image shown in Ex. 43 appears in the post YOU made at https://www.instagram.com/reel/C840koBvJ95/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 82:**

Admit that YOU made the post that appears at https://www.instagram.com/p/C_OPpL3SLdk/ on August 28, 2024.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 83:**

Admit that the image shown in Ex. 44 appears in the post YOU made at https://www.instagram.com/p/C_OPpL3SLdk/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 84:**

Admit that YOU made the post that appears at https://www.instagram.com/p/DAEXJY5yWN6/ on September 18, 2024.

**RESPONSE:**

Subject to and without waving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 85:**

Admit that the image shown in Ex. 45 appears in the post YOU made at https://www.instagram.com/p/DAEXJY5yWN6/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 86:**

Admit that YOU made the post that appears at https://www.instagram.com/p/DARBy_vpT4F/ on September 23, 2024.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 87:**

Admit that the image shown in Ex. 46 appears in the post YOU made at https://www.instagram.com/p/DARBy_vpT4F/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 88:**

Admit that YOU made the post that appears at https://www.instagram.com/p/DAjCPw9vp-E/ on September 30, 2024.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 89:**

Admit that the image shown in Ex. 47 appears in the post YOU made at https://www.instagram.com/p/DAjCPw9vp-E/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 90:**

Admit that YOU made the post that appears at https://www.instagram.com/p/DBH0K8iSQCc/ on October 14, 2024.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 91:**

Admit that the image shown in Ex. 48 appears in the post YOU made at https://www.instagram.com/p/DBH0K8iSQCc/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 92:**

Admit that YOU made the post that appears at https://www.instagram.com/p/DDH4IRFPAWr/ on December 3, 2024.

**RESPONSE:**

Subject to and without waving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 93:**

Admit that the image shown in Ex. 49 appears in the post YOU made at https://www.instagram.com/p/DDH4IRFPAWr/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 94:**

Admit that YOU made the post that appears at https://www.instagram.com/pattiegonia/p/DD951kAvyLN/ on December 24, 2024.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 95:**

Admit that the image shown in Ex. 50 appears in the post YOU made at https://www.instagram.com/pattiegonia/p/DD951kAvyLN/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 96:**

Admit that YOU made the post that appears at https://www.instagram.com/p/DFstsaFPCjW/ on February 5, 2025.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 97:**

Admit that the image shown in Ex. 51 appear in the post YOU made at https://www.instagram.com/p/DFstsaFPCjW/.

**RESPONSE:**

Subject to and without waving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 98:**

Admit that YOU made the post that appears at https://www.instagram.com/p/DGQ0e-3vEF2/ on February 19, 2025.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 99:**

Admit that the image shown in Ex. 52 appears in the post YOU made at https://www.instagram.com/p/DGQ0e-3vEF2/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 100:**

Admit that YOU made the post that appears at https://www.instagram.com/p/DGVtfiWxLc7/ on February 21, 2025.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 101:**

Admit that the image shown in Ex. 53 appears in the post YOU made at https://www.instagram.com/p/DGVtfiWxLc7/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 102:**

Admit that YOU made the post that appears at https://www.instagram.com/p/DGx8er0Jk5h/ on March 4, 2025.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 103:**

Admit that the image shown in Ex. 54 appears in the post YOU made at https://www.instagram.com/p/DGx8er0Jk5h/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 104:**

Admit that YOU made the post that appears at https://www.instagram.com/p/DIeVLrKJUpb/ on April 15, 2025.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 105:**

Admit that the image shown in Ex. 55 appears in the post YOU made at https://www.instagram.com/p/DIeVLrKJUpb/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 106:**

Admit that YOU made the post that appears at https://www.instagram.com/p/DJZsH4YvnxY/ on May 8, 2025.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 107:**

Admit that the image shown in Ex. 56 appears in the post YOU made at https://www.instagram.com/p/DJZsH4YvnxY/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 108:**

Admit that YOU made the post that appears at https://www.instagram.com/p/DNGgw5opcP5/ on August 8, 2025.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 109:**

Admit that the image shown in Ex. 57 appears in the post YOU made at https://www.instagram.com/p/DNGgw5opcP5/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 110:**

Admit that YOU made the post that appears at https://www.instagram.com/p/DNn0lunR8IV/ on August 21, 2025.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 111:**

Admit that the image shown in Ex. 58 appears in the post YOU made at https://www.instagram.com/p/DNn0lunR8IV/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 112:**

Admit that YOU made the post that appears at https://www.instagram.com/pattiegonia/reel/DOJy3y_Emm0/ on September 3, 2025.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 113:**

Admit that the image shown in Ex. 59 appears in the post YOU made at https://www.instagram.com/pattiegonia/reel/DOJy3y_Emm0/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 114:**

Admit that YOU made the post that appears at https://www.instagram.com/pattiegonia/reel/DO1OIIbjvG3/ on September 20, 2025.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 115:**

Admit that the image shown in Ex. 60 appears in the post YOU made at https://www.instagram.com/pattiegonia/reel/DO1OIIbjvG3/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 116:**

Admit that YOU made the post that appears at https://www.instagram.com/pattiegonia/reel/DPcsDY4gIE7/ on October 5, 2025.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 117:**

Admit that the image shown in Ex. 61 appears in the post YOU made at https://www.instagram.com/pattiegonia/reel/DPcsDY4gIE7/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 118:**

Admit that YOU made the post that appears at https://www.instagram.com/p/DPePwlaERQZ/ on October 6, 2025.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 119:**

Admit that the image shown in Ex. 62 appears in the post YOU made at https://www.instagram.com/p/DPePwlaERQZ/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 120:**

Admit that YOU made the post that appears at https://www.instagram.com/p/DQ4ipaSj1Pu/ on November 10, 2025.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 121:**

Admit that the image shown in Ex. 63 appears in the post YOU made at https://www.instagram.com/p/DQ4ipaSj1Pu/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 122:**

Admit that YOU made the post that appears at https://www.instagram.com/p/DQ4tulhkqIL/ on November 10, 2025.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 123:**

Admit that the image shown in Ex. 64 appears in the post YOU made at https://www.instagram.com/p/DQ4tulhkqIL/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 124:**

Admit that YOU made the post that appears at https://www.instagram.com/pattiegonia/reel/DRYVH1gD-pa/ on November 22, 2025.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 125:**

Admit that the image shown in Ex. 65 appears in the post YOU made at https://www.instagram.com/pattiegonia/reel/DRYVH1gD-pa/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 126:**

Admit that YOU made the post that appears at https://www.instagram.com/pattiegonia/reel/DRX8fAmEqwG/ on November 22, 2025.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 127:**

Admit that the image shown in Ex. 66 appears in the post YOU made at https://www.instagram.com/pattiegonia/reel/DRX8fAmEqwG/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 128:**

Admit that YOU made the post that appears at https://www.instagram.com/pattiegonia/reel/DRXvE2lEkHC/ on November 22, 2025.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 129:**

Admit that the image shown in Ex. 67 appears in the post YOU made at https://www.instagram.com/pattiegonia/reel/DRXvE21EkHC/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 130:**

Admit that YOU made the post that appears at https://www.instagram.com/p/DRdRIyGkgM8/ on November 24, 2025.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 131:**

Admit that the image shown in Ex. 68 appears in the post YOU made at https://www.instagram.com/p/DRdRIyGkgM8/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 132:**

Admit that YOU made the post that appears at https://www.instagram.com/pattiegonia/reel/DRr0GA9DPsl/ on November 30, 2025.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 133:**

Admit that the image shown in Ex. 69 appears in the post YOU made at https://www.instagram.com/pattiegonia/reel/DRr0GA9DPsl/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 134:**

Admit that YOU made the post that appears at https://www.instagram.com/p/DROFnIAWwe/ on December 7, 2025.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 135:**

Admit that the image shown in Ex. 70 appears in the post YOU made at https://www.instagram.com/p/DR-OFnIAWwe/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 136:**

Admit that YOU made the post that appears at https://www.instagram.com/p/DWjz0PND5cB/ on March 31, 2026.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 137:**

Admit that the image shown in Ex. 71 appears in the post YOU made at https://www.instagram.com/p/DWjz0PND5cB/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 138:**

Admit that YOU made the post that appears at https://www.instagram.com/p/DWqzSwcDvbh/ on April 3, 2026.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 139:**

Admit that the image shown in Ex. 72 appears in the post YOU made at https://www.instagram.com/p/DWqzSwcDvbh/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 140:**

Admit that YOU made the post that appears at https://www.instagram.com/p/Btl_HlzhdLP/ on February 7, 2019.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 141:**

Admit that you wore the garment shown in Ex. 73 in the post YOU made at https://www.instagram.com/p/Btl_HlzhdLP/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 142:**

Admit that YOU made the post that appears at https://www.instagram.com/p/B0GjvHtnn1L/ on July 19, 2019.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 143:**

Admit that you wore the garment shown in Ex. 74 in the post YOU made at https://www.instagram.com/p/B0GjvHtnn1L/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 144:**

Admit that YOU created the GoFundMe post at https://www.gofundme.com/f/afundraiser-thats-not-a-drag-2024 on November 25, 2024.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 145:**

Admit that the image shown in Ex. 75 appears in a post update YOU made at https://www.gofundme.com/f/a-fundraiser-thats-not-a-drag-2024 on December 11, 2024.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 146:**

Admit that Ex. 76 accurately depicts a webpage YOU operated on approximately October 3, 2024, at https://pattiegoniamerch.com/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 147:**

Admit that Ex. 77 accurately depicts a webpage YOU operated on approximately March 17, 2025, at https://www.pattiegonia.net/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 148:**

Admit that the image shown in Ex. 78 appears in the post YOU made at https://www.instagram.com/p/B_vd7NMJpsy/.

**RESPONSE:**

Subject to and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

**REQUEST NO. 149:**

Admit that YOU gave a TED Talk in October 2024 where an image of YOU wearing a Patagonia garment was featured on screen.

**RESPONSE:**

Wiley objects to this Request as vague insofar as the Request fails to identify the particular TED talk, the particular image, and what "Patagonia garment" Plaintiff

contends to have been featured on screen. Subject to the foregoing objection and without waiving Wiley's general objections, Wiley responds as follows: Admitted.

Respectfully submitted,

Dated: July 15, 2026

By: */s/ Rocco J. Screnci*

Rocco J. Screnci (*admitted pro hac vice*)
rscrenci@mcandrews-ip.com
MCANDREWS, HELD & MALLOY LTD.
500 W. Madison Street, Suite 3400
Chicago, IL 60661
Telephone: (312) 775-8000

Katherine McMorrow (SBN 315723)
kmcmorrow@bakerlaw.com
BAKER & HOSTETLER LLP
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067
Telephone: (310) 820-8800

*Attorneys for Defendants Entrepreneur Enterprises, Inc. and Wyn Wiley*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2026, I caused a true and correct copy of **Responses to Plaintiff Patagonia, Inc.'s First Set of Requests for Admission to Defendant Wyn Wiley Nos. 1-149,** to be served upon all counsel of record via email to the following recipients:

greg.gilchrist@versolaw.com
ryan.bricker@versolaw.com
kourtney.speer@versolaw.com
sophy.tabandeh@versolaw.com
patagonia@versolaw.com

July 15, 2026

/s/ *Annette Vonder Mehden*
Annette Vonder Mehden
Paralegal

**From:** Robert Tadlock[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=25792C2814974C6A943DBD774BAE6F77-ROBERT TADL]
**Sent:** Wed 2/9/2022 9:05:52 PM (UTC-08:00)
**To:** Yiorgos Makris[yiorgos.makris@hydroflask.com]; Robin Vieira[rvieira@hydroflask.com]; pattiegonia@gmail.com[pattiegonia@gmail.com]
**Subject:** Hydroflask / Pattie Gonia / Patagonia

Hi All,

Pattie, thank you for the call today I really appreciate the time and thoughtful conversation. Yiorgos & Robin, thank you for reaching out to us on this and for your patience as I worked through this on my end. Also want to note that email is horrible for nuance and open conversation – so if there is anything in here that comes off differently than our conversation Pattie, that is solely a failure in my drafting. Please let me know if something in here strikes you as different than our conversation and lets discuss it.

Patagonia has no objection to the relationship between Hydroflask and Pattie Gonia, in particular the work described in your email last week Robin, but we do asks that the parties:

1. Not use or otherwise display Patagonia's logos
2. Not use the "belwe font" in the content that is created (Including an example here since Yiorgos asked about this when I called him this afternoon patagonia)
3. Not use Pattie Gonia in any form on product

I hope the three points above give you a clear sense of where we are coming from, and give you confidence to move forward with your partnership and do great work together. If there are any questions as the work progresses, please don't hesitate to reach out to me.

Gratefully,
Rob

**Exhibit 1**

**From:** Pattie Gonia[pattiegonia@gmail.com]
**Sent:** Thur 2/10/2022 2:34:49 PM (UTC-08:00)
**To:** Robin Vieira[rvieira@hydroflask.com]
**Cc:** Yiorgos Makris[ymakris@hydroflask.com]; Robert Tadlock[Robert.Tadlock@patagonia.com]; Yiorgos Makris[yiorgos.makris@hydroflask.com]
**Subject:** Re: Hydroflask / Pattie Gonia / Patagonia

Robert, Yiorgos, Robin, thank you all so much for your handling of this issue and for including us in the discussion. We really appreciate each of you so much. Cannot wait to get things going! Super excited.

**Pattie Gonia / Wyn Wiley** (she/he/they)
Drag Queen, Professional Homosexual & Intersectional Environmentalist
**Jenny Dugan** (she/her)
Production Manager

**Exhibit 2**

**From:** Robert Tadlock[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=25792C2814974C6A943DBD774BAE6F77-ROBERT TADL]
**Sent:** Tue 2/15/2022 3:54:45 PM (UTC-08:00)
**To:** Pattie Gonia[pattiegonia@gmail.com]; Robin Vieira[rvieira@hydroflask.com]
**Cc:** Yiorgos Makris[ymakris@hydroflask.com]; Yiorgos Makris[yiorgos.makris@hydroflask.com]
**Subject:** RE: Hydroflask / Pattie Gonia / Patagonia

Hi All,

One clarification/addition I should make to this regarding use of Patagonia's logos. Patagonia would ask that the parties not use Patagonia's logos *or any substantially similar designs* like the mask meme logo we discussed Pattie that used the mountain silhouette and belwe font. I think that additional language accurately reflects our conversations, and sorry for not being more clear in the first go at this. As before, I welcome any conversations/feedback. I just didn't want to leave my potential miscommunication hanging out there.

Best,
Rob

**Exhibit 3**

**From:** Pattie Gonia[pattiegonia@gmail.com]
**Sent:** Wed 2/16/2022 11:48:45 AM (UTC-08:00)
**To:** Robert Tadlock[Robert.Tadlock@patagonia.com]
**Cc:** Robin Vieira[rvieira@hydroflask.com]; Yiorgos Makris[ymakris@hydroflask.com]; Yiorgos Makris[yiorgos.makris@hydroflask.com]
**Subject:** Re: Hydroflask / Pattie Gonia / Patagonia

Thank you for the clarification Robert! Really appreciate it and keep note of it.
**Jenny Dugan** (she/her)
Production Manager
**Pattie Gonia / Wyn Wiley** (she/he/they)
Drag Queen, Professional Homosexual & Intersectional Environmentalist

**Exhibit 4**

Message

**From:** Robert Tadlock [Robert.Tadlock@patagonia.com]
**Sent:** 2/10/2025 6:43:24 PM
**To:** Pattie Gonia [pattiegonia@gmail.com]
**Subject:** Re: Hydroflask / Pattie Gonia / Patagonia

Dear Pattie:

I hope you are well, it has been what feels like a few lifetimes since we spoke in 2022. I'm writing to you now because I saw the recent announcements about product sales of t-shirts featuring "Pattie Gonia" branding as well as more sales of the stickers including Patagonia's logo. I am writing, somewhat more formally this time, to stress again how important it is to Patagonia that Pattie Gonia maintain their identity as a persona, but not to use that persona in connection with commercial sales or advertising of products. Trademark law requires Patagonia to affirmatively protect its trademarks against all potential infringement even where the company is aligned with the purpose and goals of Pattie Gonia the persona.

My takeaway from our conversation and email follow up from 2022 was that, while Patagonia admires the climate work Pattie does, Pattie would:

1. Not use or otherwise display Patagonia's logos or any substantially similar designs
2. Not use the "belwe font" in content supporting the sales
3. Not use Pattie Gonia in any form on product.

The examples I've seen from social media posts include products that implicate each one of these points that I thought we'd agreed upon.




**Exhibit 5**




Patagonia remains supportive of your work but must insist that the Pattie Gonia persona not be commercialized and continue to adhere to the commitments made in 2022. Unfortunately, these latest product sales force Patagonia's hand and so I'm asking that you discontinue sales of t-shirts and stickers (or any product) using Pattie Gonia branding or designs substantially similar to Patagonia's logos.

I hope we are able to work this out, so please call me if talking through this would be helpful.

Best,
Rob

**Exhibit 5 (cont.)**

**From:** Pattie Gonia[pattiegonia@gmail.com]
**Sent:** Fri 2/14/2025 8:11:58 AM (UTC-08:00)
**To:** Robert Tadlock[Robert.Tadlock@patagonia.com]
**Subject:** Re: Hydroflask / Pattie Gonia / Patagonia

Hi Rob,
Pattie here with my business partner Jenny who you met on zoom. Thanks for the email and the concern.
What you shared in your previous email was incorrect.
What we shared on our call 2022 was the following:

- Pattie Gonia the drag queen and environmentalist is inspired by a region in South America. It's wonderful that both Patagonia the brand and Pattie Gonia the drag queen are inspired by Patagonia's beauty.
- We also shared that any and all references to the brand Patagonia font or brand logo in association to Pattie Gonia was done by a fan as fan art. We have never sold this fan art.

Bringing the conversation to today, the brand Patagonia's communication earlier this week was coincidental timing. We were actually just about to reach out to the brand Patagonia! We wanted to let the brand know that, in light of what we are learning about Lost Arrow, we intend to avoid any perceived association with the brand Patagonia.
Lost Arrow, under the brand Patagonia's ownership, developed and sold tactical and military gear to the US government and police departments across the nation for years/decades? (bit blurry there as we're still fielding information from former employees). Beyond Lost Arrow's police & military business purpose, we are concerned about the clear cultural appropriation with the name "Lost Arrow." Furthermore, the quick sale of the Lost Arrow division during the height Black Lives Matter does not absolve the brand Patagonia. We were inspired to do this research after hearing the words of Patagonia brand communications director Corley Kenna in an interview with 'Your Public Value' where she mentions - "the consumers are there to hold you responsible to think beyond profit." Consumers have yet to hold the brand Patagonia responsible for NOT thinking beyond profit with the creation of Broken Arrow which supports the very people and institutions destroying the planet - the US military is, after all, the world's largest global polluter. It is a disconcerting fact for a company that claims to be "in business to save our home planet."
From here:

- We will not utilize any references to the brand Patagonia's font and logo.
- Our upcycled t-shirts/sweatshirts and clothing merch is a moot point as we have never and will never reference the brand Patagonia's logo or brand. Fonts we use have been one of a kind custom text or purchased Kilimanjaro font. Furthermore, our merch is made out of clothing saved from landfills and screen printed with new designs. However, per the brand Patagonia's consideration, and to make sure there is absolutely no brand association between Pattie Gonia and the brand Patagonia, we won't save any of the brand Patagonia's product we frequently find heading to landfills.

In summary: there's plenty of room for us to both play in this play box. We trust the brand Patagonia will stay on their side and we will stay on ours. There are far more benefits to the brand Patagonia if our relationship remains neutral.
Lastly, we understand positionality here and know you're doing your job, likely reaching out at the request of senior leadership which you're more than welcome to share with them. You communicated with kindness and grace and that is appreciated.
Phew, are you a bit tired? We are too! So, kicking work aside, if you or your family would ever like tickets to a Pattie Gonia show or some merch, we're happy to make that happen. Just say the word!
Pattie and Jenny

**Exhibit 6**

**From:** Robert Tadlock[Robert.Tadlock@patagonia.com]
**Sent:** Wed 3/12/2025 5:01:06 PM (UTC-07:00)
**To:** Pattie Gonia[pattiegonia@gmail.com]
**Cc:** Jonathan Carmona[Jonathan.Carmona@patagonia.com]; Corley Kenna[Corley.Kenna@patagonia.com]
**Subject:** Re: Hydroflask / Pattie Gonia / Patagonia

Hi Pattie and Jenny,
Apologies this has taken some time to respond. I agree with you that we all benefit if our relationship remains at least neutral. Recognizing that my legal lens has its limits, I'm adding Jonathan Carmona and Corley Kenna to the conversation since Whitney is no longer at the company. Jonathan is our Director of Global Justice and Belonging. Corley is our Chief Impact & Communications Officer who you quoted in your note. Hopefully, among this group we can find a productive way forward.
We are genuinely interested in at least having a neutral relationship, in particular at a moment when the threats to public lands are so acute. And we are happy to discuss Patagonia's government business that was discontinued three years ago. If you think there are valid criticisms of the company about that business, then by all means share that with your community.
We do, however, seem to have different understandings of where we left things related to Patagonia's trademarks when this last came up. Is there a time next week that you'd be available to talk with us to see if we can find a way forward?
Rob

**Exhibit 7**




**Exhibit 8**

https://www.instagram.com/p/BpGVj0LFw3O/




**Exhibit 9**

https://www.instagram.com/p/BpGVj0LFw3O/




**Exhibit 10**

https://www.instagram.com/p/BqDKIUFBIpI/




**Exhibit 11**

https://www.instagram.com/p/BqDKIUFBIpI/



pattiegonia
Aspen/Snowmass- Colorado, USA
Follow •••

pattiegonia Edited • 376w
took my niece boarding. she shreds.
.
#matchymatchy #girlpower #aspenout #aspen @aspensnowmass #giveaflake #guncle #auntieactuallythough

limonverdedesigns 338w
@alinathenurse
Reply

twopinkpeas 339w
I could watch this over & over & over again. So cute!
1 like Reply

twopinkpeas 339w
Omg...that laugh is everything! She is too adorable! I'm extremely impressed by her snowboarding

27.1K 481

March 15, 2019

Add a comment...

**Exhibit 12**

https://www.instagram.com/p/BvCnCRqhg0y/




**Exhibit 13**

https://www.instagram.com/p/BvCnCRqhg0y




**Exhibit 14**

https://www.instagram.com/p/By8f8tAnjKI/




**Exhibit 15**

https://www.instagram.com/p/B0o6bSopB_y/




**Exhibit 16**

https://www.instagram.com/p/B6J7Cd7JzoB/




**Exhibit 17**

https://www.instagram.com/p/B_vd7NMJpsy/




**Exhibit 18**

https://www.instagram.com/p/B_vd7NMJpsy/



pattiegonia Follow ···

pattiegonia Edited • 289w
this past month, i took a course that ended with a week-long climb camp in a developed campground- the only time we were around other outdoorists. during the course, each student taught on a topic they were passionate about. from lightning safety, to pronouns to my class about living unapologetically, in which i surprised the group by coming in drag.

what followed was this review on NOLS facebook account by lisa, the woman at the campsite next to us who would glare at me daily and on one special occasion, was waiting outside of the pit toilet but when i walked out of it, refused to use it and walked straight back to her campsite.

sometimes i think that we've made a lot

25.5K 446

November 16, 2020

Add a comment...

**Exhibit 19**

https://www.instagram.com/p/CHqQMKUpizF/




**Exhibit 20**

https://www.instagram.com/p/CIQ97LRJnwI/




**Exhibit 21**

https://www.instagram.com/p/CIQ97LRJnwI/




**Exhibit 22**

https://www.instagram.com/p/CKsQEBTJHei/




**Exhibit 23**

https://www.instagram.com/p/CW557Yspo_L/




**Exhibit 24**

https://www.instagram.com/p/CYUI70pFRcz/




**Exhibit 25**

https://www.instagram.com/p/CZKi4BcptU9/




**Exhibit 26**

https://www.instagram.com/p/CZKwsE3JxAX/




**Exhibit 27**

https://www.instagram.com/p/CZM_DZ4JVgR/




**Exhibit 28**

https://www.instagram.com/p/Cau23EwDUJs/




**Exhibit 29**

https://www.instagram.com/p/Cb8Jg-fvxwB/




**Exhibit 30**

https://www.instagram.com/p/CjLimM2JqW5/




**Exhibit 31**

https://www.instagram.com/p/CljHMxOjwuw/




**Exhibit 32**

https://www.instagram.com/p/Cll4cx1pSPk/




**Exhibit 33**

https://www.instagram.com/p/CrlglO9uZZQ/




**Exhibit 34**

https://www.instagram.com/p/CtOyRGHOLKu/




**Exhibit 35**

https://www.instagram.com/p/C0Msgudp8Hx/




**Exhibit 36**

https://www.instagram.com/p/C4QzUqdP9Za/




**Exhibit 37**

https://www.instagram.com/p/C7DSGnJudoK/




**Exhibit 38**

https://www.instagram.com/p/C8AqldISLce/




**Exhibit 39**

https://www.instagram.com/p/C8fuc_yJiDI/




**Exhibit 40**

https://www.instagram.com/p/C8slw0USWIh/




**Exhibit 41**

https://www.instagram.com/p/C8zlZyLJMjt/




**Exhibit 42**

https://www.instagram.com/p/C8zlZyLJMjt/




**Exhibit 43**

https://www.instagram.com/reel/C840koBvJ95/




**Exhibit 44**

https://www.instagram.com/p/C_OPpL3SLdk/




**Exhibit 45**

https://www.instagram.com/p/DAEXJY5yWN6/




**Exhibit 46**

https://www.instagram.com/p/DARBy_vpT4F/




**Exhibit 47**

https://www.instagram.com/p/DAjCPw9vp-E/




**Exhibit 48**

https://www.instagram.com/p/DBH0K8iSQCc/




**Exhibit 49**

https://www.instagram.com/p/DDH4IRFPAWr/




**Exhibit 50**

https://www.instagram.com/pattiegonia/p/DD951kAvyLN/




**Exhibit 51**

https://www.instagram.com/p/DFstsaFPCjW/




**Exhibit 52**

https://www.instagram.com/p/DGQ0e-3vEF2/




**Exhibit 53**

https://www.instagram.com/p/DGVtfiWxLc7/




**Exhibit 54**

https://www.instagram.com/p/DGx8er0Jk5h/




**Exhibit 55**

https://www.instagram.com/p/DIeVLrKJUpb/




**Exhibit 56**

https://www.instagram.com/p/DJZsH4YvnxY/




**Exhibit 57**

https://www.instagram.com/p/DNGgw5opcP5/




**Exhibit 58**

https://www.instagram.com/p/DNn0lunR8IV/




**Exhibit 59**

https://www.instagram.com/pattiegonia/reel/DOJy3y_Emm0/




**Exhibit 60**

https://www.instagram.com/pattiegonia/reel/DO1OIIbjvG3/




**Exhibit 61**

https://www.instagram.com/pattiegonia/reel/DPcsDY4gIE7/




**Exhibit 62**

https://www.instagram.com/p/DPePwlaERQZ/




**Exhibit 63**

https://www.instagram.com/p/DQ4ipaSj1Pu/




**Exhibit 64**

https://www.instagram.com/p/DQ4tulhkqIL/




**Exhibit 65**

https://www.instagram.com/pattiegonia/reel/DRYVH1gD-pa/




**Exhibit 66**

https://www.instagram.com/pattiegonia/reel/DRX8fAmEqwG/




**Exhibit 67**

https://www.instagram.com/pattiegonia/reel/DRXvE2lEkHC/




pattiegonia
Original audio
Follow •••

pattiegonia Edited • 27w
pissing on the grave of "go woke go broke" like...

how we do things:

-UPCYCLING: we take perfectly good t-shirts heading for landfills and print new designs on them, turning them into one of a kind shirts just for you.
-QUEER JOBS & EQUITABLE PAY: our merch gives queer people and women (4 people so far!) jobs and EQUITABLE PAY for every person involved in the process.
-GIVE BACK: each shirt purchased donates $1 to BIPOC + Queer non-profits. last year's recipient was @vamonos_outside getting latinx youth outdoors.
-ENVIRO-FRIENDLY: we print our merch with eco-friendly inks

89.2K 390 608

November 24, 2025

Add a comment...

**Exhibit 68**

https://www.instagram.com/p/DRdRIyGkgM8/




**Exhibit 69**

https://www.instagram.com/pattiegonia/reel/DRr0GA9DPsl/



pattiegonia
Original audio
Follow ···

pattiegonia Edited • 25w
2026 TOUR! 🌏

get presale access by signing up for my mailing list.
pattiegonia.net

*WINNERS CHOSEN* ENTER TO WIN 4 VIP TICKETS by sharing this video to your story and tagging a friend below. winner will be chosen and notified by DM tomorrow at 9am.

presale: wednesday december 10th- 10am local venue time
public on sale: friday, december 12th - 10am local venue time

see you soon!

annamo.1 25w

24.6K 536 264

December 7, 2025

Add a comment...

**Exhibit 70**

https://www.instagram.com/p/DR-OFnIAWwe/




**Exhibit 71**

https://www.instagram.com/p/DWjz0PND5cB/




**Exhibit 72**

https://www.instagram.com/p/DWqzSwcDvbh/



pattiegonia • Follow ...

pattiegonia THE BEND & SNAP TRAIL EDITION ♻️ 💃 🌲 ugh isn't trash on the trails the most sad moment??? let's keep our trails clean & do it while looking fab && snatched & cute as a bb prancing deer. not only for us but for all the animal babes friends we share mother natch with!!! remember, we have one earth to have our party, let's not leave the house trashed. pick up your trash. it's simply good etiquette, queens.

.

keeping our trails is clean is as easy as you brining a simple plastic bag to not only pack out your trash but what was left behind by other people. even if you pick up a piece or two of trash on a 30 min hike that can do wonders to keep mother natch looking snatched.

.

outfit by clothes my mom got me for christmas
video by @charlieronan
edit by @adamkingman
#recycle #packout #packinpackout #protectourparks #nationalparks #hikevibes #litter #trash #stateparks #parksandrec #11thessential #leavenotrace #staywild #colorado #redrocks #denver #nature #fierce #drag #dragqueen #dance

.

video taken on cheyenne and ute native land

Edited · 380w

pamelaroseabitua @turnerthomas_living follow him!
317w Reply

s_gmoney @fmjen
339w Reply

s_gmoney @morgankmyers
339w 1 like Reply

19.9K likes
February 7, 2019

Add a comment... Post

**Exhibit 73**

https://www.instagram.com/p/Btl_HlzhdLP/




**Exhibit 74**

https://www.instagram.com/p/B0GjvHtnn1L/




**Pattie Gonia** for **GoFundMe.org**

**Exhibit 75**

https://www.gofundme.com/f/a-fundraiser-thats-not-a-drag-2024

PATTIE GONIA MERCH

Home Catalog About This Project Contact United States | USD $

EVERY SHIRT IS UNIQUE! AND THAT'S WHAT MAKES THEM SPECIAL! THE IMAGES GIVE YOU AN IDEA OF THE NEW DESIGNS PRINTED OVER EXISTING ONE-OF-A-KIND SECOND HAND SHIRTS. YOUR SHIRT WILL BE UNIQUE AND DIFFERENT FROM THE IMAGES. THINK OF IT AS YOUR T-SHIRT TAROT CARD READING ;)

## Gone for now. We'll see you next time!!

I want to know when Pattie shows are in my area and when future merch drops happen!

Email

Country/region

United States | USD $

© 2024, PATTIE GONIA MERCH Powered by Shopify · Refund policy · Terms of service · Shipping policy · Privacy policy · Contact information

**Source URL:** https://web.archive.org/web/20241003203844/https://pattiegoniamerch.com/
**Collection Timestamp:** Fri May 29 2026 13:15:58 GMT-0700 (Pacific Daylight Time)

**Exhibit 76**

https://pattiegoniamerch.com/




**Source URL:** https://web.archive.org/web/20250317142554/https://www.pattiegonia.net/
**Collection Timestamp:** Mon Jun 01 2026 14:06:27 GMT-0700 (Pacific Daylight Time)

**Exhibit 77**

https://www.pattiegonia.net/




**Exhibit 78**

https://www.instagram.com/p/B_vd7NMJpsy/