# EXHIBIT 45

# Attachment A

**Table 1**

| Name of Third-Party Partner | Scope of Partnership/Deliverables | Date(s) of Partnership | Associated Media/Other |
|---|---|---|---|
| Hydroflask | Funding of advocacy-related work + Instagram post(s) promoting reusable products | March 28, 2022 | https://www.instagram.com/p/Cbp882zJW3-/?img_index=4 |
| American Express | Appearance and social media marketing | October-November 2019 | https://www.instagram.com/p/B4DSTa1prA_/<br>https://www.instagram.com/p/B43c1FaJrmx/<br>https://www.instagram.com/p/B5dGtazJht_/ |
| Backcountry | Social media marketing | 11/19/2019 | https://www.instagram.com/p/B74x43OJGsx/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Nebia | Social media marketing | 1/21/2020 | |
| HOKA | Event production and social media marketing | 2/21/2020 | https://www.instagram.com/p/B9F2RIJpdB5/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA==<br>https://www.instagram.com/p/CDjWPdmJaK5/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| LifeStraw | Event production and social media marketing | 5/1/2020 | Eco tourism trip |
| Nebia | Social media marketing | 3/23/2020 | https://www.instagram.com/p/B-DgZkppMbv/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |

| Name of Third-Party Partner | Scope of Partnership/Deliverables | Date(s) of Partnership | Associated Media/Other |
|---|---|---|---|
| Larq | Social media marketing | 3/23/2020 | |
| EA | Social media marketing | 6/1/2020 | https://www.instagram.com/p/CBgRvY7lrN6/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Dell | Social media marketing | 2020 | https://www.instagram.com/p/CDCCjCtFSb3/?utm_source=ig_web_copy_link&igsh=NTc4MTIwNjQ2YQ== |
| Visible / Verizon | Social media marketing | 2020 | https://www.instagram.com/p/CH0fzPnp4gd/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| LifeStraw | Event production and social media marketing | 2022 | https://www.instagram.com/p/Cbc08zWLXLr/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| HOKA | Social media marketing | 8/5/2020 | Instagram Live Post Only |
| Aspiration | Social media marketing | 10/13/2020 | https://www.instagram.com/p/CG5ZrrRpemv/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== https://www.instagram.com/p/CICGVIppOEt/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |

| **Name of Third-Party Partner** | **Scope of Partnership/Deliverables** | **Date(s) of Partnership** | **Associated Media/Other** |
|---|---|---|---|
| Visible / Verizon | Social media marketing | 11/20/2020 | |
| HOKA | Social media marketing | 11/17/2020 | https://www.instagram.com/p/CHtSAq3naTU/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Aspiration | Social media marketing | 12/22/2020 | On Aspiration's website, since taken down by Aspiration. |
| Tentree | Social media marketing | 11/14/20 & 11/15/20 | |
| Dometic | Social media marketing | 12/1/2020 | Instagram Story Post Only |
| Nuun | Social media marketing, virtual event, article for their blog | 12/1/20-5/31/21 | https://www.instagram.com/p/CLCiVCopupH/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== https://www.instagram.com/p/CPWX-ojpmfV/?utm_source=ig_web_copy_link&igsh=NTc4MTIwNjQ2YQ== |
| HOKA / Cotopaxi / REI | Social media marketing | 4/1/2021 | https://www.instagram.com/p/CNDMDV4J9Tl/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |

| Name of Third-Party Partner | Scope of Partnership/Deliverables | Date(s) of Partnership | Associated Media/Other |
|---|---|---|---|
| HOKA | Sponsorship, + Corporate Give Back to Outdoorist Oath +Event production and social media marketing | 2021 | https://www.instagram.com/p/CQ9e5j6Jmux/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== https://www.instagram.com/p/CVW50bOLEHJ/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Aspiration | Social media marketing | 2021 | https://www.instagram.com/p/CNK1JRqpneG/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== https://www.instagram.com/reel/CVOgOWxjByE/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Backcountry | Social media marketing | 4/1/2021 | https://www.instagram.com/p/CNbENmqphEE/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Backcountry | Social media marketing | 2022 | https://www.instagram.com/p/Cdn2sT4O9rU/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Pela | Social media marketing | June 2021 | https://www.instagram.com/reel/CPoHIrGpEnJ/?utm_source=ig_web_copy_link&igsh=NTc4MTIwNjQ2YQ== |
| Google / Newfangled | Commercial Shoot | November 2021 | Talent in a Google Ad Spot |
| TAZO | Sponsorship, Social Media Marketing | 2021 | https://www.instagram.com/p/CP6iYocJzz-/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |

| Name of Third-Party Partner | Scope of Partnership/Deliverables | Date(s) of Partnership | Associated Media/Other |
|---|---|---|---|
| Beautiful Destinations | license | 2/11/2021 | Instagram post by Beautiful Destinations, since deleted for TOU violation. |
| AirBNB | Event production and social media marketing | 2021 | https://www.instagram.com/p/CPtTD0MpsG5/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Logtiech | Social Media Marketing | 6/16/2021 | https://www.instagram.com/p/CRFRq6rJWrW/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Visible / Verizon | Social Media Marketing | 2021 | |
| Dropps | Social Media Marketing | 8/24/2021 | https://www.instagram.com/p/CS-GAfsPes9/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA==<br>https://www.instagram.com/p/CW6yn4evFor/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Everlane | Social Media Marketing | 10/1/2021 | |
| Hydro Flask | Corporate education + Corporate Give Back | November 30, 2021 | https://www.instagram.com/p/CW6XHcBvUWV/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA==<br>https://www.instagram.com/p/Cbp882zJW3-/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Aspiration | Social media marketing + corporate give back | 1/3/2022 | https://www.instagram.com/reel/CcnwTRCpBJK/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| HOKA | Social media marketing + event production | 11/19/2022 | https://www.instagram.com/p/CUITm6PFuhX/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA==<br>https://www.instagram.com/reel/ClML9WzJGhm/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| HOKA | Social Media Marketing | 6/15/22 | https://www.instagram.com/reel/Ce1Qt8UJ9Jh/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| TAZO | Social Media Marketing + Corporate Give Back | 4/30/2022 - 12/31/022 | https://www.instagram.com/p/CXCIQlRvpKy/?utm_source=ig_web_copy_link&igsh=NTc4MTIwNjQ2YQ==<br>https://www.instagram.com/reel/ChUvlwfjHee/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA==<br>https://www.instagram.com/reel/Ci-MMRtjlYi/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFl |

| Name of Third-Party Partner | Scope of Partnership/Deliverables | Date(s) of Partnership | Associated Media/Other |
|---|---|---|---|
| | | | ZA==<br>https://www.instagram.com/reel/ClkL2vEjFZw/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA==<br>https://www.instagram.com/reel/CmJ24uTJSQ9/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| TAZO | Social Media Marketing | 11/14/2022 | https://www.instagram.com/reel/Ck8lq1NDGkq/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA==<br>https://www.instagram.com/reel/Ck8lq1NDGkq/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Clif | Social Media Marketing + corporate give back to Brave Trails | 6/5/2022-9/5/22 | |
| PitViper | Pride month partnership, post+story set | 6/30/2022 | https://www.instagram.com/reel/Cfb416pJw8C/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Aspiration | Social Media Marketing | 7/14/2022 | https://www.instagram.com/reel/Cjatz_pDC5o/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA==<br>https://www.instagram.com/p/Cll4cx1pSPk/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Dropps | Social Media Marketing + corporate give back | Feb - Nov 2022 | https://www.instagram.com/reel/Cjatz_pDC5o/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| The North Face | Social Media Marketing | 2022 | https://www.instagram.com/reel/Cd6DZ6CpWXR/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA==<br>https://www.instagram.com/p/Cd6OvGUuKNl/?<br>https://www.instagram.com/reel/Cf1iZSPDvD4/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA==<br>https://www.instagram.com/reel/CeRdaS9L6U-/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA==utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| VF / SmartWool | Social Media Marketing | 2022 | https://www.instagram.com/reel/Ci5KIQhjptQ/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |

| Name of Third-Party Partner | Scope of Partnership/Deliverables | Date(s) of Partnership | Associated Media/Other |
|---|---|---|---|
| Crux Academy / REI | Corporate Education | 8/18/2022 | Corporate Training Videos for Internal Use |
| Verizon/ Visible | Social Media Marketing | 12/3/2022 | https://www.instagram.com/reel/Cmy5xmXpoB1/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Smartwool | Social Media Marketing | 4/22/2023 | https://www.instagram.com/reel/CrWCLy3rR4G/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Smartwool | Social Media Marketing + Corporate Give Back | 8/1/2023 | https://www.instagram.com/reel/Cvh5Os1rbw-/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| IKON Pass | Social Media Marketing | 3/9/2023 | https://www.instagram.com/reel/Cpkh6oyDQAK/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Strava | Social Media Marketing | 1/1/2023 | https://www.instagram.com/reel/Cs6nIAJJXYC/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Imagine 5 Media | Social Media Marketing | 10/11/2023 | https://www.instagram.com/reel/CyQ57l7rF43/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== https://www.instagram.com/reel/CyeC8dHpo8-/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Lifestraw | Social Media Marketing | 6/1/2023 | Instagram Stories Only |
| The North Face | Social Media Marketing | 12/12/2023 | https://www.instagram.com/reel/C0wqm63Jrfg/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Dash Pictures | Social Media Marketing + Appearance Fee | 2023 | https://www.amazon.com/Go-Gently/dp/B0FQ6GFYHQ |
| Public Lands | Social media marketing | 8/9/23 | Contracted but never went live |
| The North Face | Social Media Marketing + Event Production | 2023 | https://www.instagram.com/reel/Csl3BZINw7v/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== https://www.instagram.com/p/CsmAOZDJ3Iv/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== https://www.instagram.com/reel/CuhRAuVNgro/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Kodiak | Social Media Marketing | 3/1/2023 | Instagram Story Only |
| IKON Pass | Social Media Marketing | 3/28/2024 | https://www.instagram.com/reel/C5D7sGHLZz1/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |

| Name of Third-Party Partner | Scope of Partnership/Deliverables | Date(s) of Partnership | Associated Media/Other |
|---|---|---|---|
| HULU / The Influential | Social Media Marketing | 12/6/2023 | https://www.instagram.com/reel/C0hHzQjxWch/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| REI x The North Face | Social Media Marketing | 8/2/2023 | https://www.instagram.com/reel/CvcwZi2Myc9/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Tazo | Social Media Marketing | 11/3/2023 | https://www.instagram.com/p/CzMDsLTOIGn/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| NRDC | Social Media Marketing | 9/6/23 | Instagram Story Only |
| Visit CA | Social Media Marketing + Appearance Fee + Event Production | 3/20/2023 | https://www.instagram.com/reel/C4vebvdR7Pc/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| NRDC / Vocal Media | Social Media Marketing | 2/12/24, 3/7/2024 | https://www.instagram.com/reel/C3QW6XQx8GK/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== https://www.instagram.com/reel/C4OFT2wr4Si/?utm_source=ig_web_copy_link&igsh=NTc4MTIwNjQ2YQ== https://www.instagram.com/p/C6zs8kkpcKz/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Lomi | Social Media Marketing | 2024 | Instagram Story Only |
| Pit Viper | Social Media Marketing | 2/11/2024 | Instagram Story Only |
| Badger | Social Media Marketing | June / July 2024 | Instagram Story Only |
| Earth Day Initiative | Social Media Marketing | March 31, 2024 | Sponsored Content: Reel |
| Climate Power | Social Media Marketing | 3/7/2024 | Climate Power LNG Campaign - IG + TikTok add on |
| Greenpeace | Social Media Marketing | 4/4/2024 | https://www.instagram.com/reel/C5ybRjoLIeq/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA==. https://www.instagram.com/reel/C6JSVBUuNdt/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Stio | Social Media Marketing | 2024 | Instagram Stories |
| Away Luggage | Social Media Marketing | 5/14/2024 | https://www.instagram.com/reel/C69eM9Epsne/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |

| Name of Third-Party Partner | Scope of Partnership/Deliverables | Date(s) of Partnership | Associated Media/Other |
|---|---|---|---|
| Blueland | Social Media Marketing | 7/1/2024 | https://www.instagram.com/reel/C840koBvJ95/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Mindbody | Corporate Education | 6/5/2024 | Virtual Event |
| Youtube / GOLicense LLC | Social Media Marketing - Licensing | March 2024 | YouTube Pride Campaign |
| Keilhs | Social Media Marketing | 4/6/2024 | https://www.instagram.com/reel/C5bJDMArWuD/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Climate Power | Social Media Marketing | 10/1/2024 | https://www.instagram.com/reel/C4OFT2wr4Si/?utm_source=ig_web_copy_link&igsh=NTc4MTIwNjQ2YQ==<br>https://www.instagram.com/reel/DAtiu-Fycul/?utm_source=ig_web_copy_link&igsh=NTc4MTIwNjQ2YQ== |
| Seventh Gen | Social Media Marketing | Oct - Dec 2024 | https://www.instagram.com/reel/DAmJt0ONoL5/?utm_source=ig_web_copy_link&igsh=NTc4MTIwNjQ2YQ==<br>https://www.instagram.com/reel/DByvIdtJlBd/?utm_source=ig_web_copy_link&igsh=NTc4MTIwNjQ2YQ== |
| Nature Conservancy / TNC | Social Media Marketing | 5/30/2024 | https://www.instagram.com/reel/C7maiuSJoRq/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Stio | Social Media Marketing | 3/12/2025 | https://www.instagram.com/reel/DHHoGslSLDU/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA==<br>https://www.instagram.com/reel/DHHoGslSLDU/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Seventh Generation | Social Media Marketing + event sponsorship | Feb - April 2025 | https://www.instagram.com/reel/DByvIdtJlBd/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA==<br>https://www.instagram.com/reel/DGDgpaqR5nB/?utm_source=ig_web_copy_link&igsh=NTc4MTIwNjQ2YQ== |
| Seventh Generation | Social Media Marketing | 6/18/2025 | https://www.instagram.com/reel/DGDgpaqR5nB/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA==<br>https://www.instagram.com/reel/DLC8jNfRHfy/?utm_source=ig_web_copy_link&igsh=NTc4MTIwNjQ2YQ== |

| Name of Third-Party Partner | Scope of Partnership/Deliverables | Date(s) of Partnership | Associated Media/Other |
|---|---|---|---|
| | | | https://www.instagram.com/reel/DIyuyRdJybT/?igsh=MWVnM2dvYmFpOWxmcw== |
| Battle Axe for If/When/How | Social Media Marketing | 2025 | Instagram Story Set Only |
| National Parks Conservation Association | Social Media Marketing | 2025 | |
| Ground News | Social Media Marketing | 2025 | https://www.instagram.com/reel/DKZyhMmxWxb/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== https://www.instagram.com/reel/DNBIEg0xKkk/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== https://www.instagram.com/reel/DQZfSvYD1uN/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| EA | Social Media Marketing | 7/14/2025 | https://www.instagram.com/reel/DMF3-nARKgW/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Visit CA | Social Media Marketing | 7/15/2025 | https://www.instagram.com/reel/DMIn8ExRG0h/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== https://www.instagram.com/p/DMJVTLDyJ1u/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Greenpeace | Social Media Marketing | 10/1/2025 | https://www.instagram.com/p/DPR33yqksdS/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Visit Asheville | Social Media Marketing | 9/3/2025 | https://www.instagram.com/reel/DOJy3y_Emm0/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== https://www.instagram.com/reel/DPKjeUeDjte/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== https://www.instagram.com/reel/DPgxPuXkYnR/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| IKON Pass | Social Media Marketing | 12/14/2025 | https://www.instagram.com/reel/DSQGCDPD5JY/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| META | Use of app/Threads | 1/11/2024 | Created 30 Threads posts |

| **Name of Third-Party Partner** | **Scope of Partnership/Deliverables** | **Date(s) of Partnership** | **Associated Media/Other** |
| --- | --- | --- | --- |
| Economic Security Project | Social Media Marketing | November 2025 | https://www.instagram.com/reel/DK8aPWKJAB8/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Intrepid | Social Media Marketing + Appearance + Corporate Consulting | 2026 | https://www.instagram.com/reel/DTk9dZYAFlT/?utm_source=ig_web_copy_link&igsh=NTc4MTIwNjQ2YQ== |
| Ecosia | Social Media Marketing | 4/22/2026 | https://www.instagram.com/reel/DXb84XTDk-2/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Ground News | Social Media Marketing | March 2026 - Feb. 2027 | Instagram Story Only |
| Humankind Investments | Social Media Marketing | 2/4/2025 | Not Posted |
| Earth Justice / Vocal Media | Social Media Marketing | 4/3/2026 | Instagram Story Only |
| Autocamp | Social Media Marketing + corporate giveback | 6/1/2026 | https://www.instagram.com/reel/DZFusrnuXXr/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Trust for Public Lands | Event production & social media marketing | 5/18/2024 | https://www.instagram.com/reel/C7J3zzprkeL/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA==<br>https://www.instagram.com/reel/C7J3zzprkeL/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Doris Duke (Glow) | Social Media Marketing | 7/1/2025 | |
| Rainforest Alliance | Social Media Marketing | Sep-Nov 2023 | https://www.instagram.com/reel/Cz4ENMupgiM/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Oregon Wild | Social Media Marketing + lobbying | 4/19/2024 | https://www.instagram.com/reel/C59Ot3jpMxi/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Oregon Wild | Social Media Marketing | March / April 2024 | https://www.instagram.com/reel/C5RXGikPjaD/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Chaco | Event spondsorship | 6/1/2026 | Story Not Posted by Chaco |
| Avocado | Corporate education + social media marketing | Jan - May 2021 | |

| Name of Third-Party Partner | Scope of Partnership/Deliverables | Date(s) of Partnership | Associated Media/Other |
|---|---|---|---|
| Sun Day | Social Media Marketing | 8/1/2025 | https://www.instagram.com/reel/DI_pSYqI_Ez/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| Accor Hotels | Social Media Marketing | 6/12/2019 | https://www.instagram.com/p/BynV4qYJsdk/?img_index=1 |

**Table 2**

| Name of Third-Party Partner | Event Title | Nature of Event/Engagement | Date(s) of Event/Engagement |
|---|---|---|---|
| 1% For the Planet | Global Summit LA | Keynote Speaker | 2022 |
| 1% for the Planet | Global Summit NYC | Keynote Speaker + Host | October 2023 |
| Backcountry | Pop up shop at NYC Store | Host + Performer | 1/28/2020 |
| Out Central Oregon | Winter Pridefest | Host + Performer | 1/30-2/2/20 |
| Backpacker Mag | Pride Employee Event | Virtual Keynote Speaker | |
| Teva | Pride Month Panel | Virtual Keynote Speaker | 6/24/20 |
| Amazon | Internal Speaking | Virtual Keynote Speaker | |
| Natural Products Expo | Natural Products Expo - Virtual | Virtual Keynote Speaker | 9/24/20-9/26/20 |
| Appalachia State | App State Virtual Keynote | Virtual Keynote Speaker | 8/11/2020 |
| U of Wyoming | U of Wyoming Virtual Keynote | Virtual Keynote Speaker | 4/7/2021 |
| Logtiech | Virtial Pride Event "Logitalk" | Virtual Keynote Speaker | 6/9/2021 |
| Affirm | Virtual Earth Day event | Virtual Keynote Speaker | 12/9/2020 |
| Miir | Pledge DEI series | Host + Educator | 3/10/2021 |
| Brooks | Pledge DEI series | Host + Educator | Feb & Mar 2021 |
| Merrell | Pledge DEI series | Host + Educator | Feb & Mar 2021 |
| PNW | Pledge DEI series | Host + Educator | Feb & Mar 2021 |
| KOA | Pledge DEI series | Host + Educator | Feb & Mar 2021 |
| OIA | Pledge DEI series | Host + Educator | Feb & Mar 2021 |
| Outside Mag | Pledge DEI series | Host + Educator | Feb & Mar 2021 |
| Teva | Pledge DEI series | Host + Educator | Feb & Mar 2021 |
| Outdoor Aliance | Pledge DEI series | Host + Educator | Feb & Mar 2021 |
| Outwild | Pledge DEI series | Host + Educator | Feb & Mar 2021 |
| NOLS | Pledge DEI series | Host + Educator | Feb & Mar 2021 |
| Chacos | Pledge DEI series | Host + Educator | Feb & Mar 2021 |
| Dropps | Pledge DEI series | Host + Educator | Feb & Mar 2021 |
| Backcountry | Pledge DEI series | Host + Educator | Feb & Mar 2021 |

| Name of Third-Party Partner | Event Title | Nature of Event/Engagement | Date(s) of Event/Engagement |
|---|---|---|---|
| Nat Geo | Pledge DEI series | Host + Educator | Feb & Mar 2021 |
| National Parks | Pledge DEI series | Host + Educator | Feb & Mar 2021 |
| Hoka | Pledge DEI series | Host + Educator | Feb & Mar 2021 |
| Backpacker | Pledge DEI series | Host + Educator | Feb & Mar 2021 |
| The North Face | Denver Corporate Offices | Keynote Speaker + Host | |
| Nat Geo | Pride Event | Virtual Keynote Speaker | 10/27/2021 |
| Teach America | Teach America Earth Month Event | Virtual Keynote Speaker | |
| Smithsonian | Futures Event Series | Panelist | |
| Outside Industry Association | Virtual Diversity Event | Virtual Keynote Speaker | |
| Microsoft Canada | Internal ERG Event | Virtual Keynote Speaker | |
| Humbolt State speaking | Outdoor / Enviro Speaker Series | Keynote Speaker | |
| Crux (TNF employee video) | Corporate Education Video - Pre-recorded | Virtual Educator | 2/13/2023 |
| Basalt speak event | Basalt Pride | Keynote Speaker + Host | 6/1/2023 |
| Starbucks | Virtual Pride Event | Virtual Keynote | 6/14/2023 |
| Natl Aquarium | National Aquarium Pride Night | Keynote Speaker + Host | November 16, 2023. |
| Eastern Sierra Pride | Eastern Sierra Pride | Host + Performer | |
| Crux (TNF employee video) | Internal HR video | Virtual Keynote Speaker | 2/13/2023 |
| Accelerating Sustainability | GLOBE Forum 2024 | Keynote Speaker + Host + Performer | 2/13/24 - 2/14/24 |
| META / Imaginary Forces | Meta IAB NewFront - talent fee for pre-record video | Virtual Keynote | 3/19/2023 |
| Harvard | Harvard Arts | Keynote Speaker + Drag Performer | 4/24/24-4/25/24 |
| Amer. Public Health Assoc | National Public Health Week | Virtual Keynote Speaker | 4/1/2024 |
| MountainFilm | MountainFilm Festival | Keynote Speaker + Host + Performer | |
| Earth Day Initiative | Earth Day Virtual event | Virtual Keynote Speaker | |

| Name of Third-Party Partner | Event Title | Nature of Event/Engagement | Date(s) of Event/Engagement |
|---|---|---|---|
| OKTA - Adventure By The Book | Virtual Earth Day Event | Virtual Keynote Speaker | |
| Arc'teryx | Queer Ascent - Truckee Pride | Keynote Speaker / Host / Performer | 5/31/24-6/1/24 |
| 5 Point | Event appearance | Keynote Speaker / Host / Performer | 4/26/2024 |
| NRDC / Netflix event | Event appearance | Keynote Speaker / Host / Performer | 5/9/2024 |
| Stio | ERG event | Virtual Keynote Speaker | |
| Center on Colfax | Denver Pride | Host / Performer | |
| Brooks Running | Internal ERG Event | Virtual Keynote Speaker | |
| Target 10 | Internal ERG Event | Virtual Keynote Speaker | 5/23/2024 |
| Indeed | Internal ERG Event | Virtual Keynote Speaker | virtual event 6/11/24 |
| Gobain | Internal ERG Event | Virtual Keynote Speaker | virtual event 6/11/24 |
| Slalom | Internal ERG Event | Virtual Keynote Speaker | Virtual event pre-record, 5/29/24 |
| Bloomberg | Bloomberg Green | Host + Performer | |
| UCSD | Student Speaker Series | Keynote Speaker | October 23, 2024 |
| Time for Better | Earth Disco | Host + performer | |
| University of Nebraska - Lincoln | Student Speaker Series | Keynote Speaker | 4/24/25 |
| Rochester Inst Tech (RIT) | Student Speaker Series | Keynote Speaker | March 27, 2025 |
| Oregon Wild | Rabble Rouser | Keynote Speaker | July 2025 |
| Penn State | Student Speaker Series | Keynote Speaker | |
| Denver Pride | Denver Pride | Host / Performer | June 2026 |
| Arcteryx | Queer Ascent | Keynote Speaker + Host + Performer | |
| Princess show SF | Princess Show - Appearance | Host | |

| Name of Third-Party Partner | Event Title | Nature of Event/Engagement | Date(s) of Event/Engagement |
|---|---|---|---|
| Stanford | Student Speaker Series | Keynote Speaker | May 8, 2025 |
| ICMM | ICCM Conference | Keynote Speaker | |
| National Grid | Pre-record video | Virtual Keynote Speaker | |
| American Natural History Museum | Pride Night at the Museum | Host + Keynote Speaker + Performer | |
| U of VT | Student Speaker Series - Earth Day | Keynote Speaker | |
| Climate Museum | Climate Game Show Night | Host + Performer | |
| Hasbro | Pride ERG event | Keynote Speaker | |
| Breck Create | Breck Create - Create Series | Keynote Speaker + Performer | |
| Conspirators | Conspirators Conference Miani | Host + Performer | 02/01/2026 |
| Conspirators | Conspirators Conference NYC | Host + Performer | 04/14/2026 |
| Conspirators | Conspirators Conference NYC | Host + Performer | 2025 |
| Conspirators | Conspirators Conference LA | Host +Performer | 2025 |
| Oregon Wild | Rabble Rouser | Host + performer | Aug 2026 |
| ICMM | International Convention on Mining and Minerals | Host + Performer | |
| Cal State Northridge | Western Regional Outdoor Leadership Conf | Keynote Speaker + Host + Performer | Jan 2024 |
| USC | Campus speaker series | Keynote Speaker | 4/11/22 |
| Bend Tourism | Save Her! Bend, OR | Event sponsorship | 10/1/2026 |
| Earth Justice | DC Lobbying + anti-logging March | Sponsorship of DC lobby effort + march production | April 2024 |
| Aspen Skiing Co. | Aspen U Speaker Series | Keynote Speaker | Jan 2019 |

**Table 3**

| CITY | YEAR | DATES | SHOW/ASSOCIATED |
|---|---|---|---|
| SF, CA | 2023 | 4/17-18 | SAVE HER! |
| BISHOP, CA | 2023 | 6/2-3 | EASTERN SIERRA PRIDE |
| YOSEMITE VALLEY | 2023 | 6/6-7 | EQUITY SPEAKER SERIES |
| ASPEN,CO | 2023 | 6/22 | TACAW |
| ASPEN,CO | 2023 | 6/23 | TACAW |
| SLC, UT | 2023 | 7/8 | TNF |
| ATLANTA, GA | 2023 | 9/16 | TNF |
| NYC, NY | 2023 | 9/19-9/20 | SAVE HER! |
| BEND, OR | 2023 | 10/31 | HALLOQUEEN |
| SF | 2023 | 12/2 | SAVE HER! DISCO |
| ASPEN,CO | 2024 | JANUARY | ASPEN GAY SKI |
| SLC, UT | 2024 | 4/21-4/22 | SAVE HER! |
| LA | 2024 | 5/9 | NETFLIX IS A JOKE |
| DENVER | 2024 | | SAVE HER! |
| SEATTLE, WA | 2024 | | SAVE HER! |
| VANCOUVER, BC | 2024 | 10/10 | SAMMY RAE |
| SEATTLE, WA | 2024 | 10/11-10/12 | SAMMY RAE |
| FOREST GROVE, OR | 2024 | 10/13 | SAMMY RAE |
| OAKLAND | 2024 | 10/15 | SAMMY RAE |
| LA | 2024 | 10/17 | SAMMY RAE |
| SAN DIEGO | 2024 | 10/18 | SAMMY RAE |
| NYC | 2024 | 11/9 | SAMMY RAE |
| KINGSTON, NY | 2024 | 11/11 | SAMMY RAE |
| NORTHAMPTON, MA | 2024 | 11/12-11/13 | SAMMY RAE |
| BOSTON, MA | 2024 | 11/15 | SAMMY RAE |
| NY - Climate week | 2024 | 9/24-9/25 | SAVE HER! |
| SF - Dec dance party | 2024 | 12/7/14 | SAVE HER! DISCO |

| CITY | YEAR | DATES | SHOW/ASSOCIATED |
|---|---|---|---|
| CHICAGO, IL | 2025 | 4/19 | SAVE HER |
| MILWAUKEE, WI | 2025 | 4/20 | SAVE HER |
| MINNEAPOLIS, MN | 2025 | 4/22 | SAVE HER |
| OMAHA, NE | 2025 | 4/23 | SAVE HER |
| WASHINGTON, DC | 2025 | 6/4 | SAVE HER |
| TRUCKEE, CA | 2025 | 6/7 | SAVE HER |
| LA | 2025 | 6/13 | SAVE HER |
| DENVER | 2025 | 6/27 | SAVE HER |
| PORTLAND, OR | 2025 | 7/17 | SAVE HER |
| PTOWN, MA | 2025 | 8/20 | SAVE HER |
| SEATTLE, WA | 2025 | 8/30 | BUMBERSHOOT |
| NYC | 2025 | 9/25 | SAVE HER |
| ASHEVILLE, NC | 2025 | 9/26 | SAVE HER |
| SLC, UT | 2025 | 10/30 | SAVE HER |
| BEND, OR | 2025 | 10/31 | SAVE HER |
| SF | 2025 | 12/06 | SAVE HER |
| CHICAGO, IL | 2026 | 3/17 | SAVE HER |
| NYC | 2026 | 4/21 | SAVE HER |
| BOSTON, MA | 2026 | 4/22 | SAVE HER |
| BURLINGTON, VT | 2026 | 4/23-4/24 | SAVE HER |
| PORTLAND, ME | 2026 | 4/26 | SAVE HER |
| SLC, UT | 2026 | 5/15-5/16 | KILBY/QUEERBY |
| PHILADELPHIA, PA | 2026 | 5/28 | SAVE HER |
| WASHINGTON, DC | 2026 | 5/31 | SAVE HER |
| PHOENIX, AZ | 2026 | 6/4 | SAVE HER |
| SAN DEIGO, CA | 2026 | 6/6 | SAVE HER |
| COLUMBUS, OH | 2026 | 6/10 | SAVE HER |
| NYC, NY | 2026 | 6/12 | ANHM PRIDE |
| GRAND RAPIDS, MI | 2026 | 6/13 | SAVE HER |

| CITY | YEAR | DATES | SHOW/ASSOCIATED |
|---|---|---|---|
| DENVER, CO | 2026 | 6/25 | SAVE HER |
| BUENA VISTA, CO | 2026 | 8/14-8/16 | FIELD OF VISION II |
| BOISE, ID | 2026 | 9/17 | SAVE HER |
| NYC, NY | 2026 | 9/24 | SAVE HER |
| ATLANTA, GA | 2026 | 10/9 | SAVE HER |
| SEATTLE, WA | 2026 | 10/16 | SAVE HER |
| PORTLAND, OR | 2026 | 10/17 | SAVE HER |
| BEND, OR | 2026 | 10/30 | SAVE HER |
| SF, CA | 2026 | 12/3 | SAVE HER |
| LA – Group hike | 2019 | 2/18 | and various other locations over the years |