# EXHIBIT 54

KATHERINE MCMORROW (Cal. Bar No. 315723)
kmcmorrow@bakerlaw.com
BAKER & HOSTETLER LLP
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067
Telephone: (310) 820-8800

ROCCO J. SCRENCI (*admitted pro hac vice*)
rscrenci@mcandrews-ip.com
MCANDREWS, HELD & MALLOY LTD.
500 W. Madison Street, Suite 3400
Chicago, IL 60661
Telephone: (312) 775-8000

*Attorneys for Defendants*
*Entrepreneur Enterprises, Inc. dba Pattie Gonia Productions and Wyn Wiley*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION – LOS ANGELES**

| | |
|---|---|
| PATAGONIA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ENTREPRENEUR ENTERPRISES, INC. et al.,<br><br>Defendants. | Case No. 2:26-cv-0586-RGK-RAO<br><br>**DEFENDANT'S RESPONSE TO PLAINTIFF PATAGONIA, INC.'S FIRST SET OF INTERROGATORIES TO DEFENDANT WYN WILEY (1-14)** |

locate the comments identified at page 4 of the Complaint following a reasonable search into Defendants' numerous social media posts.

**INTERROGATORY NO. 8:**

IDENTIFY all brands, products, charitable initiatives, climate initiatives, or company initiatives YOU have promoted on behalf of third-party organizations and DESCRIBE the principal products or services the third parties sell or the charitable, climate, or company initiatives that they support.

**ANSWER TO INTERROGATORY 8:**

Wiley objects to this Interrogatory as overly broad and unduly burdensome, including because it requests the identity of "all" brand, products charitable initiatives, climate initiatives, or company initiatives of the specified type. Subject to and without waiving the foregoing general and specific objections, Wiley incorporates by reference their response to Interrogatory No. 6.

**INTERROGATORY NO. 9:**

IDENTIFY each social media account or website YOU own or administer or have owned or administered in connection with the PATTIE GONIA name, INCLUDING the DATE on which YOU first operated it.

**ANSWER TO INTERROGATORY 9:**

Subject to and without waiving the foregoing general objections, Wiley responds that the following social media accounts are operated by Defendants in connection with the Pattie Gonia persona:

| Platform | Account Name | Creation Date |
|---|---|---|

| | | |
|---|---|---|
| Instagram | Pattiegonia | October 3, 2018 |
| TikTok | Pattiegonia | December 11, 2020 (first post) |
| Twitter/X | Pattiegonia | June 2019 |
| Facebook | Pattiegonia | October 3, 2018 |
| BlueSky | Pattiegonia | Inactive/Unknown |
| YouTube | thepattiegonia | Dec 9, 2018 |
| Threads | Pattiegonia | July 5, 2023 |

**INTERROGATORY NO. 10:**

IDENTIFY any marketing consultant or advertising agency YOU have engaged and the PERSON in YOUR organization primarily responsible for marketing.

**ANSWER TO INTERROGATORY 10:**

Wiley objects to the extent that this request is vague and ambiguous insofar as it fails to define "YOUR organization," and appears to be more properly directed at Defendant Entrepreneur Enterprises, Inc. Subject to and without waiving the foregoing general objections, Wiley responds that Wiley is primarily responsible for marketing efforts on behalf of Defendants. Defendants have also contracted with Green Jay Strategies, OutsidePR (for work shops), and Grandstand Media (music video). In addition, Ground Control Touring is Defendants' booking agent for touring and performs some marketing activities in connection with Defendants' live shows.

Docusign Envelope ID: 145C44B2-10BF-8247-8173-2C93E3B4F7E9



**VERIFICATION**

I, Wyn Wiley, have read the foregoing responses and declare that, based on reasonable inquiry, the facts set forth in the objections and responses are true and correct to the best of my knowledge, information, and belief.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on:

July __, 2026




Wyn Wiley

Respectfully submitted,

Dated: July 15, 2026

By: /s/ *Rocco J. Screnci*

Rocco J. Screnci (*admitted pro hac vice*)
rscrenci@mcandrews-ip.com
MCANDREWS, HELD & MALLOY LTD.
500 W. Madison Street, Suite 3400
Chicago, IL 60661
Telephone: (312) 775-8000

Katherine McMorrow (SBN 315723)
kmcmorrow@bakerlaw.com
BAKER & HOSTETLER LLP
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067
Telephone: (310) 820-8800

*Attorneys for Defendants Entrepreneur Enterprises, Inc. and Wyn Wiley*